MOW 1007-1.2 (05/07)

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF MISSOURI

IN RE                            )

                                  )

**Victory Cleaning Systems, Inc.**       )    Case No.

                                  )

                  Debtors.       )

### DEBTOR'S EVIDENCE OF NO EMPLOYER PAYMENTS

I,  **Dan Brown**  , hereby state and declare under penalty of perjury that (check the box that applies):

☑ I received no payment from any employer for the 60 days prior to filing the petition.

☐ I received no payment from any employer from _____ to _____ prior to the filing of the petition. Payment advices for the remainder of the 60-day period have been provided.

☐ I was self-employed.  Net income for 60 days prior to filing the petition, itemized to show how the amount is calculated is (shown below or in the attachment).

                                **/s/ Dan Brown, on behalf of Victory Cleaning Systems, Inc.**

                                **Dan Brown**

                                Name of Debtor

Instructions: File as a separate document on the date the voluntary petition is filed.
ECF Event: Bankruptcy>Other>Debtor Evidence of No Employer Payments.