## United States Bankruptcy Court
### Western District of Missouri

In re   **Victory Cleaning Systems, Inc.** _____

Debtor(s)

Case No. _____

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Dan Brown**, declare under penalty of perjury that I am the **Owner** of **Victory Cleaning Systems, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **28th** day of **November**, 20**23**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dan Brown, Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dan Brown, Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dan Brown, Owner** of this Corporation is authorized and directed to employ **Ryan A. Blay**, attorney and the law firm of **WM Law, PC** to represent the corporation in such bankruptcy case."

Date   **November 28, 2023** _____

Signed   **/s/ Dan Brown** _____
**Dan Brown**

Resolution of Board of Directors
of
**Victory Cleaning Systems, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dan Brown, Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dan Brown, Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dan Brown, Owner** of this Corporation is authorized and directed to employ **Ryan A. Blay** attorney and the law firm of **WM Law, PC** to represent the corporation in such bankruptcy case.

Date **November 28, 2023** _____    Signed _____

Date **November 28, 2023** _____    Signed _____