## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF MISSOURI

| | | | |
|---|---|---|---|
| In re: | VICTORY CLEANING SYSTEMS, INC. | ) | Case No. 24-40010-can11 |
| | | ) | |
| | Debtor | ) | Chapter 11 (Voluntary) |
| | | ) | Subchapter V |

**SWORN STATEMENT UNDER THE PENALTY OF PERJURY FOR DEBTOR & DEBTOR-IN-POSSESSION VICTORY CLEANING SYSTEMS, INC. REGARDING THE REQUIREMENTS CONTAINED IN 11 U.S.C. §§1116(1)(A) and (1)(B)**

I, Dan Brown, under oath and penalty of perjury hereby state the following:

1.    I am the owner of the Debtor/Debtor-in-Possession corporation, Victory Cleaning Systems, Inc.

2.    Pursuant to 11 U.S.C. §§1116(1)(A) and (1)(B), the Debtor is required to append to the voluntary petition

(A) its most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or

(B) a statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.

3.    As of this date, no balance sheet, statement of operations, or cash-flow statement has been prepared.

4.    I have not filed tax returns for the Corporation for the tax years 2019-2022 but am working on those to produce at a later time as soon as practically possible.

_____
Dan Brown

Dated: November 28, 2023