**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

**IN RE:   Victory Cleaning Systems, Inc.**                **CASE NO. 24-40010-can11**

**Debtor(s)**                                             **CHAPTER 11**

### <u>NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE</u>

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

**ROBBIN L. MESSERLI**
**6917 TOMAHAWK RD**
**P.O. BOX 8686**
**PRAIRIE VILLAGE, KS    66208-2618**
**913.662.3524**
**rob.messerli@gunrockvp.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is

attached to this notice.

Date:   January 9, 2024                    Respectfully submitted,

                                           JERRY L. JENSEN
                                           ACTING UNITED STATES TRUSTEE

                                           PATTI J. STANLEY
                                           ACTING ASSISTANT U.S. TRUSTEE

                                           By: /s/ Adam E. Miller
                                                   Adam E. Miller, Mo. Bar #65429
                                                   Trial Attorney
                                                   Office of the U.S. Trustee
                                                   400 East 9th St., Ste 3440
                                                   Kansas City, MO 64106

Telephone:    (816) 512-1940
Telecopier: (816) 512-1967
Email: adam.e.miller@usdoj.gov

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION**

IN RE:  **Victory Cleaning Systems, Inc**                    **CASE NO.  24-40010-can11**

         **Debtor(s)**                                       **CHAPTER 11**

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the debtor;

    (b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

    (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $250, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: January 9, 2024

Robbin L. Messerli
6917 Tomahawk Rd
P.O. Box 8686
Prairie Village, KS  66208-2618
913.662.3524
rob.messerli@gunrockvp.com