**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

In re:    VICTORY CLEANING SYSTEMS, INC.    )    Case No. 24-40010
          Debtor and Debtor-in-Possession    )    Chapter 11 (Voluntary), Subchapter V

**<u>APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR
AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT</u>**

**COMES NOW** Victory Cleaning Systems, Inc., the Debtor and Debtor-in-possession herein (hereinafter the "Debtor" or "Victory") and, pursuant to 11 U.S.C. § 327 and F.R.B.P. Rules 2014, 2016 and 5002, submits this Application for Employment of the law firm WM Law and its members to represent the Debtor in his Chapter 11 bankruptcy proceeding. In support of this Application the Debtor represents the following:

1.    On January 5, 2024, Debtor filed a voluntary Petition for Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtor remains as a Debtor-in-Possession.

2.    The Debtor is a corporation seeking restructuring under Chapter 11, Subchapter V.

3.    The Debtor requires the services of legal counsel to represent it during these proceedings and desires to employ Wagoner Bankruptcy Group, P.C. d.b.a. W M Law, as Debtor's counsel. The services to be provided include providing the customary services required in representing a Chapter 11 Debtor-in-Possession, which include: preparation of the bankruptcy forms and schedules, attendance at the § 341 meeting and other court hearings, preparation of the disclosure statement and Chapter 11 plan, client conferences, filing monthly operating reports, phone calls, emails, dealing with creditors, and resolving confirmation issues.  Counsel would also assist the Debtor with any additional requirements that come due as a result of seeking relief as a debtor under Chapter 11.

4.    Attorneys Ryan A. Blay, Jeffrey L. Wagoner, Ryan M. Graham, Errin P. Stowell, Chelsea Williamson, and the other attorneys in the law firm of W M Law (hereinafter collectively referred to as "W M Law") are duly licensed and qualified attorneys who are, in the opinion of the Debtor, qualified to act as its counsel, and who have a primary office located at:  15095 West 116th Street, Olathe, Kansas 66062.

5.    The attorneys at W M Law have experience in matters of this character and are well-qualified to act as attorneys for the Debtor. The Debtor has selected W M Law to be its counsel based of its expertise and knowledge of Bankruptcy procedures, in particular filings under Subchapter V of Chapter 11.

6.    W M Law is not connected with the Debtor in any fashion, other than as Debtor's counsel in the present case.

7.    WM Law has not represented creditors or any other party in interest in this matter. The firm and its members are disinterested parties as defined in 11 U.S.C. § 101(14), representing no interest adverse

to the Debtor or the Debtor's estate on the matters upon which they are to be engaged and their employment would be in the best interest of the bankruptcy estate.

8.      W M Law has examined its client records and business records and has made a personal inquiry of the Debtor. They have determined that the attorneys and all the members of the firm do not hold or represent an interest adverse to the estate.

9.      W M Law understands the continuing duty to disclose any adverse interest and change in disinterestedness.

10.      W M Law understands that the court's approval of the application is not approval of any proposed terms of compensation and that under 11 U.S.C. § 328(a), the court may allow compensation on terms different from those proposed.

11.      W M Law has agreed to act as attorneys for the Debtor at hourly fees commensurate with their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who it is anticipated will work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $350.00 |
| Attorney, Jeffrey L. Wagoner | $350.00 |
| Attorney, Ryan M. Graham | $350.00 |
| Attorney, Errin Stowell | $350.00 |
| Attorney, Chelsea Williamson | $350.00 |
| Paralegal, Douglas Sisson | $175.00 |
| Paralegal, Ana Van Noy | $175.00 |
| Paralegal, Betsy Hayman | $175.00 |
| Paralegal, Rosana Tovalin | $175.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses related to and incurred during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

12.      For entry in this Case, the W M Law has received a retainer in the amount of $10,000 along with $1738 for the Chapter 11 filing fee.  The source of funds used for the retainer and filing fee was the Debtor.

13.      W M Law has not received any compensation for this Case to date other than the amount stated in this paragraph. Compensation for services rendered during the present Chapter 11 Case will be made in accordance with this application. WM Law is currently holding in its client trust account any unused amount of the pre-filing retainer, which currently consists of $8,110.  That would be calculated as the $11,738 deposited, less $1,738 for the Chapter 11 filing fee, less $1,890 for earned pre-petition services.

