**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | VICTORY CLEANING SYSTEMS, INC. | ) | Case No. 24-40010 |
| | | ) | |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor and Debtor-in-Possession | ) | Subchapter V |

**Local Rule 2015-2(A) Statement and Local Rule 2015-2(B) Operating Statement**

Dan Brown, on behalf of Debtor/Debtor-in-Possession Victory Cleaning Systems, Inc. ("Victory or "The Debtor"), states the following:

LR 2015-2(A) Statement

1. No trustee or creditors committee was appointed in a prior bankruptcy case.
2. To the best of my knowledge, no proceeding was pending or threatened against Victory or its property and no judgment entered or imminent prior to filing.
3. None of Victory's property is in the possession of or custody of a public officer, receiver, trustee, assignee for the benefit of creditors, mortgagee, pledgee, or assignee of rents.
4. The Debtor is not occupying space under a lease. The only lease outstanding is for a storage unit.
5. Name and address of each utility providing service to the Debtor:

Google Fiber (internet) 1600 Amphithetre Pkwy, Mountain View, CA 94043

LR 2015-2(B) Operating Statement;

1. Estimated Gross Revenue for the 30-day period following the date of the filing of the petition:

51,000.00

2. Estimated weekly payroll to employees:

$ 5500.00

3. Estimated operating expenses not including payroll to employees:

~~10000~~ 21000.00

4. Expected gain or loss:

+ 24,500.00

Dan Brown

Dated: January 11, 2024