**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | VICTORY CLEANING SYSTEMS, INC. | ) | Case No. 24-40010 |
| | | ) | |
| | Debtor | ) | Chapter 11 (Voluntary) |
| | | ) | Subchapter V |

**AGREED SCHEDULING ORDER**

On this day came before the Court to be considered this Agreed Scheduling Order in the above captioned case; the Court considered the future events and corresponding dates scheduled below by counsel and the Subchapter V Trustee and based upon the agreement of the parties, the Court hereby enters this Agreed Scheduling Order to govern the administration of this case.

**IT IS FURTHER ORDERED** that all applicable dates and deadlines to be completed prior to the Confirmation Hearing are as set forth below. Any events or corresponding deadlines not explicitly set forth below shall be governed by the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules of the U.S. Bankruptcy Court for the Western District of Missouri.

| DEADLINE | DATE |
|---|---|
| Report Efforts to Reorganize | February 7, 2024 |
| Status Conference | February 21, 2024 @ 10:15 by telephone 1-888-204-5984  - -  Access Code 9973398 |
| Claims Bar Date for Non-Governmental Creditors | March 15, 2024 |
| Claims Bar Date for Governmental Creditors | July 15, 2024 |
| Deadline to File Plan | April 4, 2024 |
| Deadline for Secured Creditors to Make 1111(b) Elections | 21 Days after the Plan is Filed |

**IT IS FURTHER ORDERED** that this Agreed Scheduling Order may be amended by written agreement and authorization by the Court as appropriate under the circumstances.

**IT IS SO ORDERED.**

Date: February 2, 2024

/s/ Cynthia A. Norton
CYNTHIA A. NORTON
BANKRUPTCY JUDGE

Agreed to By:
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

/s/ Robbin Messerli
Subchapter V Trustee

6917 Tomahawk Rd
PO Box 8686
Prairie Village, KS 66208-2618
Phone: (913) 62-3524
rob.messerli@gunrockvp.com