**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re: | VICTORY CLEANING SYSTEMS, INC. ) | Case No. 24-40010 |
| | Debtor ) | Chapter 11 (Voluntary) |
| | ) | Subchapter V |

**APPLICATION FOR EMPLOYMENT OF JERRY TENBRINK, CPA AND J  ENBRINK &
ASSOCIATES AS ACCOUNTANTS FOR DEBTOR AND PRELIMINARY APPROVAL OF
FEE ARRANGEMENT AND (2) MOTION FOR IMMEDIATE RULING ON APPLICATION
FOR EMPLOYMENT**

COMES NOW Victory Cleaning Systems, Inc. the Debtor and Debtor-in-Possession Herein (hereinafter the "Debtor"), by and through counsel, and in support of its Application to Employ Jerry Tenbrink, CPA and J Tenbrink & Associates as Accountants for the estate, states as follows:

1.  Debtor has unfiled income tax returns for the tax years 2020-2022 and 2023's returns due within a few weeks.

2.  The Debtor needs to complete its Income Tax Returns to conclude the 341 Meeting of Creditors and to ascertain any liabilities due that would need to be addressed in his Chapter 11, Subchapter V Plan of Reorganization.

3.  The Debtor is familiar with Mr. Tenbrink's and his firm's expertise and experience as CPAs and the parties have agreed to work together to prepare income tax returns.

4.  The same firm is preparing the income tax returns for Dan Brown, the Debtor's principal.  This is common with closely held and smaller businesses

5.  To Debtor's knowledge, Jerry Tenbrink, CPA and J Tenbrink & Associates are not creditors, equity security holders or  insiders of Debtor, and are not and were not directors, officers, or employees of the Debtor. Jerry Tenbrink, CPA and J Tenbrink & Associates do not have an interest materially adverse to the interest of the bankruptcy
estate, or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.  Mr. Tenbrink has executed an affidavit to this effect, attached to this Application to Employ as Exhibit A.

6.  Jerry Tenbrink, CPA and J Tenbrink & Associates are disinterested parties as defined in 11 U.S.C. § 101(14).

7.  The Debtor has requested, and Jerry Tenbrink, CPA and J Tenbrink & Associates have agreed, to engage in the representation of the Debtor in this proceeding at a commercially reasonable rate of $300 per hour, which is appropriate in light of the firm's experience.

8.  Except as set forth herein, no promises have been received by Jerry Tenbrink, CPA and J Tenbrink & Associates or any other professional thereof as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules

of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the Western District of Missouri, and orders of this Court.

9. It is in the best interest of all creditors – if the returns are prepared and filed so the case can proceed forward.

10. The Debtor has appeared at an initial Section 341 Meeting of Creditors conducted by the United States Trustee's office. The Meeting was continued for preparation and filing of the income tax returns in question, with a continued meeting set for March 5, 2024 at 2 pm.

11. With an immediate ruling on the Debtor's motion, the Debtor would have time to submit the returns to the IRS (and signed copies to the Insolvency Departments for the Internal Revenue Service and applicable state taxing authorities and provide copies to the United States Trustee's Office prior to the continued 341 Meeting Date.

WHEREFORE, the Debtor moves this Court for an order (a) authorizing it to employ Jerry Tenbrink, CPA and J Tenbrink & Associates to prepare income tax returns as described above, (b) to provide for an immediate ruling on the Debtor's Application to Employ, and for any other relief just and appropriate under the circumstances.

Dated: February 21, 2024

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, on Wednesday, February 21, 2024.

**[See attached mailing matrix]**

/s/ Ryan A. Blay

**I N THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re: VICTORY CLEANING SYSTEMS, INC. | ) | Case No. 24-40010 |
| | ) | |
| Debtor | ) | Chapter 11 (Voluntary) |
| | ) | Subchapter V |

**AFFIDAVIT OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION FOR
EMPLOYMENT OF JERRY TENBRINK, CPA AND J TENBRINK & ASSOCIATES AS
ACCOUNTANTS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE
ARRANGEMENT**

| | |
|---|---|
| State of Kansas | ) |
| | ) ss. |
| County of Johnson | ) |

I, Jerry Tenbrink, CPA,, under oath and penalty of perjury hereby state the following:

1. I am a CPA with J Tenbrink & Associates. We are located at 11272 South Ridgeview Road, Olathe, KS 66061. We have the capability of preparing state and federal income tax returns for businesses, including those in Missouri and Kansas.

2. This Affidavit is submitted in connection with an Application for Employment as Accountants for the above-captioned Debtor and Debtor-in-Possession, Victory Cleaning Systems, Inc. (the "Debtor"). Specifically, I have been asked to prepare delinquent tax returns for the tax years 2020-2022 and returns due this Spring for the tax year 2023.

