Fill in this information to identify the case:

Debtor Name  Victory Cleaning Systems, Inc.

United States Bankruptcy Court for the: Western District of Missouri

Case number:  24-40010

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  January 2024

Date report filed: 03/252024
MM / DD / YYYY

Line of business: Surface cleaning/Restoratic

NAISC code: 2383

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Dan Brown

Original signature of responsible party  _Dan Brown_

Printed name of responsible party  Dan Brown

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Victory Cleaning Systems, Inc.                     Case number 24-40010

17. Have you paid any bills you owed before you filed bankruptcy?  ❑ ☑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❑ ☑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 11,670.88

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 5,258.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 14,904.09

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -9,646.09

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 2,024.79

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ _____

Debtor Name __Victory Cleaning Systems, Inc._____ Case number __24-40010_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____

   (*Exhibit F*)

## 5. Employees

26. What was the number of employees when the case was filed?    _____

27. What is the number of employees as of the date of this monthly report?    _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00

30. How much have you paid this month in other professional fees?    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | — | $ 5,258.00 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ 14,904.09 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ -9,646.09 | = | $ _____ |

35. Total projected cash receipts for the next month:    $ 15,000.00

36. Total projected cash disbursements for the next month:    – $ 12,000.00

37. Total projected net cash flow for the next month:    = $ 3,000.00

Debtor Name  Victory Cleaning Systems, Inc.                                    Case number 24-40010

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.



**UMB**
Mailstop 1170103
P.O. Box 419226
Kansas City, MO 64141-6226

Statement Period Start: January 1, 2024
Statement Period End: January 31, 2024
Page 1 of 5

RETURN SERVICE REQUESTED

VICTORY CLEANING SYSTEMS INC
OPERATING ACCOUNT
1000 W 100TH ST
KANSAS CITY MO  64114-4208

### CUSTOMER SERVICE

Customer Service Phone:
1.866.204.3913

Written Inquiries:
UMB Bank, n.a.
P.O. Box 419226
Kansas City, MO  64141-6226

UMB.com

Find the right credit card for your business.

Compare products at
UMB.com/Business-Credit-Cards

**UMB**

## ADVANTAGE BUSINESS CHECKING

Account Number:    2570

Account Title(s):    **VICTORY CLEANING SYSTEMS INC
OPERATING ACCOUNT**

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance as of 01/01/2024 | $11,118.40 | Total Days in Statement Period | 31 |
| + Deposits and Credits  (8) | $9,292.72 | | |
| – Withdrawals and Debits  (57) | $18,386.33 | | |
| – Service Charges and Fees | $0.00 | | |
| **Ending Balance as of 01/31/2024** | **$2,024.79** | | |



MEMBER
**FDIC**


EQUAL HOUSING
LENDER



00053346 0215713 0001-0005 TUMBDS01020124025420 01 L 00000000

**Terms and Conditions**
All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us at the phone number or address shown on the front of this statement. If you think your statement or receipt is wrong or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days after we have sent you the first statement on which the error or problem occurred. Please (1) tell us your name and account number. (2) describe the error or transfer you are unsure about; (3) explain as clearly as you can why you believe there is an error or why you need more information and (4) tell us the dollar amount of the suspected error. We will tell you the results of our investigation within ten (10) business days after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten (10) days, for the amount you think is in error, so  that you will have the use of the money during the time it takes us to complete our investigation.

**Go Paperless:** Sign up for electronic statements today. Statement preferences may be assigned in Online Banking or by calling the customer service phone number on the front of this statement.

**Contact information changes**: It's important to keep your contact information up-to-date. Update your address, email and phone number in Online Banking or by calling the customer service phone number on the front of this statement.





