**Fill in this information to identify the case:**

Debtor Name: Victory Cleaning Systems, Inc.

United States Bankruptcy Court for the: Western District of Missouri

Case number: 24-40010

❏ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: February 2024

Date report filed: 03/25/2024
MM / DD / YYYY

Line of business: Surface cleaning/Restoratic

NAISC code: 2383

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Dan Brown

Original signature of responsible party: _Dan Brown_

Printed name of responsible party: Dan Brown

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ☑ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ☑ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❏ | ❏ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ☑ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ☑ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ☑ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ☑ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ☑ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ☑ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ☑ | ❏ |

Debtor Name  Victory Cleaning Systems, Inc.                    Case number 24-40010

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 2,024.79

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 44,755.18

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 33,836.81

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 10,918.37

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 12,943.16

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ _____

Debtor Name Victory Cleaning Systems, Inc.      Case number 24-40010

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**      $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?      _____

27. What is the number of employees as of the date of this monthly report?      _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____0.00_____

30. How much have you paid this month in other professional fees?      $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?      $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 15,000.00 | − | $ 44,755.18 | = | $ -29,755.18 |
| 33. **Cash disbursements** | $ 12,000.00 | − | $ 33,836.81 | = | $ -21,836.81 |
| 34. **Net cash flow** | $ 3,000.00 | − | $ 10,918.37 | = | $ -7,918.37 |

35. Total projected cash receipts for the next month:      $ 40,000.00

36. Total projected cash disbursements for the next month:      − $ 35,000.00

37. Total projected net cash flow for the next month.      = $ 5,000.00

Debtor Name  Victory Cleaning Systems, Inc.                                                    Case number 24-40010

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports

☐ 42.  Project, job costing, or work-in-progress reports.



**UMB**

Mailstop 1170103
P.O. Box 419226
Kansas City, MO 64141-6226

Statement Period Start:  February 1, 2024
Statement Period End:  February 29, 2024
Page 1 of 3

RETURN SERVICE REQUESTED

00051712 TUMBDS01030124030217 01 000000000 0000000 003

VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
PAYROLL TAXES
1000 W 100TH ST
KANSAS CITY MO  64114-4208

### CUSTOMER SERVICE

Customer Service Phone:
1.866.204.3913

Written Inquiries:
UMB Bank, n.a.
P.O. Box 419226
Kansas City, MO  64141-6226

UMB.com



Access Financial Insights on the UMB Blog
LEARN MORE

**CORPORATE BANKRUPTCY - NON-INTEREST**          **Account Number** 468

Account Title(s):      **VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
PAYROLL TAXES**



MEMBER
**FDIC**



EQUAL HOUSING
LENDER

**Terms and Conditions**
All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us at the phone number or address shown on the front of this statement. If you think your statement or receipt is wrong or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days after we have sent you the first statement on which the error or problem occurred. Please (1) tell us your name and account number. (2) describe the error or transfer you are unsure about; (3) explain as clearly as you can why you believe there is an error or why you need more information and (4) tell us the dollar amount of the suspected error. We will tell you the results of our investigation within ten (10) business days after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten (10) days, for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Go Paperless:** Sign up for electronic statements today. Statement preferences may be assigned in Online Banking or by calling the customer service phone number on the front of this statement.

**Contact Information changes:** It's important to keep your contact information up to date. Update your address, email and cell number in Online Banking or by calling the customer service phone number on the front of this statement.



## Account Summary

| | | | |
|---|---|---|---|
| **Beginning Balance as of 02/01/2024** | **$0.00** | Total Days in Statement Period | 0 |
| + Deposits and Credits  (0) | $0.00 | | |
| - Withdrawals and Debits  (0) | $0.00 | | |
| - Service Charges and Fees | $0.00 | | |
| **Ending Balance as of 02/29/2024** | **$0.00** | | |




MEMBER
FDIC


EQUAL HOUSING
LENDER

00051712 0240405 0003-0003 TUMBDS010301240302I7 01  L  00000000

**UMB**

Mailstop 1170102
P.O. Box 419226
Kansas City, MO 64141-6226

Statement Period Start: February 1, 2024
Statement Period End: February 29, 2024
Page 1 of 6



