UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:                                              )
                                                    )
**Victory Cleaning Systems, Inc.**                  )          Case No. **24-40010-can11**
                    Debtor(s)                       )
                                                    )

### NOTICE AND ORDER FIXING DEADLINES AND SETTING CONFIRMATION HEARING ON SUBCHAPTER V PLAN OF REORGANIZATION

1.   On April 4, 2024   debtor filed a Chapter 11 plan.

2.   Within 5 days after entry of this order, debtor shall mail the plan, ballot, and this Order to creditors, equity security holders, and other parties in interest, **and file a certificate of service.**

3.   Under the court's Order on Preliminary Matters (ECF No. 9), *April 25, 2024* is the deadline for secured creditors to make the Section 1111(b) election.

4.   **June 5, 2024** is fixed for the hearing on confirmation of the plan and related matters at **10:30 AM at US Courthouse, 400 E. 9th St., Courtroom 6A, Kansas City, MO 64106.**

5.   **May 10, 2024** is the deadline for:

   A.   Filing with the court objections to plan confirmation; and
   B.   Submitting to counsel for the plan proponent ballots accepting or rejecting the plan referenced above.

6.   **May 10, 2024** is the date on which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the plan.

7.   **May 17, 2024** is the deadline for the debtor to file a ballot summary.

8.   The court will hold a telephone status hearing concerning the Plan on **May 22, 2024** *at 10:30 AM by telephone conference. The conference line will be used. Parties should dial: 1-888-204-5984. When prompted enter Access Code: 9973398.*

9.   Motions for valuation, termination of stay, dismissal, or conversion to another chapter which are now pending or subsequently filed will be heard at the same time as the confirmation hearing unless a party requests otherwise.

Dated: <u>April 5, 2024</u>

                                                    /s/Cynthia A. Norton
                                                    **United States Bankruptcy Judge**


**Ryan Blay, Attorney for Debtor to serve ALL creditors and Parties in Interest.**