# Victory Cleaning Systems, Inc.

## Balance Sheet

As of April 5, 2024

| | TOTAL |
|---|---:|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| Checking (2570) - 1 | 16,607.24 |
| Venmo (6185) - 2 | -2,876.54 |
| **Total Bank Accounts** | **$13,730.70** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | -2,508.00 |
| **Total Accounts Receivable** | **$ -2,508.00** |
| Other Current Assets | |
| Employee cash advances | 600.00 |
| Payments to deposit | 0.00 |
| **Total Other Current Assets** | **$600.00** |
| **Total Current Assets** | **$11,822.70** |
| Other Assets | |
| Licenses held | 398.00 |
| **Total Other Assets** | **$398.00** |
| **TOTAL ASSETS** | **$12,220.70** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| **Total Liabilities** | |
| Equity | |
| Opening balance equity | 19,881.84 |
| Retained Earnings | |
| Net Income | -7,661.14 |
| **Total Equity** | **$12,220.70** |
| **TOTAL LIABILITIES AND EQUITY** | **$12,220.70** |