# Victory Cleaning Systems, Inc.

## Statement of Cash Flows

January 1 - April 5, 2024

|  | TOTAL |
|---|---|
| OPERATING ACTIVITIES |  |
| Net Income | -7,661.14 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
| Accounts Receivable (A/R) | 2,508.00 |
| Employee cash advances | -600.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **1,908.00** |
| **Net cash provided by operating activities** | **$ -5,753.14** |
| INVESTING ACTIVITIES |  |
| Licenses held | -398.00 |
| **Net cash provided by investing activities** | **$ -398.00** |
| FINANCING ACTIVITIES |  |
| Opening balance equity | 19,881.84 |
| **Net cash provided by financing activities** | **$19,881.84** |
| NET CASH INCREASE FOR PERIOD | **$13,730.70** |
| CASH AT END OF PERIOD | **$13,730.70** |