**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

In re: VICTORY CLEANING SYSTEMS, INC. ) Case No. 24-40010
               Debtor ) Chapter 11 (Voluntary), Subchapter V

**<ins>CERTIFICATE OF SERVICE OF INITIAL PLAN, NOTICE & ORDER FIXING
DEADLINES AND BALLOTS, DOC. NOS. 29 & 30</ins>**

      I, the undersigned Counsel for the above-captioned Debtor, hereby certifies that on or
before **April 11, 2024**, a true and correct copy of the **Initial Subchapter V Plan (Doc. #29), and
Notice and Order Fixing Deadlines (Doc. #30), and Ballots** were served on the Debtor and all
parties as listed on the attached Summary of Ballots via U.S. 1st Class postage prepaid.

      **[See attached Summary of Ballots]**

Dated: April 11, 2024          Respectfully submitted,
                           WM Law

                           /s/ Ryan A. Blay
                           Ryan A. Blay, MO #KS001066; KS #28110
                           15095 W. 116th St.
                           Olathe, KS 66062
                           Phone (913) 422-0909 / Fax (913) 428-8549
                           blay@wagonergroup.com
                           ATTORNEY FOR DEBTOR(S)

1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re:     VICTORY CLEANING SYSTEMS, INC. | )   Case No. 24-40010 |
| Debtor | )   Chapter 11 (Voluntary), Subchapter V |

**CREDITOR BALLOT SUMMARY ON DEBTOR'S SUBCHAPTER V SMALL BUSINESS**
**PLAN, DOC. #29**

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|
| 1 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346<br>matthew.w.hester@irs.gov<br><br>Amount claimed: $68.89 Priority | 8-2 | Yes | |
| 1 | Missouri Department of Revenue<br>PO Box 475<br>Jefferson City MO 65105-0475<br><br>Amount claimed:  No Claim | None | Yes | |
| 2 | Attn Recovery First Citizens Bank<br>10201 Centurion PKWY N<br>Jacksonville, FL 32256<br>sara.bass@firstcitizens.com<br><br>Amount claimed: $24,390.18 | 1-1 | Yes | |
| 3 | Attn Recovery First Citizens Bank<br>10201 Centurion PKWY N<br>Jacksonville, FL 32256<br>sara.bass@firstcitizens.com<br><br>Amount claimed: $25,322.25 | 2-1 | Yes | |
| 3 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>ChasePOCNotification@rasflaw.com<br><br>Amount claimed: $58,941.42 | 3-1 | Yes | |
| 3 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701<br>proofofclaim@becket-lee.com<br><br>Amount claimed: $2,361.59 | 4-1 | Yes | |

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|
| 3 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701<br>proofofclaim@becket-lee.com<br><br>Amount claimed: $165.60 | 5-1 | Yes | |
| 3 | First National Bank of Omaha<br>1620 Dodge St sc 3100<br>Omaha, NE 68197<br>brendabrown@fnbo.com<br><br>Amount claimed: $8,286.05 | 6-1 | Yes | |
| 3 | First National Bank of Omaha<br>1620 Dodge St sc 3100<br>Omaha, NE 68197<br>brendabrown@fnbo.com<br><br>Amount claimed: $657.63 | 7-1 | Yes | |
| 3 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346<br>matthew.w.hester@irs.gov<br><br>Amount claimed: $7,460.00 Unsecured | 8-2 | Yes | |
| 3 | Bank of America<br>PO Box 982235<br>El Paso TX 79998-2235 | None | Yes | |
| 3 | Citi Bank<br>5800 S Corporate place<br>Sioux Falls SD 57 | None | Yes | |
| 3 | Direct Capital Corporation<br>155 Commerce Way<br>Portsmouth NH 03801 | None | Yes | |
| 3 | Mikala Allen<br>1000 W 100th st.<br>Kansas City MO 64114 | None | Yes | |
| 4 | Dan Brown<br>1000 W 100th St.<br>Kansas City MO 64114 | None | Yes | |

Dated: April 11, 2024

Respectfully submitted,
WM Law
s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com / blay@wagonergroup.com
ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION