Fill in this information to identify the case:

Debtor Name: Victory Cleaning Systems, Inc.

United States Bankruptcy Court for the: _____ District of _____

Case number: 24-40010

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: March 2024

Date report filed: 04/18/2024 (MM / DD / YYYY)

Line of business: Surface cleaning/restor

NAISC code: 2383

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Dan Brown

Original signature of responsible party: _[signature]_

Printed name of responsible party: Dan Brown

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____  Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 12943.16

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 21198.25

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    - $ 31704.34

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -10506.09

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 2437.07

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ 0

    *(Exhibit E)*

Debtor Name _____          Case number _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ 0

(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                            5

27. What is the number of employees as of the date of this monthly report?              4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $ 0

30. How much have you paid this month in other professional fees?                                               $ 0

31. How much have you paid in total other professional fees since filing the case?                             $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
| --- | --- | --- | --- | --- | --- |
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ 40000 | − | $ 21198.25 | = | $ 18801.75 |
| 33. Cash disbursements | $ 35000 | − | $ 31704.34 | = | $ 3295.66 |
| 34. Net cash flow | $ 5000 | − | $ -10506.0$ | = | $ -15506.0$ |

35. Total projected cash receipts for the next month:                                                 $ 35000

36. Total projected cash disbursements for the next month:                                          − $ 30000

37. Total projected net cash flow for the next month:                                                = $ 5000

Debtor Name _____    Case number _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Exhibit A.

Awaiting completion of large project
to be paid in May that will satisfy payroll tax amounts
owed.

**UMB**

Mailstop 1170103D
P.O. Box 419226
Kansas City, MO 64141-6226

| | |
|---|---|
| Statement Period Start: | March 1, 2024 |
| Statement Period End: | March 31, 2024 |
| | Page 1 of 3 |

RETURN SERVICE REQUESTED

00088580 TUMBDS01033024042026 01 000000000 0000000 003

VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
PAYROLL TAXES
1000 W 100TH ST
KANSAS CITY MO 64114-4208

00088580 0285591 0001-0003

### CUSTOMER SERVICE

**Customer Service Phone:**
1.866.204.3913

**Written Inquiries:**
UMB Bank, n.a.
P.O. Box 419226
Kansas City, MO 64141-6226

**UMB.com**



Right-sized business loans and lines of credit. We are ready to help you grow your business with confidence.

Learn more at
UMB.com/Business-Lending

**UMB**

**CORPORATE BANKRUPTCY - NON-INTEREST**

Account Number: ████3468

Account Title(s):
VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
PAYROLL TAXES

MEMBER
**FDIC**

EQUAL HOUSING
LENDER

00088580 0285591 0001-0003 TUMBDS01033024042026 01 L 00000000

**Terms and Conditions**
All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us at the phone number or address shown on the front of this statement. If you think your statement or receipt is wrong or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days after we have sent you the first statement on which the error or problem occurred. Please (1) tell us your name and account number. (2) describe the error or transfer you are unsure about; (3) explain as clearly as you can why you believe there is an error or why you need more information and (4) tell us the dollar amount of the suspected error. We will tell you the results of our investigation within ten (10) business days after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten (10) days, for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Go Paperless:** Sign up for electronic statements today. Statement preferences may be assigned in Online Banking or by calling the customer service phone number on the front of this statement.

**Contact information changes**: It's important to keep your contact information up-to-date. Update your address, email and phone number in Online Banking or by calling the customer service phone number on the front of this statement.





## Account Summary

| | | | |
|---|---|---|---|
| **Beginning Balance as of 03/01/2024** | $0.00 | Total Days in Statement Period | 31 |
| + Deposits and Credits  (0) | $0.00 | | |
| - Withdrawals and Debits  (0) | $0.00 | | |
| - Service Charges and Fees | $0.00 | | |
| **Ending Balance as of 03/31/2024** | **$0.00** | | |

00088580 0285593 0C 03-0003



MEMBER
FDIC



EQUAL HOUSING
L E N D E R


00088580 0285593 0003-0003 TUMBDS01033024042026 01  L  00000000



**UMB**

Mailstop 1170103D
P.O. Box 419226
Kansas City, MO 64141-6226

| | |
|---|---|
| Statement Period Start: | March 1, 2024 |
| Statement Period End: | March 31, 2024 |
| | Page 1 of 6 |

RETURN SERVICE REQUESTED

00089758 TUMBDS01033024042026 01 000000000 0000000 006

VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
OPERATING ACCOUNT
1000 W 100TH ST
KANSAS CITY MO  64114-4208

### CUSTOMER SERVICE

  **Customer Service Phone:**
1.866.204.3913

  **Written Inquiries:**
UMB Bank, n.a.
P.O. Box 419226
Kansas City, MO  64141-6226

**UMB.com**



Right-sized business loans and lines
of credit. We are ready to help you grow
your business with confidence.

