**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

In re:    VICTORY CLEANING SYSTEMS, INC.    )  Case No. 24-40010
                      Debtor        )  Chapter 11 (Voluntary), Subchapter V

**<u>CREDITOR BALLOT SUMMARY ON DEBTOR'S SUBCHAPTER V SMALL BUSINESS
PLAN, DOC. #29</u>**

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|
| 1 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346<br>matthew.w.hester@irs.gov<br><br>Amount claimed: $68.89 Priority | 8-2 | Yes | **No Vote** |
| 1 | Missouri Department of Revenue<br>PO Box 475<br>Jefferson City MO 65105-0475<br><br>Amount claimed:  No Claim | None | Yes | **No Vote** |
| 2 | Attn Recovery First Citizens Bank<br>10201 Centurion PKWY N<br>Jacksonville, FL 32256<br>sara.bass@firstcitizens.com<br><br>Amount claimed: $24,390.18 | 1-1 | Yes | **No Vote** |
| 3 | Attn Recovery First Citizens Bank<br>10201 Centurion PKWY N<br>Jacksonville, FL 32256<br>sara.bass@firstcitizens.com<br><br>Amount claimed: $25,322.25 | 2-1 | Yes | **No Vote** |
| 3 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>ChasePOCNotification@rasflaw.com<br><br>Amount claimed: $58,941.42 | 3-1 | Yes | **No Vote** |
| 3 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701<br>proofofclaim@becket-lee.com<br><br>Amount claimed: $2,361.59 | 4-1 | Yes | **No Vote** |

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|
| 3 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701<br>proofofclaim@becket-lee.com<br><br> Amount claimed: $165.60 | 5-1 | Yes | **No vote** |
| 3 | First National Bank of Omaha<br>1620 Dodge St sc 3100<br>Omaha, NE 68197<br>brendabrown@fnbo.com<br><br>Amount claimed: $8,286.05 | 6-1 | Yes | **No vote** |
| 3 | First National Bank of Omaha<br>1620 Dodge St sc 3100<br>Omaha, NE 68197<br>brendabrown@fnbo.com<br><br>Amount claimed: $657.63 | 7-1 | Yes | **No vote** |
| 3 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346<br>matthew.w.hester@irs.gov<br><br>Amount claimed: $7,460.00 Unsecured | 8-2 | Yes | **No vote** |
| 3 | Bank of America<br>PO Box 982235<br>El Paso TX 79998-2235 | None | Yes | **No vote** |
| 3 | CITI BANK<br>5800 S CORPORATE PL<br>SIOUX FALLS SD 57108-5027 | None | Yes | **No vote** |
| 3 | Direct Capital Corporation<br>155 Commerce Way<br>Portsmouth NH 03801 | None | Yes | **No vote** |
| 3 | Mikala Allen<br>1000 W 100th st.<br>Kansas City MO 64114 | None | Yes | **No vote** |
| 4 | Dan Brown<br>1000 W 100th St.<br>Kansas City MO 64114 | None | No | |

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|

Dated: May 22, 2024

Respectfully submitted,
WM Law
s/ Ryan A. Blay

Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com / blay@wagonergroup.com
ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION