**Fill in this information to identify the case:**

Debtor Name  Victory Cleaning Systems, Inc.

United States Bankruptcy Court for the: Western District of Missouri

Case number:  24-40010

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  April 2024

Date report filed:  05/28/2024
MM / DD / YYYY

Line of business:  Surface cleaning/restoratior

NAISC code:  2383

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Dan Brown

Original signature of responsible party

Printed name of responsible party  Dan Brown

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Victory Cleaning Systems, Inc.                    Case number 24-40010

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 2,437.07

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 31,976.74

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 33,209.64

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -1,232.90

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 1,147.51

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**      $ _____

    *(Exhibit E)*

Debtor Name  Victory Cleaning Systems, Inc.                          Case number 24-40010

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                $ 0

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                     5

27. What is the number of employees as of the date of this monthly report?                                        4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?               $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00

30. How much have you paid this month in other professional fees?                                          $ 0.00

31. How much have you paid in total other professional fees since filing the case?                         $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 35,000.00 | − | $ 31,976.74 | = | $ 3,023.26 |
| 33. **Cash disbursements** | $ 30,000.00 | − | $ 33,209.64 | = | $ -3,209.64 |
| 34. **Net cash flow** | $ 5,000.00 | − | $ -1,232.90 | = | $ 6,232.90 |

35. Total projected cash receipts for the next month:                                                $ 35,000.00

36. Total projected cash disbursements for the next month:                                         − $ 30,000.00

37. Total projected net cash flow for the next month:                                              = $ 5,000.00

Debtor Name  Victory Cleaning Systems, Inc.                    Case number 24-40010                    page 4

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Exhibit A!

Awaiting payment of large project from
Marriot Hotel that will Satisfy ~12K in payroll
taxes for 1-1 – 4.28.2024. We have been able to and are
Paying all Payroll taxes since 4.28.2024 Per Pay Period.
Marriot project was billed 5.3.2024. for 16,365.90

– Dan Brown



**UMB**

Mailstop 1170103
P.O. Box 419226
Kansas City, MO 64141-6226

Statement Period Start:  April 1, 2024
Statement Period End:  April 30, 2024
Page 1 of 6

RETURN SERVICE REQUESTED

00053580 TUMBDS01050124032445 01 000000000 0000000 006

VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
OPERATING ACCOUNT
1000 W 100TH ST
KANSAS CITY MO  64114-4208



## CUSTOMER SERVICE

**Customer Service Phone:**
1.866.204.3913

**Written Inquiries:**
UMB Bank, n.a.
P.O. Box 419226
Kansas City, MO  64141-6226

**UMB.com**



Access Financial Insights on the UMB Blog

LEARN MORE

blog.umb.com





## CORPORATE BANKRUPTCY - NON-INTEREST

**Account Number:**  2570

**Account Title(s):**   **VICTORY CLEANING SYSTEMS INC**
**DEBTOR IN POSSESSION**
**CASE 24-40010-CAN11**
**OPERATING ACCOUNT**





**MEMBER**
**FDIC**



EQUAL HOUSING
LENDER

**Terms and Conditions**
All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us at the phone number or address shown on the front of this statement. If you think your statement or receipt is wrong or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days after we have sent you the first statement on which the error or problem occurred. Please (1) tell us your name and account number. (2) describe the error or transfer you are unsure about; (3) explain as clearly as you can why you believe there is an error or why you need more information and (4) tell us the dollar amount of the suspected error. We will tell you the results of our investigation within ten (10) business days after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten (10) days, for the amount you think is in error, so  that you will have the use of the money during the time it takes us to complete our investigation.

**Go Paperless:** Sign up for electronic statements today. Statement preferences may be assigned in Online Banking or by calling the customer service phone number on the front of this statement.

**Contact information changes:** It's important to keep your contact information up-to-date. Update your address, email and phone number in Online Banking or by calling the customer service phone number on the front of this statement.





