**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

In re:    VICTORY CLEANING SYSTEMS, INC.    )   Case No. 24-40010
                      Debtor    )   Chapter 11 (Voluntary)
                                 )   Subchapter V

**STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
FILED BY ALLY BANK (DOC. #41)**

COMES NOW Victory Cleaning Systems, Inc. the Debtor and Debtor-in-Possession Herein (hereinafter the "Debtor"), and Creditor Ally Bank ("Ally"), by and through their respective counsel, and for their mutually agreed upon Stipulation Resolving the Motion for Relief from the Automatic Stay (the "Motion") filed by Ally on May 31, 2024, states as follows:

1.    Debtor admits the allegations contained within the Motion.

2.    The failure to address the scheduled obligation of Ally in the plan was inadvertent on the part of the debtor and its counsel.

3.    The Debtor wishes to retain the 2015 Isuzu NPR that is the subject of The Motion.

4.    The Debtor has sufficient funds to pay Ally its contractual obligations under the note without reducing or impacting payments to creditors under the Plan that is subject for confirmation on June 5, 2024.

5.    Ally did not receive a ballot for the Plan but supports the Plan with the language of this stipulation incorporated into the Order Confirming Plan.  The proposed order would be circulated to the United States Trustee, the Subchapter V Trustee, counsel for Ally, and any creditors who appear at the confirmation hearing directly or through counsel before submission to the Court for signature.

6.    The Debtor intends to commence payments under the Plan effective July 2024 and can continue to do so, including payments to Ally at the contractual payment rate of $529.89 per month until the note is paid in full.

7.    It is in the best interest of all creditors if the Debtor retains its property and its Plan is confirmed by Order of this Court.

8.    The Debtor shall continue to maintain adequate insurance on the Isuzu and provide proof to Ally via its counsel within a reasonable time upon request.

9.    Upon oral confirmation of the Plan, Ally shall withdraw its Motion for Relief from the Automatic Stay without prejudice.

10.     Article 6.8 (Creditor Remedies in Event of Default under Plan) of SUBCHAPTER V SMALL BUSINESS PLAN OF REORGANIZATION FOR DEBTOR VICTORY CLEANING SYSTEMS, INC., DATED APRIL 4, 2024 (Document No. 29) shall apply to this Stipulation.

        WHEREFORE, the Debtor and Ally jointly stipulate to the above-described resolution of the Motion for Relief from the Automatic Stay, and for any other relief just and appropriate under the circumstances.

Dated: 6/4/2024

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

Approved by:

/s/ Evan Lincoln Moscov
Evan Lincoln Moscov
Missouri Bar No. 64415
P.O. Box 8305
Waukegan, IL 60079
Telephone: (312) 969-1977
evan.moscov@moscovlaw.com
Attorney for Ally Bank

2