**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

IN RE:  **Victory Cleaning Systems, Inc.**                    **CASE NO.   24-40010**

**Debtor**                                          **CHAPTER 11**

## APPLICATION OF SUBCHAPTER V TRUSTEE
## FOR ORDER APPROVING TRUSTEE FEES
## AS A CHAPTER 11 ADMNISTRATIVE EXPENSE

COMES NOW Robbin L. Messerli, Subchapter V Trustee, and for his application for

Trustee Fees as a Chapter 11 Administrative Expense states as follows:

1.  The Debtor filed a Chapter 11 Subchapter V Voluntary Petition on January 5, 2024.

2.  The United States Trustee duly appointed the undersigned as Subchapter V trustee on

    January 9, 2024.

3.  Pursuant to 11 U.S.C. § 330 the Subchapter V Trustee is entitled to compensation for

    services in the case in addition to reimbursement for any actual and necessary expenses

    incurred.

4.  The undersigned Subchapter V Trustee attaches and marks as Exhibit A his timesheet

    summary for the hours involved in the performance of his duties as Subchapter V

    Trustee.

    **WHEREFORE**, the Subchapter V Trustee prays the court enter an Order approving his

Chapter 11 Subchapter V Trustee Fees as a Chapter 11 Administrative Expense in the amount of

$2,550.00 and for such other and further relief as the Court deems just and proper.

Dated: June 14, 2024                          /s/ Robbin L. Messerli
                                              Robbin L. Messerli, Subchapter V Trustee
                                              P.O. Box 8686
                                              Prairie Village, KS  66208-2618
                                              913.662.3524
                                              rob.messerli@gunrockvp.com

**Victory Cleaning Systems, Inc.**
**Case Number 24-40010**
**Timesheet Summary for Robbin Messerli, Subchapter V Trustee**
**For the period January 9, 2024 through June 14, 2024**

| Date | Description | Hours | Rate (USD) | Total (USD) |
|---|---|---|---|---|
| 01/09/2024 | Review petition | 0.50 | $250.00 | $125.00 |
| 01/17/2024 | IDI | 1.00 | $250.00 | $250.00 |
| 02/07/2024 | 341 meeting | 0.90 | $250.00 | $225.00 |
| 02/16/2024 | Conference call w/ debtor and attorney | 0.30 | $250.00 | $75.00 |
| 02/21/2024 | Status conference | 0.10 | $250.00 | $25.00 |
| 04/02/2024 | Call w/ debtor re: financials | 0.30 | $250.00 | $75.00 |
| 04/03/2024 | Develop pro forma financials | 4.20 | $250.00 | $1,050.00 |
| 04/05/2024 | Review MORs | 0.40 | $250.00 | $100.00 |
| 04/05/2024 | Review plan | 0.50 | $250.00 | $125.00 |
| 05/14/2024 | Review MOR | 0.20 | $250.00 | $50.00 |
| 05/22/2024 | Status conference | 0.30 | $250.00 | $75.00 |
| 06/04/2024 | Review MOR | 0.20 | $250.00 | $50.00 |
| 06/04/2024 | Phone call w/ debtor's attorney re: stipulation / confirmation hearing | 0.10 | $250.00 | $25.00 |
| 06/04/2024 | Review emails re: Ally Bank claim and proposed stipulation | 0.20 | $250.00 | $50.00 |
| 06/05/2024 | Confirmation hearing | 0.70 | $250.00 | $175.00 |
| 06/12/2024 | Review confirmation order | 0.30 | $250.00 | $75.00 |
| | **TOTALS** | **10.20** | | **$2,550.00** |