**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

**IN RE:  Victory Cleaning Systems, Inc.**          **CASE NO.   24-40010**

      **Debtor**          **CHAPTER 11**

### NOTICE OF APPLICATION FOR SUBCHAPTER V TRUSTEE FEES

1. On June 14, 2024, Robbin L. Messerli, Subchapter V Trustee filed his Application of Subchapter V Trustee for Order Approving Trustee Fees as a Chapter 11 Administrative Expense for the period and amounts below:

   A.   Period Covered:  January 9, 2024 – June 14, 2024.

   B.  $2,550.00 fees for 10.20 hours of Subchapter V Trustee service.

   C.  $0 expenses.

2. Previous applications:  NONE

3. Within 21 days from the date of service of this notice, creditors may file objections as to why the Application should not be granted with the **Clerk of the Bankruptcy Court, Charles Evans Whittaker U.S. Courthouse, 400 E. 9th Street, Kansas City, Missouri 64106, and serve a copy on debtor's counsel.**  The Application and accompanying time sheets are on file and available for inspection in the Office of the Clerk during regular business hours.  If objections are timely filed, the Court will rule the matter from the pleadings or set the objections for a hearing, if appropriate.  If no objections are filed, the Court will enter its order without further notice.

Dated: <u>June 14, 2024</u>          /s/ Robbin L. Messerli
                                            Robbin L. Messerli
                                            P.O. Box 8686
                                            Prairie Village, KS  66208-2618
                                            913.662.3524
                                            rob.messerli@gunrockvp.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 14, 2024, a true and correct copy of this **Notice** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in this case through the CM/ECF system.

/s/ Robbin L. Messerli
Robbin L. Messerli, Subchapter V Trustee
P.O. Box 8686
Prairie Village, KS  66208-2618
913.662.3524
rob.messerli@gunrockvp.com