**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | VICTORY CLEANING SYSTEMS, INC. | ) | Case No. 24-40010 |
| | Debtor | ) | Chapter 11 (Voluntary), Subchapter V |

<u>**INITIAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM JANUARY 5, 2024 THROUGH JUNE 30, 2024**</u>

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to Victory Cleaning Systems, Inc, the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $14252.00 and reimbursement of expenses in the amount of $190.90 for a total amount of $14,442.90 incurred from January 5, 2024 through June 30, 2024, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code. In support of this Application, WM Law respectfully states as follows:

**BACKGROUND**

1. Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on January 5, 2024 (the "Petition Date").

2. WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case. On February 5, 2024, this Court entered an order approving the Debtor's Application to Employ WM Law as Counsel. (Doc. #18).

3. WM Law's representation of Debtor is upon the fee basis set forward in the engagement letter - at the rate of $350.00 per hour for services by WM Law's attorneys and $175 per hour for paralegals.

4. As of the filing of this Application, WM Law is holding the remaining unapplied pre-filing balance of $8,110 in trust and would seek to apply this first to any fees and expenses approved under this motion. The funds in trust would cover some of the requested payments under this application.

5. All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

**SUMMARY OF SERVICES RENDERED**

6. Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $14,252.00 in attorney's fees and $190.90 in expenses for fees Incurred from January 5, 2024 through June 30, 2024. A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

1

## VALUATION OF SERVICES

7.      Attorneys and paraprofessionals of WM Law have expended a total of 44.4 hours in connection with this matter from January 5, 2024 through June 30, 2024, as fully set forth in the Summary Sheet attached hereto as **Exhibit C.**  The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from January 5, 2024 through June 30, 2024 in the amount of $14,252.00 in attorney's fees and $190.90 in expenses.

8.      In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

## CASE STATUS

9.      No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10.     The source of compensation sought is from the income and assets of the bankruptcy estate.

11.     The Debtor's Chapter 11, Subchapter V Plan of Reorganization was filed with this Court on April 4, 2024 as Docket #29.

12.     The Chapter 11 Plan was confirmed on June 14, 2024, by Docket #49.

13.     The Debtor is current with Monthly Operating Reports through the report due for April 2024.

14.      WM Law certifies that it has provided a copy of this Application to Debtor for its review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from January 5, 2024 through June 30, 2024, in the amount of $14,252.00 in attorney's fees and $190.90 in expenses for a total amount of $14,442.90 attached hereto as Exhibit A, for his review.

**WHEREFORE**, WM Law seeks approval of legal fees in the amount of $14,252.00 in attorney's fees and $190.90 in expenses for a total amount of $14,442.90 incurred from January 5, 2024 through June 30, 2024, and authorization to apply first the funds held in trust, per 11 U.S.C.

2

Dated: July 5, 2024.

Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR, VICTORY CLEANING
SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

 **[See attached mailing matrix]**

s/ Ryan A. Blay

3

| Name and Address | | Victory Cleaning Systems, Inc.<br>c/o Dan Brown<br>1000 W. 100th St.<br>Kansas City, MO 64114 | **341 Info:** |
|---|---|---|---|
| Cell Phone | | 913-269-2103 | |
| Email Address | | dan@vcleaning.com | |
| Case Number | | 24-40010-11 | |
| Date Filed | | 1/5/2024 | **PFM filed?**  N/a business case |
| Trustee/Judge | | US Trustee<br>Judge: Norton<br>SUB -V Trustee: | |
| Attorney/Location/Chapter | | RAB/Olathe/MO11 | |
| REQUESTED DOCUMENTS | | | |
| **Notices need to be *sent to*:**<br><br>Creditor name:<br>Account Number:<br>Fax Number:<br>Links to supporting docs: | | **Plan Summary – due 90 days from filing**<br><br>**Initial confirmation date:** | **Links to:**<br>**Petition and Schedules**<br>**Initials Plan**<br>**1st Amended Plan…**<br><br><br><br><br>**PENDING ISSUES:** |

| Date | Who | Issue | Notes: | Hourly Rate ($350/hr Attys & $175/hr Paras) | Time | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | - | | | |
| | | | | | | |

