**Fill in this information to identify the case:**

Debtor Name  Victory Cleaning Systems

United States Bankruptcy Court for the: Western District of Missouri

Case number: 24-40010

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:    May 2024

Date report filed: 09/12/2024
MM / DD / YYYY

Line of business:  Surface Cleaning/Restorati

NAISC code: 2383

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:    Dan Brown

Original signature of responsible party    _Dan Brown_
Dan Brown (Sep 12, 2024 10:54 CDT)

Printed name of responsible party    Dan Brown

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Victory Cleaning Systems                                      Case number 24-40010

17. Have you paid any bills you owed before you filed bankruptcy?  ❏  ☑  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏  ☑  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 1,147.51

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ 38,058.39

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

− $ 35,823.67

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ 1,980.89

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 3,382.23

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 0.00

*(Exhibit E)*

Debtor Name  Victory Cleaning Systems                             Case number 24-40010

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $ _____0.00

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              5

27. What is the number of employees as of the date of this monthly report?                 4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00

30. How much have you paid this month in other professional fees?                             $ _____0.00

31. How much have you paid in total other professional fees since filing the case?            $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* Projected (Copy lines 35-37 from the previous month's report.) | − | Column B Actual (Copy lines 20-22 of this report.) | = | *Column C* Difference (Subtract Column B from Column A.) |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 35,000.00 | − | $ 38,058.39 | = | $ -3,058.39 |
| 33. **Cash disbursements** | $ 30,000.00 | − | $ 35,823.67 | = | $ -5,823.67 |
| 34. **Net cash flow** | $ 5,000.00 | − | $ 1,980.89 | = | $ 3,019.11 |

35. Total projected cash receipts for the next month:                          $ 40,000.00

36. Total projected cash disbursements for the next month:                   − $ 36,000.00

37. Total projected net cash flow for the next month:                          = $ 4,000.00

Debtor Name  Victory Cleaning Systems                          Case number 24-40010

| 8. Additional Information |

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Draft MOR May 2024

Final Audit Report                                                2024-09-12

| | |
|---|---|
| Created: | 2024-09-11 |
| By: | Ryan Blay WM Law (blay@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAADi54Eg6TWmlOFEXN-Pgu6nwppfQ9D4Uv |

## "Draft MOR May 2024" History

📄 Document created by Ryan Blay WM Law (blay@wagonergroup.com)
2024-09-11 - 7:40:07 PM GMT

✉️ Document emailed to Dan Brown (dan@vcleaning.com) for signature
2024-09-11 - 7:40:13 PM GMT

📄 Email viewed by Dan Brown (dan@vcleaning.com)
2024-09-12 - 3:53:29 PM GMT

✍️ Document e-signed by Dan Brown (dan@vcleaning.com)
Signature Date: 2024-09-12 - 3:54:01 PM GMT - Time Source: server

✅ Agreement completed.
2024-09-12 - 3:54:01 PM GMT

![Adobe Acrobat Sign]



**UMB**
Mailstop 1170103B
P.O. Box 419226
Kansas City, MO 64141-6226

Statement Period Start: May 1, 2024
Statement Period End: May 31, 2024
Page 1 of 8

RETURN SERVICE REQUESTED

00052680 TUMBDS01060124023613 01 000000000 0000000 008

VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
OPERATING ACCOUNT
1000 W 100TH ST
KANSAS CITY MO  64114-4208



**CUSTOMER SERVICE**

Customer Service Phone:
1.866.204.3913

Written Inquiries:
UMB Bank, n.a.
P.O. Box 419226
Kansas City, MO  64141-6226

UMB.com



Find the right credit card for your business.

Compare products at
UMB.com/Business-Credit-Cards

**UMB**

**CORPORATE BANKRUPTCY - NON-INTEREST**

Account Number ▮▮▮▮2570

Account Title(s):   VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
OPERATING ACCOUNT

MEMBER FDIC


EQUAL HOUSING LENDER


00052680 0221472 0001-0008 TUMBDS01060124023613 01  L  00000000

**Terms and Conditions**

All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us at the phone number or address shown on the front of this statement. If you think your statement or receipt is wrong or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days after we have sent you the first statement on which the error or problem occurred. Please (1) tell us your name and account number. (2) describe the error or transfer you are unsure about; (3) explain as clearly as you can why you believe there is an error or why you need more information and (4) tell us the dollar amount of the suspected error. We will tell you the results of our investigation within ten (10) business days after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten (10) days, for the amount you think is in error, so  that you will have the use of the money during the time it takes us to complete our investigation.

