**Fill in this information to identify the case:**

Debtor Name ___Victory Cleaning Systems___

United States Bankruptcy Court for the: Western District of Missouri

Case number: ___24-40010___

❑ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          **12/17**

Month: ___June 1-14 2024___

Line of business: ___Surface Cleaning/Restorati___

Date report filed: ___09/12/2024___
MM / DD / YYYY

NAISC code: ___2383___

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: ___Dan Brown___

Original signature of responsible party  *Dan Brown*
Dan Brown (Sep 12, 2024 10:54 CDT)

Printed name of responsible party  ___Dan Brown___

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ☑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name Victory Cleaning Systems                          Case number 24-40010

17. Have you paid any bills you owed before you filed bankruptcy?  ❏  ☑  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏  ☑  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 3,382.23

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

   Report the total from *Exhibit C* here.

   $ 19,806.72

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

   Report the total from *Exhibit D* here.

   − $ 19,136.09

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit.*

   + $ 670.63

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

   = $ 4,052.86

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   *(Exhibit E)*

   $ 0.00

Debtor Name  Victory Cleaning Systems                         Case number 24-40010

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                              $ _____ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                5

27. What is the number of employees as of the date of this monthly report?                    4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00

30. How much have you paid this month in other professional fees?    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 40,000.00 | − | $ 19,806.72 | = | $ 20,193.28 |
| 33. **Cash disbursements** | $ 36,000.00 | − | $ 19,136.09 | = | $ 16,863.91 |
| 34. **Net cash flow** | $ 4,000.00 | − | $ 670.63 | = | $ 3,329.37 |

35. Total projected cash receipts for the next month:                                         $ 40,000.00

36. Total projected cash disbursements for the next month:                                   − $ 36,000.00

37. Total projected net cash flow for the next month:                                         = $ 4,000.00

Debtor Name  Victory Cleaning Systems                                    Case number 24-40010

---

| | **8. Additional Information** |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

# Draft MOR June 1-14 2024

Final Audit Report                                                    2024-09-12

| | |
|---|---|
| Created: | 2024-09-11 |
| By: | Ryan Blay WM Law (blay@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAASSDIbQWYy-lwlps41SYtYsZ90icl5B3x |

## "Draft MOR June 1-14 2024" History

Document created by Ryan Blay WM Law (blay@wagonergroup.com)
2024-09-11 - 8:20:34 PM GMT

Document emailed to Dan Brown (dan@vcleaning.com) for signature
2024-09-11 - 8:20:39 PM GMT

Email viewed by Dan Brown (dan@vcleaning.com)
2024-09-12 - 3:54:08 PM GMT

Document e-signed by Dan Brown (dan@vcleaning.com)
Signature Date: 2024-09-12 - 3:54:53 PM GMT - Time Source: server

Agreement completed.
2024-09-12 - 3:54:53 PM GMT

Adobe Acrobat Sign



**UMB**®

Mailstop 1170103D
P.O. Box 419226
Kansas City, MO 64141-6226

Statement Period Start:    June 1, 2024
Statement Period End:    June 30, 2024
Page 1 of 7

RETURN SERVICE REQUESTED

00090760 TUMBDS01062924073938 01 000000000 0000000 007

VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
OPERATING ACCOUNT
1000 W 100TH ST
KANSAS CITY MO  64114-4208





## CUSTOMER SERVICE

**Customer Service Phone:**
1.866.204.3913

**Written Inquiries:**
UMB Bank, n.a.
P.O. Box 419226
Kansas City, MO  64141-6226

**UMB.com**



Right-sized business loans and lines
of credit. We are ready to help you grow
your business with confidence.

