**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

In re:   VICTORY CLEANING SYSTEMS,       )   Case No. 24-40010
INC.                                     )
         Debtor and Debtor-in-Possession )   Chapter 11 (Voluntary)

## MOTION TO ADMINISTRATIVELY CLOSE CHAPTER 11 CASE

**COMES NOW** Damon K. Jones, the Debtor and Debtor-in-possession herein (the "Debtor" or "Jones"), by and through Counsel, and for this Motion to Administratively Close this Case states that:

1.     On January 5, 2024, Debtor filed a voluntary Petition for Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtor remains as a Debtor-in-Possession.

2.     On June 14, 2024, this Court confirmed the Debtor's Subchapter V Small Business Chapter 11 Plan of Reorganization.

3.     The Debtor seeks an order administratively closing this Case for the pendency of the Chapter 11 Plan, provided that the order will not operate to close the case for the purposes of 28 U.S.C. § 1930 Appendix (11), 11 U.S.C. § 362(c)(2)(A), or Fed. R. Bankr. P. 4006.

4.     The Debtor filed has monthly operating reports through the confirmation hearing date (including May 2024 and June 1-14, 2024) and will continue to file quarterly reports with the U.S. Trustee as appropriate.  The Debtor believes a final report will be due for a portion of Q2 2024.  No quarterly fees are due to the U.S. Trustee as this is a Subchapter V case.

5.     The Debtor continues to make payments due under his Plan.

6.     The Plan has been substantially consummated as defined by 11 U.S.C. § 1101(2), and the bankruptcy estate has been fully administered, except for the completion of all Plan payments.

7.     All litigation in this Chapter 11 Case has concluded.

8.     The Debtor requests that jurisdiction remain with the Bankruptcy Court pursuant to the Plan, and at Plan completion, the Debtor will move to reopen this Case to obtain a discharge and final decree.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order administratively closing this Chapter 11 Case, subject to reopening for granting of a discharge, and granting such other and further relief as the Court deems appropriate.

Dated: September 16, 2024   Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION

## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Monday, September 16, 2024 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

Office of the United States Trustee via ECF Notice.

/s/ Ryan A. Blay
Counsel for Debtor/Debtor-in-
Possession Victory Cleaning Systems, Inc.

Label Matrix for local noticing
0866-4
Case 24-40010-can11
Western District of Missouri
Kansas City
Thu Jan 11 12:19:20 CST 2024

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Victory Cleaning Systems, Inc.
1000 W. 100th St.
Kansas City, MO 64114-4208

Ally Financial
PO Box 380901
Bloomington MN 55438-0901

Ally Financial
PO Box 380902
Minneapolis MN 55438-0902

American Express
Customer Service
PO Box 981535
El Paso TX 79998-1535

American Express
PO Box 981537
El Paso TX 79998-1537

Attn Recovery First Citizens Bank
10201 Centurion PKWY N
Jacksonville, FL 32256-0541

BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

Bank of America
4060 Ogletown/Stanton Rd
DE5-019-03-07
Newark DE 19713-0000

Bank of America
PO Box 15796
Wilmington DE 19850-5796

CIT Bank, N.A.
PO Box 7056
Pasadena CA 91109-7056

Channel Partners
10900 Wayzata Blvd, Ste. 300
Hopkins MN 55305-1576

Channel Partners
1210 Office Plaza Dr.
West Des Moines IA 50266-2300

Channel Partners
4080 East Main St
Bldg. #300
Ste. 1
Marshall MN 56258-0000

Channel Partners
600 TownPark Lane, Ste. 555
Kennesaw GA 30144-3769

Citi Bank
5800 S Corporate place
Sioux Falls SD 57108-5027

Dan Brown
1000 W 100th St.
Kansas City MO 64114-4208

Direct Capital Corporation
155 Commerce Way
Portsmouth NH 03801-3243

Direct Capital Corporation
4300 Six Forks Road
Raleigh NC 27609-5718

Extra Space
9435 Holmes Rd.
Kansas City MO 64131-2975

(p)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

Financial Pacific Leasing, Inc
3455 S. 344th Way
Suite 300
Federal Way WA 98001-9546

Internal Revenue Service
Centralized Insolvency Ops
Post Office Box 7346
Philadelphia PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMBCB Card Services
PO Box 15369
Wilmington DE 19850-5369

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Mikala Allen
1000 W 100th st.
Kansas City MO 64114-4208

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Robbin Messerli
6917 Tomahawk Rd
PO Box 8686
Prairie Village, KS 66208-0686

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


(d)Bank of America            FNBO                       JPMCB - Card Services
PO Box 982235                 1620 Dodge Stree           301 N Walnut St, Floor 09
El Paso TX 79998-2235         Omaha NE 68197-0000        Wilmington DE 19801-3935



End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30