## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | | |
|---|---|---|---|
| In re: | VICTORY CLEANING SYSTEMS, INC. | ) ) | Case No. 24-40010 |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary) |

### MOTION TO REOPEN CHAPTER 11 CASE

**COMES NOW** Victory Cleaning Systems, Inc., the Debtor and Debtor-in-possession herein (the "Debtor" or "Victory"), by and through Counsel, and for this Motion to Reopen this Case states that:

1. On January 5, 2024, Debtor filed a voluntary Petition for Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtor remains as a Debtor-in-Possession.

2. On June 14, 2024, this Court confirmed the Debtor's Subchapter V Small Business Chapter 11 Plan of Reorganization.

3. The Debtor moved this Court to administratively close its case while payments are being made. However, the Debtor has indicated to counsel that it wishes to bring to the Court's attention some disputes with creditors which are interfering with the Debtor's ability to pay on its confirmed plan.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order reopening this Chapter 11 Case, and granting such other and further relief as the Court deems appropriate.

Dated: 10/29/2025

Respectfully submitted,
WM Law

s/ Ryan A. Blay
_____
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION

### NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if

applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on 10/29/2025 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

Office of the United States Trustee via ECF Notice.

/s/ Ryan A. Blay
Counsel for Debtor/Debtor-in-
Possession Victory Cleaning Systems, Inc.