## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:   Victory Cleaning Systems Inc.       )  Case No.   24-40010
                                                             )
                  Debtor                )

## MOTION FOR ORDER WAIVING CASE REOPENING FEE AND MOTION TO REOPEN CASE

COME NOW Debtor, Victory Cleaning Systems Inc., by and through counsel of record, and shows the Court as follows:

1.  On January 5, 2024, Debtor filed a voluntary Petition for Chapter 11 relief. Pursuant to 11 U.S.C,§§ 1107 and 1108, the Debtor remains as a Debtor-in-Possession.

2.  The Debtor has recently informed counsel that disputes have arisen with certain creditors that are interfering with the Debtor's ability to make payments under the confirmed Chapter 13 Plan. The Debtor seeks to reopen this case in order to bring these matters to the Court's attention and to request appropriate relief necessary to facilitate continued compliance with the confirmed Plan.

3.  Debtor respectfully requests that the Court waive the case reopening fee, as paying it would hinder the Debtor's efforts to resolve disputes with creditors affecting the confirmed Plan. Reopening the case will aid in enforcing and administering the Plan, providing sufficient cause for the Court to waive the fee

**WHEREFORE**, Debtor prays for an order from this court to reopen Debtor's case, with the reopening fees waived, and for such other relief as the Court deems just and proper.

Dated: 10/29/2025

Respectfully submitted,
WM Law,

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
Blay@wagonergroup.com
ATTORNEYS FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, on Wednesday, October 29, 2025.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

/s/Ryan A. Blay