**IN THE UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In Re: | Victory Cleaning Systems, Inc. | ) | Case No. 24-40010 |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor ) | | Subchapter V |

**MOTION FOR AN IMMEDIATE RULING OR AN EMERGENCY HEARING REGARDING DEBTOR'S MOTION FOR DETERMINATION OF SECURED STATUS AND SUBSEQUENT RELIEF REGARDING VEHICLE TITLES ON ESTATE PROPERTY**

**COMES NOW** Debtor, Victory Cleaning Systems, Inc., by and through Counsel, and for this Motion for an Immediate Ruling or Emergency Hearing on Debtor's Motion for entry of an order determining the secured status of the claim asserted by First Citizens Bank / CIT Bank (collectively "CIT"), voiding any purported lien, and compelling the Kansas Department of Revenue ("KDOR") and Missouri Department of Revenue ("MODOR") to issue clean titles for the Debtor's vehicles, hereby states as follows:

1. The Debtor previously filed the Related Motion seeking a determination of secured status and related relief regarding vehicle titles that constitute property of the bankruptcy estate.

2. Simultaneously with the filing of the Related Motion, the Debtor filed a Motion to Shorten the Objection Deadline. The Court granted the request to shorten the objection deadline. No party in interest filed an objection to the Underlying Motion by the shortened objection deadline set by the Court.

3. Due to an inadvertent calendaring and service issue, the Notice of Potential Hearing associated with the Underlying Motion was not served. As a result of the notice issue, and notwithstanding the lack of any objection, the Related Motion was denied on procedural grounds rather than on the merits.

4. The Debtor is simultaneously refiling the Related Motion together with this Motion in order to promptly correct the procedural defect and seek immediate relief.

5. Waiting the full twenty-one (21) day statutory objection period on the refiled Related Motion will create an undue hardship upon the Debtor and the bankruptcy estate.

6. The vehicles at issue remain unregistrable due to the unresolved title issues, preventing the Debtor from lawfully operating the vehicles.

7. As a direct result of the unresolved title issues, the Debtor has incurred approximately $1,800 in rental car expenses over the past month alone, and those expenses continue to accrue.

8. The continued accrual of rental car expenses imposes a substantial and unnecessary financial burden on the Debtor and threatens the feasibility and administration of the Debtor's confirmed plan.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106                    1

9.  Creditors' rights will not be hindered or altered in anyway by avoiding the statutory 21-day objection deadline as Debtor is altering their Plan.

**WHEREFORE**, Debtor requests the Court enter an order granting Debtor an immediate ruling or an emergency hearing on Debtor's Emergency Motion to Incur Additional Indebtedness, and for such further relief this Court deems just and proper.

Dated: January 5, 2026

Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the U.S. Bankruptcy Court's electronic notification, upon the creditors listed on the mailing matrix, and other parties in interest via US First Class Mail, postage prepaid, on Monday, January 05, 2026.

[See attached mailing matrix]

/s/ Ryan A. Blay

Label Matrix for local noticing
0866-4
Case 24-40010-can11
Western District of Missouri
Kansas City
Thu Jan 11 12:19:20 CST 2024

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Victory Cleaning Systems, Inc.
1000 W. 100th St.
Kansas City, MO 64114-4208

Ally Financial
PO Box 380901
Bloomington MN 55438-0901

Ally Financial
PO Box 380902
Minneapolis MN 55438-0902

American Express
Customer Service
PO Box 981535
El Paso TX 79998-1535

American Express
PO Box 981537
El Paso TX 79998-1537

Attn Recovery First Citizens Bank
10201 Centurion PKWY N
Jacksonville, FL 32256-0541

BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

Bank of America
4060 Ogletown/Stanton Rd
DE5-019-03-07
Newark DE 19713-0000

Bank of America
PO Box 15796
Wilmington DE 19850-5796

CIT Bank, N.A.
PO Box 7056
Pasadena CA 91109-7056

Channel Partners
10900 Wayzata Blvd, Ste. 300
Hopkins MN 55305-1576

Channel Partners
1210 Office Plaza Dr.
West Des Moines IA 50266-2300

Channel Partners
4080 East Main St
Bldg. #300
Ste. 1
Marshall MN 56258-0000

Channel Partners
600 TownPark Lane, Ste. 555
Kennesaw GA 30144-3769

Citi Bank
5800 S Corporate place
Sioux Falls SD 57108-5027

Dan Brown
1000 W 100th St.
Kansas City MO 64114-4208

Direct Capital Corporation
155 Commerce Way
Portsmouth NH 03801-3243

Direct Capital Corporation
4300 Six Forks Road
Raleigh NC 27609-5718

Extra Space
9435 Holmes Rd.
Kansas City MO 64131-2975

(p)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

Financial Pacific Leasing, Inc
3455 S. 344th Way
Suite 300
Federal Way WA 98001-9546

Internal Revenue Service
Centralized Insolvency Ops
Post Office Box 7346
Philadelphia PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMBCB Card Services
PO Box 15369
Wilmington DE 19850-5369

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Mikala Allen
1000 W 100th st.
Kansas City MO 64114-4208

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Robbin Messerli
6917 Tomahawk Rd
PO Box 8686
Prairie Village, KS 66208-0686

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)Bank of America
PO Box 982235
El Paso TX 79998-2235

FNBO
1620 Dodge Stree
Omaha NE 68197-0000

JPMCB - Card Services
301 N Walnut St, Floor 09
Wilmington DE 19801-3935

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30