MOW 1009- 1.1 [replaces MOW 1009-1.1 and 1.2] (6/14)

# United States Bankruptcy Court
## Western District of Missouri

In re   **Victory Cleaning Systems, Inc.**                                    Case No.   **24-40010-11**

_____     Chapter   **11**
                              Debtor(s)

## VERIFICATION BY DEBTOR(S)

I/We, _, named as the debtor(s) in this case, declare under the penalty of perjury that I/we have read the

| | | |
|---|---|---|
| ☐ | Schedule(s) _____ | (A - J insert all that apply) |
| ☑ | Amended Schedule(s)   **A/B**  _____ | (A - J insert all that apply) |
| ☐ | Conversion Schedules _____ | (A - J insert all that apply) |
| ☐ | Statement/Amended Statement of Financial Affairs | |
| ☐ | Statement/Amended Statement of Intent | |
| ☐ | Statement/Amended Statement of Current Monthly Income | |
| ☐ | Matrix | |
| ☐ | Amended Matrix | |

and that they are true and correct to the best of my/our knowledge, information, and belief.

Date:   **January  8, 2026**  _____

*Dan Brown*
Dan Brown (Jan 8, 2026 11:53:34 CST)
**Dan Brown/Owner**
Signer/Title

Instructions: File with original schedules or matrix not filed with the original petition or amended schedules/statements/matrix.

Must be prepared as a separate document and must contain image of the debtor(s)' signature(s).

Docket as a separate event or as a separate attachment to the schedules/statements/matrix.

ECF Event: If not filed as an attachment to the schedules/statements/matrix, but filed as a separate document use the event – Bankruptcy>Other>Verification by Debtor

# verification for amended AB - unsigned

Final Audit Report                                                                    2026-01-08

| | |
|---|---|
| Created: | 2026-01-08 |
| By: | Ryan Blay WM Law (blay@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAArLEgj1y4TU5BDF2z7kuZg-NkgdMBlH9H |

## "verification for amended AB - unsigned" History

Document created by Ryan Blay WM Law (blay@wagonergroup.com)
2026-01-08 - 4:49:55 PM GMT

Document emailed to Dan Brown (dan@vcleaning.com) for signature
2026-01-08 - 4:50:01 PM GMT

Email viewed by Dan Brown (dan@vcleaning.com)
2026-01-08 - 4:51:12 PM GMT

Document e-signed by Dan Brown (dan@vcleaning.com)
Signature Date: 2026-01-08 - 5:53:34 PM GMT - Time Source: server

Agreement completed.
2026-01-08 - 5:53:34 PM GMT

Adobe Acrobat Sign