EXHIBIT A

Case 24-40010 Doc# 1 Doc# 76-1 Filed 01/09/24 Filed 01/09/24 Entered 01/09/26 17:08:05 Desc 01/09/24 17:08:05 Desc Main Document Page 1 of 7

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Victory Cleaning Systems, Inc. |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court | **Western District of Missouri** |
| Case number: | **24-40010** |

FILED

**U.S. Bankruptcy Court**
**Western District of Missouri**

1/10/2024

**Paige Wymore-Wynn, Clerk**

Official Form 410
# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Attn Recovery First Citizens Bank

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor     CIT

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Attn Recovery First Citizens Bank

Name

10201 Centurion PKWY N
Jacksonville, FL 32256

Contact phone     9046207357

Contact email     sara.bass@firstcitizens.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**Where should payments to the creditor be sent?** (if different)

Name

Contact phone

Contact email

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____
                                                                                                                MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6.**Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  9296 |

7.**How much is the claim?**

$    24390.18

**Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8.**What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Personal Guarantor

9. **Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.
☐ Motor vehicle
☑ Other. Describe:    Mechanic Tools

**Basis for perfection:**    UCC

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $    24390.18

**Amount of the claim that is secured:**    $    24390.18

**Amount of the claim that is unsecured:**    $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $    1344.30

**Annual Interest Rate** (when case was filed)    0.018    %

☑ Fixed
☐ Variable

10.**Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

11.**Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No<br>☐ Yes. *Check all that apply*: | | **Amount entitled to priority** |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | | $ _____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   1/10/2024

MM / DD / YYYY

/s/ Sara Bass

Signature

Print the name of the person who is completing and signing this claim:

| Name | Sara Bass |
|---|---|
| | First name    Middle name    Last name |
| Title | Sr Equipment Finance Rec Res Specialist |
| Company | First Citizens Bank |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 10201 Centurion PKWY N |
| | Number   Street |
| | Jacksonville, FL 32256 |
| | City   State   ZIP Code |

Contact phone   9046207357          Email   sara.bass@firstcitizens.com

<table>
<tr><td>
<strong>Fill in this information to identify the case:</strong>

Debtor 1   Victory Cleaning Systems, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Western District of Missouri**

Case number:  **24−40010**
</td>
<td>
**FILED**

**U.S. Bankruptcy Court**
**Western District of Missouri**

1/10/2024

**Paige Wymore−Wynn, Clerk**
</td></tr>
</table>

## Official Form 410
# Proof of Claim

**04/22**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

**1. Who is the current creditor?**

Attn Recovery First Citizens Bank

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor    CIT

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Attn Recovery First Citizens Bank

Name

10201 Centurion PKWY N
Jacksonville, FL 32256

Contact phone _____9046207357_____

Contact email __sara.bass@firstcitizens.com__

**Where should payments to the creditor be sent?** (if different)

Name

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____
                                                                                                             MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

EXHIBIT A

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  6167 |

| | |
|---|---|
| 7. **How much is the claim?** | $ 25322.25    **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Personal Guarantor |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>  **Nature of property:**<br>  ☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>  ☐ Motor vehicle<br>  ☐ Other. Describe:<br><br>  **Basis for perfection:**<br><br>  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>  **Value of property:** $<br>  **Amount of the claim that is secured:** $<br>  **Amount of the claim that is unsecured:** $   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>  **Amount necessary to cure any default as of the date of the petition:** $<br><br>  **Annual Interest Rate** (when case was filed) _____ %<br>  ☐ Fixed<br>  ☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: |

Official Form 410        Proof of Claim        page 2

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No ☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date     1/10/2024

MM / DD / YYYY

/s/  Sara Bass

Signature

Print the name of the person who is completing and signing this claim:

Name     Sara Bass

First name     Middle name     Last name

Title     Sr Equipment Finance Rec Res Specialist

Company     First Citizens Bank

Identify the corporate servicer as the company if the authorized agent is a servicer

Address     10201 Centurion PKWY N

Number   Street

Jacksonville, FL 32256

City   State   ZIP Code

Contact phone     9046207357     Email     sara.bass@firstcitizens.com

Official Form 410                     Proof of Claim                     page 3

# EXHIBIT B

Ryan Blay <blay@wagonergroup.com>

---

## CIT/First Citizens admission to not being a lien holder

3 messages

---

**Dan Brown** <dan@vcleaning.com>                          Wed, Nov 19, 2025 at 3:26 PM
To: Ryan Blay <blay@wagonergroup.com>

Here is the email stating that they are not a lien holder.

They do not have a secured claim to any of the 3 vehicles and the prior lien should be voided.

**Dan Brown**
**President, Victory Cleaning Systems Inc.**

9132692103  |  www.vcleaning.com  |  dan@vcleaning.com

1000 W 100th St Kansas City MO 64114

---

**From:** Bass, Sara <Sara.Bass@firstcitizens.com>
**Sent:** Thursday, February 27, 2025 9:57 AM
**To:** Dan Brown <dan@vcleaning.com>
**Subject:** RE: KDOR title consent form

Hello,

CIT is not a lien holder.

We did not use the vehicles as collateral. You can ask the DMV who is showing as a lien holder. I would not have that information.

**Sara Bass**

**Sr Equipment Finance Rec Res Specialist**

First Citizens Bank

10201 Centurion Pkway N. Ste 100

Jacksonville, FL   32256
o: 904-620-7357

f: 800.215.3306

sara.bass@Firstcitizens.com

