**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

IN RE: Victory Cleaning Systems Inc.        )   Case No. 24-40010
     DEBTOR &                    )    Chapter 11 (Voluntary)
     DEBTOR-IN-POSSESSION.      )    Subchapter V

<u>**CERTIFICATE OF SERVICE REGARDING
MOTION FOR DETERMINATION OF SECURED STATUS AND SUBSEQUENT RELIEF
REGARDING VEHICLE TITLES ON ESTATE PROPERTY (Doc #70), NOTICE AND ORDER
SETTING HEARING (DOC. #73), AND SUPPORTING DOCUMENTS (DOC. #76)**</u>

       I, the undersigned Counsel, for the above-captioned Debtor and Debtor in Posssession (collectively hereingafter the "Debtor"), hereby cetifies that on **January 9, 2026,** a true and correct copy of the Debtor's Motion for Order rearding determining the secured status of the claim asserted by First Citizens Bank / CIT Bank (collectively CIT) voiding any purported lien, and compelling the Kansas Department of Revenue (KDOR) and Missouri Department of Revenue (MODOR) to issue clean titles for the Debtors vehicles ("The Motion") (Doc. #70), Notice and Order Setting Hearing on the Motion (Doc. #73), and Supporting Documents of the Motion (Doc. #76) to applicable Parties were served on the parties listed below via U.S. Postage 1st Class-prepaid, Certified Mail and in addition to US postage via electrnoic mail to respective parties as desgnated below.

FIRST CITIZENS BANK
Attn: Recovery
10201 CENTURION PKWY N
JACKSONVILLE FL 32256-0541
(U.S. Postage 1st Class-prepaid and Certified Mail)

KANSAS DEPARTMENT OF REVENUE
Civil Tax Enforcement
PO BOX 12005
TOPEKA, KS 66601
(U.S. Postage 1st Class-prepaid)

KANSAS DEPARTMENT OF REVENUE
Attn: Civil Tax Enforcement
120 SE 10TH AVE
TOPEKA, KS 66612-1103
(U.S. Postage 1st Class-prepaid and Certified Mail)

MISSOURI DEPARTMENT OF REVENUE
Attn: Attorney, Bryan Schaefer
PO BOX 475
JEFFERSON CTY, MO 65105-0475
(U.S. Postage 1st Class-prepaid)

MISSOURI DEPARTMENT OF REVENUE
Harry S Truman State Office Building
301 W HIGH ST
JEFFERSON CTY, MO 65101-1517
(U.S. Postage 1st Class-prepaid and Certified Mail)

FIRST CITIZENS BANK & TRUST COMPANY
Attn: An Officer
239 FAYETTEVILLE ST
RALEIGH, NC 27601-1309
(U.S. Postage 1st Class-prepaid and Certified Mail)

Dated: January 9, 2026           Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR