**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

In Re:      Victory Cleaning Systems, Inc.    )    Case No. 24-40010
      )    Chapter 11 (Voluntary)
      Debtor    )    Subchapter V

### MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

**COMES NOW,** attorney Ryan A. Blay of WM Law firm (collectively hereinafter "WM Law"), and for this Motion to Withdraw as Counsel for above-captioned Debtor, respectively shows the Court as follows:

1.    On or about January 5, 2024, Debtor filed a Petition and Plan for Chapter 11 relief under Subchapter V.

2.    On June 14, 2024, Debtor's Subchapter V Chapter 11 Plan was confirmed by Order of this Court.

3.    WM Law moves the Court for an order permitting WM Law to withdraw as Counsel for the Debtor. The Attorney-Client relationship is fractured.  Additionally, WM Law and the Debtor have significant and irreconcilable differences of opinion concerning this Case.

4.    Aside from the Debtor's Motion for Order Determining Secured Status of Claim Asserted By First Citizens Bank/CIT Bank (Doc. #70), there no pending motions or hearings in front of this Court.  Ally Bank has filed an Affidavit Re: Notice of Default on Confirmed Chapter 11 Plan (Doc. #62) but no action has been taken on the filing.  Counsel will continue to represent Debtor on the pending Motion.

**WHEREFORE**, WM Law respectfully requests this Court's Order allowing WM Law to withdraw as counsel for the Debtor and the undersigned from further representation of the Debtor in this proceeding, and for any such further relief as the Court deems equitable and proper.

Dated: 1/28/2026        Respectfully submitted,
        WM Law

        s/ Ryan A. Blay
        Ryan A. Blay, MO#KS-001066
        15095 W. 116th St.
        Olathe, KS 66062
        Phone (913) 422-0909 / Fax (913) 428-8549
        blay@wagonergroup.com
        ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on **January 28, 2026,** a true and correct copy of the foregoing and Exhibits was served electronically on all parties registered to receive electronic notices on ECF/PACER, including the Office of the United States Trustee, and via US Postage 1st class postage to all affected parties listed on the attached Mailing Matrix, as well as the Debtor via **Certified Mail**, regular mail and e-mail to the Debtor as follows:

Victory Cleaning Systems, Inc.
c/o Dan Brown
1000 W. 100th St.
Kansas City, MO 64114
dan@vcleaning.com

*/s/ Ryan A. Blay*