**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: | Case No. 24-40010-11 |
| Victory Cleaning Systems, Inc. | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).      80 |
| | Hearing Location: ZOOM AUDIO CONFERENCE - Judge Norton 833-435-1820. Meeting ID: 161 3505 0945 |
| | Hearing Date: 02/11/2026 |
| | Hearing Time: 11:00 AM |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 1/29/2026, I did cause a copy of the following document(s), described below:

Notice Setting Telephone Status Hearing re: Motion to Withdraw as Attorney for Debtor, ECF Dkt Ref No. 80

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the Western District of Missouri Bankruptcy Court's official court matrix on 1/29/2026.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/29/2026

/s/ Ryan A. Blay
Ryan A. Blay
Bar No. KS-001066
WM Law, PC
15095 West 116th Street
Olathe KS 66062-0000
(913)422-0909
bankruptcy@wagonergroup.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: | Case No. 24-40010-11 |
| Victory Cleaning Systems, Inc. | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).      80 |

Hearing Location: ZOOM AUDIO CONFERENCE - Judge Norton 833-435-1820. Meeting ID: 161 3505 0945

Hearing Date: 02/11/2026

Hearing Time: 11:00 AM

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 1/29/2026, I did cause a copy of the following document(s), described below:

Notice Setting Telephone Status Hearing re: Motion to Withdraw as Attorney for Debtor, ECF Dkt Ref No. 80

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/29/2026

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 1/29/2026, I caused a copy of the Notice Setting Telephone Status Hearing re: Motion to Withdraw as Attorney for Debtor to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Ally Bank, c/o AIS Portfolio Services, LLC | | | 4515 N Santa Fe Ave. Dept. APS | | Oklahoma City OK 73118-7901 |
| INTERNAL REVENUE SERVICE | | | CENTRALIZED INSOLVENCY OPERATIONS | PO BOX 7346 | PHILADELPHIA PA 19101-7346 |
| Missouri Department of Revenue | | | General Counsel's Office | P.O. Box 475 | Jefferson City MO 65105-0475 |
| U.S. Trustee | | | Room 3440 | 400 East 9th Street | Kansas City MO 64106-2625 |
| Victory Cleaning Systems, Inc. | | | 1000 W. 100th St. | | Kansas City MO 64114-4208 |
| Ally Bank | | | AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City OK 73118-7901 |
| Ally Financial | | | PO Box 380901 | | Bloomington MN 55438-0901 |
| Ally Financial | | | PO Box 380902 | | Minneapolis MN 55438-0902 |
| American Express | | | Customer Service | PO Box 981535 | El Paso TX 79998-1535 |
| American Express | | | PO Box 981537 | | El Paso TX 79998-1537 |
| American Express National Bank | | | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355-0701 |
| Attn Recovery First Citizens Bank | | | 10201 Centurion PKWY N | | Jacksonville FL 32256-0541 |
| BANK OF AMERICA | | | PO BOX 982238 | | El Paso TX 79998-2238 |
| Bank of America | | | 4060 Ogletown/Stanton Rd | DE5-019-03-07 | Newark DE 19713-0000 |
| Bank of America | | | PO Box 15796 | | Wilmington DE 19850-5796 |
| CIT Bank, N.A. | | | PO Box 7056 | | Pasadena CA 91109-7056 |
| CHANNEL PARTNERS CAPITAL LLC | | | ATTN JEFF LOTHERT | 1111 E COLLEGE DRIVE SUITE 200 | MARSHALL MN 56258-1979 |
| Channel Partners | | | 1210 Office Plaza Dr. | | West Des Moines IA 50266-2300 |
| Channel Partners | 4080 East Main St | | Bldg. #300 | Ste. 1 | Marshall MN 56258-0000 |
| Channel Partners | | | 600 TownPark Lane, Ste. 555 | | Kennesaw GA 30144-3769 |
| Citi Bank | | | 5800 S Corporate place | | Sioux Falls SD 57108-5027 |
| Dan Brown | | | 1000 W 100th St. | | Kansas City MO 64114-4208 |
| Direct Capital Corporation | | | 155 Commerce Way | | Portsmouth NH 03801-3243 |
| Direct Capital Corporation | | | 4300 Six Forks Road | | Raleigh NC 27609-5718 |
| Extra Space | | | 9435 Holmes Rd. | | Kansas City MO 64131-2975 |
| FIRST NATIONAL BANK OF OMAHA | | | 1601 DODGE ST | STOP CODE 3113 | OMAHA NE 68102-1637 |
| Financial Pacific Leasing, Inc | | | 3455 S. 344th Way | Suite 300 | Federal Way WA 98001-9546 |
| Internal Revenue Service | | | Centralized Insolvency Ops | Post Office Box 7346 | Philadelphia PA 19101-7346 |
| Internal Revenue Service | | | PO Box 7346 | | Philadelphia PA 19101-7346 |
| JPMBCB Card Services | | | PO Box 15369 | | Wilmington DE 19850-5369 |
| JPMCB - Card Services | | | 301 N Walnut St, Floor 09 | | Wilmington DE 19801-3971 |
| JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | c/o Robertson, Anschutz, Schneid, | Crane & Partners, PLLC | 6409 Congress Avenue, Suite 100 | Boca Raton FL 33487-2853 |
| Mikala Allen | | | 1000 W 100th st. | | Kansas City MO 64114-4208 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Missouri Department of Revenue | | | PO Box 475 | | | Jefferson City MO 65105-0475 |
| Robbin Messerli | | | 6917 Tomahawk Rd | PO Box 8686 | | Prairie Village KS 66208-0686 |
| Ryan A. Blay | | | Wm Law | 15095 W 116th St. | | Olathe KS 66062-1098 |