**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **VICTORY CLEANING SYSTEMS, INC.** | ) | **Case No. 24-400100-can11** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW Austin B. Hayden of Pappas Hayden Westberg & Jackson PC, and hereby enters his appearance on behalf of First Citizens Bank ("First Citizens"). Pursuant to the Bankruptcy Rules all pleadings, motions, notices, orders and documents filed in this case which are required or requested to be served on First Citizens should be served upon counsel at the below address.

Respectfully Submitted:

**PAPPAS HAYDEN WESTBERG & JACKSON PC**

/s/ Austin B. Hayden
Austin B. Hayden                #63872
7500 West 110th Street, Suite 110
Overland Park, KS 66210
Telephone: 913/491-4050
Facsimile: 913/491-9318
E-Mail: ahayden@phwjlaw.com
*ATTORNEY FOR FIRST CITIZENS*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 5, 2026, the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System.

/s/ Austin B. Hayden
Austin B. Hayden                #63872

1