**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In Re: | Victory Cleaning Systems, Inc. | ) | Case No. 24-40010 |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor | ) | Subchapter V |

## MOTION TO MODIFY ORDER CONFIRMING CHAPTER 11 PLAN

**COMES NOW,** Debtor Victory Cleaning Systems, Inc. the "Debtor"), by and through counsel, and for this Motion to Modify the Order Confirming the Debtor's Chapter 11 Plan, respectively shows the Court as follows:

1.      On or about January 5, 2024, Debtor filed a Petition and Plan for Chapter 11 relief under Subchapter V.

2.      On June 14, 2024, Debtor's Subchapter V Chapter 11 Plan was confirmed by Order of this Court (Doc.#49)

3.      The Plan was confirmed under 11 U.S.C. §1191(b).

4.      The Debtor, through counsel, has submitted an amended Ballot Summary.  The amended ballot summary indicates that all impaired classes have accepted the plan[1] and as such, the Plan would be eligible for confirmation under 11 U.S.C.§1191(a).  Class 1 was unimpaired, and every voting creditor in Classes 2 and 3 voted in favor of confirmation.  The ballots received by counsel are also attached as Exhibits for purposes of clarity.  Document 39 was filed in error by counsel.

5.      It is certainly in the best interests of the Debtor to obtain the immediate discharge offered under Section 1191(a).  It also benefits the creditors by avoiding to wait for the Plan to be completed before reflecting unsecured debts as discharged.

6.      The Debtor moves for modification of the order under Fed. R. Civ. P. 60, incorporated into Fed. R. Bankr. P. 9024.  The basis for the modification would be mistake, but this request is beyond a year from the entry of the Order Confirming Plan.  Accordingly, the Debtor moves under Fed. R. Civ. P. 60(b)(6) in that the Debtor should not be prejudiced by the mistaken ballot summary filed prior to confirmation, and the creditors, particularly the unsecured creditors, would be in no worse position than they presently are under the current order.   The amended order would also allow for the discharge of the Subchapter V Trustee and thus benefit estate administration.  As an equitable argument, this situation warrants the relief requested.

Alternatively, the Debtor moves for modification under Fed. R. Civ. P. 60(a), as a clerical

---

[1] Based on its treatment in the Plan, the IRS is an unimpaired creditor, and therefore its no-vote should not be counted toward this analysis.

mistake or a mistake arising from oversight or omission.  In this case, creditors complied with the ballot instructions, and the previously filed ballot summary did not reflect the true outcome and the wishes of the creditors.  Debtor (and its creditors) should receive the benefit of their good faith participation in the balloting process.

7.      The movant requests that this matter be heard on an expedited basis at the Court's current April 15, 2026 docket along with the pending Motion by Debtor's Counsel to Withdraw.  A separate motion to reduce notice and expedite hearing will be submitted along with this Motion.

      **WHEREFORE**, the Debtor respectfully requests this Court's Order modifying the Order Confirming Plan, and for any such further relief as the Court deems equitable and proper.

Dated: March 30, 2026
Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO#KS-001066
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on **March 30, 2026,** a true and correct copy of the foregoing and Exhibits was served electronically on all parties registered to receive electronic notices on ECF/PACER, including the Office of the United States Trustee, and via US Postage 1st class postage to all affected parties listed on the attached Mailing Matrix, as well as the Debtor via regular mail and e-mail to the Debtor as follows:

Victory Cleaning Systems, Inc.
c/o Dan Brown
1000 W. 100th St.
Kansas City, MO 64114
dan@vcleaning.com

SEE ATTACHED MAILING MATRIX

/s/ Ryan A. Blay

2