Official Form 314 (02/20)

Attn Recovery First Citizens Bank
10201 Centurion PKWY N
Jacksonville, FL 32256
sara.bass@firstcitizens.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISOURI

In re:    VICTORY CLEANING SYSTEMS, INC.    )    Case No. 24–40010
                                   DEBTOR    )    Chapter 11 (Voluntary), Subchapter V

## BALLOT FOR ACCEPTING OR REJECTING SUBCHAPTER V SMALL BUSINESS PLAN OF REORGANIZATION FOR DEBTOR, DOC #29

Victory Cleaning Systems, Inc, the above-captioned Debtor (the "Debtor") has filed a **Subchapter V Small Business Plan of Reorganization (Doc. #29; the "Plan")**. If you do not have a copy of the Plan, you may obtain a copy from Counsel for the Debtor, Ryan A. Blay of WM Law at 15095 116th St. Olathe Kansas 66062.  Phone: (913) 422-0909 / Fax: (913) 428-8549 / E-mail: blay@wagonergroup.com.

You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Proof of Claim (or equitable interest) has been placed in **Class [2]** under the Plan.  If you hold claims or equity interests in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

If your ballot is not received by Ryan A. Blay of WM Law at 15095 West 116th St., Olathe Kansas 66062 or via email to: blay@wagonergroup.com **on or before 5/28/2024 at 4:00 PM**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan

The undersigned, the holder of a **Class [2]** claim against the Debtor in the amount of: **$24,390.18**

*Check one box only:*

☑ **Accepts the Plan**

☐ **Rejects the Plan**

Dated: _____5/22/24_____

Print or type name of creditor or editable interest holder: First Citizens Bank

Print or type name: David A. DiDonato, V

Signature: _____

Title (if corporation or partnership) Vice President

Address: 10201 Centurion Pkwy N
Jacksonville Fl 32256

---

**Return this ballot to:**

WM Law
C/o Ryan A. Blay
15095 West 116th St.
Olathe Kansas 66062
Ph: (913) 422-0909 / Fax: (913) 428-8549
Email: blay@wagonergroup.com

Note:  Ballot(s) may also be returned via facsimile or electronic mail as designated above so long as the ballot is signed by the balloter.  Unsigned ballots will not be counted.

1

Attn Recovery First Citizens Bank
10201 Centurion PKWY N
Jacksonville, FL 32256 sara.bass@firstcitizens.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISOURI

In re:     VICTORY CLEANING SYSTEMS, INC.     )     Case No. 24-40010
                                    DEBTOR     )     Chapter 11 (Voluntary), Subchapter V

## BALLOT FOR ACCEPTING OR REJECTING SUBCHAPTER V SMALL BUSINESS PLAN OF REORGANIZATION FOR DEBTOR, DOC. #29

Victory Cleaning Systems, Inc, the above-captioned Debtor (the "Debtor") has filed a **Subchapter V Small Business Plan of Reorganization (Doc. #29; the "Plan")**. If you do not have a copy of the Plan, you may obtain a copy from Counsel for the Debtor, Ryan A. Blay of WM Law at 15095 116th St. Olathe Kansas 66062.  Phone: (913) 422-0909 / Fax: (913) 428-8549 / E-mail: blay@wagonergroup.com.

You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Proof of Claim (or equitable interest) has been placed in **Class [3]** under the Plan.  If you hold claims or equity interests in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

If your ballot is not received by Ryan A. Blay of WM Law at 15095 West 116th St., Olathe Kansas 66062 or via email to: blay@wagonergroup.com **on or before 5/28/2024 at 4:00 PM**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan

The undersigned, the holder of a **Class [3]** claim against the Debtor in the amount of: **$25,322.25**

*Check one box only:*

☒ **Accepts the Plan**

☐ **Rejects the Plan**

Dated: _5/22/24_

Print or type name of creditor or editable interest holder: _First Citizens Bank_

Print or type name: _David A. DiDonato I_

Signature: _David DiDonato_

Title (if corporation or partnership) _Vice President_

Address: _10201 Centurion PKWY n_
_Jacksonville Fl 32256_

**Return this ballot to:**
WM Law
C/o Ryan A. Blay
15095 West 116th St.
Olathe Kansas 66062
Ph: (913) 422-0909 / Fax: (913) 428-8549
Email: blay@wagonergroup.com
Note:  Ballot(s) may also be returned via facsimile or electronic mail as designated above so long as the ballot is signed by the balloter.  Unsigned ballots will not be counted.

1

Official Form 314 (02/20)
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701
proofofclaim@becket-lee.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF MISOURI

In re:    VICTORY CLEANING SYSTEMS, INC          )    Case No. 24-40010
          Debtor          )    Chapter 11 (Voluntary), Subchapter V

## BALLOT FOR ACCEPTING OR REJECTING SUBCHAPTER V SMALL BUSINESS PLAN OF REORGANIZATION FOR DEBTOR, DOC. #29

Victory Cleaning Services, Inc, the above-captioned Debtor (the "Debtor") has filed a **Subchapter V Small Business Plan of Reorganization (Doc. #29; the "Plan")**. If you do not have a copy of the Plan, you may obtain a copy from Counsel for the Debtor, Ryan A. Blay of WM Law at 15095 116th St. Olathe Kansas 66062.  Phone: (913) 422-0909 / Fax: (913) 428-8549 / E-mail: blay@wagonergroup.com.

