**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In Re: | Victory Cleaning Systems, Inc. | ) | Case No. 24-40010 |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor | ) | Subchapter V |

**MOTION FOR AN EXPEDITED HEARING AND REDUCED TIME FOR OBJECTIONS REGARDING DEBTOR'S MOTION TO MODIFY ORDER CONFIRMING CHAPTER 11 PLAN**

**COMES NOW** Debtor, Victory Cleaning Systems, Inc., by and through Counsel, and for this Motion for an Expedited Hearing and Reduced Time for Objections Regarding Debtor's Motion to Modify Order Confirming Chapter 11 Plan (doc. # ), hereinafter "the Motion"), hereby states as follows:

1. The Debtor has filed the Motion due to a mistake on the part of Debtor's counsel and a revised ballot summary filed.

2. Under the proposed amended order, plan payments and distributions to creditors remain unchanged. The only substantive difference is the discharge mechanism. Unsecured creditors would receive the same distribution under either form of confirmation.

3. Because of this, Creditors' rights will not be hindered or altered in anyway by reducing the statutory 21-day objection deadline.

4. This Court is set to hear Debtor's Counsel's Motion to Withdraw as Counsel on April 15th at 11 AM. Regardless of the outcome of the Court's decision on that Motion, the conclusion of any hearing on this Motion would be advantageous so as not to have outstanding legal issues pending before this Court on this Case. Debtor and counsel respectfully request that this Motion be set for the same date and time if the Court permits.

**WHEREFORE**, Debtor requests the Court enter an order granting Debtor an expedited ruling with time for objections on Debtor's Motion to Modify Order Confirming Chapter 11 Plan, and for such further relief this Court deems just and proper.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

Dated: March 30, 2026

Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTORS

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the U.S. Bankruptcy Court's electronic notification, upon the creditors listed on the mailing matrix, and other parties in interest via US First Class Mail, postage prepaid, on Monday, March 30, 2026.

  [See attached mailing matrix]

/s/ Ryan A. Blay