## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | ) |
| | ) |
| **VICTORY CLEANING SYSTEMS, INC.,** | ) Case No. 24-40010 |
| | ) |
| Debtor. | ) Chapter 11, Subchapter V |
| | ) |

___

## PRO SE FILING COVER SHEET

**TO THE CLERK OF COURT:**

Please accept and docket the attached document in the above-captioned case.

**Document:**  Debtor's Supplemental Objection to Motion to Withdraw as Counsel: Quality of Representation and Reasonableness of Fees

**Filed as:**  Supplement to Doc. 82 (Debtor's Response to Motion to Withdraw)

**Filed by:**  Daniel Brown, President, Victory Cleaning Systems, Inc. Appearing pro se for limited purpose

**Related docs:**  Docs. 78, 80 (Motion to Withdraw); Doc. 82 (Initial Response); Doc. 94 (Motion to Amend); Doc. 96 (Order Setting Hearing)

**Hearing:**  April 15, 2026

**Contents:**  Supplemental Objection (22 pages)
Exhibit Index (2 pages)
Exhibits A through TT with cover sheets

**Total pages:**  406

**Service:**  Copies served by email     on all parties
listed in the Certificate of Service.

Respectfully submitted,

_____

Daniel Brown, President
Victory Cleaning Systems, Inc.
nsas City, MO 64114
[REDACTED]     | (913) 200-9153

## CROSS-CASE REFERENCE TABLE

Case No. 24-40010-can11

| Case No. | Debtor / Party | Court | Paras. |
|---|---|---|---|
| 24-40010-can11 | Victory Cleaning Systems, Inc. (this case) | W.D. Mo. (Norton) | -- |
| 24-40120 | Daniel Brown (Ch. 13, concurrent) | W.D. Mo. | 9b |
| 22-41154 | Damon Kyle Jones | W.D. Mo. (Norton) | 8A-B |
| 24-20236 | Tomlinson Transport, LLC | D. Kan. | 37 |
| 23-20604 | My Sister's Closet LLC | D. Kan. (Somers) | 23a |
| 23-20725 | David Brian Miller | D. Kan. (Somers) | 23b, 55c |
| 26-40233 | Executive Development Associates, Inc. | W.D. Mo. (Norton) | 8C |
| 26-20176 | Mast Trucking Inc. | D. Kan. | 8C |
| 26-40039 | Sims | W.D. Mo. (Norton) | 8D |
| 25-20315 | Paul Stephan Bassett | W.D. Mo. (Norton) | 26A |
| 21-21294 | Petersen | D. Kan. | 41 |
| 21-50234 | Glasgow | D. Kan. | 41 |
| 25-50359 | Terry Lee Catlett | W.D. Mo. | Ex. V |
| 23-21139 | Moore Roofing LLC | D. Kan. | Ex. T |
| 08-14653 | Tucknott (Legal Helpers, N.D. Ill.) | N.D. Ill. | 52 |
| 08-04029 | Wilson (Legal Helpers, N.D. Ill.) | N.D. Ill. | 52 |
| 13-02936 | Lochen v. PNC Bank (LakeLaw, E.D. Wis.) | E.D. Wis. | 52 |
| 19-41414 | Post v. UMB Bank (WM Law) | W.D. Mo. | 52 |

**Opinions Cited:**

| | | | |
|---|---|---|---|
| 09-84515-MGD | In re Harmon (Semrad sanctions opinion) | Bankr. N.D. Ga. | 49a, Ex. PP |
| 09-36608 | In re Bradley, 495 B.R. 747 (mill definition) | Bankr. S.D. Tex. | 49b |

**Statutes and Rules Cited:**

11 U.S.C. Sections 105(a), 329(b), 330, 362(a), 1101(2), 1127, 1129(a), 1181(a), 1191(a), 1191(b), 1193(c)

Fed. R. Bankr. P. 2017

Mo. R. Prof. Conduct 4-1.6, 4-1.16(d), 4-5.1