# EXHIBIT INDEX

Case No. 24-40010-can11, Chapter 11, Subchapter V
In re: Victory Cleaning Systems, Inc.

**Debtor's Supplemental Objection to Motion to Withdraw -- Exhibit List**

| Exhibit | Description | Page |
|---|---|---|
| **Attachment 1: Billing & Time** | | |
| A | WM Law Engagement Letter (09/12/2023) | 26 |
| B | WM Law Billing Ledger (12/02/2025) | 29 |
| C | WM Law Pre-Filing Bill (01/10/2024) | 37 |
| D | WM Law Post-Filing Bill (03/04/2024) | 41 |
| E | WM Law Post-Filing Bill (06/03/2024) | 46 |
| Doc 57 | Fee Approval Order | 53 |
| F | Debtor Time Ledger (1,248 hours) | 55 |
| X | Forensic Billing Audit | 77 |
| **Attachment 2: Bank Records** | | |
| G | UMB Bank Statements (Sep 2024 -- Dec 2025, 16 statements + ACH form) | 85 |
| H | Pilar Perez-Wagoner Email (12/12/25) -- ACH Logging Failures | 88 |
| **Attachment 3: CIT Claims & Sara Bass** | | |
| CC | CIT Claim 1 -- Secured/Grinder (Claim No. 27940964 + 3 attachments) | 93 |
| DD | CIT Claim 2 -- Unsecured/No Vehicles (Claim No. 27941009 + 2 attachments) | 107 |
| I | Sara Bass Email ("not a lien holder") | 119 |
| J | Doc 85 -- CIT Objection to Motion for Determination of Secured Status | 122 |
| **Attachment 4: Court Orders** | | |
| K | Doc 46 -- Ally Stipulation | 152 |
| L | Doc 65 -- Clerk Notice: Case is NOT Closed | 155 |
| M | Doc 69 -- Order Denying Doc 66 | 157 |
| EE | Doc 72 -- Order Denying Motion to Expedite | 159 |
| **Attachment 5: PACER Data & Cross-Case** | | |
| N | PACER Data -- Blay 24 Ch.11 Cases, 77% Deficiency Rate | 162 |
| O | Gotham Ch.11 Comparison | 166 |
| **Attachment 6: Cross-Case Employment & Fees** | | |
| P | Tomlinson App to Employ (Doc 8, 24-20236) | 169 |
| Q | Tomlinson Fee App (Doc 46, 24-20236) | 177 |
| R | Jones Fee Applications (Docs 55 + 67, 22-41154) | 188 |
| S | Jones App to Employ + Affidavit (Docs 8, 8-1) | 237 |
| T | Moore Roofing App to Employ (Doc 21, 23-21139) | 255 |
| U | Miller 2nd Fee App (Doc 148, 23-20725) | 259 |

| V | Catlett App to Employ (Docs 12, 12-1, 25-50359) | 271 |

**Attachment 7: Analysis**

| W | Math Error Audit | 281 |
| Y | ACH Payment Audit | 289 |

**Attachment 8: Correspondence & Ch. 13**

| Z | Attorney-Client Correspondence (Z1--Z10) | 294 |
| AA | Ch. 13 Claims Register (24-40120) | 321 |
| BB | Ch. 13 Fee Investigation Compilation | 324 |

**Attachment 9: Withheld Creditor Communications**

| FF | AmEx/Kleppinger Default Letters -- Withheld (12/18/25 and 1/22/26) | 328 |

**Attachment 10: Additional Counsel Correspondence**

| GG | Blay Email (12/08/25) -- "not looking to make money" | 330 |
| HH | Blay Email (06/20/24) -- Post-Confirmation | 333 |
| JJ | Blay Email (06/18/25) -- Fwd: Proposed Confirmation Order | 335 |
| KK | Blay Email (12/22/25) -- "Operational impact of delay" | 337 |
| LL | Blay Email (02/09/26) -- "ghostwritten pleadings" | 339 |
| MM | Blay Email (01/06/26) -- Fwd: Generic Order | 342 |
| NN | Wagoner Email (12/28/23) -- Retainer/Refund Authority | 345 |

**Attachment 11: Client File Production Anomalies**

| II | Confidential Client Document Found in VCS File (03/17/26 production) | 348 |
| NN-2 | Ballot Cover Letter Word Metadata -- Wagoner | 350 |

**Attachment 12: Cross-Case Pattern Evidence**

| OO | Wayback Machine -- LakeLaw Biography (11/22/2010) | 353 |
| PP | Harmon Sanctions Opinion | 355 |
| QQ | ILNB Claim Transfer Notices in WM Law Cases (2009--2013) | 373 |
| RR | Bassett (25-20315) -- Blay Response to Ally MFRS | 376 |
| SS | Wagoner Email (01/29/26) -- "no wrongdoing or malfeasance" | 393 |
| TT | Blay Email (04/06/26) -- Response to Six Issues | 403 |