

# EXHIBIT A

WM Law Engagement Letter (09/12/2023)



# EXHIBIT A

WM Law Engagement Letter (09/12/2023)

KANSAS CITY'S PREMIER BANKRUPTCY FIRM

# WM LAW

RYAN A. BLAY, ATTORNEY AT LAW · (913) 422-0909 · 15095 116TH STREET · OLATHE, KS 66062
FAX: (913) 248-8549 · E-MAIL: blay@wagonergroup.com · URL: http://www.kansascitybankruptcy.com

September 12, 2023

Victory Cleaning Systems (V Cleaning)
c/o Dan Brown
████████████
Kansas City, MO  64114

Re:    Chapter 11 Bankruptcy – Western District of Missouri

Dear Mr. Brown:

When I set up a new file, I begin by providing my client with an engagement letter and agreement for legal services. This letter, once signed by you and by me, will constitute our agreement regarding the above matter.

You have engaged Wagoner Bankruptcy Group, P.C. to represent you in filing a Chapter 11 bankruptcy on behalf of Victory Cleaning Systems (dba V Cleaning), an S Corp doing business primarily in Missouri. We would not be filing a personal bankruptcy for you or any related entities without any further engagement letter and discussions. We are filing in the Western District of Missouri based on the principal location and location of the assets of the corporation.

Work on your case will be performed by a combination of attorneys, paralegals, law clerks and legal assistants. An attorney will supervise all work done by non-attorneys. The law firm has agreed to represent you in your case for an attorney fee of $350 per hour for work done by attorneys and $150 per hour for research and legal work done by law clerks and paralegals. There will be no charge for work done by paralegals that is in the nature of routine secretarial work. Before filing, you will have paid an initial retainer fee of $10,000 in attorney's fees, along with a court filing fee of $1738.00, for a total of $11,738. If that retainer fee is used, and additional time is spent on your case, you will be notified and an additional bill for fees will be sent. If the work is completed without exhausting the retainer, any unused retainer will be refunded to you. It is common for the work to cost extra, at which time we would seek to be paid through the Plan of Reorganization we would propose to the court and to creditors.

> **If required payments are not made in a timely manner, we reserve the right to take legal action to collect amounts due under this agreement, including reasonable costs of collection.**

Our representation of you ceases upon the earlier of your dismissal of our services or when the work for which you have engaged us has been completed. We will keep your file for 5 years after our representation ceases, at which time your file will be destroyed.

Let me emphasize in closing that I very much appreciate your confidence and hope to represent you again in the future should the need arise. Please call should you have any questions.

Yours very truly,
W M Law


Ryan A. Blay

I acknowledge that I have read the terms of engagement and consent to and agree with those terms.

Date: _____

_____
On behalf of Victory Cleaning Systems