# B

## EXHIBIT B

WM Law Billing Ledger (12/02/2025)

Supplemental Objection -- Case No. 24-40010-can11

KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM



Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

December 2, 2025

*VIA E-MAIL TO:*
Victory Cleaning Systems,
Inc.

███████████▪ 64114

Email: ███████████

**Re:**                    Legal Services Regarding Chapter 11 Case

Dear Mr. Brown:

I hope this letter finds you well.  Thank you again for choosing our firm to represent and assist in your legal matters.  Enclosed please find a copy of your billing statement and table outlining the work performed on your case for the periods noted above.  We very much appreciate timely payment within thirty (30) days of this statement.

**Payment Methods:**

1) Payments can be mailed to W M Law, 15095 W 116th St, Olathe, KS. 66062
2) We accept payments via cash/check/money-order/ACH withdrawal for no additional fee.
3) For your convenience, we also accept payments via credit/debit cards, and electronically through the LawPay at: https://secure.lawpay.com/pages/w-m-law/operating.
   *PLEASE NOTE:  payments made through LawPay via credit/debit card or electronically are subject to a **3.0% payment processing fee** charged by LawPay for any Court Filing fees. This fee applies regardless if payment is made in-person, online, or over the phone.

Please call should you have any questions or concerns regarding the foregoing – (913) 422-0909. Thank you.

WM Law

Pilar Perez-Wagoner
Accounts Receivable Manager
pilarperez@wagonergroup.com

**Account Summary & Payment History**

| Date / Month Billed | Description | Payment Method | Amounts |
|---|---|---|---|
| 1/31/24 | **Remaining Trust Balance** | | **-$8,110** |
| 1/31/23 | **A fees of $2,275 & Expenses of $12.12 for January** | | **$2,287.12** |
| 2/29/24 | **A Fees of $2,669 & Expenses of $43.18** | | **$2,703.18** |

WM Law

### KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM ⚘ LAW

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| | | | |
|---|---|---|---|
| 3/31/24 | Legal fees incurred | | $1,470 |
| 4/30/24 | Legal fees incurred $4,612.50 & Expenses of $135.60 | | $4,748.10 |
| 5/31/24 | Legal fees incurred | | $1,557.50 |
| 6/30/24 | Legal fees incurred in June | | $1,337.00 |
| 7/30/24 | Legal fees incurred in July | | $350.00 |
| 9/30/24 | Legal fees incurred in September | | $700.00 |
| 9/30/25 | Legal fees in Sept 2025 | | $315.00 |
| 9/2/24 | ACH payment | | -$500.00 |
| 10/31/25 | ACH payment | | -$500.00 |
| 11/30/25 | Legal fees in November 2025 | | $700.00 |
| 12/1/25 | ACH payment | | -$500.00 |
| | | Current Balance: | $6,557.90 |

### Outline of Work Performed

| Date | Staff | Desc | Detail | Hours | Rate | Line Total |
|---|---|---|---|---|---|---|
| | | | Remaining Trust Balance | | | -$8,110 |
| 1/11/2024 | RAB | Application to employ | Drafted application and affidavit | $350 | .8 | $280 |
| 1/11/2024 | RAB | LR 2015 statement | Drafted and emailed to client for review and additions/corrections | $350 | .6 | $210 |
| 1/11/2024 | RAB | Creditor contacts | e-mailed notice of filing to Channel Partners and Charzetta Murray with Equipment Finance Collections.  Called and left voicemail for Brenda Brown at FNBO and called CommunityAmerica and spoke with representative | $350 | .5 | $175 |
| 1/11/2024 | DS | App to Employ | Revisions to Application to Employ, had RAB re-sign corrected Affidavit; filed and served. | $175 | .4 | $70 |
| **1/11/2024** | **DS** | **Case Expense** | **Cost of service of Application to Employ = $12.12** | **$0.0** | **0.0** | **$12.12** |
| 1/17/2024 | RAB | Correspondence with client | Preparation for initial debtor interview | $350 | .5 | $175 |
| 1/17/2024 | RAB | IDI | Initial debtor interview with US Trustee | $350 | 1.1 | $385 |
| 1/17/2024 | RAB | Call following IDI | Call with client to discuss tasks to follow IDI | $350 | .4 | $140 |
| 1/26/2024 | RAB | Follow up on post-IDI docs | e-mail to client to ascertain status of post-IDI requests from US Trustee | $350 | .3 | $105 |

