# C

## EXHIBIT C

WM Law Pre-Filing Bill (01/10/2024)



### KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

January 10, 2024

***VIA E-MAIL TO:***
Victory Cleaning Systems,
Inc.
c/o Dan Bro▮▮▮
▮▮▮▮▮
Kansas City, MO 64114

Email: ▮▮▮▮▮▮▮▮▮

**Re:**                     Legal Services Regarding Chapter 11 Case

Dear Mr. Brown:

I hope this letter finds you well.  Thank you again for choosing our firm to represent and assist in your legal matters.  Enclosed please find a copy of your billing statement and table outlining the work performed on your case for the periods noted above.  We very much appreciate timely payment within thirty (30) days of this statement.

**Payment Methods:**

1) Payments can be mailed to W M Law, 15095 W 116th St, Olathe, KS. 66062
2) We accept payments via cash/check/money-order/ACH withdrawal for no additional fee.
3) For your convenience, we also accept payments via credit/debit cards, and electronically through the LawPay at: https://secure.lawpay.com/pages/w-m-law/operating.
   *PLEASE NOTE:  payments made through LawPay via credit/debit card or electronically are subject to a **3.0% payment processing fee** charged by LawPay for any Court Filing fees. This fee applies regardless if payment is made in-person, online, or over the phone.

Please call should you have any questions or concerns regarding the foregoing – (913) 422-0909. Thank you.

WM Law

Pilar Perez-Wagoner
Accounts Receivable Manager
pilarperez@wagonergroup.com

### Account Summary & Payment History

| Date / Month Billed | Description | Payment Method | Amounts |
|---|---|---|---|
| 12/22/23 | **Payment into Trust Account- Retainer** | *Check 122* | **-$11,738** |
| Nov-Jan 5, 2024 | **Legal fees for worked performed for Pre-filing attorney fees** | | **$1890** |
| Jan 5, 2024 | **Court Filing Fees** | | **$1738** |

WM Law



## KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM ᴡᴡ LAW
*Here to Help.*

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| | | **Current Balance:** | **($8,110.00)** |
|---|---|---|---|

### Outline of Work Performed

| Date | Staff | Desc | Detail | Hours | Rate | Line Total |
|---|---|---|---|---|---|---|
| | | | Retainer deposited into the Trust Account | | | -$11,738 |
| 11/28/2023 | RAB | Set up file | File set up. Engagement letter saved (under Bankruptcy engagement $11738 to be paid (to trust) pre-filing | $350 | 3.0 | $1050 |
| 11/28/2023 | RAB | e-mail to US Trustee | Email advising imminent filing (est. 12/1) | $350 | .5 | $175 |
| 12/22/2023 | RAB | Meeting with Mr. Brown | Updated documents and accepted payment for case to be filed in early January 2024 | $350 | .5 | $175 |
| 12/22/23 | | Trust Account | We received check 122 for $11,738 which was deposited into our Clients trust Account today | NA | NA | 0 |
| 1/4/2024 | RAB | Update petition | Make changes to petition per client's updates | $350 | 1 | $350 |
| 1/5/2024 | DS | Date of Filing | Filed Petition and Schedules; Corp Ownership Statements, Statements of Operations under 1116; and paid Filing Fee.<br>- Plan due 4/4/2024 | $175 | .8 | $140 |
| 1/5/2024 | DS | Case Expense | **Filing Fee** | $0.0 | 0.0 | $1738.00 |
| | | | **Balance** | | | ($8,110.00) |

Note: Payment due thirty (30) days from date of this invoice.

**Hourly-Billing Terms & Notes:**
- You have paid an <u>initial retainer fee of $0.00</u> to be applied to hourly time spent on your case. If that retainer fee is used, and additional time is spent on your case, you will be notified and an additional bill for fees will be sent. If the work is completed without exhausting the retainer, any unused retainer will be refunded to you.



KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

- You, the client, have agreed to engage WM Law firm for legal representation in your case. An attorney will supervise all work performed on your case. You will be billed at an <u>hourly rate</u> of:
    o <u>$300.00</u> per hour for all work performed on your case by an Attorney; and
    o <u>$125.00</u> per hour for all work performed on your case by Paralegals, Law-Clerks, and Legal Assistants.
- You have agreed to pay the outstanding balance listed within **30 days** of the date of each monthly billing statement, as applicable. You will not receive an invoice if your case does not require any work for a month.
- If required payments are not made in a timely manner, work will cease on your case, and we reserve the right to take legal action to collect amounts due under this agreement, including reasonable costs of collection.