# D

## EXHIBIT D

WM Law Post-Filing Bill (03/04/2024)



KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

**Attorneys at Law** • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

March 4, 2024

***VIA E-MAIL TO:***
Victory Cleaning Systems,
Inc.
c/o Dan Bro█
███████▄
Kansas City, MO 64114

Email: ████████████

**Re:**                    Legal Services Regarding Chapter 11 Case

Dear Mr. Brown:

    I hope this letter finds you well.  Thank you again for choosing our firm to represent and assist in your legal matters.  Enclosed please find a copy of your billing statement and table outlining the work performed on your case for the periods noted above.  We very much appreciate timely payment within thirty (30) days of this statement.

### Payment Methods:

1) Payments can be mailed to W M Law, 15095 W 116th St, Olathe, KS. 66062
2) We accept payments via cash/check/money-order/ACH withdrawal for <u>no additional fee.</u>
3) For your convenience, we also accept payments via credit/debit cards, and electronically through the LawPay at: https://secure.lawpay.com/pages/w-m-law/operating.
   *PLEASE NOTE:  payments made through LawPay via credit/debit card or electronically are subject to a **3.0% payment processing fee** charged by LawPay for any Court Filing fees. This fee applies regardless if payment is made in-person, online, or over the phone.

    Please call should you have any questions or concerns regarding the foregoing – (913) 422-0909. Thank you.

WM Law

Pilar Perez-Wagoner
Accounts Receivable Manager
pilarperez@wagonergroup.com

### Account Summary & Payment History

| Date / Month Billed | Description | Payment Method | Amounts |
|---|---|---|---|
| 1/31/24 | **Remaining Trust Balance** | | **-$8,110** |
| 1/31/23 | **A fees of $2,275 & Expenses of $12.12 for January** | | **$2,287.12** |
| 2/29/24 | **A Fees of** | | |

WM Law



KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| | | | Current Balance: | ($5,822.88) |
|---|---|---|---|---|

| | POST FILING FEES ATTORNEY FEES | EXPENSES | TOTAL BALANCE | Trust Balance |
|---|---|---|---|---|
| | | | | -$8,110 |
| 1/31/24 | $2,275 | $12.12 | $2,287.12 | $2,287.12 |
| 2/29/24 | $2,669 | $43.18 | $2,703.18 | $2,703.18 |
| | | | | |
| | | | | |
| **Totals** | **$4,944.00** | **$55.30** | **$2,287.12** | $3,119.70 |

## Outline of Work Performed

| Date | Staff | Desc | Detail | Hours | Rate | Line Total |
|---|---|---|---|---|---|---|
| | | | Remaining Trust Balance | | | -$8,110 |
| 1/11/2024 | RAB | Application to employ | Drafted application and affidavit | $350 | .8 | $280 |
| 1/11/2024 | RAB | LR 2015 statement | Drafted and emailed to client for review and additions/corrections | $350 | .6 | $210 |
| 1/11/2024 | RAB | Creditor contacts | e-mailed notice of filing to Channel Partners and Charzetta Murray with Equipment Finance Collections.  Called and left voicemail for Brenda Brown at FNBO and called CommunityAmerica and spoke with representative | $350 | .5 | $175 |
| 1/11/2024 | DS | App to Employ | Revisions to Application to Employ, had RAB re-sign corrected Affidavit; filed and served. | $175 | .4 | $70 |
| 1/11/2024 | DS | Case Expense | Cost of service of Application to Employ = $12.12 | $0.0 | 0.0 | $12.12 |
| 1/17/2024 | RAB | Correspondence with client | Preparation for initial debtor interview | $350 | .5 | $175 |
| 1/17/2024 | RAB | IDI | Initial debtor interview with US Trustee | $350 | 1.1 | $385 |
| 1/17/2024 | RAB | Call following IDI | Call with client to discuss tasks to follow IDI | $350 | .4 | $140 |



KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 1/26/2024 | RAB | Follow up on post-IDI docs | e-mail to client to ascertain status of post-IDI requests from US Trustee | $350 | .3 | $105 |
|---|---|---|---|---|---|---|
| 1/26/2024 | RAB | e-mail to Rob Messerli | Discussion of proposed deadlines per judge's orders | $350 | .7 | $245 |
| 1/26/2024 | RAB | Agreed scheduling order | Drafted for filing based on communications with Subchapter V Trustee Messerli | $350 | .6 | $210 |
| 1/31/2024 | RAB | Calls with Dan Brown | Discussion of IDI doc requests | $350 | .8 | $280 |
| 2/2/2024 | RAB | Correspondence with court | Discussion of order for scheduling conference | $350 | .5 | $175 |
| 2/5/2024 | RAB | Call with Dan Brown | Discussion of status of IDI docs and prep for 341 meeting | $350 | .7 | $245 |
| 2/7/2024 | RAB | Prepared Sub V Status Conference report | Prepared report for filing | $350 | .8 | $280 |
| 2/7/2024 | RAB | 341 meeting of creditors | 341 meeting by phone | $350 | .9 | $315 |
| 2/7/2024 | RAB | Post-341 call | Call with Mr. Brown | $350 | .4 | $140 |
| 2/7/2024 | DS | Status Conf Report | Formatted and filed Status Conf Report (Doc. 19), and served | $175 | .4 | $70.00 |
| 2/7/2024 | DS | Case Expense | Cost of service of above. | 0 | 0.0 | $15.26 |
| 2/14/2024 | RAB | Application to employ CPAs | Drafted motion and affidavit, e-mailed affidavit to J Tenbrink for review, signature and notarizing | $350 | 1.2 | $420 |
| 2/16/2024 | RAB | Call to Dan Brown before conference call | Discussion of status of taxes and other obligations | $350 | .4 | $140 |

3



KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

WM ⚭ LAW

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 2/16/2024 | RAB | Call with Dan and with Subchapter V Trustee Rob Messerli | Conference call to discuss plan/cash flow projections, etc. | $350 | .5 | $175 |
|---|---|---|---|---|---|---|
| 2/20/2024 | RAB | Taxes | Received 2020-2023 corporate taxes. Sent and received e-signatures on each and sent to US Trustee's office. Can forward to taxing authorities once we have contacts | $350 | .7 | $245 |
| 2/21/2024 | RAB | Subchapter V Status Conference | Discussion with Court about case status | $350 | .5 | $175 |
| 2/21/2024 | DS | App to Employ | Revised Application to Employ, added Exhibit Affidavit, filed and served. It notes it is expedited so I suspect we will need an actual MT Expedite, but the matter is already set for hearing this afternoon. | $125 | .4 | $70 |
| 2/21/2024 | DS | Case Expense | Cost of service of above = $13.32 | $0.00 | 0.0 | $13.32 |
| 2/21/2024 | RAB | Call with client | Discussion of setting up authority to do business in Missouri | $350 | .5 | $175 |
| 2/21/24 | DS | COS | Filed COS on Order Granting MT Shorten MT Employ CPA's. | .2 | $175 | $35 |
| 2/21/24 | DS | Case Expense | Cost of service of above - $14.60 | 0.0 | 0.0 | $14.60 |
| | | | | | | |
| | | | | | | ($3,119.70) |

Note: Payment due thirty (30) days from date of this invoice.

**Hourly-Billing Terms & Notes:**

- You have paid an initial retainer fee of $0.00 to be applied to hourly time spent on your case. If that retainer fee is used, and additional time is spent on your case, you will be notified and an additional bill for fees will be sent. If the work is completed without exhausting the retainer, any unused retainer will be refunded to you.
- You, the client, have agreed to engage WM Law firm for legal representation in your case. An attorney will supervise all work performed on your case. You will be billed at an hourly rate of:
  o $300.00 per hour for all work performed on your case by an Attorney; and
  o $125.00 per hour for all work performed on your case by Paralegals, Law-Clerks, and Legal Assistants.
- You have agreed to pay the outstanding balance listed within **30 days** of the date of each monthly billing statement, as applicable. You will not receive an invoice if your case does not require any work for a month.
- If required payments are not made in a timely manner, work will cease on your case, and we reserve the right to take legal action to collect amounts due under this agreement, including reasonable costs of collection.