

# EXHIBIT E

WM Law Post-Filing Bill (06/03/2024)



### KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

June 3, 2024

***VIA E-MAIL TO:***
Victory Cleaning Systems,
Inc.
c/o Dan Bro ▮▮▮▮▮▮▮▮▮
Kansas City, MO 64114

Email: ▮▮▮▮▮▮▮▮▮

**Re:**                     Legal Services Regarding Chapter 11 Case

Dear Mr. Brown:

I hope this letter finds you well. Thank you again for choosing our firm to represent and assist in your legal matters. Enclosed please find a copy of your billing statement and table outlining the work performed on your case for the periods noted above. We very much appreciate timely payment within thirty (30) days of this statement.

**Payment Methods:**

1) Payments can be mailed to W M Law, 15095 W 116th St, Olathe, KS. 66062
2) We accept payments via cash/check/money-order/ACH withdrawal for no additional fee.
3) For your convenience, we also accept payments via credit/debit cards, and electronically through the LawPay at: https://secure.lawpay.com/pages/w-m-law/operating.
   *PLEASE NOTE: payments made through LawPay via credit/debit card or electronically are subject to a **3.0% payment processing fee** charged by LawPay for any Court Filing fees. This fee applies regardless if payment is made in-person, online, or over the phone.

Please call should you have any questions or concerns regarding the foregoing – (913) 422-0909. Thank you.

WM Law

Pilar Perez-Wagoner
Accounts Receivable Manager
pilarperez@wagonergroup.com

### Account Summary & Payment History

| Date / Month Billed | Description | Payment Method | Amounts |
|---|---|---|---|
| 1/31/24 | **Remaining Trust Balance** | | **-$8,110** |
| 1/31/23 | **A fees of $2,275 & Expenses of $12.12 for January** | | **$2,287.12** |
| 2/29/24 | **A Fees of $2,669 & Expenses of $43.18** | | **$2,703.18** |

WM Law



KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM ẅ LAW

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| | | | |
|---|---|---|---|
| 3/31/24 | Legal fees incurred | | $1,470 |
| 4/30/24 | Legal fees incurred $4,612.50 & Expenses of $135.60 | | $4,748.10 |
| 5/31/24 | Legal fees incurred | | $1557.50 |
| | | Current Balance: | $4,655.90 |

| | POST FILING FEES ATTORNEY FEES | EXPENSES | TOTAL BALANCE | Trust Balance |
|---|---|---|---|---|
| | | | | -$8,110 |
| 1/31/24 | $2,275 | $12.12 | $2,287.12 | $2,287.12 |
| 2/29/24 | $2,669 | $43.18 | $2,703.18 | $2,703.18 |
| 3/31/24 | $1,470 | $0 | $1,470 | $1,470 |
| 4/30/24 | $4612.50 | $135.60 | $4,748.10 | $4,748.10 |
| 5/30/24 | $1,557.50 | $0 | $1,557.50 | $1,557.50 |
| Totals | $11,026.50 | $190.90 | $11,208.40 | $4,655.90 |

**Balance of $8,110 will be transferred and applied to pay once Court Approval is received. This will leave a due balance of $3,098.40 as of 5/31/24.**

### Outline of Work Performed

| Date | Staff | Desc | Detail | Hours | Rate | Line Total |
|---|---|---|---|---|---|---|
| | | | Remaining Trust Balance | | | -$8,110 |
| 1/11/2024 | RAB | Application to employ | Drafted application and affidavit | $350 | .8 | $280 |
| 1/11/2024 | RAB | LR 2015 statement | Drafted and emailed to client for review and additions/corrections | $350 | .6 | $210 |
| 1/11/2024 | RAB | Creditor contacts | e-mailed notice of filing to Channel Partners and Charzetta Murray with Equipment Finance Collections. Called and left voicemail for Brenda Brown at FNBO and called CommunityAmerica and spoke with representative | $350 | .5 | $175 |
| 1/11/2024 | DS | App to Employ | Revisions to Application to Employ, had RAB re-sign corrected Affidavit; filed and served. | $175 | .4 | $70 |
| 1/11/2024 | DS | Case Expense | Cost of service of Application to Employ = $12.12 | $0.0 | 0.0 | $12.12 |



KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 1/17/2024 | RAB | Correspondence with client | Preparation for initial debtor interview | $350 | .5 | $175 |
|---|---|---|---|---|---|---|
| 1/17/2024 | RAB | IDI | Initial debtor interview with US Trustee | $350 | 1.1 | $385 |
| 1/17/2024 | RAB | Call following IDI | Call with client to discuss tasks to follow IDI | $350 | .4 | $140 |
| 1/26/2024 | RAB | Follow up on post-IDI docs | e-mail to client to ascertain status of post-IDI requests from US Trustee | $350 | .3 | $105 |
| 1/26/2024 | RAB | e-mail to Rob Messerli | Discussion of proposed deadlines per judge's orders | $350 | .7 | $245 |
| 1/26/2024 | RAB | Agreed scheduling order | Drafted for filing based on communications with Subchapter V Trustee Messerli | $350 | .6 | $210 |
| 1/31/2024 | RAB | Calls with Dan Brown | Discussion of IDI doc requests | $350 | .8 | $280 |
| 2/2/2024 | RAB | Correspondence with court | Discussion of order for scheduling conference | $350 | .5 | $175 |
| 2/5/2024 | RAB | Call with Dan Brown | Discussion of status of IDI docs and prep for 341 meeting | $350 | .7 | $245 |
| 2/7/2024 | RAB | Prepared Sub V Status Conference report | Prepared report for filing | $350 | .8 | $280 |
| 2/7/2024 | RAB | 341 meeting of creditors | 341 meeting by phone | $350 | .9 | $315 |
| 2/7/2024 | RAB | Post-341 call | Call with Mr. Brown | $350 | .4 | $140 |
| 2/7/2024 | DS | Status Conf Report | Formatted and filed Status Conf Report (Doc. 19), and served | $175 | .4 | $70.00 |
| 2/7/2024 | DS | Case Expense | Cost of service of above. | 0 | 0.0 | $15.26 |
| 2/14/2024 | RAB | Application to employ CPAs | Drafted motion and affidavit, e-mailed affidavit to J Tenbrink for review, signature and notarizing | $350 | 1.2 | $420 |
| 2/16/2024 | RAB | Call to Dan Brown before conference call | Discussion of status of taxes and other obligations | $350 | .4 | $140 |

KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM ✤ LAW

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 2/16/2024 | RAB | Call with Dan and with Subchapter V Trustee Rob Messerli | Conference call to discuss plan/cash flow projections, etc. | $350 | .5 | $175 |
|---|---|---|---|---|---|---|
| 2/20/2024 | RAB | Taxes | Received 2020-2023 corporate taxes. Sent and received e-signatures on each and sent to US Trustee's office. Can forward to taxing authorities once we have contacts | $350 | .7 | $245 |
| 2/21/2024 | RAB | Subchapter V Status Conference | Discussion with Court about case status | $350 | .5 | $175 |
| 2/21/2024 | DS | App to Employ | Revised Application to Employ, added Exhibit Affidavit, filed and served.  It notes it is expedited so I suspect we will need an actual MT Expedite, but the matter is already set for hearing this afternoon. | $125 | .4 | $70 |
| 2/21/2024 | DS | Case Expense | Cost of service of above = $13.32 | $0.00 | 0.0 | $13.32 |
| 2/21/2024 | RAB | Call with client | Discussion of setting up authority to do business in Missouri | $350 | .5 | $175 |
| 2/21/24 | DS | COS | Filed COS on Order Granting MT Shorten MT Employ CPA's. | .2 | $175 | $35 |
| 2/21/24 | DS | Case Expense | Cost of service of above - $14.60 | 0.0 | 0.0 | $14.60 |
| 3/4/2024 | RAB | Proof of closing of pre-petition accounts and opening DIP account | Received from Mr. Brown and forwarded to Dao at US Trustee's office | $350 | .4 | $140 |
| 3/4/2024 | RAB | Order to employ | Received and forwarded to accountant with request for post-petition invoices | $350 | .4 | $140 |
| 3/5/2024 | RAB | Call to Dan Brown | Confirmed this afternoon's continued 341 meeting & reminder for bank statements | $350 | .3 | $105 |
| 3/12/2024 | RAB | Monthly operating reports | Drafted January and February 2024 MORs for client signature and completion | $350 | 1 | $350 |
| 3/12/2024 | RAB | Call with clients | Discussion re payroll liabilities and MORs | $350 | .7 | $245 |
| 3/20/2024 | RAB | e-mail | To Subchapter V trustee and client regarding meeting to discuss cash flow projections for plan | $350 | .5 | $175 |
| 3/25/2024 | RAB | Call to Matthew Hester at IRS | LVM regarding 2020-2023 tax returns and letter from IRS regarding missing returns | $350 | .4 | $140 |
| 3/25/2024 | RAB | e-mail to client | Follow up regarding January and February Monthly operating reports and tax concerns | $350 | .5 | $175 |

