# Doc 57

## EXHIBIT Doc 57

Fee Approval Order

# Doc 57

## EXHIBIT Doc 57

Fee Approval Order

# Doc. 57 -- Order Approving Compensation

Case No. 24-40010-can11, Victory Cleaning Systems, Inc.
W.D. Mo., Judge Cynthia A. Norton
Filed: July 29, 2024
[TEXT ORDER -- entered directly on docket; no separate PDF exists]

07/29/2024 57 Order of the Court The Application for Compensation is hereby Granted for Ryan A. Blay and the firm of WM Law, Debtor's Attorney, Fees awarded: $14,252.00, Expenses awarded: $190.90; Awarded on 7/29/2024. It is so ORDERED by /s/ Cynthia A. Norton The moving party is to serve this order on parties not receiving electronic notice but entitled to notice pursuant to Fed. R. Bankr. P. 2002, Local Rule 2002-1 and other applicable law. File the Certificate of Service and relate it to the epo category. This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached. (Related document(s) 55 Application for Compensation) (Graham, Beth) (Entered: 07/29/2024)

**Key figure: Fees awarded: $14,252.00 + Expenses: $190.90 = $14,442.90 total**
This is the ONLY court-approved fee amount. No supplemental fee application was ever filed.