14.      W M Law affirms that compensation for the services rendered in this proceeding shall be subject to the approval of the Court upon application by the attorneys for the Debtor.

15.      W M Law's post-Petition filing fees will not be paid unless: (a) Debtor has timely filed with the

UST all required operating reports; (b) Debtor is current in payment of post-Petition taxes and fees and costs assessed under 28 U.S.C. § 1930; and (c) Debtors is either current in payment of post-Petition creditors or has the financial capacity to make such payments.

16.     Attorney Ryan A. Blay, Partner with W M Law, on behalf of W M Law and the above-named attorneys has executed and attached an Affidavit of Disinterestedness attesting to the foregoing and in support of this Application.

　　　　**WHEREFORE**, the Debtor respectfully requests this Court's order approving the employment of the WM Law attorneys listed above and the paralegals and staff in the firm of W M Law,

on the basis set forth above and for such other further relief as the Court deems equitable and proper.


Dated: January 11, 2024　　　　Respectfully submitted,
　　　　　　　　　　　　　　　WM Law


　　　　　　　　　　　　　　　s/ Ryan A. Blay
　　　　　　　　　　　　　　　Ryan A. Blay, MO #KS001066; KS #28110
　　　　　　　　　　　　　　　15095 W. 116th St.
　　　　　　　　　　　　　　　Olathe, KS 66062
　　　　　　　　　　　　　　　Phone (913) 422-0909 / Fax (913) 428-8549
　　　　　　　　　　　　　　　blay@wagonergroup.com
　　　　　　　　　　　　　　　ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION

### NOTICE OF MOTION

　　　　Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.
　　　　If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.
 For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Thursday, January 11, 2024 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.
　　　　Office of the United States Trustee via ECF Notice.


**[See attached mailing matrix]**　　　　/s/ Ryan A. Blay
　　　　　　　　　　　　　　　　　　Proposed Counsel for Debtor/Debtor-in-
　　　　　　　　　　　　　　　　　　Possession, Victory Cleaning Systems, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

In re:   VICTORY CLEANING SYSTEMS, INC.   )   Case No. 24-40010
        Debtor and Debtor-in-Possession   )   Chapter 11 (Voluntary), Subchapter V

## AFFIDAVIT OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

State of Kansas    )
          ) ss.
County of Johnson    )

I, Ryan A. Blay, under oath and penalty of perjury hereby state the following:

1. I am an attorney and partner with Wagoner Bankruptcy Group, P.C., d.b.a W M Law, located at: 15095 West 116th St., Olathe, Kansas 66062, who employs attorneys, Jeffrey L. Wagoner, Ryan A. Blay, Errin P. Stowell, Ryan M. Graham, Chelsea Williamson, as well as myself and other attorneys (hereinafter collectively "W M Law"), and who are all licensed to practice law before the before the United Stated Bankruptcy Court for the District of Kansas and the Western District of Missouri.

2. This Affidavit is submitted in connection with W M Law's foregoing Application for Employment as Counsel on behalf of the above-captioned Debtor and Debtor-in-Possession, Victory Cleaning Systems, Inc. (the "Debtor").

3. In preparing this Affidavit, I have reviewed and examined the Debtor's client records, business records, financial affairs, and have made a personal inquiry of the Debtor. To the best of my knowledge, I have determined that W M Law has no relevant connection to the Debtor, other than as Debtor's counsel, nor any relevant connection to the Debtor's creditors, any party of interest, their respective attorneys and/or accountant, the United States Trustee (the "UST"), or any persons employed by the UST.

4. W M Law is not a creditor, an equity security holder or an insider of Debtor, and is not and was not a director, officer, or employee of the Debtor. W M Law does not have an interest materially adverse to the interest of the bankruptcy estate, or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

5. W M Law is a disinterested party as defined in 11 U.S.C. § 101(14).

6. The Debtor has requested, and W M Law has agreed, to engage in the representation of the Debtor in this proceeding at hourly fees which commensurate their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who are anticipated to work on this Case are as follows:

    Attorneys, Ryan A. Blay, Jeffrey L. Wagoner, Ryan M. Graham, Errin Stowell, and Chelsea Williamson all at $350.00/hour each; and

1

Paralegals, Douglas Sisson, Ana Van Noy, Betsy Hayman, and Rosana Tovalin all at $175/hour each.