3. In preparing this Affidavit, I have reviewed and examined the Debtor's client records, business records, financial affairs, and have made a personal inquiry of the Debtor. To the best of my knowledge, I have determined that neither I nor J Tenbrink & Associates have any relevant connection to the Debtor, other than as Debtor's CPA nor any relevant connection to the Debtor's creditors, any party of interest, their respective attorneys and/or accountant, the United States Trustee (the "UST"), or any persons employed by the UST. I do note that our office has agreed to prepare income tax returns for Dan Brown, the Debtor's representative. This is common in the industry for owners of small and closely held businesses.

4. J Tenbrink & Associates is not a creditor, an equity security holder or an insider of Debtor, and is not and was not a director, officer, or employee of the Debtor. J Tenbrink & Associates does not have an interest materially adverse to the interest of the bankruptcy estate, or of any class of creditors or equity

1

security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

5.      J Tenbrink & Associates is a disinterested party as defined in 11 U.S.C. § 101(14).

6.      The Debtor has requested, and J Tenbrink & Associates has agreed, to engage in the representation of the Debtor in this proceeding on a fee of $300 per hour, which is appropriate in light of our expertise.

7.      In light of the foregoing, I believe that J Tenbrink & Associates does not hold or represent any interest materially adverse to the Debtor, the estate(s), creditors, or equity interest holders, as identified to W M Law, with respect to the matters in which J Tenbrink & Associates will be engaged.

8.      Except as set forth herein, no promises have been received by J Tenbrink & Associates or any other professional thereof as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the Western District of Missouri, and orders of this Court.

9.      J Tenbrink & Associates further states that it has not shared, nor agreed to share any compensation received in connection with this Case with another party or person, except as permitted by 11 U.S.C. § 504(b) and F.R.B.P. Rule 2016.

10.      The foregoing constitutes the statement of J Tenbrink & Associates pursuant to 11 U.S.C. § 329 and § 504, and F.R.B.P. Rules 2014 and 2016(b).


I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: February 16, 2024

J Tenbrink & Associates
11272 South Ridgeview Road
Olathe, KS  66061

Sworn to before on me this ____16th____ day of February____, 2024

My commission expires: __12/05/2027__

NOTARY PUBLIC - State of Kansas
Sylvia Camacho
My Appt. Expires 12/05/2027

2

Label Matrix for local noticing
0866-4
Case 24-40010-can11
Western District of Missouri
Kansas City
Thu Jan 11 12:19:20 CST 2024

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Victory Cleaning Systems, Inc.
1000 W. 100th St.
Kansas City, MO 64114-4208

Ally Financial
PO Box 380901
Bloomington MN 55438-0901

Ally Financial
PO Box 380902
Minneapolis MN 55438-0902

American Express
Customer Service
PO Box 981535
El Paso TX 79998-1535

American Express
PO Box 981537
El Paso TX 79998-1537

Attn Recovery First Citizens Bank
10201 Centurion PKWY N
Jacksonville, FL 32256-0541

BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

Bank of America
4060 Ogletown/Stanton Rd
DE5-019-03-07
Newark DE 19713-0000

Bank of America
PO Box 15796
Wilmington DE 19850-5796

CIT Bank, N.A.
PO Box 7056
Pasadena CA 91109-7056

Channel Partners
10900 Wayzata Blvd, Ste. 300
Hopkins MN 55305-1576

Channel Partners
1210 Office Plaza Dr.
West Des Moines IA 50266-2300

Channel Partners
4080 East Main St
Bldg. #300
Ste. 1
Marshall MN 56258-0000

Channel Partners
600 TownPark Lane, Ste. 555
Kennesaw GA 30144-3769

Citi Bank
5800 S Corporate place
Sioux Falls SD 57108-5027

Dan Brown
1000 W 100th St.
Kansas City MO 64114-4208

Direct Capital Corporation
155 Commerce Way
Portsmouth NH 03801-3243

Direct Capital Corporation
4300 Six Forks Road
Raleigh NC 27609-5718

Extra Space
9435 Holmes Rd.
Kansas City MO 64131-2975

(p)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

Financial Pacific Leasing, Inc
3455 S. 344th Way
Suite 300
Federal Way WA 98001-9546

Internal Revenue Service
Centralized Insolvency Ops
Post Office Box 7346
Philadelphia PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMBCB Card Services
PO Box 15369
Wilmington DE 19850-5369

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Mikala Allen
1000 W 100th st.
Kansas City MO 64114-4208

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Robbin Messerli
6917 Tomahawk Rd
PO Box 8686
Prairie Village, KS 66208-0686

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)Bank of America                      FNBO                              JPMCB - Card Services
PO Box 982235                           1620 Dodge Stree                  301 N Walnut St, Floor 09
El Paso TX 79998-2235                   Omaha NE 68197-0000               Wilmington DE 19801-3935

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30