VICTORY CLEANING SYSTEMS INC
Statement Ending January 31, 2024
Page 3 of 5

## Transaction Detail

| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| Jan 02 | ENTERPRISE RENT-A-C KANSAS CIT   MO 12/30 0486 | 300.00 | |
| Jan 02 | SQUARE INC    SQ240101   VICTORY CLEANING SY | 2,484.72 | |
| Jan 04 | RDC DEPOSIT         REF 84301215 | 1,250.00 | |
| Jan 05 | RING SAVVY INC   800-344728   NY 01/04 0486 | | 500.00 |
| Jan 05 | DMN8 PARTNERS   859-757225   KY 01/04 0486 | | 600.00 |
| Jan 05 | NEXT INSUR* TOOLS  WWW.NEXTIN   CA 01/04 0486 | | 74.25 |
| Jan 05 | PPG PAINTS 8061   KANSAS CIT   MO 01/04 0486 | | 344.95 |
| Jan 05 | INTUIT *QBOOKS ONLI CL.INTUIT.   CA 01/04 0486 | | 27.00 |
| Jan 05 | INTUIT *QBOOKS ONLI CL.INTUIT.   CA 01/04 0486 | | 70.00 |
| Jan 05 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 01/05 0486 | | 59.75 |
| Jan 05 | PIN THE HOME DEPOT  BELTON       MO 01/05 0486 | | 211.91 |
| Jan 05 | PIN APPLE COM BILL  CUPERTINO    CA 01/05 0486 | | 12.99 |
| Jan 05 | PIN UBER  *EATS   SAN FRANCI   CA 01/05 0486 | | 7.65 |
| Jan 05 | EPOXY2U, LLC    SALE      VICTORY CLEANING SY | | 1,573.74 |
| Jan 08 | EXTRA SPACE 8287   816-926971   MO 01/04 0486 | | 418.00 |
| Jan 08 | EXTRA SPACE 8287   816-926971   MO 01/04 0486 | | 244.80 |
| Jan 08 | WWW.PODIUM.COM       HTTPSWWW.P   UT 01/05 0486 | | 281.71 |
| Jan 08 | WWW.PODIUM.COM       HTTPSWWW.P   UT 01/05 0486 | | 424.83 |
| Jan 08 | CORNER HARDWARE     BUTLER       MO 01/05 0486 | | 20.68 |
| Jan 08 | APPLE.COM/BILL    866-712-77   CA 01/06 0486 | | 9.99 |
| Jan 08 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 01/06 0486 | | 43.55 |
| Jan 08 | VENMO       PAYMENT   DAN BROWN | | 1,272.36 |
| Jan 08 | VENMO       PAYMENT   DAN BROWN | | 961.23 |
| Jan 09 | AMZN MKTP US*RT0C93 AMZN.COM/B   WA 01/08 0486 | | 23.63 |
| Jan 09 | CHECK #   125 | | 530.20 |
| Jan 09 | UNITED FIN CAS   RETRY PYMT VICTORY CLEANING SY | | 447.62 |
| Jan 10 | WWW.PODIUM.COM       HTTPSWWW.P   UT 01/09 0486 | | 570.67 |
| Jan 10 | WWW.PODIUM.COM       HTTPSWWW.P   UT 01/09 0486 | | 140.84 |
| Jan 10 | PIN THE HOME DEPOT  KANSAS CIT   MO 01/10 0486 | | 9.34 |
| Jan 10 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 01/10 0486 | | 57.62 |
| Jan 10 | CHECK #   162 | | 2,500.00 |
| Jan 11 | SERVICEMONSTER LLC 888-901-33   WA 01/10 0486 | | 129.00 |
| Jan 12 | QT 168        KANSAS CIT   MO 01/10 0486 | | 74.61 |
| Jan 16 | RDC DEPOSIT         REF 82412725 | 1,008.00 | |
| Jan 16 | VENMO       PAYMENT   DAN BROWN | | 1,373.63 |
| Jan 16 | CHECK #   163 | | 348.00 |
| Jan 16 | VENMO       PAYMENT   DAN BROWN | | 196.48 |
| Jan 17 | APPLE.COM/BILL    866-712-77   CA 01/16 0486 | | 6.99 |
| Jan 17 | PIN APPLE COM BILL  CUPERTINO    CA 01/17 0486 | | 9.99 |
| Jan 17 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 01/17 0486 | | 31.67 |
| Jan 18 | NEXT INSUR* GEN LIA WWW.NEXTIN   CA 01/18 0486 | | 230.75 |
| Jan 19 | RDC DEPOSIT         REF 85218697 | 1,400.00 | |
| Jan 19 | GROUT PERFECT     772-201-06   FL 01/18 0486 | | 226.75 |
| Jan 19 | VENMO       PAYMENT   DAN BROWN | | 938.25 |
| Jan 19 | CHECK #   123 | | 840.65 |
| Jan 22 | QT 168        KANSAS CIT   MO 01/19 0486 | | 68.27 |
| Jan 22 | O'REILLY 698     LEAWOOD     KS 01/19 0486 | | 75.20 |
| Jan 22 | O'REILLY 698     LEAWOOD     KS 01/19 0486 | | 7.64 |
| Jan 22 | O'REILLY 698     LEAWOOD     KS 01/19 0486 | | 7.08 |
| Jan 22 | VENMO       PAYMENT   DAN BROWN | | 978.93 |
| Jan 23 | VENMO       CASHOUT   DAN BROWN | 1,250.00 | |
| Jan 23 | VENMO       PAYMENT   DAN BROWN | | 40.00 |
| Jan 24 | PIN QT 186 OUTSIDE  GRANDVIEW    MO 01/24 0486 | | 17.23 |
| Jan 24 | PIN QT 186 OUTSIDE  GRANDVIEW    MO 01/24 0486 | | 57.91 |
| Jan 24 | PIN MICRO ELECTRONI OVERLAND P   KS 01/24 0486 | | 44.01 |
| Jan 24 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 01/24 0486 | | 24.17 |
| Jan 26 | RDC DEPOSIT         REF 85255129 | 1,500.00 | |