RETURN SERVICE REQUESTED

00052891 TUMBDS01030124030217 01 000000000 0000000 006

VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
OPERATING ACCOUNT
1000 W 100TH ST
KANSAS CITY MO 64114-4208

**CUSTOMER SERVICE**

Customer Service Phone:
1.866.204.3913

Written inquiries:
UMB Bank, n.a.
P.O. Box 419226
Kansas City, MO 64141-6226

UMB.com



Access Financial Insights on the UMB Blog

LEARN MORE

blog.umb.com

**CORPORATE BANKRUPTCY - NON-INTEREST**       **Account Number**       570

Account Title(s):       **VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
OPERATING ACCOUNT**





MEMBER
**FDIC**



EQUAL HOUSING
LENDER

**Terms and Conditions**
All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us at the phone number or address shown on the front of this statement. If you think your statement or receipt is wrong or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days after we have sent you the first statement on which the error or problem occurred. Please (1) tell us your name and account number. (2) describe the error or transfer you are unsure about; (3) explain as clearly as you can why you believe there is an error or why you need more information and (4) tell us the dollar amount of the suspected error. We will tell you the results of our investigation within ten (10) business days after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten (10) days, for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Go Paperless:** Sign up for electronic statements today. Statement preferences may be assigned in Online Banking or by calling the customer service phone number on the front of this statement.

**Contact information changes**: It's important to keep your contact information up-to-date. Update your address, email and phone number in Online Banking or by calling the customer service phone number on the front of this statement.

**UMB**

## Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance as of 02/01/2024 | $2,024.79 | Total Days in Statement Period | 29 |
| + Deposits and Credits (11) | $44,755.18 | | |
| - Withdrawals and Debits (64) | $33,836.81 | | |
| - Service Charges and Fees | $0.00 | | |
| **Ending Balance as of 02/29/2024** | **$12,943.16** | | |