Learn more at
UMB.com/Business-Lending

**UMB**

**CORPORATE BANKRUPTCY - NON-INTEREST**

**Account Number:** 2570

Account Title(s):      **VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
OPERATING ACCOUNT**



MEMBER
**FDIC**


EQUAL HOUSING
LENDER



**Terms and Conditions**
All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us at the phone number or address shown on the front of this statement. If you think your statement or receipt is wrong or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days after we have sent you the first statement on which the error or problem occurred. Please (1) tell us your name and account number. (2) describe the error or transfer you are unsure about; (3) explain as clearly as you can why you believe there is an error or why you need more information and (4) tell us the dollar amount of the suspected error. We will tell you the results of our investigation within ten (10) business days after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten (10) days, for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Go Paperless:** Sign up for electronic statements today. Statement preferences may be assigned in Online Banking or by calling the customer service phone number on the front of this statement.

**Contact information changes:** It's important to keep your contact information up-to-date. Update your address, email and phone number in Online Banking or by calling the customer service phone number on the front of this statement.





## Account Summary

| | | | |
|---|---|---|---|
| **Beginning Balance as of 03/01/2024** | **$12,943.16** | Total Days in Statement Period | 31 |
| + Deposits and Credits  (9) | $21,198.25 | | |
| - Withdrawals and Debits  (70) | $31,644.96 | | |
| - Service Charges and Fees | $59.38 | | |
| **Ending Balance as of 03/31/2024** | **$2,437.07** | | |

## Transaction Detail

| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| Mar 01 | EXTRA SPACE 8287    816-926971   MO 02/28 0486 | | 204.00 |
| Mar 01 | GARAGE PROS      913-530986   KS 02/29 0486 | | 119.00 |
| Mar 01 | WWW.PODIUM.COM     HTTPSWWW.P   UT 02/29 0486 | | 570.69 |
| Mar 01 | IN *DMN8 PARTNERS I 859-757225   KY 02/29 0486 | | 600.00 |
| Mar 01 | APPLE.COM/BILL     966 712-77   CA 02/29 0486 | | 12.99 |
| Mar 01 | APPLE.COM/BILL     866-712-77   CA 03/01 0486 | | 9.99 |
| Mar 01 | CHECK #   130 | | 694.96 |
| Mar 04 | VENMO       CASHOUT   DAN BROWN | 1,000.00 | |
| Mar 04 | ANALYSIS SERVICE CHARGE(S) | | 59.38 |
| Mar 04 | RING SAVVY INC    800-344728   NY 03/01 0486 | | 500.00 |
| Mar 04 | DMN8 PARTNERS     859-757225   KY 03/01 0486 | | 600.00 |
| Mar 04 | GROUT PERFECT     772-201-06   FL 03/01 0486 | | 139.14 |
| Mar 04 | EXTRA SPACE 8287    816-926971   MO 03/02 0486 | | 418.00 |
| Mar 04 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 03/04 0486 | | 61.07 |
| Mar 04 | CHECK #   129 | | 1,500.00 |
| Mar 04 | VENMO       PAYMENT   DAN BROWN | | 824.81 |
| Mar 04 | UNITED FIN CAS  INS PREM   VICTORY CLEANING SY | | 447.62 |
| Mar 05 | DEPOSIT         REF 32329648 | 750.00 | |
| Mar 05 | INTUIT *QBOOKS ONLI CL.INTUIT    CA 03/04 0486 | | 164.00 |
| Mar 05 | CORPNET.COM BUSINES 888-449-26   CA 03/04 0486 | | 199.00 |
| Mar 06 | VENMO       CASHOUT   DAN BROWN | 4,500.00 | |
| Mar 06 | REXPRO SEALERS AND  561-328648   FL 03/05 0486 | | 416.00 |
| Mar 06 | WINPRO SOLUTIONS IN 913-894213   KS 03/05 0486 | | 159.65 |
| Mar 07 | PROGRESSIVE INS    855-758-09   OH 03/06 0486 | | 375.97 |
| Mar 07 | CHECK #   166 | | 2,000.00 |
| Mar 07 | VENMO       PAYMENT   DAN BROWN | | 60.00 |
| Mar 08 | 3ACOMPANYKITCHEN 37 TROY       MI 03/07 0486 | | 5.60 |
| Mar 08 | 3ACOMPANYKITCHEN 87 TROY       MI 03/07 0486 | | 9.23 |
| Mar 08 | CHECK #   167 | | 694.11 |
| Mar 08 | AMTRUST NA     PAYMENT   VICTORY CLEANING SY | | 229.00 |
| Mar 11 | DEPOSIT  SERIAL # 23294     REF 31373898 | 5,000.00 | |
| Mar 11 | VENMO       CASHOUT   DAN BROWN | 500.00 | |
| Mar 11 | FULL CIRCLE CHEMICA NORTH KANS   MO 03/08 0486 | | 3,611.07 |
| Mar 11 | 3ACOMPANYKITCHEN 8, TROY       MI 03/09 0486 | | 5.44 |
| Mar 11 | 3ACOMPANYKITCHEN 87 TROY       MI 03/10 0486 | | 3.35 |
| Mar 11 | VENMO       PAYMENT   DAN BROWN | | 1,020.05 |
| Mar 12 | SERVICEMONSTER LLC 888-901-23   WA 03/11 0486 | | 129.00 |
| Mar 12 | FSP*MB STONE CARE & 888-509 58   NC 03/11 0486 | | 1,097.00 |
| Mar 12 | FSP*MB STONE CARE & 888-509-58   NC 03/11 0486 | | 73.95 |
| Mar 12 | 3ACOMPANYKITCHEN 87 TROY       MI 03/11 0486 | | 3.93 |
| Mar 13 | PIN THE HOME DEPOT MERRIAM     KS 03/12 0486 | | 169.60 |
| Mar 13 | PIN USPS PO 1983590 OVERLAND P   KS 03/13 0486 | | 30.45 |
| Mar 13 | PIN SCHUTTE LUMBER  KANSAS CIT   MO 03/13 0486 | | 226.49 |
| Mar 14 | IN *KC EPOXY SUPPLY 816-273624   KS 03/13 0486 | | 208.22 |
| Mar 15 | CHECK #   131 | | 456.11 |
| Mar 18 | APPLE.COM/BILL     866-712-77   CA 03/15 0486 | | 6.99 |
| Mar 18 | PIN APPLE COM BILL  CUPERTINO   CA 03/17 0486 | | 9.99 |
| Mar 18 | NEXT INSUR* GEN LIA WWW NEXTIN   CA 03/18 0486 | | 230.75 |