VICTORY CLEANING SYSTEMS INC
Statement Ending April 30, 2024
Page 3 of 6

## Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance as of 04/01/2024 | $2,437.07 | Total Days in Statement Period | 30 |
| + Deposits and Credits  (8) | $30,675.00 | | |
| - Withdrawals and Debits  (72) | $32,161.73 | | |
| - Service Charges and Fees | $56.66 | | |
| **Ending Balance as of 04/30/2024** | **$893.68** | | |

## Transaction Detail

| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| Apr 01 | EXTRA SPACE 8287   816-926971   MO 03/27 0486 | | 204.00 |
| Apr 01 | APPLE.COM/BILL   866-712-77   CA 03/29 0486 | | 9.99 |
| Apr 01 | APPLE.COM/BILL   866-712-77   CA 03/30 0486 | | 12.99 |
| Apr 01 | VENMO   PAYMENT   DAN BROWN | | 814.72 |
| Apr 02 | DEPOSIT   REF 32275575 | 2,600.00 | |
| Apr 02 | ANALYSIS SERVICE CHARGE(S) | | 56.66 |
| Apr 02 | RING SAVVY INC   800-344728   NY 04/01 0486 | | 500.00 |
| Apr 02 | DMN8 PARTNERS   859-757225   KY 04/01 0486 | | 600.00 |
| Apr 03 | PIN THE HOME DEPOT  OVERLAND P   KS 04/03 0486 | | 69.85 |
| Apr 03 | PIN THE HOME DEPOT  OVERLAND P   KS 04/03 0486 | | 32.76 |
| Apr 03 | CHECK #   138 | | 1,000.00 |
| Apr 03 | AMTRUST NA   PAYMENT   VICTORY CLEANING SY | | 229.00 |
| Apr 04 | DEPOSIT   REF 34201673 | 1,550.00 | |
| Apr 04 | VENMO   CASHOUT   DAN BROWN | 2,000.00 | |
| Apr 04 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 04/04 0486 | | 13.51 |
| Apr 04 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 04/04 0486 | | 76.46 |
| Apr 05 | VENMO   CASHOUT   DAN BROWN | 300.00 | |
| Apr 05 | BIG O TIRES 16020  573-634-56   KS 04/03 0486 | | 217.19 |
| Apr 05 | INTUIT *QBOOKS ONLI CL.INTUIT.   CA 04/04 0486 | | 234.00 |
| Apr 05 | JESS & JIM'S STEAKH KANSAS CIT   MO 04/05 0486 | | 75.88 |
| Apr 08 | EXTRA SPACE 8287   816-926971   MO 04/04 0486 | | 418.00 |
| Apr 08 | TMOBILE*AUTO PAY   800-937-89   WA 04/05 0486 | | 313.36 |
| Apr 08 | SERVICEMONSTER LLC  888-901-33   WA 04/06 0486 | | 129.00 |
| Apr 08 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 04/08 0486 | | 66.67 |
| Apr 08 | CHECK #   140 | | 643.28 |
| Apr 08 | VENMO   PAYMENT   DAN BROWN | | 543.96 |
| Apr 08 | EPOXY2U, LLC   SALE   VICTORY CLEANING SY | | 518.28 |
| Apr 09 | PROG CASUALTY   INS PREM   VICTORY CLEANING SY | | 797.83 |
| Apr 10 | DEPOSIT   REF 33247444 | 10,100.00 | |
| Apr 11 | DEPOSIT  SERIAL # 746523   REF 34249132 | 2,350.00 | |
| Apr 12 | CHECK #   101 | | 2,704.18 |
| Apr 15 | AMZN MKTP US*3585K6 AMZN.COM/B   WA 04/12 0486 | | 42.98 |
| Apr 15 | EMSER TILE-KSKAN   LENEXA   KS 04/12 0486 | | 26.18 |
| Apr 15 | WINPRO SOLUTIONS IN LENEXA   KS 04/12 0486 | | 159.65 |
| Apr 15 | IN *KC EPOXY SUPPLY 816-273624   KS 04/12 0486 | | 959.09 |
| Apr 15 | FSP*MB STONE CARE & 888-509-58   NC 04/12 0486 | | 1,415.08 |
| Apr 15 | MO SEC OF STATE   WWW.SOS.MO   MO 04/14 0486 | | 20.65 |
| Apr 15 | PIN APPLE COM BILL  CUPERTINO   CA 04/15 0486 | | 6.99 |
| Apr 15 | VENMO   PAYMENT   DAN BROWN | | 430.26 |
| Apr 16 | WHITE CAP #799   KANSAS CIT   KS 04/15 0486 | | 309.71 |
| Apr 16 | CHECK #   204 | | 923.08 |
| Apr 16 | CHECK #   102 | | 586.50 |
| Apr 16 | CITY OF K.C.MO.  ETAXSYSTEM VICTORY CLEANING SY | | 71.05 |
| Apr 17 | PIN APPLE COM BILL  CUPERTINO   CA 04/17 0486 | | 9.99 |
| Apr 18 | BLEDSOE'S RENTAL.  KANSAS CIT   MO 04/16 0486 | | 48.17 |
| Apr 18 | SUPERIOR SURFACE SO 816-471522   MO 04/17 0486 | | 777.25 |
| Apr 18 | AMZN MKTP US*RM1ML4 AMZN.COM/B   WA 04/17 0486 | | 90.36 |
| Apr 18 | NEXT INSUR. GEN LIA WWW.NEXTIN   CA 04/18 0486 | | 230.75 |