## ALL BILLING BELOW IS POST-PETITION

| Date | Who | Issue | Notes: | Hourly Rate | Time | Amount |
|---|---|---|---|---|---|---|
| 1/11/2024 | RAB | Application to employ | Drafted application and affidavit | $350 | .8 | $280 |
| 1/11/2024 | RAB | LR 2015 statement | Drafted and emailed to client for review and additions/corrections | $350 | .6 | $210 |
| 1/11/2024 | RAB | Creditor contacts | e-mailed notice of filing to Channel Partners and Charzetta Murray with Equipment Finance Collections. Called and left voicemail for Brenda Brown at FNBO and called CommunityAmerica and spoke with representative | $350 | .5 | $175 |
| 1/11/2024 | DS | App to Employ | Revisions to Application to Employ, had RAB re-sign corrected Affidavit; filed and served. | $175 | .4 | $70 |
| **1/11/2024** | **DS** | **Case Expense** | **Cost of service of Application to Employ = $12.12** | **$0.0** | **0.0** | **$12.12** |
| 1/17/2024 | RAB | Correspondence with client | Preparation for initial debtor interview | $350 | .5 | $175 |
| 1/17/2024 | RAB | IDI | Initial debtor interview with US Trustee | $350 | 1.1 | $385 |
| 1/17/2024 | RAB | Call following IDI | Call with client to discuss tasks to follow IDI | $350 | .4 | $140 |
| 1/26/2024 | RAB | Follow up on post-IDI docs | e-mail to client to ascertain status of post-IDI requests from US Trustee | $350 | .3 | $105 |
| 1/26/2024 | RAB | e-mail to Rob Messerli | Discussion of proposed deadlines per judge's orders | $350 | .7 | $245 |

Wagoner Bankruptcy Group – Chapter 11 Client Contact Record
Notes:

| Date | Who | Issue | Notes: | Hourly Rate ($350/hr Attys & $175/hr Paras) | Time | Amount |
|---|---|---|---|---|---|---|
| 1/26/2024 | RAB | Agreed scheduling order | Drafted for filing based on communications with Subchapter V Trustee Messerli | $350 | .6 | $210 |
| 1/31/2024 | RAB | Calls with Dan Brown | Discussion of IDI doc requests | $350 | .8 | $280 |
|  |  |  | All above transferred to billing $2,275 A fees + $12.12 Expense |  |  | 0 |
| 2/2/2024 | RAB | Correspondence with court | Discussion of order for scheduling conference | $350 | .5 | $175 |
| 2/5/2024 | RAB | Call with Dan Brown | Discussion of status of IDI docs and prep for 341 meeting | $350 | .7 | $245 |
| 2/7/2024 | RAB | Prepared Sub V Status Conference report | Prepared report for filing | $350 | .8 | $280 |
| 2/7/2024 | RAB | 341 meeting of creditors | 341 meeting by phone | $350 | .9 | $315 |
| 2/7/2024 | RAB | Post-341 call | Call with Mr. Brown | $350 | .4 | $140 |
| 2/7/2024 | DS | Status Conf Report | Formatted and filed Status Conf Report (Doc. 19), and served | $175 | .4 | $70.00 |
| 2/7/2024 | DS | Case Expense | Cost of service of above. | 0 | 0.0 | $15.26 |
| 2/14/2024 | RAB | Application to employ CPAs | Drafted motion and affidavit, e-mailed affidavit to J Tenbrink for review, signature and notarizing | $350 | 1.2 | $420 |
| 2/16/2024 | RAB | Call to Dan Brown before conference call | Discussion of status of taxes and other obligations | $350 | .4 | $140 |
| 2/16/2024 | RAB | Call with Dan and with Subchapter V Trustee Rob Messerli | Conference call to discuss plan/cash flow projections, etc. | $350 | .5 | $175 |
| 2/20/2024 | RAB | Taxes | Received 2020-2023 corporate taxes. Sent and received e-signatures on each and sent to US Trustee's office. Can forward to taxing authorities once we have contacts | $350 | .7 | $245 |
| 2/21/2024 | RAB | Subchapter V Status Conference | Discussion with Court about case status | $350 | .5 | $175 |
| 2/21/2024 | DS | App to Employ | Revised Application to Employ, added Exhibit Affidavit, filed and served.  It notes it is expedited so I suspect we will need an actual MT Expedite, but the matter is already set for hearing this afternoon. | $175 | .4 | $70 |
| 2/21/2024 | DS | Case Expense | Cost of service of above = $13.32 | $0.00 | 0.0 | $13.32 |
| 2/21/2024 | RAB | Call with client | Discussion of setting up authority to do business in Missouri | $350 | .5 | $175 |
| 2/21/2024 | DS | COS | Filed COS on Order Granting MT Shorten MT Employ CPA's. | $175 | .2 | $35 |
| 2/21/2024 | DS | Case Expense | Cost of service of above - $14.60 | 0.0 | 0.0 | $14.60 |
|  |  |  | All above transferred to billing |  |  | 0 |
| 3/4/2024 | RAB | Proof of closing of pre-petition accounts and opening DIP account | Received from Mr. Brown and forwarded to Dao at US Trustee's office | $350 | .4 | $140 |
| 3/4/2024 | RAB | Order to employ | Received and forwarded to accountant with request for post-petition invoices | $350 | .4 | $140 |
| 3/5/2024 | RAB | Call to Dan Brown | Confirmed this afternoon's continued 341 meeting & reminder for bank statements | $350 | .3 | $105 |