**Go Paperless:** Sign up for electronic statements today. Statement preferences may be assigned in Online Banking or by calling the customer service phone number on the front of this statement.

**Contact information changes:** It's important to keep your contact information up-to-date. Update your address, email and phone number in Online Banking or by calling the customer service phone number on the front of this statement.



00052680 0221473 0002-0008 TUMBDS01060124023613 01  L  00000000

## Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance as of 05/01/2024 | $893.68 | Total Days in Statement Period | 31 |
| + Deposits and Credits  (23) | $38,058.39 | | |
| - Withdrawals and Debits  (113) | $35,762.79 | | |
| - Service Charges and Fees | $60.88 | | |
| Ending Balance as of 05/31/2024 | $3,128.40 | | |

## Transaction Detail

| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| May 01 | WWW.PODIUM.COM      HTTPSWWW.P   UT 04/29 0486 | 165.30 | |
| May 01 | DEPOSIT              REF 33293943 | 5,000.00 | |
| May 01 | ANGI         888-270-26   IN 04/30 0486 | | 300.00 |
| May 01 | APPLE.COM/BILL     866-712-77   CA 04/30 0486 | | 12.99 |
| May 01 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 05/01 0486 | | 66.26 |
| May 01 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 05/01 0486 | | 63.98 |
| May 02 | ANALYSIS SERVICE CHARGE(S) | | 60.88 |
| May 03 | PODIUM PAYMENTS  PODIUM PAY VICTORY CLEANING SY | 2,031.22 | |
| May 03 | PODIUM PAYMENTS  PODIUM PAY VICTORY CLEANING SY | 100.02 | |
| May 03 | CHECK #   169 | | 451.12 |
| May 03 | AMTRUST NA     PAYMENT   VICTORY CLEANING SY | | 229.00 |
| May 06 | EXTRA SPACE 8287   816-926971   MO 05/02 0486 | | 418.00 |
| May 06 | THE HOME DEPOT #301 KANSAS CIT   MO 05/02 0486 | | 77.99 |
| May 06 | INTUIT *QBOOKS ONLI CL.INTUIT.   CA 05/04 0486 | | 242.00 |
| May 06 | EMSER TILE-KSKAN   323-498-72   KS 05/04 0486 | | 40.06 |
| May 06 | PIN THE HOME DEPOT  KANSAS CIT   MO 05/04 0486 | | 239.27 |
| May 06 | TMOBILE*AUTO PAY   800-937-89   WA 05/05 0486 | | 237.13 |
| May 06 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 05/06 0486 | | 17.93 |
| May 06 | PIN THE HOME DEPOT  KANSAS CIT   MO 05/06 0486 | | 55.48 |
| May 06 | PIN THE HOME DEPOT  OVERLAND P   KS 05/06 0486 | | 51.59 |
| May 06 | VENMO        PAYMENT   DAN BROWN | | 220.13 |
| May 06 | VENMO        PAYMENT   DAN BROWN | | 60.00 |
| May 07 | DEPOSIT              REF 32316314 | 1,200.00 | |
| May 07 | SERVICEMONSTER LLC  888-901-33   WA 05/06 0486 | | 129.00 |
| May 07 | PIN THE HOME DEPOT  KANSAS CIT   MO 05/07 0486 | | 39.80 |
| May 07 | PAYROLL        PAYROLL   VICTORY CLEANING SY | | 514.20 |
| May 08 | WESTLAKE HARDWARE # KANSAS CIT   MO 05/06 0486 | | 28.45 |
| May 08 | WESTLAKE HARDWARE # KANSAS CIT   MO 05/06 0486 | | 45.41 |
| May 08 | PROG CASUALTY   INS PREM   VICTORY CLEANING SY | | 797.83 |
| May 09 | DEPOSIT              REF 34234981 | 4,000.00 | |
| May 09 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 05/09 0486 | | 19.38 |
| May 09 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 05/09 0486 | | 66.08 |
| May 09 | PAYROLL       TAX      VICTORY CLEANING SY | | 59.28 |
| May 10 | IN *KC EPOXY SUPPLY 816-273624   KS 05/09 0486 | | 482.28 |
| May 10 | FULL CIRCLE CHEMICA NORTH KANS   MO 05/09 0486 | | 994.40 |
| May 10 | PORTERS ACE-SMITHVI SMITHVILLE   MO 05/09 0486 | | 20.79 |
| May 10 | PIN UBER  *TRIP   SAN FRANCI   CA 05/09 0486 | | 57.48 |
| May 10 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 05/10 0486 | | 89.47 |
| May 10 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 05/10 0486 | | 54.58 |
| May 10 | PIN THE HOME DEPOT  OVERLAND P   KS 05/10 0486 | | 93.49 |
| May 13 | DEPOSIT              REF 31379891 | 4,000.00 | |
| May 13 | TORGINOL INC      800-558759   WI 05/06 0486 | | 348.06 |
| May 13 | WESTLAKE HARDWARE # LENEXA      KS 05/10 0486 | | 34.97 |
| May 13 | FLOOR AND DECOR 190 OVERLAND P   KS 05/10 0486 | | 33.36 |
| May 13 | PIN THE HOME DEPOT  KANSAS CIT   MO 05/11 0486 | | 309.65 |
| May 13 | PIN THE HOME DEPOT  GLADSTONE    MO 05/11 0486 | | 142.21 |
| May 13 | PIN THE HOME DEPOT  GLADSTONE    MO 05/11 0486 | | 78.34 |
| May 13 | VENMO        PAYMENT   DAN BROWN | | 759.24 |