Learn more at
**UMB.com/Business-Lending**

**UMB**

## CORPORATE BANKRUPTCY - NON-INTEREST

**Account Number:** ▇▇▇▇2570

**Account Title(s):**    VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
OPERATING ACCOUNT





**MEMBER FDIC**


EQUAL HOUSING LENDER



**Terms and Conditions**

All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us at the phone number or address shown on the front of this statement. If you think your statement or receipt is wrong or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days after we have sent you the first statement on which the error or problem occurred. Please (1) tell us your name and account number. (2) describe the error or transfer you are unsure about; (3) explain as clearly as you can why you believe there is an error or why you need more information and (4) tell us the dollar amount of the suspected error. We will tell you the results of our investigation within ten (10) business days after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten (10) days, for the amount you think is in error, so  that you will have the use of the money during the time it takes us to complete our investigation.

**Go Paperless:** Sign up for electronic statements today. Statement preferences may be assigned in Online Banking or by calling the customer service phone number on the front of this statement.

**Contact information changes**: It's important to keep your contact information up-to-date. Update your address, email and phone number in Online Banking or by calling the customer service phone number on the front of this statement.





## Account Summary

| | | | |
|---|---|---|---|
| **Beginning Balance as of 06/01/2024** | **$3,128.40** | Total Days in Statement Period | 30 |
| + Deposits and Credits (17) | $60,016.71 | | |
| - Withdrawals and Debits (103) | $48,043.06 | | |
| - Service Charges and Fees | $68.32 | | |
| **Ending Balance as of 06/30/2024** | **$15,033.73** | | |

## Transaction Detail

| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| Jun 03 | QT 168 KANSAS CIT MO 05/31 0486 | | 6.98 |
| Jun 03 | QT 168 KANSAS CIT MO 05/31 0486 | | 18.52 |
| Jun 03 | O'REILLY 698 LEAWOOD KS 05/31 0486 | | 119.76 |
| Jun 03 | O'REILLY 698 LEAWOOD KS 05/31 0486 | | 23.99 |
| Jun 03 | INTUIT 30738014 PAYROLL VICTORY CLEANING SY | | 703.31 |
| Jun 03 | VENMO PAYMENT DAN BROWN | | 500.00 |
| Jun 03 | VENMO PAYMENT DAN BROWN | | 396.08 |