You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Proof of Claim (or equitable interest) has been placed in **Class [3]** under the Plan.  If you hold claims or equity interests in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

If your ballot is not received by Ryan A. Blay of WM Law at 15095 West 116th St., Olathe Kansas 66062 or via email to: blay@wagonergroup.com on or before **5/28/2024 at 4:00 PM**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan
The undersigned, the holder of a **Class [3]** claim against the Debtor in the amount of: **$165.60**  Account Ending: 1001
*Check one box only:*

☒ **Accepts the Plan**
☐ **Rejects the Plan**

Dated:          May 3, 2024

Print or type name of creditor or editable interest holder: _American Express National Bank_

Print or type name: _Dawn S. Osman for Kenneth W. Kleppinger_

Signature:          _Dawn S Osman_

Title (if corporation or partnership)  _Attorney/Agent for creditor_

Address:          _c/o Becket & Lee LLP_
          _PO Box 3001_
          _Malvern, PA 19355_

**Return this ballot to:**
WM Law
C/o Ryan A. Blay
15095 West 116th St.
Olathe Kansas 66062
Ph: (913) 422-0909 / Fax: (913) 428-8549
Email: blay@wagonergroup.com
Note:  Ballot(s) may also be returned via facsimile or electronic mail as designated above so long as the ballot is signed by the balloter.  Unsigned ballots will not be counted.

1

Official Form 314 (02/20)
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701
proofofclaim@becket-lee.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISOURI

In re:   VICTORY CLEANING SYSTEMS, INC    )    Case No. 24-40010
       Debtor                       )    Chapter 11 (Voluntary), Subchapter V

## BALLOT FOR ACCEPTING OR REJECTING SUBCHAPTER V SMALL BUSINESS PLAN OF REORGANIZATION FOR DEBTOR, DOC. #29

Victory Cleaning Services, Inc, the above-captioned Debtor (the "Debtor") has filed a **Subchapter V Small Business Plan of Reorganization (Doc. #29; the "Plan")**. If you do not have a copy of the Plan, you may obtain a copy from Counsel for the Debtor, Ryan A. Blay of WM Law at 15095 116th St. Olathe Kansas 66062.  Phone: (913) 422-0909 / Fax: (913) 428-8549 / E-mail: blay@wagonergroup.com.

You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your Proof of Claim (or equitable interest) has been placed in **Class [3]** under the Plan.  If you hold claims or equity interests in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

If your ballot is not received by Ryan A. Blay of WM Law at 15095 West 116th St., Olathe Kansas 66062 or via email to: blay@wagonergroup.com **on or before 5/28/2024 at 4:00 PM**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [3] claim against the Debtor in the amount of: **$2,361.59**
*Check one box only:*                                                           Account Ending: 2005

    ☒ **Accepts the Plan**
    ☐ **Rejects the Plan**

Dated:        May 3, 2024

Print or type name of creditor or editable interest holder:  American Express National Bank

Print or type name: Dawn S. Osman for Kenneth W. Kleppinger

Signature: *Dawn S. Osman*

Title (if corporation or partnership)  Attorney/Agent for creditor

Address:         c/o Becket & Lee LLP

                  PO Box 3001

                  Malvern, PA 19355

---

**Return this ballot to:**
WM Law
C/o Ryan A. Blay
15095 West 116th St.
Olathe Kansas 66062
Ph: (913) 422-0909 / Fax: (913) 428-8549
Email: blay@wagonergroup.com
<u>Note:</u>  Ballot(s) may also be returned via facsimile or electronic mail as designated above so long as the ballot is signed by the balloter.  Unsigned ballots will not be counted.

1

Official Form 314 (02/20)
Direct Capital Corporation
155 Commerce Way
Portsmouth NH 03801

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISOURI

| | | | |
|---|---|---|---|
| In re: | VICTORY CLEANING SYSTEMS, INC | ) | Case No. 24-40010 |
| | Debtor | ) | Chapter 11 (Voluntary), Subchapter V |

## BALLOT FOR ACCEPTING OR REJECTING SUBCHAPTER V SMALL BUSINESS PLAN OF REORGANIZATION FOR DEBTOR, DOC. #29

Victory Cleaning Services, Inc, the above-captioned Debtor (the "Debtor") has filed a **Subchapter V Small Business Plan of Reorganization (Doc. #29; the "Plan")**. If you do not have a copy of the Plan, you may obtain a copy from Counsel for the Debtor, Ryan A. Blay of WM Law at 15095 116th St. Olathe Kansas 66062. Phone: (913) 422-0909 / Fax: (913) 428-8549 / E-mail: blay@wagonergroup.com.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Proof of Claim (or equitable interest) has been placed in **Class [3]** under the Plan. If you hold claims or equity interests in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

If your ballot is not received by Ryan A. Blay of WM Law at 15095 West 116th St., Olathe Kansas 66062 or via email to: blay@wagonergroup.com on or before **5/28/2024 at 4:00 PM**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan

The undersigned, the holder of a **Class [3]** claim against the Debtor in the amount of: No Claim filed

Check one box only:

☒ **Accepts the Plan**

☐ **Rejects the Plan**

Dated: _5/14/24_

Print or type name of creditor or editable interest holder: _First Citizens Bank_

Print or type name: _David A. DiDonato, Jr._

Signature: _(signed)_

Title (if corporation or partnership) _Vice President_

Address: _10201 Centurion PKWY N_

_Jacksonville FL 32256_

**Return this ballot to:**
WM Law
C/o Ryan A. Blay
15095 West 116th St.
Olathe Kansas 66062
Ph: (913) 422-0909 / Fax: (913) 428-8549
Email: blay@wagonergroup.com
Note: Ballot(s) may also be returned via facsimile or electronic mail as designated above so long as the ballot is signed by the balloter. Unsigned ballots will not be counted.

1