2

KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM ᵂᵂ LAW

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 1/26/2024 | RAB | e-mail to Rob Messerli | Discussion of proposed deadlines per judge's orders | $350 | .7 | $245 |
|---|---|---|---|---|---|---|
| 1/26/2024 | RAB | Agreed scheduling order | Drafted for filing based on communications with Subchapter V Trustee Messerli | $350 | .6 | $210 |
| 1/31/2024 | RAB | Calls with Dan Brown | Discussion of IDI doc requests | $350 | .8 | $280 |
| 2/2/2024 | RAB | Correspondence with court | Discussion of order for scheduling conference | $350 | .5 | $175 |
| 2/5/2024 | RAB | Call with Dan Brown | Discussion of status of IDI docs and prep for 341 meeting | $350 | .7 | $245 |
| 2/7/2024 | RAB | Prepared Sub V Status Conference report | Prepared report for filing | $350 | .8 | $280 |
| 2/7/2024 | RAB | 341 meeting of creditors | 341 meeting by phone | $350 | .9 | $315 |
| 2/7/2024 | RAB | Post-341 call | Call with Mr. Brown | $350 | .4 | $140 |
| 2/7/2024 | DS | Status Conf Report | Formatted and filed Status Conf Report (Doc. 19), and served | $175 | .4 | $70.00 |
| 2/7/2024 | DS | Case Expense | Cost of service of above. | 0 | 0.0 | $15.26 |
| 2/14/2024 | RAB | Application to employ CPAs | Drafted motion and affidavit, e-mailed affidavit to J Tenbrink for review, signature and notarizing | $350 | 1.2 | $420 |
| 2/16/2024 | RAB | Call to Dan Brown before conference call | Discussion of status of taxes and other obligations | $350 | .4 | $140 |
| 2/16/2024 | RAB | Call with Dan and with Subchapter V Trustee Rob Messerli | Conference call to discuss plan/cash flow projections, etc. | $350 | .5 | $175 |
| 2/20/2024 | RAB | Taxes | Received 2020-2023 corporate taxes. Sent and received e-signatures on each and sent to US Trustee's office. Can forward to taxing authorities once we have contacts | $350 | .7 | $245 |



KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 2/21/2024 | RAB | Subchapter V Status Conference | Discussion with Court about case status | $350 | .5 | $175 |
|---|---|---|---|---|---|---|
| 2/21/2024 | DS | App to Employ | Revised Application to Employ, added Exhibit Affidavit, filed and served. It notes it is expedited so I suspect we will need an actual MT Expedite, but the matter is already set for hearing this afternoon. | $125 | .4 | $70 |
| 2/21/2024 | DS | Case Expense | Cost of service of above = $13.32 | $0.00 | 0.0 | $13.32 |
| 2/21/2024 | RAB | Call with client | Discussion of setting up authority to do business in Missouri | $350 | .5 | $175 |
| 2/21/24 | DS | COS | Filed COS on Order Granting MT Shorten MT Employ CPA's. | .2 | $175 | $35 |
| 2/21/24 | DS | Case Expense | Cost of service of above - $14.60 | 0.0 | 0.0 | $14.60 |
| 3/4/2024 | RAB | Proof of closing of pre-petition accounts and opening DIP account | Received from Mr. Brown and forwarded to Dao at US Trustee's office | $350 | .4 | $140 |
| 3/4/2024 | RAB | Order to employ | Received and forwarded to accountant with request for post-petition invoices | $350 | .4 | $140 |
| 3/5/2024 | RAB | Call to Dan Brown | Confirmed this afternoon's continued 341 meeting & reminder for bank statements | $350 | .3 | $105 |
| 3/12/2024 | RAB | Monthly operating reports | Drafted January and February 2024 MORs for client signature and completion | $350 | 1 | $350 |
| 3/12/2024 | RAB | Call with clients | Discussion re payroll liabilities and MORs | $350 | .7 | $245 |
| 3/20/2024 | RAB | e-mail | To Subchapter V trustee and client regarding meeting to discuss cash flow projections for plan | $350 | .5 | $175 |
| 3/25/2024 | RAB | Call to Matthew Hester at IRS | LVM regarding 2020-2023 tax returns and letter from IRS regarding missing returns | $350 | .4 | $140 |
| 3/25/2024 | RAB | e-mail to client | Follow up regarding January and February Monthly operating reports and tax concerns | $350 | .5 | $175 |
| 4/1/2024 | RAB | Chapter 11 plan | Plan drafting | $350 | 1.5 | $525 |
| 4/2/2024 | RAB | Chapter 11 Sub V plan | Continue drafting plan, liquidation analysis | $350 | 3 | $1050 |