4



### KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 4/1/2024 | RAB | Chapter 11 plan | Plan drafting | $350 | 1.5 | $525 |
|---|---|---|---|---|---|---|
| 4/2/2024 | RAB | Chapter 11 Sub V plan | Continue drafting plan, liquidation analysis | $350 | 3 | $1050 |
| 4/2/2024 | RAB | Discussions with client and Sub V Trustee re cashflow | Cashflow discussions for plan | $350 | .5 | $175 |
| 4/3/2024 | RAB | Continued work on Sub V Plan | Continued work on plan, e-mailed plan minus cash flow projections to debtor and Subchapter V Trustee for review | $350 | 4 | $1400 |
| 4/4/2024 | DS | MORs | Redacted, filed, and emailed UST MOR's for Jan and Feb., 2024 | $125 | .3 | $37.50 |
| 4/4/2024 | DS | Plan | Made formatting revisions to Plan, compiled and added Exhibits, filed, and served. | $125 | 1.2 | $150.00 |
| 4/4/2024 | DS | Case Expense | Cost of service of Plan and Exhibits = $64.82 | $0.0 | 0.0 | $64.82 |
| 4/11/2024 | RAB | Filings | Filed cash flow statements and balance sheet for 1116 documents | $350 | .5 | $175 |
| 4/11/2024 | DS | Plan/Ballots/Notice | Drafted Ballots on initial Plan<br>Drafted Ballot Summary on Initial Plan<br>Drafted COS on Plan, Notice, Ballots, and filed.<br>Served Plan, Notice, and Ballots. | 1.8 | $125 | $100 |
| 4/11/2024 | DS | Case Expense | $62.14 = Cost of postage of Plan and Notice<br>$8.64 = Postage of 14 ballots. | $0.0 | $0.0 | $70.78 |
| 4/17/2024 | RAB | Call to Dan Brown | Discussion of US Trustee questions<br><br>Discussion of closing one storage unit | $350 | 1.0 | $350 |
| 4/17/2024 | RAB | e-mail to US Trustee's office (Dao) | e-mailed response to questions about payroll/Venmo and bank statement for January 2024 | $350 | .5 | $175 |
| 4/17/2024 | RAB | Preparation of March MOR | Drafted March MOR for client approval | $350 | 1.0 | $350 |
| 4/24/2024 | AB | Ballots | Drafted Ballots and mailed them out with updated deadline | $125 | 1.0 | $125 |
| 5/3/2024 | RAB | Call with Dan Brown | Call to discuss MORs and tax issues/questions | $350 | .5 | $175 |
| 5/21/2024 | RAB | Correspondence with US Trustee | Discussion of proposed confirmation language and need for ballot summary | $350 | .5 | $175 |

## KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM LAW

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 5/22/2024 | RAB | Status conference with court | Hearing on status of plan. We will file ballot summary and confirmation hearing will be by phone on June 5 | $350 | .5 | $175 |
|---|---|---|---|---|---|---|
| 5/22/2024 | RAB | Ballot summary | Prepared ballot summary for filing | $350 | .4 | $140 |
| 5/23/2024 | RAB | Call with Dan Brown | Discussion of status conference and update on budget and taxes | $350 | .5 | $175 |
| 5/23/2024 | RAB | April MOR | Prepared April MOR | $350 | 1.0 | $350 |
| 5/30/2024 | RAB | April MOR | e-mailed to follow up on status of April MOR | $350 | .4 | $140 |
| 5/31/2024 | RAB | Motion for relief from stay | Filed by Ally Bank on Isuzu. E-mailed client re same | $350 | .5 | $175 |
| 5/31/2024 | AB | April MOR | Filed April MOR with redacted bank statements. Emailed copy to Strauss and Pham | $175 | .3 | $52.50 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  | $4,655.90 |

Note: Payment due thirty (30) days from date of this invoice.

**Hourly-Billing Terms & Notes:**
- You have paid an initial retainer fee of $0.00 to be applied to hourly time spent on your case. If that retainer fee is used, and additional time is spent on your case, you will be notified and an additional bill for fees will be sent. If the work is completed without exhausting the retainer, any unused retainer will be refunded to you.
- You, the client, have agreed to engage WM Law firm for legal representation in your case. An attorney will supervise all work performed on your case. You will be billed at an hourly rate of:
  - o $300.00 per hour for all work performed on your case by an Attorney; and
  - o $125.00 per hour for all work performed on your case by Paralegals, Law-Clerks, and Legal Assistants.
- You have agreed to pay the outstanding balance listed within **30 days** of the date of each monthly billing statement, as applicable. You will not receive an invoice if your case does not require any work for a month.
- If required payments are not made in a timely manner, work will cease on your case, and we reserve the right to take legal action to collect amounts due under this agreement, including reasonable costs of collection.