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses it incurs during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

7.    To the best of my knowledge, after due inquiry, W M Law does not and has not represented any of Debtor's creditors, members, or any parties of interest in connection with this Chapter 11 Case and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtor or the estate(s).

8.    In light of the foregoing, I believe that W M Law Firm does not hold or represent any interest materially adverse to the Debtor, the estate(s), creditors, or equity interest holders, as identified to W M Law, with respect to the matters in which W M Law will be engaged.

9.    Except as set forth herein, no promises have been received by W M Law or any partner, associate, or other professional thereof as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the District of Kansas, and orders of this Court. WM Law is holding in trust any unbilled pre-petition retainer after application of earned pre-petition work and the Chapter 11 filing fee and agrees not to transfer these funds without approval of this Court.

10.    W M Law further states that it has not shared, nor agreed to share any compensation received in connection with this Case with another party or person, except as permitted by 11 U.S.C. § 504(b) and F.R.B.P. Rule 2016.

11.    The foregoing constitutes the statement of W M Law pursuant to 11 U.S.C. § 329 and § 504, and F.R.B.P. Rules 2014 and 2016(b).

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: January 11, 2024

_____
Ryan A. Blay, MO #KS-001066
Attorney at Law & Partner
Wagoner Bankruptcy Group, P.C., d/b/a W M Law
15095 W. 116th St.
Olathe KS, 66062
blay@wagonergroup.com

NOTARY PUBLIC - State of Kansas
Douglas John-Edward Sisson
My Appt. Expires 1/23/2026

Sworn to before on me this 11th day of January 2024

My commission expires: ____ 1/23/2026

_____
Douglas John-Edward Sisson, Notary Public

2

Label Matrix for local noticing
0866-4
Case 24-40010-can11
Western District of Missouri
Kansas City
Thu Jan 11 12:19:20 CST 2024

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Victory Cleaning Systems, Inc.
1000 W. 100th St.
Kansas City, MO 64114-4208

Ally Financial
PO Box 380901
Bloomington MN 55438-0901

Ally Financial
PO Box 380902
Minneapolis MN 55438-0902

American Express
Customer Service
PO Box 981535
El Paso TX 79998-1535

American Express
PO Box 981537
El Paso TX 79998-1537

Attn Recovery First Citizens Bank
10201 Centurion PKWY N
Jacksonville, FL 32256-0541

BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

Bank of America
4060 Ogletown/Stanton Rd
DE5-019-03-07
Newark DE 19713-0000

Bank of America
PO Box 15796
Wilmington DE 19850-5796

CIT Bank, N.A.
PO Box 7056
Pasadena CA 91109-7056

Channel Partners
10900 Wayzata Blvd, Ste. 300
Hopkins MN 55305-1576

Channel Partners
1210 Office Plaza Dr.
West Des Moines IA 50266-2300

Channel Partners
4080 East Main St
Bldg. #300
Ste. 1
Marshall MN 56258-0000

Channel Partners
600 TownPark Lane, Ste. 555
Kennesaw GA 30144-3769

Citi Bank
5800 S Corporate place
Sioux Falls SD 57108-5027

Dan Brown
1000 W 100th St.
Kansas City MO 64114-4208

Direct Capital Corporation
155 Commerce Way
Portsmouth NH 03801-3243

Direct Capital Corporation
4300 Six Forks Road
Raleigh NC 27609-5718

Extra Space
9435 Holmes Rd.
Kansas City MO 64131-2975

(p)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

Financial Pacific Leasing, Inc
3455 S. 344th Way
Suite 300
Federal Way WA 98001-9546

Internal Revenue Service
Centralized Insolvency Ops
Post Office Box 7346
Philadelphia PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMBCB Card Services
PO Box 15369
Wilmington DE 19850-5369

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Mikala Allen
1000 W 100th st.
Kansas City MO 64114-4208

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Robbin Messerli
6917 Tomahawk Rd
PO Box 8686
Prairie Village, KS 66208-0686

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)Bank of America                     FNBO                              JPMCB - Card Services
PO Box 982235                          1620 Dodge Stree                  301 N Walnut St, Floor 09
El Paso TX 79998-2235                  Omaha NE 68197-0000               Wilmington DE 19801-3935

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30