MEMBER
FDIC



EQUAL HOUSING
LENDER

## Transaction Detail (Continued)

| Date | Description | Deposits | Withdrawals |
|------|-------------|----------|-------------|
| Jan 26 | RDC DEPOSIT           REF 85194253 | 100.00 | |
| Jan 29 | NEXT INSUR* TOOLS   WWW.NEXTIN   CA 01/28 0486 | | 74.25 |
| Jan 29 | VENMO        PAYMENT   DAN BROWN | | 767.24 |
| Jan 30 | EXTRA SPACE 8287   816-926971   MO 01/28 0486 | | 204.00 |
| Jan 30 | APPLE.COM/BILL   866-712-77   CA 01/29 0486 | | 9.99 |
| Jan 30 | VENMO        PAYMENT   DAN BROWN | | 60.00 |
| Jan 31 | AUTOZONE 4495     LENEXA      KS 01/30 0486 | | 91.34 |
| Jan 31 | APPLE.COM/BILL   866-712-77   CA 01/30 0486 | | 12.99 |
| Totals | | $9,292.72 | $18,386.33 |

## Checks Posted

\* Indicates a Skip in Check Number(s)

| Check No. | Date | Amount | Ref No. | Check No. | Date | Amount | Ref No. |
|-----------|------|--------|---------|-----------|------|--------|---------|
| 123 | Jan 19 | 840.65 | 364 | * 162 | Jan 10 | 2,500.00 | 00033236849 |
| * 125 | Jan 09 | 530.20 | 3347 | 163 | Jan 16 | 348.00 | 00082251176 |

## End of Day - Current Balance

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Jan 02 | 13,903.12 | Jan 10 | 3,713.81 | Jan 18 | 2,320.69 | Jan 26 | 3,244.60 |
| Jan 04 | 15,153.12 | Jan 11 | 3,584.81 | Jan 19 | 1,715.04 | Jan 29 | 2,403.11 |
| Jan 05 | 11,670.88 | Jan 12 | 3,510.20 | Jan 22 | 577.92 | Jan 30 | 2,129.12 |
| Jan 08 | 7,993.73 | Jan 16 | 2,600.09 | Jan 23 | 1,787.92 | Jan 31 | 2,024.79 |
| Jan 09 | 6,992.28 | Jan 17 | 2,551.44 | Jan 24 | 1,644.60 | | |




MEMBER
FDIC


EQUAL HOUSING
LENDER

## Images

| | | |
|---|---|---|
| VICTORY SYSTEMS INC. — # 123 — Troy Peterson — $840.65 | | VICTORY SYSTEMS INC. — # 125 — Andrew Espino — $530.20 |
| 01/19/2024    # 123    $840.65 | | 01/09/2024    # 125    $530.20 |
| VICTORY SYSTEMS INC. — # 162 — Dan Brown — $2,500.00 | | VICTORY SYSTEMS INC. — # 163 — Andrew Espino — $348.00 |
| 01/10/2024    # 162    $2,500.00 | | 01/16/2024    # 163    $348.00 |



MEMBER
FDIC