## Transaction Detail

| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| Feb 01 | RDC DEPOSIT            REF 84261347 | 750.00 | |
| Feb 02 | RING SAVVY INC    800-344728   NY 02/01 0486 | | 511.80 |
| Feb 02 | DMN8 PARTNERS    859-757225   KY 02/01 0486 | | 600.00 |
| Feb 02 | PIN THE HOME DEPOT KANSAS CIT   MO 02/02 0486 | | 14.13 |
| Feb 02 | UNITED FIN CAS   INS PREM   VICTORY CLEANING SY | | 447.62 |
| Feb 05 | EXTRA SPACE 8287   816-926971   MO 02/02 0486 | | 418.00 |
| Feb 05 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 02/03 0486 | | 33.46 |
| Feb 05 | INTUIT *QBOOKS ONLI CL.INTUIT.   CA 02/04 0486 | | 70.00 |
| Feb 06 | TMOBILE*POSTPAID IV 800-937-89   WA 02/05 0486 | | 250.00 |
| Feb 06 | TMOBILE*POSTPAID TE 800-937-89   WA 02/05 0486 | | 17.34 |
| Feb 08 | DEPOSIT  SERIAL # 159689      REF 34249794 | 19,267.50 | |
| Feb 08 | PIN QT 178 OUTSIDE  KANSAS CIT   MO 02/08 0486 | | 75.59 |
| Feb 08 | AMTRUST NA     PAYMENT   VICTORY CLEANING SY | | 229.00 |
| Feb 09 | PIN VICTORY FORD   KANSAS CIT   KS 02/09 0486 | | 8,982.11 |
| Feb 09 | VENMO      PAYMENT   DAN BROWN | | 70.00 |
| Feb 12 | RDC DEPOSIT            REF 81382165 | 2,075.00 | |
| Feb 12 | VENMO      CASHOUT   DAN BROWN | 1,048.19 | |
| Feb 12 | SERVICEMONSTER LLC  888-901-33   WA 02/09 0486 | | 129.00 |
| Feb 12 | PIN UBER  *TRIP   SAN FRANCI   CA 02/09 0486 | | 25.96 |
| Feb 12 | PIN UBER  *TRIP   SAN FRANCI   CA 02/10 0486 | | 5.19 |
| Feb 12 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 02/10 0486 | | 51.20 |
| Feb 12 | PIN USPS PO 1983590 OVERLAND P   KS 02/12 0486 | | 47.22 |
| Feb 12 | CHECK #   127 | | 2,007.11 |
| Feb 12 | VENMO      PAYMENT   DAN BROWN | | 780.95 |
| Feb 12 | CHECK #   126 | | 660.00 |
| Feb 13 | INTUIT       ACCTVERIFY VICTORY CLEANING SY | 0.15 | |
| Feb 13 | INTUIT       ACCTVERIFY VICTORY CLEANING SY | 0.03 | |
| Feb 13 | INTUIT       ACCTVERIFY VICTORY CLEANING SY | | 0.18 |
| Feb 14 | WINPRO SOLUTIONS IN LENEXA     KS 02/13 0486 | | 222.06 |
| Feb 15 | WWW.PODIUM.COM    HTTPSWWW P   UT 02/14 0486 | | 570.69 |
| Feb 16 | PIN UBER  *TRIP   SAN FRANCI   CA 02/15 0486 | | 41.99 |
| Feb 16 | APPLE.COM/BILL    866-712-77   CA 02/16 0486 | | 6.99 |
| Feb 16 | PIN SUPERIOR SURFAC KANSAS CIT   MO 02/16 0486 | | 1,091.98 |
| Feb 20 | DEPOSIT  SERIAL # 159337      REF 32414040 | 1,200.00 | |
| Feb 20 | EBAY O*16-11188-124 SAN JOSE    CA 02/16 0486 | | 71.99 |
| Feb 20 | GROUT PERFECT    772-201-06   FL 02/16 0486 | | 258.38 |
| Feb 20 | APPLE.COM/BILL    866-712-77   CA 02/17 0486 | | 9.99 |
| Feb 20 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 02/18 0486 | | 77.34 |
| Feb 20 | NEXT INSUR* GEN LIA WWW.NEXTIN   CA 02/18 0486 | | 230.75 |
| Feb 20 | PIN SUPERIOR SURFAC KANSAS CIT   MO 02/19 0486 | | 53.89 |
| Feb 20 | PIN QT 222 OUTSIDE  KANSAS CIT   MO 02/19 0486 | | 40.22 |
| Feb 20 | PIN APPLE COM BILL  CUPERTINO   CA 02/19 0486 | | 5.99 |
| Feb 20 | PIN THE HOME DEPOT  OVERLAND P   KS 02/20 0486 | | 55.97 |
| Feb 20 | VENMO      PAYMENT   DAN BROWN | | 600.00 |
| Feb 20 | CHECK #   128 | | 580.00 |
| Feb 21 | QT 168      KANSAS CIT   MO 02/19 0486 | | 43.61 |
| Feb 21 | PIN SUTHERLANDS 121 KANSAS CIT   MO 02/21 0486 | | 70.15 |
| Feb 22 | DEPOSIT  SERIAL # 23106      REF 34264096 | 13,514.31 | |