MEMBER FDIC







EQUAL HOUSING LENDER

## Transaction Detail (Continued)

| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| Mar 18 | CHECK # 132 | | 2,000.00 |
| Mar 18 | VENMO PAYMENT DAN BROWN | | 1,631.00 |
| Mar 18 | VENMO PAYMENT DAN BROWN | | 716.90 |
| Mar 19 | INSTANT CREDIT RTP VENMO | 147.38 | |
| Mar 19 | FSP*MB STONE CARE & 888 509 58 NC 03/18 0486 | | 1,107.52 |
| Mar 20 | DEPOSIT REF 33269043 | 2,100.00 | |
| Mar 20 | SUPERIOR SURFACE SO 816-471522 MO 03/19 0486 | | 725.84 |
| Mar 20 | AMZN MKTP US*RH6M39 AMZN.COM/B WA 03/19 0486 | | 67.60 |
| Mar 21 | SUPPORTPDFFILLER.CO 855-750136 MA 03/20 0486 | | 0.87 |
| Mar 21 | PIN QT 168 OUTSIDE KANSAS CIT MO 03.21 0486 | | 67.85 |
| Mar 22 | SEABOARD CORPORA CORPEXPREP 0005VICTORY CLEANIN | 7,200.00 | |
| Mar 22 | MO SEC OF STATE WWW.SOS MO MO 03/21 0486 | | 10.45 |
| Mar 22 | PIN USPS KIOSK 1983 OVERLAND P KS 03/21 0486 | | 30.65 |
| Mar 25 | SUPPORTPDFFILLER CO 855-750166 MA 03/22 0486 | 0.87 | |
| Mar 25 | TST* MISSION TACO J KANSAS CI MO 03/22 0486 | | 34.24 |
| Mar 25 | JESS & JIM'S STEAKH KANSAS CIT MO 03/24 0486 | | 90.00 |
| Mar 25 | PIN QT 168 OUTSIDE KANSAS CIT MO 03/25 0486 | | 69.02 |
| Mar 25 | PIN SUTHERLANDS 121 KANSAS CIT MO 03/25 0486 | | 20.79 |
| Mar 25 | VENMO PAYMENT DAN BROWN | | 847.98 |
| Mar 25 | CHECK # 135 | | 548.42 |
| Mar 25 | VENMO PAYMENT DAN BROWN | | 50.00 |
| Mar 26 | PIN THE HOME DEPOT KANSAS CIT MO 03/26 0486 | | 16.17 |
| Mar 26 | CHECK # 136 | | 2,000.00 |
| Mar 26 | CHECK # 137 | | 1,000.00 |
| Mar 27 | QT 168 KANSAS CI MO 03/25 0486 | | 7.11 |
| Mar 27 | WINPRO SOLUTIONS IN 913-894213 KS 03/26 0486 | | 191.58 |
| Mar 28 | WWW PODIUM COM HTTPSWWW.P UT 03/27 0486 | | 570.79 |
| Mar 28 | NEXT INSUR* TOOLS WWW.NEXTIN CA 03/28 0486 | | 74.25 |
| Mar 28 | JESS & JIM'S STEAKH KANSAS CIT MO 03/28 0486 | | 69.21 |
| Mar 28 | CHECK # 133 | | 685.00 |
| Mar 29 | CHECK # 139 | | 654.50 |
| Mar 29 | VENMO PAYMENT DAN BROWN | | 60.00 |
| **Totals** | | **$21,198.25** | **$31,704.34** |