**MEMBER FDIC**



EQUAL HOUSING LENDER



## Transaction Detail (Continued)

| Date | Description | Deposits | Withdrawals |
|------|-------------|---------|-------------|
| Apr 18 | PIN QT 168 OUTSIDE  KANSAS CIT    MO 04/18 0486 | | 63.97 |
| Apr 18 | CHECK #    168 | | 950.76 |
| Apr 19 | PIN SUPERIOR SURFAC KANSAS CIT    MO 04/19 0486 | | 240.60 |
| Apr 19 | PIN THE HOME DEPOT  KANSAS CIT    MO 04/19 0486 | | 60.44 |
| Apr 22 | SUPPORTPDFFILLER.CO 855-750166    MA 04/19 0486 | | 20.00 |
| Apr 22 | PIN THE HOME DEPOT  KANSAS CIT    MO 04/22 0486 | | 89.68 |
| Apr 22 | PIN QT 168 OUTSIDE  KANSAS CIT    MO 04/22 0486 | | 93.48 |
| Apr 22 | PIN QT 168 OUTSIDE  KANSAS CIT    MO 04/22 0486 | | 98.44 |
| Apr 22 | PIN QT 168 OUTSIDE  KANSAS CIT    MO 04/22 0486 | | 35.92 |
| Apr 22 | CHECK #    205 | | 586.30 |
| Apr 22 | VENMO          PAYMENT    DAN BROWN | | 353.66 |
| Apr 23 | PIN THE HOME DEPOT  KANSAS CIT    MO 04/23 0486 | | 11.94 |
| Apr 23 | CHECK #    206 | | 1,006.70 |
| Apr 23 | CHECK #    208 | | 295.04 |
| Apr 24 | DEPOSIT  SERIAL # 747491        REF 33277724 | 2,100.00 | |
| Apr 24 | PIN QT 168 OUTSIDE  KANSAS CIT    MO 04/24 0486 | | 88.65 |
| Apr 25 | PAYROLL        PAYROLL   VICTORY CLEANING SY | | 989.20 |
| Apr 26 | DEPOSIT              REF 35265209 | 9,675.00 | |
| Apr 26 | VENMO          PAYMENT    DAN BROWN | | 255.78 |
| Apr 29 | NEXT INSUR. TOOLS  WWW.NEXTIN    CA 04/28 0486 | | 74.25 |
| Apr 29 | PIN THE HOME DEPOT  KANSAS CIT    MO 04/29 0486 | | 56.54 |
| Apr 29 | PIN THE HOME DEPOT  KANSAS CIT    MO 04/29 0486 | | 51.86 |
| Apr 29 | VENMO          PAYMENT    DAN BROWN | | 976.41 |
| Apr 29 | CHECK #    211 | | 886.00 |
| Apr 29 | CHECK #    212 | | 886.00 |
| Apr 29 | CHECK #    209 | | 564.02 |
| Apr 29 | VENMO          PAYMENT    DAN BROWN | | 390.54 |
| Apr 30 | EXTRA SPACE 8287    816-926971    MO 04/28 0486 | | 204.00 |
| Apr 30 | APPLE.COM/BILL      866-712-77    CA 04/29 0486 | | 9.99 |
| Apr 30 | WWW.PODIUM.COM      HTTPSWWW.P    UT 04/29 0486 | | 570.40 |
| Apr 30 | ANGI            888-270-26    IN 04/29 0486 | | 390.00 |
| Apr 30 | PIN THE HOME DEPOT  OVERLAND P    KS 04/30 0486 | | 8.51 |
| Apr 30 | CHECK #    210 | | 5,520.00 |
| **Totals** | | **$30,675.00** | **$32,218.39** |