2

| Date | Who | Issue | Notes: | Hourly Rate ($350/hr Attys & $175/hr Paras) | Time | Amount |
|---|---|---|---|---|---|---|
| 3/12/2024 | RAB | Monthly operating reports | Drafted January and February 2024 MORs for client signature and completion | $350 | 1 | $350 |
| 3/12/2024 | RAB | Call with clients | Discussion re payroll liabilities and MORs | $350 | .7 | $245 |
| 3/20/2024 | RAB | e-mail | To Subchapter V trustee and client regarding meeting to discuss cash flow projections for plan | $350 | .5 | $175 |
| 3/25/2024 | RAB | Call to Matthew Hester at IRS | LVM regarding 2020-2023 tax returns and letter from IRS regarding missing returns | $350 | .4 | $140 |
| 3/25/2024 | RAB | e-mail to client | Follow up regarding January and February Monthly operating reports and tax concerns | $350 | .5 | $175 |
| | | | All above transferred to billing | | | 0 |
| 4/1/2024 | RAB | Chapter 11 plan | Plan drafting | $350 | 1.5 | $525 |
| 4/2/2024 | RAB | Chapter 11 Sub V plan | Continue drafting plan, liquidation analysis | $350 | 3 | $1050 |
| 4/2/2024 | RAB | Discussions with client and Sub V Trustee re cashflow | Cashflow discussions for plan | $350 | .5 | $175 |
| 4/3/2024 | RAB | Continued work on Sub V Plan | Continued work on plan, e-mailed plan minus cash flow projections to debtor and Subchapter V Trustee for review | $350 | 4 | $1400 |
| 4/4/2024 | DS | MORs | Redacted, filed, and emailed UST MOR's for Jan and Feb., 2024 | $175 | .3 | $52.5 |
| 4/4/2024 | DS | Plan | Made formatting revisions to Plan, compiled and added Exhibits, filed, and served. | $175 | 1.2 | $210.00 |
| 4/4/2024 | DS | Case Expense | Cost of service of Plan and Exhibits = $64.82 | $0.0 | 0.0 | $64.82 |
| 4/11/2024 | RAB | Filings | Filed cash flow statements and balance sheet for 1116 documents | $350 | .5 | $175 |
| 4/11/2024 | DS | Plan/Ballots/Notice | Drafted Ballots on initial Plan<br>Drafted Ballot Summary on Initial Plan<br>Drafted COS on Plan, Notice, Ballots, and filed.<br>Served Plan, Notice, and Ballots. | $175 | .8 | $140 |
| 4/11/2024 | DS | Case Expense | $62.14 = Cost of postage of Plan and Notice<br>$8.64 = Postage of 14 ballots. | $0.0 | $0.0 | $70.78 |
| 4/17/2024 | RAB | Call to Dan Brown | Discussion of US Trustee questions<br><br>Discussion of closing one storage unit | $350 | 1.0 | $350 |
| 4/17/2024 | RAB | e-mail to US Trustee's office (Dao) | e-mailed response to questions about payroll/Venmo and bank statement for January 2024 | $350 | .5 | $175 |
| 4/17/2024 | RAB | Preparation of March MOR | Drafted March MOR for client approval | $350 | 1.0 | $350 |
| 4/24/2024 | AB | Ballots | Drafted Ballots and mailed them out with updated deadline | $175 | 1.0 | $175 |
| | | | All above transferred to billing | | | 0 |
| 5/3/2024 | RAB | Call with Dan Brown | Call to discuss MORs and tax issues/questions | $350 | .5 | $175 |
| 5/21/2024 | RAB | Correspondence with US Trustee | Discussion of proposed confirmation language and need for ballot summary | $350 | .5 | $175 |
| 5/22/2024 | RAB | Status conference with court | Hearing on status of plan.  We will file ballot summary and confirmation hearing will be by phone on June 5 | $350 | .5 | $175 |
| 5/22/2024 | RAB | Ballot summary | Prepared ballot summary for filing | $350 | .4 | $140 |