MEMBER
FDIC







EQUAL HOUSING
L E N D E R



## Transaction Detail (Continued)

| Date | Description | Deposits | Withdrawals |
|------|-------------|---------:|------------:|
| May 13 | VENMO        PAYMENT   DAN BROWN | | 70.51 |
| May 13 | VENMO        PAYMENT   DAN BROWN | | 60.00 |
| May 14 | THE HOME DEPOT  KANSAS CIT    MO 05/14 0486 | 344.71 | |
| May 14 | DEPOSIT  SERIAL # 789585       REF 32312305 | 1,200.00 | |
| May 14 | DNH*GODADDY.COM    480-505-88    AZ 05/13 0486 | | 194.95 |
| May 14 | ANGI LEADS        833-922-28   CO 05/13 0486 | | 450.00 |
| May 14 | DNH*GODADDY.COM    HTTPS://WW    AZ 05/13 0486 | | 191.88 |
| May 14 | PIN THE HOME DEPOT  KANSAS CIT    MO 05/14 0486 | | 65.55 |
| May 14 | INTUIT 29086315 PAYROLL   VICTORY CLEANING SY | | 1,712.43 |
| May 14 | CHECK #   170 | | 444.44 |
| May 14 | PAYROLL       TAX      VICTORY CLEANING SY | | 27.44 |
| May 15 | CHECK #   179 | | 752.85 |
| May 15 | CHECK #   176 | | 752.84 |
| May 15 | CHECK #   178 | | 752.84 |
| May 15 | IRS        USATAXPYMT VICTORY CLEANING SY | | 627.42 |
| May 15 | IRS        USATAXPYMT VICTORY CLEANING SY | | 81.42 |
| May 16 | VENMO        CASHOUT   DAN BROWN | 4,500.00 | |
| May 16 | VENMO        CASHOUT   DAN BROWN | 1,400.00 | |
| May 16 | GOOGLE *GOOGLE STOR 855-836-39   CA 05/15 0486 | | 19.99 |
| May 16 | APPLE.COM/BILL    866-712-77   CA 05/15 0486 | | 6.99 |
| May 16 | PIN QT 168 OUTSIDE  KANSAS CIT    MO 05/16 0486 | | 67.09 |
| May 16 | PIN THE HOME DEPOT  OVERLAND P    KS 05/16 0486 | | 453.75 |
| May 16 | PIN MICRO ELECTRONI OVERLAND P    KS 05/16 0486 | | 123.58 |
| May 16 | CHECK #   171 | | 1,107.08 |
| May 16 | CHECK #   175 | | 1,006.90 |
| May 16 | CHECK #   174 | | 959.64 |
| May 16 | CHECK #   172 | | 902.34 |
| May 16 | CHECK #   173 | | 363.31 |
| May 17 | DEPOSIT  SERIAL # 789568       REF 35225986 | 2,800.00 | |