| Jun 03 | INTUIT 30738228 PAYROLL VICTORY CLEANING SY | | 335.26 |
| Jun 03 | VENMO PAYMENT DAN BROWN | | 106.58 |
| Jun 04 | DEPOSIT SERIAL # 789958 REF 32313149 | 6,080.00 | |
| Jun 04 | PODIUM PAYMENTS PODIUM PAY VICTORY CLEANING SY | 1,245.82 | |
| Jun 04 | ANALYSIS SERVICE CHARGE(S) | | 68.32 |
| Jun 04 | EXTRA SPACE 8287 816-926971 MO 06/02 0486 | | 418.00 |
| Jun 04 | AMTRUST NA PAYMENT VICTORY CLEANING SY | | 229.00 |
| Jun 04 | PAYROLL TAX VICTORY CLEANING SY | | 64.79 |
| Jun 05 | VENMO CASHOUT DAN BROWN | 1,250.00 | |
| Jun 05 | PIN THE HOME DEPOT SHAWNEE KS 06/05 0486 | | 87.65 |
| Jun 05 | IRS USATAXPYMT VICTORY CLEANING SY | | 673.30 |
| Jun 05 | VENMO PAYMENT DAN BROWN | | 40.00 |
| Jun 06 | VENMO CASHOUT DAN BROWN | 2,230.90 | |
| Jun 06 | VENMO CASHOUT DAN BROWN | 400.00 | |
| Jun 06 | IN *KC EPOXY SUPPLY 816-273624 KS 06/05 0486 | | 218.12 |
| Jun 06 | TMOBILE*AUTO PAY 800-937-89 WA 06/05 0486 | | 204.00 |
| Jun 06 | PIN THE HOME DEPOT SHAWNEE KS 06/06 0486 | | 28.46 |
| Jun 07 | SERVICEMONSTER LLC 888-901-33 WA 06/06 0486 | | 129.00 |
| Jun 07 | AMAZON.COM*IR79W3BR SEATTLE WA 06/06 0486 | | 24.57 |
| Jun 07 | PIN THE HOME DEPOT SHAWNEE KS 06/07 0486 | | 31.99 |
| Jun 07 | CHECK # 103 | | 904.48 |
| Jun 07 | MO DIR EMP SERV MO UI TAX VICTORY CLEANING SY | | 796.08 |
| Jun 07 | PAYROLL TAX VICTORY CLEANING SY | | 121.99 |
| Jun 10 | DEPOSIT SERIAL # 790614 REF 31004489 | 2,000.00 | |
| Jun 10 | ANGI LEADS 833-922-28 CO 06/07 0486 | | 98.35 |
| Jun 10 | AMOCO#1868892THE PA KANSAS CIT MO 06/07 0486 | | 20.88 |
| Jun 10 | INTUIT *QBOOKS ONLI CL.INTUIT. CA 06/08 0486 | | 250.00 |
| Jun 10 | PIN QT 168 OUTSIDE KANSAS CIT MO 06/10 0486 | | 68.78 |
| Jun 10 | INTUIT 31302097 PAYROLL VICTORY CLEANING SY | | 1,047.18 |
| Jun 10 | CHECK # 214 | | 927.27 |
| Jun 10 | CHECK # 213 | | 927.27 |
| Jun 10 | INTUIT 31309562 PAYROLL VICTORY CLEANING SY | | 917.02 |
| Jun 10 | PROG CASUALTY INS PREM VICTORY CLEANING SY | | 797.83 |
| Jun 10 | INTUIT 31304027 PAYROLL VICTORY CLEANING SY | | 408.99 |
| Jun 10 | VENMO PAYMENT DAN BROWN | | 190.40 |
| Jun 11 | PIN THE HOME DEPOT SHAWNEE KS 06/11 0486 | | 10.93 |
| Jun 11 | PAYROLL TAX VICTORY CLEANING SY | | 38.14 |
| Jun 12 | DEPOSIT SERIAL # 790567 REF 33291847 | 6,600.00 | |
| Jun 12 | REXPRO SEALERS AND 561-328648 FL 06/11 0486 | | 1,711.00 |
| Jun 12 | PIN QT 178 OUTSIDE KANSAS CIT MO 06/12 0486 | | 66.25 |
| Jun 12 | IRS USATAXPYMT VICTORY CLEANING SY | | 894.88 |