4

KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM LAW

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/2/2024 | RAB | Discussions with client and Sub V Trustee re cashflow | Cashflow discussions for plan | $350 | .5 | $175 |
| 4/3/2024 | RAB | Continued work on Sub V Plan | Continued work on plan, e-mailed plan minus cash flow projections to debtor and Subchapter V Trustee for review | $350 | 4 | $1400 |
| 4/4/2024 | DS | MORs | Redacted, filed, and emailed UST MOR's for Jan and Feb., 2024 | $125 | .3 | $37.50 |
| 4/4/2024 | DS | Plan | Made formatting revisions to Plan, compiled and added Exhibits, filed, and served. | $125 | 1.2 | $150.00 |
| 4/4/2024 | DS | Case Expense | Cost of service of Plan and Exhibits = $64.82 | $0.0 | 0.0 | $64.82 |
| 4/11/2024 | RAB | Filings | Filed cash flow statements and balance sheet for 1116 documents | $350 | .5 | $175 |
| 4/11/2024 | DS | Plan/Ballots/Notice | Drafted Ballots on initial Plan<br>Drafted Ballot Summary on Initial Plan<br>Drafted COS on Plan, Notice, Ballots, and filed. Served Plan, Notice, and Ballots. | 1.8 | $125 | $100 |
| 4/11/2024 | DS | Case Expense | $62.14 = Cost of postage of Plan and Notice<br>$8.64 = Postage of 14 ballots. | $0.0 | $0.0 | $70.78 |
| 4/17/2024 | RAB | Call to Dan Brown | Discussion of US Trustee questions<br><br>Discussion of closing one storage unit | $350 | 1.0 | $350 |
| 4/17/2024 | RAB | e-mail to US Trustee's office (Dao) | e-mailed response to questions about payroll/Venmo and bank statement for January 2024 | $350 | .5 | $175 |
| 4/17/2024 | RAB | Preparation of March MOR | Drafted March MOR for client approval | $350 | 1.0 | $350 |
| 4/24/2024 | AB | Ballots | Drafted Ballots and mailed them out with updated deadline | $125 | 1.0 | $125 |
| 5/3/2024 | RAB | Call with Dan Brown | Call to discuss MORs and tax issues/questions | $350 | .5 | $175 |
| 5/21/2024 | RAB | Correspondence with US Trustee | Discussion of proposed confirmation language and need for ballot summary | $350 | .5 | $175 |
| 5/22/2024 | RAB | Status conference with court | Hearing on status of plan. We will file ballot summary and confirmation hearing will be by phone on June 5 | $350 | .5 | $175 |
| 5/22/2024 | RAB | Ballot summary | Prepared ballot summary for filing | $350 | .4 | $140 |