**MEMBER**
**FDIC**







## Transaction Detail (Continued)

| Date | Description | Deposits | Withdrawals |
|------|-------------|----------|-------------|
| Feb 22 | PIN THE HOME DEPOT  MERRIAM     KS 02/21 0486 | | 128.72 |
| Feb 22 | 3ACOMPANYKITCHEN 87 TROY        MI 02/21 0486 | | 22.55 |
| Feb 22 | VERTX.COM          844-932-78   OH 02/22 0486 | | 148.30 |
| Feb 23 | VENMO        CASHOUT   DAN BROWN | 900.00 | |
| Feb 23 | PIN THE HOME DEPOT  OVERLAND P   KS 02/23 0486 | | 708.98 |
| Feb 23 | CHECK #   164 | | 2,000.00 |
| Feb 23 | CHECK #   203 | | 450.00 |
| Feb 23 | VENMO        PAYMENT   DAN BROWN | | 50.00 |
| Feb 26 | IN *KC EPOXY SUPPLY 816-273624   KS 02/23 0486 | | 2,829.60 |
| Feb 26 | INTUIT *QBOOKS LIVE CL.INTUIT.   CA 02/24 0486 | | 15.52 |
| Feb 26 | CASEY S #4349     LENEXA        KS 02/24 0486 | | 75.84 |
| Feb 26 | KS SOS BEN        785-296-61    KS 02/25 0486 | | 10.00 |
| Feb 26 | CORPNET.COM BUSINES 888-449-26   CA 02/25 0486 | | 398.00 |
| Feb 26 | TMOBILE*POSTPAID IV 800-937-89   WA 02/25 0486 | | 632.70 |
| Feb 26 | VENMO        PAYMENT   DAN BROWN | | 861.68 |
| Feb 26 | CHECK #   201 | | 578.17 |
| Feb 27 | DEPOSIT               REF 32306146 | 1,800.00 | |
| Feb 27 | US TOOL AND FASTENE 877-777471   MA 02/26 0486 | | 87.70 |
| Feb 27 | PIN USPS PO 1983590 OVERLAND P   KS 02/27 0486 | | 30.45 |
| Feb 27 | CHECK #   202 | | 800.00 |
| Feb 28 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 02/27 0486 | | 63.93 |
| Feb 29 | DEPOSIT               REF 34189198 | 4,200.00 | |
| Feb 29 | NEXT INSUR* TOOLS  WWW.NEXTIN   CA 02/28 0486 | | 74.25 |
| Feb 29 | IN *KC EPOXY SUPPLY 816-273624   KS 02/28 0486 | | 394.57 |
| Feb 29 | PIN VICTORY FORD   KANSAS CIT   KS 02/29 0486 | | 3,907.94 |
| Feb 29 | PIN THE HOME DEPOT  KANSAS CIT   MO 02/29 0486 | | 50.06 |
| Feb 29 | VENMO        PAYMENT   DAN BROWN | | 60.00 |
| **Totals** | | **$44,755.18** | **$33,836.81** |

## Checks Posted

* Indicates a Skip in Check Number(s)

| Check No. | Date | Amount | Ref No. | Check No. | Date | Amount | Ref No. |
|-----------|------|--------|---------|-----------|------|--------|---------|
| 126 | Feb 12 | 660.00 | 00081241200 | * 201 | Feb 26 | 578.17 | 00081234349 |
| 127 | Feb 12 | 2,007.11 | 00031341091 | 202 | Feb 27 | 800.00 | 00032306107 |
| 128 | Feb 20 | 580.00 | 00082233437 | 203 | Feb 23 | 450.00 | 00085285659 |
| * 164 | Feb 23 | 2,000.00 | 00085153802 | | | | |

## End of Day - Current Balance

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Feb 01 | 2,774.79 | Feb 09 | 10,323.24 | Feb 16 | 7,806.09 | Feb 26 | 12,412.06 |
| Feb 02 | 1,201.24 | Feb 12 | 9,739.80 | Feb 20 | 7,021.57 | Feb 27 | 13,293.91 |
| Feb 05 | 679.78 | Feb 13 | 9,739.80 | Feb 21 | 6,907.81 | Feb 28 | 13,229.98 |
| Feb 06 | 412.44 | Feb 14 | 9,517.74 | Feb 22 | 20,122.55 | Feb 29 | 12,943.16 |
| Feb 08 | 19,375.35 | Feb 15 | 8,947.05 | Feb 23 | 17,813.57 | | |



MEMBER
FDIC



EQUAL HOUSING
LENDER

## Images



| 02/27/2024 | # 0 | $1,800.00 |
|---|---|---|



| 02/29/2024 | # 0 | $4,200.00 |
|---|---|---|



| 02/22/2024 | # 23106 | $13,514.31 |
|---|---|---|



| 02/20/2024 | # 159337 | $1,200.00 |
|---|---|---|



| 02/08/2024 | # 159689 | $19,267.50 |
|---|---|---|



| 02/12/2024 | # 126 | $660.00 |
|---|---|---|



| 02/12/2024 | # 127 | $2,007.11 |
|---|---|---|



| 02/20/2024 | # 128 | $580.00 |
|---|---|---|



| 02/23/2024 | # 164 | $2,000.00 |
|---|---|---|



| 02/26/2024 | # 201 | $578.17 |
|---|---|---|



MEMBER FDIC



EQUAL HOUSING LENDER

VICTORY CLEANING SYSTEMS INC
Statement Ending: February 29, 2024
Page 6 of 6

## Images (Continued)



| 02/27/2024 | # 202 | $800.00 |



| 02/23/2024 | # 203 | $450.00 |



MEMBER
FDIC