## Checks Posted

*Indicates a Skip in Check Number(s)

| Check No. | Date | Amount | Ref No. | Check No. | Date | Amount | Ref No. |
|---|---|---|---|---|---|---|---|
| 129 | Mar 04 | 1,500.00 | 00081094018 | 136 | Mar 26 | 2,000.00 | 00082003141 |
| 130 | Mar 01 | 694.96 | 00035265457 | 137 | Mar 26 | 1,000.00 | 00082287002 |
| 131 | Mar 15 | 456.11 | 00035252488 | * 139 | Mar 29 | 654.50 | 00035257613 |
| 132 | Mar 18 | 2,000.00 | 00081011724 | * 166 | Mar 07 | 2,000.00 | 00084195665 |
| 133 | Mar 28 | 685.00 | 00084155225 | 167 | Mar 08 | 694.11 | 00035255216 |
| * 135 | Mar 25 | 548.42 | 00081220940 | | | | |

## End of Day - Current Balance

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Mar 01 | 10,731.53 | Mar 11 | 8,979.04 | Mar 18 | 1,988.66 | Mar 25 | 7,765.68 |
| Mar 04 | 7,181.51 | Mar 12 | 7,675.16 | Mar 19 | 1,028.52 | Mar 26 | 4,749.51 |
| Mar 05 | 7,568.51 | Mar 13 | 7,248.62 | Mar 20 | 2,335.08 | Mar 27 | 4,550.82 |
| Mar 06 | 11,492.86 | Mar 14 | 7,040.40 | Mar 21 | 2,266.36 | Mar 28 | 3,151.57 |
| Mar 07 | 9,056.89 | Mar 15 | 6,584.29 | Mar 22 | 9,425.26 | Mar 29 | 2,437.07 |
| Mar 08 | 8,118.95 | | | | | | |



MEMBER
FDIC





EQUAL HOUSING
LENDER

00089758 0289779 0004-0006 TUMBDS01033024042026 01 L 00000000

## Images



| 03/05/2024 | # 0 | $750.00 |



| 03/20/2024 | # 0 | $2,100.00 |



| 03/11/2024 | # 23294 | $5,000.00 |



| 03/04/2024 | # 129 | $1,500.00 |



| 03/01/2024 | # 130 | $694.96 |



| 03/15/2024 | # 131 | $456.11 |



| 03/18/2024 | # 132 | $2,000.00 |



| 03/28/2024 | # 133 | $685.00 |



| 03/25/2024 | # 135 | $548.42 |



| 03/26/2024 | # 136 | $2,000.00 |



MEMBER
**FDIC**



EQUAL HOUSING
LENDER

**Images (Continued)**



| 03/26/2024 | # 137 | $1,000.00 |
| 03/29/2024 | # 139 | $654.50 |



| 03/07/2024 | # 166 | $2,000.00 |
| 03/08/2024 | # 167 | $694.11 |



MEMBER
FDIC




EQUAL HOUSING
LENDER