## Checks Posted

* Indicates a Skip in Check Number(s)

| Check No. | Date | Amount | Ref No. | Check No. | Date | Amount | Ref No. |
|-----------|------|--------|---------|-----------|------|--------|---------|
| 101 | Apr 12 | 2,704.18 | 00085187035 | 206 | Apr 23 | 1,006.70 | 00032338750 |
| 102 | Apr 16 | 586.50 | 00082237155 | * 208 | Apr 23 | 295.04 | 00032338749 |
| * 138 | Apr 03 | 1,000.00 | 00083167148 | 209 | Apr 29 | 564.02 | 00081232352 |
| * 140 | Apr 08 | 643.28 | 00081239187 | 210 | Apr 30 | 5,520.00 | 00082217322 |
| * 168 | Apr 18 | 950.76 | 00084161782 | 211 | Apr 29 | 886.00 | 00081300944 |
| * 204 | Apr 16 | 923.08 | 00082274544 | 212 | Apr 29 | 886.00 | 00081377651 |
| 205 | Apr 22 | 586.30 | 00081247816 | | | | |

## End of Day - Current Balance

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Apr 01 | 1,395.37 | Apr 09 | 1,309.68 | Apr 17 | 6,094.29 | Apr 24 | 3,052.18 |
| Apr 02 | 2,838.71 | Apr 10 | 11,409.68 | Apr 18 | 3,933.03 | Apr 25 | 2,062.98 |
| Apr 03 | 1,507.10 | Apr 11 | 13,759.68 | Apr 19 | 3,631.99 | Apr 26 | 11,482.20 |
| Apr 04 | 4,967.13 | Apr 12 | 11,055.50 | Apr 22 | 2,354.51 | Apr 29 | 7,596.58 |
| Apr 05 | 4,740.06 | Apr 15 | 7,994.62 | Apr 23 | 1,040.83 | Apr 30 | 893.68 |
| Apr 08 | 2,107.51 | Apr 16 | 6,104.28 | | | | |