3

Wagoner Bankruptcy Group – Chapter 11 Client Contact Record
Notes:

| Date | Who | Issue | Notes: | Hourly Rate ($350/hr Attys & $175/hr Paras) | Time | Amount |
|------|-----|-------|--------|------|------|--------|
| 5/23/2024 | RAB | Call with Dan Brown | Discussion of status conference and update on budget and taxes | $350 | .5 | $175 |
| 5/23/2024 | RAB | April MOR | Prepared April MOR | $350 | 1.0 | $350 |
| 5/30/2024 | RAB | April MOR | e-mailed to follow up on status of April MOR | $350 | .4 | $140 |
| 5/31/2024 | RAB | Motion for relief from stay | Filed by Ally Bank on Isuzu. E-mailed client re same | $350 | .5 | $175 |
| 5/31/2024 | AB | April MOR | Filed April MOR with redacted bank statements. Emailed copy to Strauss and Pham | $175 | .3 | $52.50 |
| | | | All above transferred to billing | | | 0 |
| 6/3/2024 | RAB | MFRS filed by Ally | Reviewed motion and e-mailed Evan Moscov to discuss | $350 | .6 | $210 |
| 6/4/2024 | RAB | MFRS | Drafted proposed resolution to motion for relief from stay and support for Plan based off conversations with attorney Moscov | $350 | .8 | $280 |
| 6/4/2024 | RAB | Correspondence with Subchapter V Trustee | call re status of plan confirmation tomorrow | $350 | .5 | $175 |
| 6/4/2024 | RAB | e-mails with attorney Moscov | Discussing status of Ally agreement to resolve MFRS and support plan confirmation | $350 | .6 | $210 |
| 6/5/2024 | RAB | Hearing on confirmation | Plan to be confirmed as amended | $350 | .8 | $280 |
| 6/11/2024 | RAB | May MOR | e-mails with US Trustee's office regarding due date for May MOR | $350 | .4 | $140 |
| 6/11/2024 | RAB | Confirmation order | Drafted plan confirmation order and circulated to attorney Moscov, Adam Miller for US Trustee and Subchapter V Trustee Messerli for review | $350 | 1.2 | $420 |
| | | | All above transferred to billing | | | |

4

# EXHIBIT B – NARRATIVE SUMMARY OF LEGAL SERVICES

The Subchapter V Chapter 11 Plan of Reorganization was filed and Confirmed with resolution of all pending objections and concerns addressed. The Debtor is current on monthly operating reports through April 2024 and is preparing to enter the plan consummation stage.

# EXHIBIT C - Summary Sheet:  Attorney/Paralegal Time

Note:  Any instance in which more than one attorney worked on a particular matter has been assigned only to the primary attorney, thereby avoiding duplicate billing to the client.

Ryan A. Blay, Attorney.

Mr. Blay has over 16 years of bankruptcy experience and was the primary attorney on this matter, having previously worked on Chapter 11 and 12 cases.  He has spent 38.8 hours of time, from January 5, 2024 through June 30, 2024, working on every aspect of the case from start to the present.

Douglas Sisson, Paralegal.

Mr. Sisson has over 11 years' experience as a bankruptcy paralegal and is the primary paralegal on all complex reorganizations for the firm.  He spent 4.3 hours of billable time from January 5, 2024 through June 30, 2024

Ana Van Noy, Paralegal

Ms. Van Noy has 7 years experience as a bankruptcy paralegal.  She spent 1.3 hours of billable time from January 5, 2024 through June 30, 2024