| May 17 | VENMO        CASHOUT   DAN BROWN | 900.00 | |
| May 17 | THE HOME DEPOT #220 OLATHE       KS 05/15 0486 | | 113.59 |
| May 17 | PIN QT 168 OUTSIDE  KANSAS CIT    MO 05/17 0486 | | 66.71 |
| May 17 | IRS        USATAXPYMT VICTORY CLEANING SY | | 1,307.26 |
| May 17 | IRS        USATAXPYMT VICTORY CLEANING SY | | 1,034.56 |
| May 17 | IRS        USATAXPYMT VICTORY CLEANING SY | | 550.32 |
| May 17 | CHECK #   180 | | 110.99 |
| May 17 | PAYROLL       TAX      VICTORY CLEANING SY | | 48.59 |
| May 20 | TORGINOL INC        800-558759   WI 05/15 0486 | | 139.09 |
| May 20 | APPLE.COM/BILL    866-712-77   CA 05/17 0486 | | 9.99 |
| May 20 | WINPRO SOLUTIONS IN 913-894213   KS 05/17 0486 | | 420.82 |
| May 20 | GARAGE PROS      LENEXA      KS 05/17 0486 | | 756.00 |
| May 20 | NEXT INSUR. GEN LIA WWW.NEXTIN    CA 05/18 0486 | | 207.08 |
| May 20 | SUPPORTPDFFILLER.CO 855-750166    MA 05/19 0486 | | 20.00 |
| May 20 | INTUIT 29612625 PAYROLL   VICTORY CLEANING SY | | 1,059.50 |
| May 20 | VENMO        PAYMENT   DAN BROWN | | 338.98 |
| May 21 | INTUIT 29651811 PAYROLL   VICTORY CLEANING SY | | 1,265.56 |
| May 22 | DEPOSIT  SERIAL # 789842       REF 33282005 | 1,700.00 | |
| May 22 | PODIUM PAYMENTS  PODIUM PAY VICTORY CLEANING SY | 3,210.00 | |
| May 22 | REXPRO SEALERS AND  561-328648    FL 05/21 0486 | | 500.00 |
| May 22 | PIN QT 168 OUTSIDE  KANSAS CIT    MO 05/22 0486 | | 77.80 |
| May 22 | PIN QT 168 OUTSIDE  KANSAS CIT    MO 05/22 0486 | | 67.13 |
| May 22 | IRS        USATAXPYMT VICTORY CLEANING SY | | 766.56 |
| May 23 | PIN THE HOME DEPOT  MERRIAM       KS 05/23 0486 | | 257.56 |
| May 23 | VENMO        PAYMENT   DAN BROWN | | 60.00 |
| May 24 | SUNBELT RENTALS #07 LENEXA       KS 05/23 0486 | | 1,214.80 |
| May 24 | SUNBELT RENTALS #07 LENEXA       KS 05/23 0486 | | 16.35 |
| May 24 | SQ *STURGIS MATERIA KANSAS CIT    KS 05/23 0486 | | 180.06 |