## Transaction Detail (Continued)

| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| Jun 13 | MENARDS 3361      KANSAS CIT   KS 06/11 0486 | | 17.39 |
| Jun 13 | LOWES #02588*     ROELAND PA   KS 06/12 0486 | | 342.43 |
| Jun 13 | REXPRO SEALERS AND 561-328648   FL 06/12 0486 | | 742.00 |
| Jun 13 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 06/13 0486 | | 74.03 |
| Jun 13 | PIN SUPERIOR SURFAC KANSAS CIT   MO 06/13 0486 | | 1,082.15 |
| Jun 13 | CHECK #   104 | | 256.43 |
| Jun 14 | LOWES #00907*     866-483-75   NC 06/13 0486 | | 136.15 |
| Jun 14 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 06/14 0486 | | 75.41 |
| Jun 14 | VENMO       PAYMENT   DAN BROWN | | 969.47 |
| Jun 14 | CHECK #   105 | | 814.87 |
| Jun 17 | DEPOSIT  SERIAL # 790068     REF 31370212 | 1,000.00 | |
| Jun 17 | ANGI LEADS      833-922-28   CO 06/14 0486 | | 458.79 |
| Jun 17 | PIN APPLE COM BILL  CUPERTINO   CA 06/15 0486 | | 6.99 |
| Jun 17 | UBER  TRIP      HELP.UBER.   CA 06/16 0486 | | 18.91 |
| Jun 17 | PIN LOWE'S #1084  SHAWNEE     KS 06/17 0486 | | 371.68 |
| Jun 17 | INTUIT 31510564 PAYROLL   VICTORY CLEANING SY | | 1,057.83 |
| Jun 17 | INTUIT 31972851 PAYROLL   VICTORY CLEANING SY | | 803.96 |
| Jun 17 | INTUIT 31510564 PAYROLL   VICTORY CLEANING SY | | 541.63 |
| Jun 17 | VENMO       PAYMENT   DAN BROWN | | 384.34 |
| Jun 18 | LOWES #01084*     SHAWNEE     KS 06/17 0486 | 285.99 | |
| Jun 18 | DEPOSIT  SERIAL # 790033     REF 32345453 | 16,365.90 | |
| Jun 18 | PAYROLL      TAX    VICTORY CLEANING SY | | 43.54 |
| Jun 20 | DEPOSIT  SERIAL # 790017     REF 34309343 | 4,800.00 | |
| Jun 20 | DEPOSIT          REF 34370643 | 2,000.00 | |
| Jun 20 | APPLE.COM/BILL     866-712-77   CA 06/18 0486 | | 9.99 |
| Jun 20 | NEXT INSUR. GEN LIA WWW.NEXTIN   CA 06/18 0486 | | 207.08 |
| Jun 20 | SUPPORTPDFFILLER.CO 855-750166   MA 06/19 0486 | | 20.00 |
| Jun 20 | FLOOR CITY      877-284-49   WA 06/19 0486 | | 401.80 |
| Jun 20 | PIN QT 168 OUTSIDE  KANSAS CIT   MO 06/19 0486 | | 72.17 |
| Jun 20 | PIN THE HOME DEPOT  KANSAS CIT   MO 06/20 0486 | | 235.77 |
| Jun 20 | IRS       USATAXPYMT VICTORY CLEANING SY | | 1,238.43 |
| Jun 21 | PODIUM PAYMENTS  PODIUM PAY VICTORY CLEANING SY | 1,460.70 | |
| Jun 21 | QT 168      KANSAS CIT   MO 06/19 0486 | | 54.93 |
| Jun 21 | PIN LOWE'S #3379   OVERLAND P   KS 06/21 0486 | | 21.59 |
| Jun 21 | PIN QT 171 INSIDE   BELTON     MO 06/21 0486 | | 60.00 |
| Jun 21 | PIN THE HOME DEPOT  BELTON     MO 06/21 0486 | | 647.74 |
| Jun 21 | UBER  TRIP      8005928996   CA 06/21 0486 | | 3.00 |
| Jun 21 | CHECK #   106 | | 3,009.85 |
| Jun 21 | CHECK #   107 | | 1,075.29 |
| Jun 24 | QT 253 OUTSIDE     LENEXA     KS 06/20 0486 | | 24.27 |
| Jun 24 | ANGI LEADS      833-922-28   CO 06/21 0486 | | 58.03 |
| Jun 24 | IN *EPOXY2U, LLC   714-477870   AZ 06/21 0486 | | 5,349.36 |
| Jun 24 | QT 253 OUTSIDE     LENEXA     KS 06/21 0486 | | 25.60 |
| Jun 24 | MAXIM MART      847-847-13   FL 06/21 0486 | | 428.00 |
| Jun 24 | INTUIT 32428142 PAYROLL   VICTORY CLEANING SY | | 977.62 |
| Jun 24 | INTUIT 32462676 PAYROLL   VICTORY CLEANING SY | | 896.63 |
| Jun 24 | INTUIT 32426996 PAYROLL   VICTORY CLEANING SY | | 493.53 |
| Jun 24 | IRS       USATAXPYMT VICTORY CLEANING SY | | 351.04 |
| Jun 24 | VENMO       PAYMENT   DAN BROWN | | 212.83 |
| Jun 24 | VENMO       PAYMENT   DAN BROWN | | 20.00 |
| Jun 25 | DEPOSIT  SERIAL # 790176     REF 32318012 | 900.00 | |
| Jun 25 | PODIUM PAYMENTS  PODIUM PAY VICTORY CLEANING SY | 1,752.90 | |
| Jun 25 | HARDEES 1500486    OVERLAND P   KS 06/24 0486 | | 11.25 |
| Jun 25 | PIN QT 222 OUTSIDE  KANSAS CIT   MO 06/25 0486 | | 20.00 |
| Jun 25 | PAYROLL      TAX    VICTORY CLEANING SY | | 44.87 |
| Jun 26 | QT 253 INSIDE     LENEXA     KS 06/24 0486 | | 5.84 |
| Jun 26 | QT 168      KANSAS CIT   MO 06/24 0486 | | 31.00 |