5



KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM LAW

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 5/23/2024 | RAB | Call with Dan Brown | Discussion of status conference and update on budget and taxes | $350 | .5 | $175 |
|---|---|---|---|---|---|---|
| 5/23/2024 | RAB | April MOR | Prepared April MOR | $350 | 1.0 | $350 |
| 5/30/2024 | RAB | April MOR | e-mailed to follow up on status of April MOR | $350 | .4 | $140 |
| 5/31/2024 | RAB | Motion for relief from stay | Filed by Ally Bank on Isuzu. E-mailed client re same | $350 | .5 | $175 |
| 5/31/2024 | AB | April MOR | Filed April MOR with redacted bank statements. Emailed copy to Strauss and Pham | $175 | .3 | $52.50 |
| 6/3/2024 | RAB | MFRS filed by Ally | Reviewed motion and e-mailed Evan Moscov to discuss | $350 | .6 | $210 |
| 6/4/2024 | RAB | MFRS | Drafted proposed resolution to motion for relief from stay and support for Plan based off conversations with attorney Moscov | $350 | .8 | $280 |
| 6/4/2024 | RAB | Correspondence with Subchapter V Trustee | call re status of plan confirmation tomorrow | $350 | .5 | $175 |
| 6/4/2024 | RAB | e-mails with attorney Moscov | Discussing status of Ally agreement to resolve MFRS and support plan confirmation | $350 | .6 | $210 |
| 6/5/2024 | RAB | Hearing on confirmation | Plan to be confirmed as amended | $350 | .8 | $280 |
| 6/11/2024 | RAB | May MOR | e-mails with US Trustee's office regarding due date for May MOR | $350 | .4 | $140 |
| 6/11/2024 | RAB | Confirmation order | Drafted plan confirmation order and circulated to attorney Moscov, Adam Miller for US Trustee and Subchapter V Trustee Messerli for review | $350 | 1.2 | $42 |
| 7/8/2024 | RAB | Case updates | Updates from Mr. Brown regarding initial payments of debts through plan and taxes | $350 | 1.0 | $350 |
| 9/11/2024 | RAB | MORs | Reviewed bank statements for May-July; prepared May MOR and June 1-14 MOR (pre-confirmation) and sent via Docusign for client review and approval | $350 | 1.5 | $525 |
| 9/11/2024 | RAB | Motion for final decree | Drafted motion in preparation for filing after May and June MORs are filed. | $350 | .5 | $175 |
| 9/3/25 | PW | PAYMENT | ACH payment – Thank you | | | -$500 |
| 9/10/2025 | RAB | Call to Ally Financial 800-795-1578 | Post-bk dept: 866-447-6583<br><br>They gave me number for retitling dept. 888-948-4853, retitling@pdpgroupinc.com | $350 | .4 | $140 |

6



KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 9/10/2025 | RAB | Call to Sara Bass 919-376-0536/ 919-376-0536 at First Citizens Bank | They have UCC for floor grinder machine, new metal adapter<br>Title for 2014 Chevy ending in 0283<br><br>2015 Ford ending in 5418<br><br>he was given title in 2019 to take to the DMV to add First Citizens/CIT as a lienholder, they didn't receive it so they don't have title<br><br>nothing on the GMC Box Truck – she can look it up by the full VIN | $350 | .5 | $175 |
|---|---|---|---|---|---|---|
| 10/31/25 | PW | PAYMENT | ACH payment- Thank you | | | -$500 |
| 11/3/2025 | RAB | Motion to reopen | Drafted motion to reopen | $350 | .5 | $175 |
| 11/11/2025 | RAB | Meeting with client | Met with client re vehicle titles; requested payoff on Isuzu from Ally counsel | $350 | 1.5 | $525 |
| 12/1/25 | PW | PAYMENT | ACH payment- Thank you | | | -$500 |
| | | | | | | $6,557.90 |

Note: Payment due thirty (30) days from date of this invoice.

**Hourly-Billing Terms & Notes:**
- You have paid an <u>initial retainer fee of $11,738.00</u> to be applied to hourly time and expenses spent on your case. If that retainer fee is used, and additional time is spent on your case, you will be notified and an additional bill for fees will be sent. If the work is completed without exhausting the retainer, any unused retainer will be refunded to you.
- You, the client, have agreed to engage WM Law firm for legal representation in your case. An attorney will supervise all work performed on your case. You will be billed at an <u>hourly rate</u> of:
  - o  $350.00 per hour for all work performed on your case by an Attorney; and
  - o  $175.00 per hour for all work performed on your case by Paralegals, Law-Clerks, and Legal Assistants.
- You have agreed to pay the outstanding balance listed within **30 days** of the date of each monthly billing statement, as applicable. You will not receive an invoice if your case does not require any work for a month.
- If required payments are not made in a timely manner, work will cease on your case, and we reserve the right to take legal action to collect amounts due under this agreement, including reasonable costs of collection.