MEMBER
FDIC





EQUAL HOUSING
LENDER

00053580 0218221 0004-0006 TUMBDS01050124032445 01 L 00000000

VICTORY CLEANING SYSTEMS INC
Statement Ending April 30, 2024
Page 5 of 6

## Images



04/02/2024                # 0                $2,600.00



04/04/2024                # 0                $1,550.00



04/10/2024                # 0                $10,100.00



04/26/2024                # 0                $9,675.00



04/11/2024                # 746523                $2,350.00



04/24/2024                # 747491                $2,100.00



04/12/2024                # 101                $2,704.18



04/16/2024                # 102                $586.50



04/03/2024                # 138                $1,000.00



04/08/2024                # 140                $643.28



MEMBER
FDIC



EQUAL HOUSING
LENDER

00053580 0218222 0005-0006 TUMBDS01050124032445 01  L  00000000

VICTORY CLEANING SYSTEMS INC
Statement Ending April 30, 2024

Page 6 of 6

## Images (Continued)



04/18/2024          # 168                    $950.76



04/16/2024          # 204                    $923.08



04/22/2024          # 205                    $586.30



04/23/2024          # 206                  $1,006.70



04/23/2024          # 208                    $295.04



04/29/2024          # 209                    $564.02



04/30/2024          # 210                  $5,520.00



04/29/2024          # 211                    $886.00



04/29/2024          # 212                    $886.00



MEMBER
FDIC


EQUAL HOUSING
LENDER

**UMB**

Mailstop 1170103B
P.O. Box 419226
Kansas City, MO 64141-6226

Statement Period Start:    April 1, 2024
Statement Period End:    April 30, 2024
Page 1 of 4



RETURN SERVICE REQUESTED

00052409 TUMBDS01050124032445 01 000000000 0000000 004

VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
PAYROLL TAXES
1000 W 100TH ST
KANSAS CITY MO  64114-4208



### CUSTOMER SERVICE

 **Customer Service Phone:**
1.866.204.3913

 **Written Inquiries:**
UMB Bank, n.a.
P.O. Box 419226
Kansas City, MO  64141-6226

**UMB.com**

## CORPORATE BANKRUPTCY - NON-INTEREST

**Account Number:** ▮▮▮▮3468

**Account Title(s):**    VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
PAYROLL TAXES



**MEMBER**
**FDIC**


EQUAL HOUSING
LENDER

**Terms and Conditions**
All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us at the phone number or address shown on the front of this statement. If you think your statement or receipt is wrong or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days after we have sent you the first statement on which the error or problem occurred. Please (1) tell us your name and account number. (2) describe the error or transfer you are unsure about; (3) explain as clearly as you can why you believe there is an error or why you need more information and (4) tell us the dollar amount of the suspected error. We will tell you the results of our investigation within ten (10) business days after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten (10) days, for the amount you think is in error, so  that you will have the use of the money during the time it takes us to complete our investigation.

**Go Paperless:** Sign up for electronic statements today. Statement preferences may be assigned in Online Banking or by calling the customer service phone number on the front of this statement.

**Contact information changes:** It's important to keep your contact information up-to-date. Update your address, email and phone number in Online Banking or by calling the customer service phone number on the front of this statement.





## Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance as of 04/01/2024 | $0.00 | Total Days in Statement Period | 30 |
| + Deposits and Credits  (1) | $1,301.74 | | |
| - Withdrawals and Debits  (2) | $1,047.91 | | |
| - Service Charges and Fees | $0.00 | | |
| **Ending Balance as of 04/30/2024** | **$253.83** | | |

## Transaction Detail

| Date | Description | | Deposits | Withdrawals |
|---|---|---|---|---|
| Apr 23 | DEPOSIT | REF 32338748 | 1,301.74 | |
| Apr 24 | PAYROLL | PAYROLL   VICTORY CLEANING SY | | 804.28 |
| Apr 24 | PAYROLL | PAYROLL   VICTORY CLEANING SY | | 243.63 |
| **Totals** | | | **$1,301.74** | **$1,047.91** |

## End of Day - Current Balance

| Date | Balance | Date | Balance |
|---|---|---|---|
| Apr 23 | 1,301.74 | Apr 24 | 253.83 |



MEMBER
FDIC





EQUAL HOUSING LENDER

00052409 0213976 0003-0004 TUMBDS01050124032445 01  L  00000000

## Images



| 04/23/2024 | # 0 | $1,301.74 |

MEMBER
FDIC



EQUAL HOUSING
LENDER

00052409 0213977 0004-0004 TUMBDS01050124032445 01  L  00000000