MEMBER
FDIC



EQUAL HOUSING
LENDER

VICTORY CLEANING SYSTEMS INC

Statement Ending May 31, 2024

Page 5 of 8

## Transaction Detail (Continued)

| Date | Description | Deposits | Withdrawals |
|------|-------------|----------|-------------|
| May 24 | PIN QT 168 OUTSIDE  KANSAS CIT    MO 05/24 0486 | | 18.05 |
| May 24 | PIN QT 168 OUTSIDE  KANSAS CIT    MO 05/24 0486 | | 71.65 |
| May 24 | IRS          USATAXPYMT VICTORY CLEANING SY | | 337.51 |
| May 24 | PAYROLL      TAX      VICTORY CLEANING SY | | 38.48 |
| May 28 | SUNBELT RENTALS #07 LENEXA      KS 05/24 0486 | 500.00 | |
| May 28 | THE HOME DEPOT  KANSAS CIT    MO 05/28 0486 | 85.71 | |
| May 28 | WHITE CAP #799      KANSAS CIT    KS 05/24 0486 | | 234.60 |
| May 28 | PIN THE HOME DEPOT  KANSAS CIT    MO 05/25 0486 | | 271.26 |
| May 28 | NEXT INSUR. TOOLS  WWW.NEXTIN    CA 05/28 0486 | | 74.25 |
| May 28 | INTUIT 29614202 PAYROLL    VICTORY CLEANING SY | | 827.34 |
| May 28 | CHECK #    141 | | 239.13 |
| May 28 | VENMO        PAYMENT    DAN BROWN | | 119.70 |
| May 28 | INTUIT 30194904 PAYROLL    VICTORY CLEANING SY | | 84.20 |
| May 29 | WHITE CAP #799      KANSAS CIT    KS 05/28 0486 | 234.60 | |
| May 29 | DNH*GODADDY.COM      480-505-88    AZ 05/28 0486 | 194.95 | |
| May 29 | DNH*GODADDY.COM      TEMPE        AZ 05/28 0486 | 191.88 | |
| May 29 | DEPOSIT              REF 33313342 | 2,800.00 | |
| May 29 | VENMO        CASHOUT    DAN BROWN | 900.00 | |
| May 29 | PIN APPLE COM BILL  CUPERTINO    CA 05/29 0486 | | 9.99 |
| May 29 | INTUIT 30212834 PAYROLL    VICTORY CLEANING SY | | 1,272.60 |
| May 29 | CHECK #    142 | | 403.16 |
| May 30 | DEPOSIT  SERIAL # 789990        REF 34283537 | 600.00 | |
| May 30 | EXTRA SPACE 8287    816-926971    MO 05/28 0486 | | 204.00 |
| May 30 | WWW.PODIUM.COM      HTTPSWWW.P    UT 05/29 0486 | | 406.53 |
| May 30 | IRS          USATAXPYMT VICTORY CLEANING SY | | 513.73 |
| May 30 | IRS          USATAXPYMT VICTORY CLEANING SY | | 48.97 |
| May 31 | ANGI          888-270-26    IN 05/30 0486 | | 300.00 |
| May 31 | APPLE.COM/BILL      866-712-77    CA 05/30 0486 | | 12.99 |
| May 31 | PIN QT 168 OUTSIDE  KANSAS CIT    MO 05/31 0486 | | 78.51 |
| May 31 | PIN QT 168 INSIDE   KANSAS CIT    MO 05/31 0486 | | 70.00 |
| May 31 | PIN O'REILLY 698    LEAWOOD      KS 05/31 0486 | | 19.62 |
| May 31 | IRS          USATAXPYMT VICTORY CLEANING SY | | 341.30 |
| **Totals** | | **$38,058.39** | **$35,823.67** |

## Checks Posted

\* Indicates a Skip in Check Number(s)

| Check No. | Date | Amount | Ref No. | Check No. | Date | Amount | Ref No. |
|-----------|------|--------|---------|-----------|------|--------|---------|
| 141 | May 28 | 239.13 | 00032007749 | 174 | May 16 | 959.64 | 00084163533 |
| 142 | May 29 | 403.16 | 00083327314 | 175 | May 16 | 1,006.90 | 00084163395 |
| * 169 | May 03 | 451.12 | 00035234127 | 176 | May 15 | 752.84 | 00083275312 |
| 170 | May 14 | 444.44 | 00082188558 | * 178 | May 15 | 752.84 | 00083275318 |
| 171 | May 16 | 1,107.08 | 00084163378 | 179 | May 15 | 752.85 | 00083275316 |
| 172 | May 16 | 902.34 | 00084163380 | 180 | May 17 | 110.99 | 00035252520 |
| 173 | May 16 | 363.31 | 00084163394 | | | | |

## End of Day - Current Balance

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| May 01 | 5,615.75 | May 09 | 8,846.98 | May 17 | 6,066.11 | May 24 | 3,153.14 |
| May 02 | 5,554.87 | May 10 | 7,054.49 | May 20 | 3,114.65 | May 28 | 1,888.37 |
| May 03 | 7,005.99 | May 13 | 9,218.15 | May 21 | 1,849.09 | May 29 | 4,524.05 |
| May 06 | 5,346.41 | May 14 | 7,676.17 | May 22 | 5,347.60 | May 30 | 3,950.82 |
| May 07 | 5,863.41 | May 15 | 4,708.80 | May 23 | 5,030.04 | May 31 | 3,128.40 |
| May 08 | 4,991.72 | May 16 | 5,598.13 | | | | |