MEMBER
FDIC


EQUAL HOUSING
LENDER

## Transaction Detail (Continued)

| Date | Description | Deposits | Withdrawals |
|------|-------------|----------|-------------|
| Jun 26 | QT 168        KANSAS CIT   MO 06/24 0486 | | 75.00 |
| Jun 26 | BLEDSOE'S RENTAL.  KANSAS CIT   MO 06/25 0486 | | 933.99 |
| Jun 26 | IRS         USATAXPYMT VICTORY CLEANING SY | | 936.17 |
| Jun 27 | PODIUM PAYMENTS  PODIUM PAY VICTORY CLEANING SY | 194.50 | |
| Jun 27 | U-HAUL AT METCALF   OVERLAND P   KS 06/25 0486 | | 106.55 |
| Jun 27 | THE HOME DEPOT #301 KANSAS CIT   MO 06/25 0486 | | 336.17 |
| Jun 27 | THE HOME DEPOT #301 KANSAS CIT   MO 06/25 0486 | | 61.97 |
| Jun 27 | FSP*MB STONE CARE & 888-509-58   NC 06/26 0486 | | 1,137.52 |
| Jun 27 | SUPERIOR SURFACE SO 816-471522   MO 06/26 0486 | | 1,034.52 |
| Jun 27 | PIN THE HOME DEPOT  OVERLAND P   KS 06/27 0486 | | 467.82 |
| Jun 28 | DEPOSIT           REF 35243543 | 11,450.00 | |
| Jun 28 | NEXT INSUR. TOOLS  WWW.NEXTIN   CA 06/28 0486 | | 74.25 |
| Jun 28 | CHECK #   216 | | 2,222.84 |
| Jun 28 | CHECK #   217 | | 1,010.26 |
| Jun 28 | CHECK #   108 | | 478.97 |
| Jun 28 | IRS         USATAXPYMT VICTORY CLEANING SY | | 404.08 |
| Totals | | $60,016.71 | $48,111.38 |

## Checks Posted

\* Indicates a Skip in Check Number(s)

| Check No. | Date | Amount | Ref No. | Check No. | Date | Amount | Ref No. |
|-----------|------|--------|---------|-----------|------|--------|---------|
| 103 | Jun 07 | 904.48 | 00035247118 | 108 | Jun 28 | 478.97 | 00035241181 |
| 104 | Jun 13 | 256.43 | 00034257803 | * 213 | Jun 10 | 927.27 | 00081384956 |
| 105 | Jun 14 | 814.87 | 00035270970 | 214 | Jun 10 | 927.27 | 00081384950 |
| 106 | Jun 21 | 3,009.85 | 00085268632 | * 216 | Jun 28 | 2,222.84 | 00085186201 |
| 107 | Jun 21 | 1,075.29 | 00035321996 | 217 | Jun 28 | 1,010.26 | 00035229187 |

## End of Day - Current Balance

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Jun 03 | 917.92 | Jun 10 | 4,430.56 | Jun 17 | 1,154.90 | Jun 25 | 12,706.18 |
| Jun 04 | 7,463.63 | Jun 11 | 4,381.49 | Jun 18 | 17,763.25 | Jun 26 | 10,724.18 |
| Jun 05 | 7,912.68 | Jun 12 | 8,309.36 | Jun 20 | 22,378.01 | Jun 27 | 7,774.13 |
| Jun 06 | 10,093.00 | Jun 13 | 5,794.93 | Jun 21 | 18,966.31 | Jun 28 | 15,033.73 |
| Jun 07 | 8,084.89 | Jun 14 | 3,799.03 | Jun 24 | 10,129.40 | | |