MEMBER
FDIC



EQUAL HOUSING
LENDER

## Images



| 05/01/2024 | # 0 | $5,000.00 |
| 05/07/2024 | # 0 | $1,200.00 |



| 05/09/2024 | # 0 | $4,000.00 |
| 05/13/2024 | # 0 | $4,000.00 |



| 05/29/2024 | # 0 | $2,800.00 |
| 05/17/2024 | # 789568 | $2,800.00 |



| 05/14/2024 | # 789585 | $1,200.00 |
| 05/22/2024 | # 789842 | $1,700.00 |




| 05/30/2024 | # 789990 | $600.00 |
| 05/28/2024 | # 141 | $239.13 |


MEMBER
FDIC




EQUAL HOUSING
LENDER

## Images (Continued)



| | | |
|---|---|---|
| 05/29/2024 | # 142 | $403.16 |
| 05/03/2024 | # 169 | $451.12 |



| | | |
|---|---|---|
| 05/14/2024 | # 170 | $444.44 |
| 05/16/2024 | # 171 | $1,107.08 |



| | | |
|---|---|---|
| 05/16/2024 | # 172 | $902.34 |
| 05/16/2024 | # 173 | $363.31 |



| | | |
|---|---|---|
| 05/16/2024 | # 174 | $959.64 |
| 05/16/2024 | # 175 | $1,006.90 |



| | | |
|---|---|---|
| 05/15/2024 | # 176 | $752.84 |
| 05/15/2024 | # 178 | $752.84 |



MEMBER
FDIC






## Images (Continued)

| 05/15/2024 | # 179 | $752.85 |
|---|---|---|
| 05/17/2024 | # 180 | $110.99 |




MEMBER
FDIC


EQUAL HOUSING
LENDER

00052680 0221479 0008-0008 TUMBDS01060124023613 01 L 00000000



**UMB**

Mailstop 1170103B
P.O. Box 419226
Kansas City, MO 64141-6226

Statement Period Start: May 1, 2024
Statement Period End: May 31, 2024
Page 1 of 3

RETURN SERVICE REQUESTED

00051525 TUMBDS01060124023613 01 000000000 0000000 003

VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
PAYROLL TAXES
1000 W 100TH ST
KANSAS CITY MO  64114-4208




| **CUSTOMER SERVICE** | |
|---|---|
| 💬 | **Customer Service Phone:** 1.866.204.3913 |
| ✉ | **Written Inquiries:** UMB Bank, n.a. P.O. Box 419226 Kansas City, MO  64141-6226 |
| 🖥 | **UMB.com** |

## Find the right credit card for your business.

Compare products at
**UMB.com/Business-Credit-Cards**

**UMB**

### CORPORATE BANKRUPTCY - NON-INTEREST

Account Number ███3468

**Account Title(s):**   **VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
PAYROLL TAXES**





**MEMBER
FDIC**



EQUAL HOUSING
LENDER

**Terms and Conditions**

All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us at the phone number or address shown on the front of this statement. If you think your statement or receipt is wrong or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days after we have sent you the first statement on which the error or problem occurred. Please (1) tell us your name and account number, (2) describe the error or transfer you are unsure about; (3) explain as clearly as you can why you believe there is an error or why you need more information and (4) tell us the dollar amount of the suspected error. We will tell you the results of our investigation within ten (10) business days after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten (10) days, for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Go Paperless:** Sign up for electronic statements today. Statement preferences may be assigned in Online Banking or by calling the customer service phone number on the front of this statement.

**Contact information changes:** It's important to keep your contact information up-to-date. Update your address, email and phone number in Online Banking or by calling the customer service phone number on the front of this statement.



00051525 0217292 0002-0003 TUMBDS01060124023613 01  L  00000000



## Account Summary

| | | | |
|---|---|---|---|
| **Beginning Balance as of 05/01/2024** | **$253.83** | Total Days in Statement Period | 31 |
| + Deposits and Credits  (0) | $0.00 | | |
| - Withdrawals and Debits  (0) | $0.00 | | |
| - Service Charges and Fees | $0.00 | | |
| **Ending Balance as of 05/31/2024** | **$253.83** | | |



**MEMBER**
**FDIC**



EQUAL HOUSING
LENDER



## Images



| 05/01/2024 | # 0 | $5,000.00 |



| 05/07/2024 | # 0 | $1,200.00 |



| 05/09/2024 | # 0 | $4,000.00 |



| 05/13/2024 | # 0 | $4,000.00 |



| 05/29/2024 | # 0 | $2,800.00 |



| 05/17/2024 | # 789568 | $2,800.00 |



| 05/14/2024 | # 789585 | $1,200.00 |



| 05/22/2024 | # 789842 | $1,700.00 |



| 05/30/2024 | # 789990 | $600.00 |

| 05/28/2024 | # 141 | $239.13 |

MEMBER FDIC

EQUAL HOUSING LENDER

00052680 0221477 0006-0008 TUMBDS01060124023613 01  L  00000000