00090760 0293209 0005-0007 TUMBDS01062924073938 01 L 00000000



## Images



06/20/2024          # 0          $2,000.00



06/28/2024          # 0          $11,450.00



06/04/2024          # 789958          $6,080.00



06/20/2024          # 790017          $4,800.00



06/18/2024          # 790033          $16,365.90



06/17/2024          # 790068          $1,000.00



06/25/2024          # 790176          $900.00



06/12/2024          # 790567          $6,600.00



06/10/2024          # 790614          $2,000.00



06/07/2024          # 103          $904.48





MEMBER
FDIC



EQUAL HOUSING
LENDER



## Images (Continued)



06/13/2024              # 104              $256.43



06/14/2024              # 105              $814.87



06/21/2024              # 106              $3,009.85



06/21/2024              # 107              $1,075.29



06/28/2024              # 108              $478.97



06/10/2024              # 213              $927.27



06/10/2024              # 214              $927.27



06/28/2024              # 216              $2,222.84



06/28/2024              # 217              $1,010.26



MEMBER
FDIC





| | Statement Period Start: | June 1, 2024 |
|---|---|---|
| Mailstop 1170103D | Statement Period End: | June 30, 2024 |
| P.O. Box 419226 | | Page 1 of 3 |
| Kansas City, MO 64141-6226 | | |

RETURN SERVICE REQUESTED

00089612 TUMBDS01062924073938 01 000000000 0000000 003

VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
PAYROLL TAXES
1000 W 100TH ST
KANSAS CITY MO  64114-4208

### CUSTOMER SERVICE

**Customer Service Phone:**
1.866.204.3913

**Written Inquiries:**
UMB Bank, n.a.
P.O. Box 419226
Kansas City, MO  64141-6226

**UMB.com**



Right-sized business loans and lines
of credit. We are ready to help you grow
your business with confidence.

Learn more at
**UMB.com/Business-Lending**

**UMB**

## CORPORATE BANKRUPTCY - NON-INTEREST

**Account Number** 3468

**Account Title(s):**   VICTORY CLEANING SYSTEMS INC
DEBTOR IN POSSESSION
CASE 24-40010-CAN11
PAYROLL TAXES



MEMBER
**FDIC**


EQUAL HOUSING
LENDER



**Terms and Conditions**
All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us at the phone number or address shown on the front of this statement. If you think your statement or receipt is wrong or if you need more information about a transfer on your statement or receipt, we must hear from you no later than 60 days after we have sent you the first statement on which the error or problem occurred. Please (1) tell us your name and account number. (2) describe the error or transfer you are unsure about; (3) explain as clearly as you can why you believe there is an error or why you need more information and (4) tell us the dollar amount of the suspected error. We will tell you the results of our investigation within ten (10) business days after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten (10) days, for the amount you think is in error, so  that you will have the use of the money during the time it takes us to complete our investigation.

**Go Paperless:** Sign up for electronic statements today. Statement preferences may be assigned in Online Banking or by calling the customer service phone number on the front of this statement.

**Contact information changes**: It's important to keep your contact information up-to-date. Update your address, email and phone number in Online Banking or by calling the customer service phone number on the front of this statement.





## Account Summary

| | | | |
|---|---|---|---|
| **Beginning Balance as of 06/01/2024** | **$253.83** | Total Days in Statement Period | 30 |
| + Deposits and Credits  (0) | $0.00 | | |
| - Withdrawals and Debits  (0) | $0.00 | | |
| - Service Charges and Fees | $0.00 | | |
| **Ending Balance as of 06/30/2024** | **$253.83** | | |

00089612 0289102 0003-0003





MEMBER
FDIC



EQUAL HOUSING
LENDER

00089612 0289102 0003-0003 TUMBDS01062924073938 01  L  00000000