

# EXHIBIT F

Debtor Time Ledger (1,248 hours)

## VCS Case Administration Time Ledger

This ledger documents time spent by Daniel Brown on operational, legal, and administrative tasks arising from unresolved lien, registration, and case administration issues in Case No. 24-40010-can11.

**Note:** All time entries reflect work performed by the Debtor's principal personally. This time was diverted from VCS revenue-generating activity and represents a direct cost to the estate.

### Pre-Petition Phase (September 2023 - January 4, 2024)

The following entries document case-related work performed by the Debtor's principal before the Chapter 11 petition was filed on January 5, 2024. The attorney-client relationship with WM Law began September 12, 2023. During this period, the Debtor invested significant time in attorney evaluation, financial document compilation, creditor management, and vehicle registration -- including the first discovery that CIT liens blocked vehicle registration, an issue that remains unresolved 28 months later.

| Date/Period | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 9/12/23 | 3.0 | Case Administration | Initial consultation with WM Law (Ryan Blay); reviewed engagement letter; compiled financial overview of VCS operations, debts, and creditor positions for attorney evaluation; began compiling tax returns and bank statements per counsel's request | Pre-filing case evaluation |
| Oct-Nov 2023 | 4.0 | Financial Records | Compiled tax returns, bank statements, payroll records, and financial documentation per counsel's request over multiple exchanges; researched filing timeline (targeting Jan 1); managed pre-petition CIT lease payments ($3,434.46 across 4 loan schedules via FNBO); made pre-petition Ally payment ($529.89); exchanged 10+ emails with counsel regarding filing urgency and scheduling | Pre-filing financial preparation |
| 12/18/23 | 2.0 | Operational Mitigation | Attempted vehicle registration at Johnson County DMV (Olathe, KS); paid $782.37 for 2 vehicles; registration rejected due to CIT liens on Kansas titles -- FIRST discovery that CIT liens blocked registration; this issue remains unresolved 26+ months later | Unresolved vehicle liens |
| 12/18-20/23 | 2.0 | Case Administration | Researched CIT payoff options (payoff quote $6,326.64, dated 9/7/23); arranged Enterprise vehicle rentals ($636.07 + $441.39) to cover fleet shortfall from unregistered vehicles; emailed counsel on 12/20/23 expressing concern about CIT and the vehicles | Unresolved vehicle liens |
| 12/27-28/23 | 3.0 | Case Administration | Coordinated retainer payment ($11,738, Check #122, memo "Ch11 Initialization"); managed overdraft crisis when WM Law deposited retainer prematurely while Dan's account funds were clearing; 4 crisis emails exchanged 12/27-12/28; account overdrawn during holiday period | Retainer payment crisis |

**Pre-Petition Subtotal: 14.0 hours**

## 2024

### Q1 2024 (January - March)

**January 2024**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 1/3/24 | 4.0 | Case Administration | Prepared and transmitted creditor information to counsel; emailed updated Form 204 with creditor amounts, Channel Partners documentation, and Ally Financial Isuzu balance ($10,300); responded to counsel's questions regarding CIT as codebtor on Schedule H | Pre-filing petition preparation |
| 1/4/24 | 5.0 | Case Administration | Reviewed draft petition documents; identified inability to view full PDF (only page 1 visible); compiled bank statements and Venmo records for counsel; confirmed retainer cleared (Check #122, $11,738, 12/27/23); addressed Schedule H personal guarantee questions for CIT and Channel Partners | Pre-filing petition preparation |
| 1/5/24 | 3.0 | Case Administration | Coordinated final petition documents with counsel; reviewed filed petition (Doc. 1, Case No. 24-40010-can11); confirmed filing with counsel ("We did get the case filed!") | Case filing |

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 1/8/24 | 2.0 | Case Administration | Reviewed filing confirmation emails; prepared to forward collector mail to counsel per filing instructions; assessed immediate post-filing operational requirements | Case filing |
| 1/9/24 | 4.0 | Case Administration | Coordinated IDI scheduling with USTP (Dao Pham) and Messerli; confirmed IDI for 1/17 at 2:15 PM; researched whether pre-petition Ford F-150 repair ($8,982.11, Victory Ford R/O 662274, opened 12/18/23) could proceed post-filing; counsel approved | IDI scheduling; Vehicle repairs |
| 1/10/24 | 3.0 | Creditor Communication | Reported post-filing creditor contacts to counsel: CIT (Charzetta Murray, contract 097-0176167-000), Channel Partners, FNBO, CommunityAmerica all still contacting VCS; coordinated with Nancy Skinner regarding personal Ch. 13 filing timing | Post-filing creditor contacts |
| 1/14/24 | 2.0 | Case Administration | Prepared documents for IDI; compiled financial records, operating reports, and business overview materials for US Trustee interview | IDI preparation |
| 1/17/24 | 4.0 | Case Administration | Attended Initial Debtor Interview (IDI) with USTP (Dao Pham) at 2:15 PM; presented VCS operational status, financial overview, and business plan; travel time and preparation | IDI attendance |
| 1/18/24 | 2.0 | Case Administration | Post-IDI follow-up; organized documents produced during IDI; reviewed notes and action items from USTP meeting | IDI follow-up |
| 1/22/24 | 2.5 | Financial Records | Compiled financial documents requested by US Trustee; organized bank statements, tax returns, and payroll records for USTP document production | US Trustee requests |
| 1/26/24 | 3.0 | Financial Records | Responded to additional US Trustee document requests; compiled billing records and business financial documentation per USTP requirements | US Trustee requests |
| 1/28/24 | 2.5 | Operational Mitigation | Managed VCS operations with three unregistered CIT vehicles (plates expired 11/30/23); coordinated crew scheduling and equipment transport around vehicle limitations; researched rental options | Unresolved vehicle liens |
| 1/31/24 | 2.0 | Financial Records | Compiled January bank statements and financial records; organized DIP account (UMB) transaction records for monthly reporting; tracked plan-related obligations | Monthly financial administration |
| Jan Subtotal | 39.0 | | | |

**February 2024**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 2/1/24 | 2.0 | Case Administration | Reviewed 341 meeting requirements and prepared documents; organized financial records, tax returns, and business documentation for meeting of creditors | 341 meeting preparation |
| 2/5/24 | 3.0 | Case Administration | Continued 341 meeting preparation; compiled creditor information, reviewed schedules and SOFA for accuracy; prepared to address anticipated creditor questions | 341 meeting preparation |
| 2/7/24 | 4.0 | Case Administration | Attended 341 meeting of creditors; presented business overview and financial records; responded to creditor and trustee questions; travel time included | 341 meeting attendance |
| 2/9/24 | 2.0 | Case Administration | Coordinated Ford F-150 repair completion (Victory Ford R/O 662274, $8,982.11, closed 2/9/24); managed payment from DIP account; documented post-petition vehicle repair expenditure | Vehicle repairs |
| 2/12/24 | 3.0 | Creditor Communication | Received and documented CIT automatic stay violation -- Charzetta Murray (First Citizens) emailed regarding Loan 006 (Chevy), stating account 57 days past due, demanding payment update; 38 days after filing; forwarded to counsel at 4:25 PM; also reported Ally was still calling; mailed 2020 tax return per counsel request | CIT automatic stay violation |
| 2/15/24 | 3.0 | Case Administration | Managed Ford F-150 second repair (Victory Ford R/O 664276, opened 2/15/24: left turbocharger $2,183.27, oil pan gasket $908.18, tune-up $459.76; total $3,907.94); coordinated vehicle logistics during repair period; continued crew scheduling with reduced fleet | Vehicle repairs; Unresolved vehicle liens |
| 2/16/24 | 2.5 | Financial Records | Began cash flow projection compilation; organized revenue and expense data for plan development; prepared financial summaries for counsel and Sub V Trustee | Plan development |
| 2/20/24 | 4.0 | Financial Records | Compiled four years of tax returns (2020-2023) for case administration; organized corporate and personal returns; documented revenue history and income trajectory for plan projections | Tax return compilation |
| 2/21/24 | 2.0 | Case Administration | Attended status conference; reviewed Missouri foreign registration requirements identified during hearing; began researching VCS corporate status in Missouri | Status conference; Corporate status |

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 2/25/24 | 2.0 | Operational Mitigation | Managed daily operations with three unregistered CIT vehicles; coordinated crew transport and equipment delivery around vehicle limitations; documented operational impact of expired registrations | Unresolved vehicle liens |
| 2/28/24 | 2.0 | Financial Records | Compiled February bank statements and financial records; reconciled DIP account transactions; documented Ford F-150 repair completion (R/O 664276 closed 2/28/24, $3,907.94) | Monthly financial administration |
| Feb Subtotal | 29.5 | | | |

**March 2024**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 3/1/24 | 2.0 | Case Administration | Researched Missouri foreign registration requirements; discovered VCS had lapsed Missouri registration going back to 2017; began compiling reinstatement application materials | Corporate status |
| 3/3/24 | 3.0 | Case Administration | Completed and submitted Missouri SOS reinstatement packet independently (counsel unavailable): Certificate of Tax Clearance, annual registration reports for all years back to 2017, change of address, change of registered office, Application for Reinstatement, Missouri Corp 42 form ($155 fee); total reinstatement cost $840 ($685 rescission + $155 fee) from estate funds; Missouri SOS accepted packet | Corporate status |
| 3/4/24 | 3.0 | Financial Records | Set up DIP account procedures at UMB Bank; closed FNBO account (ended Dec 2023 at -$657.63 with $8,207.92 LOC); established new banking protocols for Ch. 11 compliance including check-only deposits (no mobile deposit capability) | DIP account setup |
| 3/5/24 | 2.0 | Case Administration | Emailed Nancy Skinner (Skinner Law) regarding Missouri tax registration requirements because counsel was unavailable; completed state compliance work independently; confirmed Missouri reinstatement acceptance | Corporate status |
| 3/6/24 | 2.5 | Operational Mitigation | Set up Progressive Insurance policy inception for four VCS vehicles (2014 Chevy High Cube Van, 2012 GMC Magnavan, 2015 Ford F-150, 2015 Isuzu NPR); coordinated coverage requirements with insurer; first payment $375.97 on 3/7/24 | Insurance setup |
| 3/8/24 | 2.0 | Operational Mitigation | Managed daily operations with unregistered CIT vehicles; coordinated crew scheduling around vehicle constraints; documented lost service capacity due to inability to lawfully operate 3 of 4 fleet vehicles | Unresolved vehicle liens |
| 3/12/24 | 3.0 | Financial Records | Compiled Monthly Operating Report data for January and February; organized revenue, expense, and cash position data from DIP account; prepared MOR source materials for counsel submission | MOR data compilation |
| 3/15/24 | 2.0 | Operational Mitigation | Managed employee scheduling with limited vehicle capacity; coordinated equipment transport for commercial jobs using operational Isuzu only; researched enterprise rental options for overflow | Unresolved vehicle liens |
| 3/22/24 | 2.0 | Operational Mitigation | Weekly vehicle management and crew scheduling; managed Progressive insurance payments on vehicles estate is required to insure but cannot lawfully operate; documented continued operational constraints | Unresolved vehicle liens |
| 3/29/24 | 2.0 | Financial Records | Compiled March bank statements; organized DIP account records; tracked monthly Progressive insurance payment ($797.83, 4/9/24 cycle); documented March revenue against plan projections | Monthly financial administration |
| Mar Subtotal | 23.5 | | | |

**Q1 2024 Subtotal: 92.0 hours**

**Q2 2024 (April - June)**

**April 2024**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 4/3/24 | 8.0 | Case Administration | Intensive plan development day: 7 emails exchanged with counsel and Messerli (Sub V Trustee); compiled YTD 2024 financials per Messerli request; reviewed cash flow projections on shared Google Sheets; discussed plan structure including salary | Plan development |

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| | | | projections and payment timing; counsel stated "A 100% plan seems realistic"; Messerli noted July payment start date | |
| 4/4/24 | 3.0 | Case Administration | Reviewed filed Chapter 11 Plan (Doc. 29); analyzed plan provisions including CIT treatment ($1,509.16/mo), WM Law administrative payment ($500/mo), Ally provision, IRS priority claim ($75), and unsecured creditor distributions; identified plan payment obligations totaling approximately $5,184/month | Plan review |
| 4/8/24 | 2.0 | Financial Records | Compiled April MOR source data; tracked Progressive insurance payment ($797.83); organized revenue records against plan projections; documented DIP account activity | MOR data compilation |
| 4/12/24 | 2.0 | Operational Mitigation | Managed crew scheduling with three unregistered vehicles; coordinated equipment transport for commercial cleaning jobs; assessed impact of vehicle limitations on service capacity and scheduling | Unresolved vehicle liens |
| 4/19/24 | 2.0 | Operational Mitigation | Weekly vehicle management; coordinated insurance coverage on CIT vehicles (paying premiums on vehicles that cannot be legally operated); managed crew logistics and client scheduling around fleet constraints | Unresolved vehicle liens |
| 4/26/24 | 2.0 | Financial Records | Compiled April bank statements; tracked revenue against plan projections ($30,675 QB revenue for April); reconciled DIP account transactions; documented payroll and operational costs | Monthly financial administration |
| 4/30/24 | 2.0 | Case Administration | Reviewed plan payment schedule approaching July start date; assessed VCS cash position and revenue trajectory; evaluated ability to meet $5,184/month in total plan obligations | Plan compliance |
| **Apr Subtotal** | **21.0** | | | |

**May 2024**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 5/3/24 | 1.5 | Operational Mitigation | Managed windshield damage incident on Isuzu NPR (loss date 5/3/24, "object hit glass"); coordinated with Progressive for claim #24247932606001; documented damage for insurance filing | Vehicle maintenance |
| 5/8/24 | 2.0 | Financial Records | Compiled May MOR source data; tracked Progressive insurance payment ($797.83); organized revenue and expense records for monthly reporting | MOR data compilation |
| 5/15/24 | 2.0 | Operational Mitigation | Managed crew scheduling and equipment logistics; documented ongoing operational constraints from three unregistered CIT vehicles; assessed commercial job capacity limitations | Unresolved vehicle liens |
| 5/22/24 | 6.0 | Case Administration | Intensive hearing day: 8 emails with counsel regarding hearing outcome and payment timing; flagged to counsel that VCS gross revenue was approximately $5,000/month BELOW plan projections and labor costs 20-40% higher than projected -- 23 days before confirmation; reported DIP account problems (no mobile deposits or transfers); scheduled follow-up call for 3:30 PM the next day | Plan compliance; Revenue shortfall |
| 5/24/24 | 2.0 | Financial Records | Compiled financial records per counsel request; prepared April bank statements for review; documented revenue shortfall analysis and labor cost overruns identified on 5/22 | Revenue shortfall documentation |
| 5/28/24 | 2.0 | Case Administration | Compiled MOR data for May; organized financial records for plan confirmation proceeding; reviewed Ally Financial position in advance of anticipated confirmation issues | MOR data compilation |
| 5/30/24 | 2.0 | Financial Records | Finalized May MOR source materials; compiled revenue tracking data ($37,741 QB revenue for May); documented DIP account activity and cash position | Monthly financial administration |
| 5/31/24 | 3.0 | Case Administration | Reviewed Ally Motion for Relief from Stay (Doc. 41, filed 5/31/24); researched Ally's claim that VCS was delinquent ($2,649.45, Feb-May 2024 missed payments); assessed implications for confirmation and plan treatment; Ally omission from plan requiring resolution | Ally MFRS; Plan review |
| **May Subtotal** | **20.5** | | | |

**June 2024**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 6/4/24 | 3.0 | Case Administration | Reviewed Ally stipulation (Doc. 46) resolving Motion for Relief from Stay; reviewed stipulation terms resolving Ally MFRS; reviewed stipulation terms ($529.89/mo, maintain Isuzu insurance); prepared for confirmation | Ally stipulation |
| 6/5/24 | 3.0 | Case Administration | Attended confirmation hearing; reviewed confirmation order provisions; assessed final plan payment obligations as confirmed; documented all creditor treatment as ordered | Plan confirmation |
| 6/10/24 | 2.0 | Financial Records | Compiled June MOR source data; tracked Progressive insurance payment ($797.83); organized post-confirmation financial records; documented transition from pre- to post-confirmation administration | MOR data compilation |
| 6/14/24 | 2.0 | Case Administration | Reviewed Confirmation Order (Doc. 49); documented binding provisions including CIT treatment; analyzed payment schedule: Messerli $2,550 (within 30 days), WM Law $500/mo (24 months), CIT $1,509.16/mo, Ally $529.89/mo, IRS $75; assessed immediate post-confirmation obligations | Plan confirmation |
| 6/20/24 | 4.0 | Case Administration | Reviewed counsel's "congratulations" email detailing payment setup instructions; assessed payment structure: Messerli $2,550, WM Law $500/mo ACH (24 months), CIT $1,509.16/mo, Ally $529.89/mo, IRS $75; raised $11,000 payroll tax obligation and asked about vehicle titles upon loan payoff; discussed payment start timing (15th vs. end of month) | Post-confirmation setup |
| 6/25/24 | 2.0 | Operational Mitigation | Rented U-Haul ($106.55, Contract #87427594, 74 miles, Metcalf Ave OP KS) for commercial job requiring vehicle capacity beyond operational Isuzu; coordinated crew and equipment logistics | Unresolved vehicle liens |
| 6/28/24 | 3.0 | Operational Mitigation | Rented Enterprise vehicle ($713.68) for commercial operations; coordinated Ford F-150 delivery to Victory Ford for repairs (R/O 669241, exhaust gasket + ignition coil, opened 6/28/24); managed crew scheduling with reduced fleet | Unresolved vehicle liens; Vehicle repairs |
| 6/30/24 | 2.0 | Financial Records | Compiled June bank statements; organized post-confirmation financial records; tracked revenue ($59,731 QB revenue for June -- highest month of 2024); documented transition to plan payment administration | Monthly financial administration |
| Jun Subtotal | 21.0 | | | |

Q2 2024 Subtotal: 62.5 hours

## Q3 2024 (July - September)

### July 2024

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 7/1/24 | 1.5 | Case Administration | Reviewed counsel's instruction to "just pay per the plan"; compiled June bank statements per request; assessed VCS cash position entering first plan payment period | Plan compliance |
| 7/3/24 | 1.5 | Case Administration | Coordinated Ford F-150 repair completion (Victory Ford R/O 669241, $460.01, closed 7/3/24: exhaust gasket, ignition coil #5, PCM recall); managed vehicle pickup and return to fleet | Vehicle repairs |
| 7/5/24 | 2.0 | Case Administration | Responded to counsel follow-up on statements and payment setup; organized DIP account for ACH payment to WM Law; reviewed plan payment timeline with counsel and Messerli | Plan payment setup |
| 7/8/24 | 3.0 | Financial Records | Compiled payroll tax documentation; addressed $11,000 payroll tax obligation with counsel; requested end-of-July start for plan payments to accommodate tax payments; organized IRS correspondence | Payroll tax resolution |
| 7/9/24 | 1.5 | Financial Records | Tracked Progressive insurance payment ($797.83); compiled July MOR source data; documented DIP account activity and payment scheduling | MOR data compilation |
| 7/15/24 | 2.0 | Case Administration | Paid Messerli Sub V Trustee fee ($2,550 via Venmo); confirmed payment receipt; organized payment documentation for case records | Trustee payment |
| 7/18/24 | 2.0 | Operational Mitigation | Managed crew scheduling with three unregistered CIT vehicles; coordinated commercial job logistics around vehicle limitations; documented continued operational constraints | Unresolved vehicle liens |

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 7/25/24 | 3.0 | Case Administration | Mailed first plan payments (~$2,100 to Ally, IRS, and First Capital); inquired with counsel about ACH payment capability from DIP account; documented payment evidence (checks, mailing receipts) | Plan payment setup |
| 7/31/24 | 2.0 | Financial Records | Compiled July bank statements; documented first WM Law ACH payment ($500); tracked revenue ($51,119 QB revenue for July); reconciled DIP account activity against plan obligations | Monthly financial administration |
| Jul Subtotal | 18.5 | | | |

**August 2024**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 8/2/24 | 2.0 | Financial Records | Compiled and transmitted July bank statements to counsel per reminder; organized DIP account records for MOR preparation | Monthly financial administration |
| 8/9/24 | 3.5 | Operational Mitigation | Coordinated same-day Safelite windshield replacements on two VCS vehicles: Chevy High Cube Van ($496.48, paid out-of-pocket, NO insurance claim filed because plates expired since 11/30/23) and Isuzu NPR ($500 deductible, Progressive claim #24247932606001); traveled to Safelite and managed both repairs; documented that CIT vehicle windshield could not be claimed through insurance due to expired registration | Unresolved vehicle liens; Vehicle maintenance |
| 8/12/24 | 2.0 | Operational Mitigation | Managed crew scheduling and commercial job logistics; documented ongoing operational impact of three unregistered CIT vehicles on service capacity and employee retention | Unresolved vehicle liens |
| 8/19/24 | 2.0 | Financial Records | Compiled August MOR source data; tracked Progressive insurance payment ($797.83); organized revenue and expense records; documented payroll costs under Ch. 11 constraints | MOR data compilation |
| 8/26/24 | 4.0 | Case Administration | Sent urgent "Update" email to counsel at 6:46 PM: unable to make approximately $5,000/month in plan payments; $11,000 payroll tax obligation still unpaid; mailed approximately $2,100 in checks to Ally, IRS, and First Capital that were never deposited; documented payment crisis; counsel responded at 10:51 PM advising to issue stop payment if checks not processed | Plan payment crisis |
| 8/28/24 | 2.0 | Financial Records | Researched stop payment procedures for mailed checks per counsel's advice; documented undeposited payments; compiled evidence of payment attempts; organized August financial records | Plan payment crisis |
| 8/31/24 | 2.0 | Financial Records | Compiled August bank statements ($39,605 QB revenue); reconciled DIP account; documented cash position showing inability to meet plan payment obligations; tracked WM Law ACH ($500) | Monthly financial administration |
| Aug Subtotal | 17.5 | | | |

**September 2024**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 9/2/24 | 2.0 | Operational Mitigation | Managed Labor Day weekend crew scheduling and commercial job logistics; coordinated equipment transport with limited vehicle capacity; documented continued operational constraints from CIT vehicle registration impasse | Unresolved vehicle liens |
| 9/9/24 | 1.5 | Financial Records | Responded to counsel's reminder for August bank statements; organized DIP account records for transmission | Monthly financial administration |
| 9/11/24 | 2.0 | Financial Records | Compiled September MOR source data; organized revenue, expense, and payroll records for monthly reporting; tracked Progressive insurance payment ($797.83) | MOR data compilation |
| 9/12/24 | 2.0 | Financial Records | Transmitted August bank statements to counsel; compiled supporting documentation; tracked DIP account activity and cash position | Monthly financial administration |
| 9/13/24 | 2.5 | Operational Mitigation | Rented Enterprise vehicle ($364.51) for commercial operations exceeding Isuzu-only capacity; coordinated crew transport and equipment delivery for commercial cleaning jobs | Unresolved vehicle liens |
| 9/20/24 | 2.0 | Operational Mitigation | Managed weekly crew scheduling and vehicle logistics; doc mented ongoing impact of three unregistered CIT vehicles on VCS service capacity, employee | Unresolved vehicle liens |

| Date | Hours | Category | Description of Activity | Triggering Issue |
|------|-------|----------|------------------------|------------------|
| | | | scheduling, and commercial job acceptance | |
| 9/27/24 | 2.0 | Case Administration | Reviewed case status and plan payment obligations; assessed cumulative plan compliance gap; documented zero payments to CIT and Ally post-confirmation; organized financial records | Plan compliance |
| 9/30/24 | 2.0 | Financial Records | Compiled September bank statements ($48,930 QB revenue); reconciled DIP account; documented Q3 financial performance and plan payment status; tracked quarterly payroll reporting | Monthly financial administration |
| Sep Subtotal | 16.0 | | | |

**Q3 2024 Subtotal: 52.0 hours**

---

**Q4 2024 (October - December)**

**October 2024**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|------|-------|----------|------------------------|------------------|
| 10/3/24 | 2.0 | Financial Records | Responded to counsel's request for August/September bank statements; compiled and organized DIP account records; organized DIP account records for monthly reporting | Case administration |
| 10/7/24 | 2.0 | Operational Mitigation | Managed weekly crew scheduling with three unregistered CIT vehicles; coordinated commercial job logistics; documented continued operational constraints entering Q4 | Unresolved vehicle liens |
| 10/8/24 | 1.5 | Financial Records | Tracked Progressive insurance payment ($797.83); documented monthly premium on vehicles estate cannot lawfully operate; compiled October financial records | Insurance administration |
| 10/14/24 | 2.0 | Case Administration | Processed RWS Enterprises capital infusion ($2,000, Check #40037) to maintain VCS operations; documented outside capital needed to sustain business during plan payment crisis; organized DIP account records | Cash flow crisis |
| 10/18/24 | 2.0 | Operational Mitigation | Managed crew scheduling and equipment transport; coordinated commercial jobs with limited fleet capacity; assessed employee retention challenges related to vehicle constraints | Unresolved vehicle liens |
| 10/25/24 | 2.0 | Operational Mitigation | Weekly vehicle management and crew logistics; documented ongoing inability to lawfully operate 3 of 4 fleet vehicles; managed insurance coverage on inoperable vehicles | Unresolved vehicle liens |
| 10/28/24 | 4.0 | Case Administration | Sent urgent email to counsel: "cannot keep up with plan payments beyond the first month"; no IRS response to prior communications; compiled and transmitted bank statements; documented payment inability and requested guidance | Plan payment crisis; Case administration |
| 10/31/24 | 2.0 | Financial Records | Compiled October bank statements ($30,375 QB revenue); reconciled DIP account; documented continuing plan payment failures; tracked WM Law ACH ($500) | Monthly financial administration |
| Oct Subtotal | 17.5 | | | |

**November 2024**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|------|-------|----------|------------------------|------------------|
| 11/1/24 | 2.5 | Case Administration | Sent follow-up email to counsel regarding plan payment struggles; assessed case status | Case administration |
| 11/4/24 | 2.5 | Case Administration | Sent email to counsel regarding inability to meet plan obligations; researched plan compliance requirements independently | Case administration |
| 11/8/24 | 1.5 | Financial Records | Tracked Progressive insurance payment ($797.83); documented monthly premium on CIT vehicles that cannot be lawfully operated; compiled November financial records | Insurance administration |
| 11/12/24 | 2.0 | Operational Mitigation | Managed crew scheduling and commercial job logistics; coordinated equipment transport around vehicle constraints; documented employee management challenges related to fleet limitations | Unresolved vehicle liens |

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 11/18/24 | 2.0 | Case Administration | Reviewed plan payment obligations and compliance requirements; assessed options for addressing creditor payment failures | Case administration |
| 11/25/24 | 2.0 | Operational Mitigation | Managed Thanksgiving week crew scheduling; coordinated commercial job logistics; documented continued operational impact of unregistered CIT vehicles on holiday-season revenue capacity | Unresolved vehicle liens |
| 11/30/24 | 2.0 | Financial Records | Compiled November bank statements ($40,088 QB revenue); reconciled DIP account; documented plan payment status; organized quarterly payroll data (Q4: 5 employees, $70,569.72 gross wages per 941) | Monthly financial administration |
| Nov Subtotal | 14.5 | | | |

**December 2024**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 12/2/24 | 1.5 | Financial Records | Tracked first WM Law ACH payment appearing in QuickBooks CSV ($500); documented payment records; organized December DIP account activity | Financial administration |
| 12/6/24 | 4.0 | Case Administration | Responded to counsel's email asking about setting up ACH payments -- provided November bank statement confirming ACH payments already running since July; coordinated phone call with counsel; compiled supporting documentation | Case administration; Payment confusion |
| 12/10/24 | 1.5 | Financial Records | Tracked Progressive insurance payment ($797.83); compiled December financial records; organized DIP account activity for year-end reporting | Insurance administration |
| 12/13/24 | 2.0 | Operational Mitigation | Managed crew scheduling and commercial job logistics; documented ongoing operational constraints from three unregistered CIT vehicles entering holiday season; coordinated equipment logistics | Unresolved vehicle liens |
| 12/20/24 | 2.0 | Operational Mitigation | Weekly vehicle management and crew logistics; managed insurance coverage on inoperable CIT vehicles; documented cumulative operational impact for 2024 year-end | Unresolved vehicle liens |
| 12/27/24 | 2.0 | Case Administration | Reviewed one-year case anniversary status; documented zero payments to CIT and Ally post-confirmation; zero progress on vehicle registration or lien resolution; assessed 2024 case outcomes against plan projections | Case administration; Case administration |
| 12/31/24 | 2.0 | Financial Records | Compiled December bank statements ($40,653 QB revenue); reconciled full-year DIP account records; tracked second WM Law ACH ($500); documented 2024 year-end financial position and plan compliance status | Year-end financial administration |
| Dec Subtotal | 15.0 | | | |

**Q4 2024 Subtotal: 47.0 hours**

**2024 Recurring Operational Overhead**

The following entries document weekly and monthly recurring administrative burden imposed on the Debtor's principal by unresolved vehicle liens, DIP account limitations, and Ch. 11 compliance requirements throughout 2024. These activities consumed approximately 1-2 hours per day beyond the task-specific entries above, totaling the difference between event-driven entries and actual daily administrative load.

| Period | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| Q1 2024 | 65.0 | Operational Mitigation | Daily vehicle fleet management with 3 of 4 vehicles unregistered (expired 11/30/23); DIP account administration (check-only, no mobile deposits); crew scheduling around vehicle limitations; Progressive insurance setup and first payment ($375.97, policy inception 3/6/24); QuickBooks maintenance; payroll processing under Ch. 11 constraints (ADP/Square); client scheduling with reduced service capacity; revenue tracking against plan projections | Unresolved vehicle liens; DIP account constraints; Ch. 11 compliance |
| Q2 2024 | 62.0 | Operational Mitigation | Daily vehicle fleet management with 3 unregistered CIT vehicles; DIP account administration; crew scheduling and transport coordination; Progressive insurance management (3 x $797.83 = $2,393.49 Q2); payroll processing; QuickBooks maintenance; MOR data organization; revenue tracking; post-confirmation payment planning and creditor address compilation; plan payment setup coordination | Unresolved vehicle liens; DIP account constraints; Plan compliance |

| Period | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| Q3 2024 | 52.0 | Operational Mitigation | Daily vehicle fleet management; DIP account administration; crew scheduling and transport; Progressive insurance management (3 x $797.83 = $2,393.49 Q3); payroll processing and $11k tax obligation management; QuickBooks maintenance; MOR data compilation; plan payment tracking; Enterprise/U-Haul rental coordination; bank statement organization for counsel | Unresolved vehicle liens; DIP account constraints; Plan payment crisis |
| Q4 2024 | 42.0 | Operational Mitigation | Daily vehicle fleet management; DIP account administration; crew scheduling; Progressive insurance management (3 x $797.83 = $2,393.49 Q4); AmTrust workers' compensation insurance (beginning Dec 2024, ~$310/mo); payroll processing (5 employees, $70,569.72 Q4 gross per IRS 941); QuickBooks maintenance; plan payment tracking; bank statement compilation | Unresolved vehicle liens; DIP account constraints; Case administration |

**2024 Recurring Overhead Subtotal: 221.0 hours**

## 2024 Monthly Summary

| Month | Task-Specific Hours | Overhead (included above) | Total |
|---|---|---|---|
| January | 39.0 | -- | 39.0 |
| February | 29.5 | -- | 29.5 |
| March | 23.5 | -- | 23.5 |
| **Q1 Subtotal** | **92.0** | **65.0** | **157.0** |
| April | 21.0 | -- | 21.0 |
| May | 20.5 | -- | 20.5 |
| June | 21.0 | -- | 21.0 |
| **Q2 Subtotal** | **62.5** | **62.0** | **124.5** |
| July | 18.5 | -- | 18.5 |
| August | 17.5 | -- | 17.5 |
| September | 16.0 | -- | 16.0 |
| **Q3 Subtotal** | **52.0** | **52.0** | **104.0** |
| October | 17.5 | -- | 17.5 |
| November | 14.5 | -- | 14.5 |
| December | 15.0 | -- | 15.0 |
| **Q4 Subtotal** | **47.0** | **42.0** | **89.0** |
| **2024 Task-Specific** | **253.5** | | |
| **2024 Recurring Overhead** | | **221.0** | |

**2024 Grand Subtotal: 474.5 hours**

## 2025

### Q1 2025 (January - March)

**January 2025**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 1/8/25 | 1.5 | Financial Records | Progressive insurance payment ($797.79); documented continuing premium on 3 CIT vehicles estate cannot lawfully operate (plates expired since 11/30/23, now 13+ months); compiled insurance cost tracking | Insurance administration; Unresolved vehicle liens |
| 1/10/25 | 2.0 | Financial Records | Compiled January bank statement and MOR source data; tracked DIP account activity; organized revenue records ($27,301 deposits for January); monitored plan payment obligations | Monthly financial administration; Case administration |
| 1/15/25 | 2.0 | Operational Mitigation | Managed crew scheduling with declining workforce entering Q1; coordinated vehicle fleet logistics with 3 unregistered CIT vehicles; arranged commercial job | Unresolved vehicle liens |

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| | | | transport using operational Isuzu only; documented reduced service capacity | |
| 1/20/25 | 2.5 | Case Administration | Independently reviewed plan payment compliance status; assessed cumulative arrearage across all creditor classes; documented zero post-petition payments to CIT and Ally | Plan compliance; Case administration |
| 1/25/25 | 3.0 | Legal Research | Weekend: researched vehicle registration options independently; documented 14 months of expired registrations (since 11/30/23); compiled operational impact assessment including lost commercial jobs, crew transport limitations, and insurance costs on inoperable vehicles | Unresolved vehicle liens |
| 1/28/25 | 3.0 | Financial Records | DIP account administration; bank balance approaching crisis ($27,301 deposits but ending at -$3,081 NEGATIVE); managed payroll and vendor payments with severely constrained cash; coordinated with UMB regarding overdraft; documented cash position deterioration | Cash flow crisis; DIP account constraints |
| 1/31/25 | 4.0 | Case Administration | Reviewed Ally Notice of Default (Doc. 62, filed 1/31/25, 58 pages); analyzed stipulation terms (Doc. 46, $529.89/mo); attempted to contact counsel regarding $0 post-petition Ally payments on $10,421 secured claim; WM Law ACH ($500) processed | Ally default; Case administration |
| Jan Subtotal | 18.0 | | | |

**February 2025**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 2/3/25 | 2.0 | Financial Records | Compiled February financial records; tracked DIP account recovery from negative balance; organized revenue records ($24,907 deposits, ending balance $1,645); documented continuing cash position instability | Monthly financial administration; Cash flow crisis |
| 2/10/25 | 2.0 | Operational Mitigation | Weekly vehicle fleet management; Progressive insurance management; coordinated crew scheduling with 2-person workforce (60% below Q4 2024 headcount of 5); documented operational constraints from reduced staffing and unregistered vehicles | Unresolved vehicle liens |
| 2/15/25 | 1.5 | Case Administration | Reviewed VCS operational status; assessed impact of unregistered vehicles on scheduling and crew transport; documented revenue loss from reduced service capacity; compiled evidence of operational impairment for case records | Unresolved vehicle liens |
| 2/20/25 | 2.0 | Legal Research | Researched CIT lien release procedures independently; identified Jennifer Castro as CIT contact through account records; prepared outreach communications requesting formal lien release documentation | Unresolved vehicle liens |
| 2/22/25 | 2.0 | Financial Records | Compiled 2024 corporate financial records for annual tax return preparation (IRS Form 1120-S); organized DIP account records, payroll data (ADP/Square), and revenue documentation for accountant (Jerry Tenbrink, J. Tenbrink & Associates, Olathe, KS); prepared supporting schedules for corporate return | Annual tax compliance |
| 2/25/25 | 2.0 | Creditor Communication | Emailed Jennifer Castro at CIT (cc Sara Bass and Ryan) requesting lien release for vehicles; email BOUNCED -- invalid address at firstcitizens.com; documented failed outreach attempt; researched alternative CIT contacts | Unresolved vehicle liens |
| 2/27/25 | 3.5 | Creditor Communication | Email exchange with Sara Bass (CIT Sr. Equipment Finance Recovery & Resolution Specialist); received written confirmation: "CIT is not a lien holder" and "We did not use the vehicles as collateral"; preserved correspondence; forwarded to counsel; assessed significance as potential case-changing evidence | Unresolved vehicle liens |
| 2/28/25 | 3.0 | Financial Records | Compiled February bank statements; WM Law ACH ($500) processed; documented Sara Bass confirmation as key evidence; organized all CIT correspondence chronologically; reconciled DIP account; tracked continuing $500/month WM Law ACH payments (on top of $11,738 retainer paid at filing) | Monthly financial administration; Unresolved vehicle liens |
| Feb Subtotal | 18.0 | | | |

**March 2025**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|------|-------|----------|------------------------|------------------|
| 3/1/25 | 2.0 | Legal Research | Researched vehicle registration requirements in Kansas and Missouri; assessed options for lawfully operating vehicles with expired registrations (now 15+ months expired since 11/30/23); documented Kansas-to-Missouri title transfer barriers when CIT liens appear on Kansas titles | Unresolved vehicle liens |
| 3/5/25 | 2.5 | Financial Records | DIP account management; bank balance at $264 ending March; managed payroll, vendor, and insurance obligations with near-zero cash reserves; coordinated with UMB regarding account constraints; WM Law ACH ($500, 3/31) upcoming; tracked WM Law ACH obligations | Cash flow crisis; Case administration |
| 3/8/25 | 2.0 | Operational Mitigation | Began warehouse buildout coordination; identified contractors (David Wooley, Cory Dennis, Troy Peterson, Vanessa Macias); planned consolidation of equipment and operations to offset vehicle fleet limitations; assessed buildout scope and budget | Unresolved vehicle liens |
| 3/10/25 | 1.5 | Financial Records | Progressive insurance renewal ($714.12 -- new lower rate replacing $797.83 cycle); reviewed policy terms; documented continued premium payments on 3 vehicles estate cannot lawfully operate; compiled insurance cost tracking for CY2025 | Insurance administration; Unresolved vehicle liens |
| 3/15/25 | 3.0 | Operational Mitigation | Coordinated warehouse buildout contractor work; managed contractor scheduling around vehicle limitations; arranged alternative transport for crew and equipment; documented buildout costs beginning to accumulate via Venmo payments to contractors | Unresolved vehicle liens |
| 3/20/25 | 2.5 | Financial Records | Compiled March MOR source data; organized revenue records ($27,996 deposits); documented continuing plan payment failures and near-zero cash position ($264 ending balance); tracked arrearage accumulation across all creditor classes | Monthly financial administration; Plan compliance |
| 3/28/25 | 2.5 | Operational Mitigation | Weekly vehicle management and crew scheduling; managed Progressive insurance; documented operational constraints entering Q2; tracked warehouse buildout costs accumulating; coordinated 2-person crew across commercial jobs with single operational vehicle | Unresolved vehicle liens |
| Mar Subtotal | 16.0 | | | |

Q1 2025 Subtotal: 52.0 hours

## Q2 2025 (April - June)

**April 2025**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|------|-------|----------|------------------------|------------------|
| 4/1/25 | 2.0 | Financial Records | Compiled April financial records; tracked DIP account; revenue spring surge beginning ($54,641 deposits for April, ending balance $16,353); assessed whether improved revenue could address cumulative plan arrearage across all creditor classes | Monthly financial administration; Plan compliance |
| 4/8/25 | 1.5 | Financial Records | Progressive insurance payment ($694.19); documented continuing premium on 3 unregistrable CIT vehicles; compiled insurance cost analysis showing $5,845/yr CIT-attributable premium (76.9% of total policy) | Insurance administration; Unresolved vehicle liens |
| 4/10/25 | 2.0 | Operational Mitigation | Managed crew scheduling with 2-person workforce; coordinated commercial jobs; documented ongoing 60% staffing reduction (2 vs. 5 employees per Q1 2025 IRS Form 941) caused by inability to transport crews in CIT vehicles | Unresolved vehicle liens |
| 4/16/25 | 2.5 | Creditor Communication | Emailed Sara Bass requesting formal "letter of no interest" for vehicle liens; followed up on 2/27/25 written confirmation that CIT is "not a lien holder"; NO RESPONSE received; documented unanswered outreach; assessed next steps for obtaining formal release | Unresolved vehicle liens |
| 4/22/25 | 2.5 | Operational Mitigation | Warehouse buildout management; coordinated contractor payments via Venmo (David Wooley, Cory Dennis, Troy Peterson, Vanessa Macias); managed consolidation project to offset vehicle fleet limitations; documented cumulative buildout costs approaching $11,922 | Unresolved vehicle liens |
| 4/25/25 | 3.0 | Operational Mitigation | Managed employee scheduling with reduced vehicle capacity; workforce at 60% below prior year (2 vs. 5 employees per Q1 2025 IRS Form 941); arranged | Unresolved vehicle liens |

| Date | Hours | Category | Description of Activity | Triggering Issue |
|------|-------|----------|------------------------|------------------|
| | | | temporary transport solutions; documented revenue impact of reduced service capacity | |
| 4/30/25 | 2.5 | Case Administration | WM Law ACH ($500); compiled April bank statements; reviewed docket for any activity; tracked WM Law ACH obligations | Case administration; Financial review |
| Apr Subtotal | 16.0 | | | |

**May 2025**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|------|-------|----------|------------------------|------------------|
| 5/1/25 | 2.0 | Operational Mitigation | Assessed Enterprise rental needs for May commercial job schedule; compiled logistics plan for jobs requiring vehicle capacity beyond single operational Isuzu; documented escalating need for rental vehicles as spring commercial season began | Unresolved vehicle liens |
| 5/7/25 | 2.5 | Operational Mitigation | Enterprise rental ($628.13) for commercial operations; coordinated crew transport and equipment delivery; managed multi-day rental logistics; documented rental costs attributable to CIT vehicle registration impasse | Unresolved vehicle liens |
| 5/8/25 | 1.5 | Financial Records | Progressive insurance payment ($694.19); compiled May MOR source data; tracked DIP account activity; documented insurance and rental costs accumulating simultaneously on CIT-related constraints | Insurance administration; Unresolved vehicle liens |
| 5/10/25 | 3.0 | Operational Mitigation | Coordinated warehouse contractor work (buildout costs $11,922 cumulative Mar-May via Venmo: Wooley, Dennis, Peterson, Macias); managed operational workarounds for vehicle limitations; documented additional costs to estate necessitated by inability to use fleet vehicles | Unresolved vehicle liens |
| 5/12/25 | 1.5 | Operational Mitigation | Enterprise rental ($157.81); managed vehicle logistics for concurrent commercial jobs; coordinated crew transport between job sites with limited fleet capacity | Unresolved vehicle liens |
| 5/13/25 | 2.0 | Financial Records | Coordinated with Jerry Tenbrink (J. Tenbrink & Associates, Olathe, KS) for 2024 corporate tax filing; reviewed and approved IRS Form 1120-S; payment of $4,250.00 for professional accounting services from estate funds; compiled supplementary documentation per accountant requests | Annual tax compliance |
| 5/14/25 | 2.0 | Operational Mitigation | Enterprise rental ($303.71); documented escalating rental costs caused by inability to use CIT fleet vehicles; compiled rental cost tracking showing 3 charges in 8 days ($1,089.65) | Unresolved vehicle liens |
| 5/20/25 | 2.0 | Case Administration | Attempted to contact counsel regarding case status; Enterprise rental ($121.49); reviewed docket for any activity; managed case administration independently | Case administration |
| 5/24/25 | 2.5 | Financial Records | Weekend: compiled comprehensive Enterprise rental cost analysis; documented 5 charges in 3 weeks ($1,231.34 gross) attributable to CIT vehicle registration impasse; organized receipts and bank records for mitigation cost documentation | Unresolved vehicle liens |
| 5/27/25 | 2.5 | Operational Mitigation | Enterprise rental ($425.20); managed crew scheduling across multiple concurrent commercial jobs; coordinated equipment transport; documented that rental costs now consuming revenue gains from spring seasonal surge | Unresolved vehicle liens |
| 5/30/25 | 2.5 | Financial Records | Enterprise rental ($242.97); compiled May bank statements ($54,998 deposits, ending balance $8,401); documented 6 Enterprise charges in May totaling $1,879.31 gross; organized DIP account records; tracked plan payment status | Monthly financial administration; Unresolved vehicle liens |
| May Subtotal | 24.0 | | | |

**June 2025**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|------|-------|----------|------------------------|------------------|
| 6/2/25 | 2.0 | Case Administration | WM Law ACH ($500); compiled June financial records; tracked case status and WM Law ACH obligations | Case administration; Financial review |
| 6/3/25 | 1.5 | Operational Mitigation | Enterprise rental ($242.97); managed ongoing vehicle logistics for commercial operations; coordinated crew transport and equipment delivery | Unresolved vehicle liens |

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 6/9/25 | 2.5 | Case Administration | Forwarded complete Sara Bass email chain to Ryan with subject "Lien holders for vehicle registration" -- provided counsel with Sara Bass email chain for lien resolution; Enterprise rental ($242.97); Enterprise refund (+$360.74) received | Unresolved vehicle liens; Case administration |
| 6/10/25 | 1.5 | Financial Records | Progressive insurance payment ($694.19); compiled mid-month financial records; tracked DIP account activity; documented 16th consecutive monthly premium on CIT vehicles ($694.19 current cycle) | Insurance administration; Unresolved vehicle liens |
| 6/15/25 | 2.0 | Operational Mitigation | Weekly crew scheduling and vehicle management; documented ongoing operational constraints; bank deposits only $22,221 for June (lowest month of 2025); assessed seasonal revenue decline impact on already-strained cash position | Unresolved vehicle liens; Cash flow crisis |
| 6/18/25 | 4.0 | Case Administration | Reviewed creditor threat from attorney Evan Moscov regarding $9,008.13 arrearage; Moscov asserted automatic stay no longer applied and threatened state court remedies; researched post-confirmation creditor remedy limitations and stay protections; independently assessed legal exposure; bank ending balance $387 (crisis level) | Creditor threat; Case administration |
| 6/25/25 | 1.5 | Operational Mitigation | Managed end-of-month operations with near-zero bank balance ($387); coordinated payroll and vendor payments with severely constrained cash; documented cash crisis caused by plan payment structure built around $72,842 phantom CIT vehicle obligations | Cash flow crisis; Plan review |
| 6/30/25 | 2.0 | Financial Records | WM Law ACH ($500); compiled June bank statements; documented Q2 financial performance ($131,860 total Q2 deposits); ending balance $387; tracked cumulative Enterprise rental costs ($2,365.59 gross, $2,004.85 net after $360.74 refund, May-June) | Monthly financial administration |
| Jun Subtotal | 17.0 | | | |

**Q2 2025 Subtotal: 57.0 hours**

---

**Q3 2025 (July - September)**

**July 2025**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 7/1/25 | 2.0 | Financial Records | Compiled Q3 financial planning; assessed VCS operational trajectory; revenue tracking; DIP account administration; documented recovery from $387 June ending balance | Monthly financial administration |
| 7/8/25 | 1.5 | Financial Records | Progressive insurance payment ($694.19); documented continuing insurance premium on 3 unregistrable CIT vehicles; compiled 17th consecutive monthly premium record | Insurance administration; Unresolved vehicle liens |
| 7/10/25 | 2.0 | Operational Mitigation | Managed crew scheduling with rebuilding workforce; coordinated commercial job logistics; Brandi Wills onboarding process; arranged transport solutions for expanded crew capacity | Unresolved vehicle liens |
| 7/15/25 | 3.0 | Case Administration | Discovered Kansas corporate registration forfeited (Entity #8142481) for non-filing of annual report; researched reinstatement requirements and $125 fee; assessed impact on VCS operations and Kansas-titled vehicle issue | Kansas forfeiture; Case administration |
| 7/20/25 | 2.5 | Legal Research | Weekend: researched Kansas reinstatement procedures; compiled annual report requirements; researched reinstatement procedures and filing requirements under K.S.A. 17-7510 | Kansas forfeiture; Case administration |
| 7/25/25 | 3.0 | Operational Mitigation | Managed Q3 staffing rebuild (Brandi Wills hired July 2025); coordinated crew transport and equipment logistics around vehicle limitations; arranged Enterprise rental vehicles for expanded capacity; documented that staffing rebuild possible only because of seasonal revenue recovery | Unresolved vehicle liens |
| 7/31/25 | 2.0 | Financial Records | WM Law ACH ($500); compiled July bank statements ($47,764 deposits, ending balance $5,865); tracked WM Law ACH ($500) and case status | Monthly financial administration; Case administration |
| Jul Subtotal | 16.0 | | | |

**August 2025**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 8/5/25 | 2.0 | Financial Records | Compiled August financial records; tracked DIP account; managed payroll for rebuilding workforce (Brandi Wills + existing crew); documented operational status and revenue trajectory | Monthly financial administration |
| 8/8/25 | 1.5 | Financial Records | Progressive insurance payment ($694.19); managed insurance on fleet vehicles; documented 21 months of premium payments on 3 vehicles that cannot be legally operated (total Progressive CIT-attributable: approximately $10,500 cumulative) | Insurance administration; Unresolved vehicle liens |
| 8/10/25 | 2.5 | Operational Mitigation | Managed Enterprise rental vehicle logistics; documented cumulative rental costs ($4,345.76 May 2025 - Jan 2026 projected); coordinated daily operations with limited transport capacity; compiled rental cost analysis | Unresolved vehicle liens |
| 8/15/25 | 2.0 | Operational Mitigation | Weekly crew scheduling and commercial job management; coordinated with Brandi Wills and existing crew; managed equipment logistics around vehicle constraints; documented continuing operational limitations | Unresolved vehicle liens |
| 8/20/25 | 2.5 | Case Administration | Contacted counsel regarding case status and outstanding items; reviewed billing records; assessed case administration needs | Case administration |
| 8/25/25 | 1.5 | Legal Research | Weekend: independently reviewed plan payment structure; analyzed arrearage accumulation across all creditor classes; documented estate deterioration during attorney absence; assessed legal options for addressing plan non-compliance | Plan compliance; Case administration |
| 8/31/25 | 2.0 | Financial Records | Compiled August bank statements ($27,403 deposits, ending balance $1,948); organized financial records; tracked continuing WM Law ACH obligations; documented Q3 financial trajectory | Monthly financial administration |
| Aug Subtotal | 14.0 | | | |

**September 2025**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 9/2/25 | 2.0 | Financial Records | WM Law ACH ($500); compiled September financial records; documented case status | Monthly financial administration; Case administration |
| 9/5/25 | 1.5 | Operational Mitigation | Managed crew scheduling; coordinated commercial jobs; prepared materials for anticipated counsel contact after 11-month gap; organized CIT correspondence, Sara Bass emails, and vehicle documentation for counsel review | Unresolved vehicle liens |
| 9/9/25 | 1.5 | Financial Records | Progressive insurance payment ($694.19); documented 22nd consecutive monthly premium on CIT vehicles; compiled CY2025 insurance cost tracking ($5,679.25 YTD through September) | Insurance administration; Unresolved vehicle liens |
| 9/10/25 | 2.0 | Case Administration | Participated in counsel's FIRST lien-related activity -- Ryan called Ally and Sara Bass at CIT; prepared CIT payment history, Sara Bass correspondence, and vehicle documentation for counsel's calls to Ally and CIT | Unresolved vehicle liens |
| 9/15/25 | 2.0 | Case Administration | Post-call follow-up; organized materials discussed during 9/10 calls; organized materials from 9/10 calls; compiled CIT contract structure documentation (Master EFA, 4 loans, 2 claims) | Unresolved vehicle liens |
| 9/20/25 | 2.5 | Financial Records | Compiled VCS payment history for CIT vehicle contracts; organized bank statements showing $87,745 in payments (74.4% of $117,912 gross contract value); prepared comprehensive documentation for counsel review | Unresolved vehicle liens |
| 9/30/25 | 2.5 | Financial Records | Compiled September bank statements ($34,636 deposits, ending balance $2,493); documented Q3 financial performance ($109,803 total Q3 deposits); organized year-to-date revenue data; tracked plan compliance status | Monthly financial administration |
| Sep Subtotal | 14.0 | | | |

**Q3 2025 Subtotal: 44.0 hours**

## Q4 2025 (October - December)

### October 2025

| Date | Hours | Category | Description of Activity | Triggering Issue |
|------|-------|----------|------------------------|------------------|
| 10/12/25 | 2.0 | Legal Research | Pulled PACER records (Creditor List, Label Matrix); reviewed claims register for CIT Claims #1 and #2; analyzed claim amounts against contract documentation | Unresolved vehicle liens; Plan review |
| 10/25/25 | 2.5 | Financial Records | Reviewed billing records and payment history; reconciled ACH payments against ledger entries; compiled payment documentation | Financial review |
| 10/29/25 | 2.0 | Case Administration | Reviewed counsel's Motion to Reopen (Doc. 63) and Application to Waive Filing Fee (Doc. 64); reviewed motion contents and assessed case status (case was still open) | Case administration |
| Oct Subtotal | 6.5 | | | |

### November 2025

| Date | Hours | Category | Description of Activity | Triggering Issue |
|------|-------|----------|------------------------|------------------|
| 11/3/25 | 1.5 | Case Administration | Reviewed counsel's motion to reopen (Doc. 63, filed 10/29/25, stricken 10/31/25 per Doc. 65 -- case was never closed); reviewed case status and docket entries | Unresolved vehicle liens |
| 11/11/25 | 3.0 | Case Administration | Meeting with counsel regarding vehicle titles; presented CIT documentation, Sara Bass correspondence, and payment history; discussed lien determination strategy | Unresolved vehicle liens |
| 11/18/25 | 3.5 | Case Administration | Researched DMV rejection issues (Kansas titles with CIT liens cannot be transferred to Missouri); provided documentation to counsel; researched Missouri titling procedures | Unresolved vehicle liens |
| 11/19/25 | 2.0 | Legal Research | Pulled PACER Claims Register entries for CIT Claim #1 ($24,390.18), Claim #2 ($25,322.25), and Ally Claim #9 ($10,421.29); analyzed claim classifications against plan treatment | Plan review; Unresolved vehicle liens |
| 11/25/25 | 4.0 | Case Administration | Ally/Isuzu repo crisis: received notice, contacted counsel, researched debtor rights under automatic stay; contacted counsel; researched debtor rights under automatic stay; coordinated response | Ally default; Unresolved vehicle liens |
| 11/26/25 | 2.0 | Case Administration | Follow-up on Ally repo crisis; documented counsel communications; researched adequate protection options | Ally default |
| 11/29/25 | 2.5 | Case Administration | Continued Ally repo crisis management; reviewed case file and assessed options | Case administration; Unresolved vehicle liens |
| Nov Subtotal | 18.5 | | | |

### December 2025

| Date | Hours | Category | Description of Activity | Triggering Issue |
|------|-------|----------|------------------------|------------------|
| 12/1/25 | 5.0 | Financial Records | Comprehensive review of WM Law billing ledger (Dec 2025 invoice); reviewed billing history and case activity; drafted and sent letter to Jeff Wagoner regarding case status and outstanding items | Financial review; Case administration |
| 12/2/25 | 2.5 | Financial Records | Reviewed fee application (Doc. 53) and billing records; reconciled approved amounts against ledger entries | Financial review |
| 12/2/25 | 2.5 | Case Administration | Reviewed Jeff Wagoner's response; composed follow-up regarding CIT/title status and outstanding balance reconciliation | Financial review; Case administration |
| 12/4/25 | 6.0 | Document Drafting | Drafted vehicle lien motion; researched 11 U.S.C. § 506(a), § 506(d); compiled exhibits including CIT correspondence, payment history, and proofs of claim; emailed filing-ready motion to counsel with VINs, legal citations, proposed order, and CIT argument | Unresolved vehicle liens; Case administration |
| 12/5/25 | 3.0 | Legal Research | Researched vehicle lien determination procedures in W.D. Mo.; reviewed local rules and standing orders; studied Judge Norton's prior rulings on similar motions | Unresolved vehicle liens |

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 12/7/25 | 8.0 | Document Drafting / Research | Weekend session: continued drafting vehicle motion; compiled master chronology of CIT communications, payments, and counsel inaction; organized 40+ source documents into evidence file | Unresolved vehicle liens; Case administration |
| 12/8/25 | 6.0 | Financial Records | Compiled VCS financial records for case administration; organized QuickBooks data, bank statements, Venmo transaction history (36 monthly files); reconciled payment records against WM Law ledger | Financial review; Case administration |
| 12/10/25 | 2.5 | Case Administration | Reviewed all CIT proofs of claim (Claims #1 and #2); compared collateral descriptions against Master EFA loan schedules; documented that neither claim references vehicles | Unresolved vehicle liens |
| 12/12/25 | 4.5 | Case Administration | Reviewed billing and payment reconciliation with WM Law office; researched fee application requirements under 11 U.S.C. § 330; reviewed correspondence and case file | Financial review |
| 12/13/25 | 7.0 | Document Drafting / Research | Weekend session: built master evidence compilation; cross-referenced bank statements against WM Law billing; reconstructed complete payment history for CIT vehicle contracts from UMB and Venmo records | Financial review; Unresolved vehicle liens |
| 12/14/25 | 6.5 | Document Drafting | Weekend session: continued master evidence compilation; analyzed CIT Exhibit F payment history against Debtor's bank records; identified discrepancies in CIT's claimed balances | Unresolved vehicle liens |
| 12/15/25 | 4.0 | Legal Research | Reviewed confirmed plan (Doc. 49) and Exhibit E Pro Forma Financials; identified $72,842 phantom CIT vehicle debt and 3.2x Class 2 payment overstatement; documented plan payment discrepancies | Plan review |
| 12/17/25 | 2.0 | Case Administration | Reviewed counsel's draft vehicle motion (later filed as Doc. 66 on 12/17/25 per docket); reviewed content and assessed procedural requirements | Unresolved vehicle liens |
| 12/18/25 | 2.0 | Case Administration | Reviewed American Express default letter from Becket & Lee ($2,528); assessed impact on case administration; documented as additional creditor action during period of counsel inaction | Creditor threat |
| 12/19/25 | 1.5 | Case Administration | Coordinated pickup of $1,651.70 refund check from WM Law office; email correspondence regarding check availability; travel to office for pickup | Financial review |
| 12/20/25 | 7.5 | Legal Research / Drafting | Weekend session: researched plan modification under 11 U.S.C. § 1193; analyzed all plan payment calculations against filed claims; documented Class 2 amortization errors; drafted corrected payment schedules | Plan review; Unresolved vehicle liens |
| 12/21/25 | 6.0 | Document Drafting | Weekend session: drafted comprehensive case timeline from filing through present; organized all billing records, text messages, and email correspondence into chronological sequence | Case administration; Case administration |
| 12/22/25 | 3.0 | Legal Research | Reviewed Doc. 66 as filed; researched vehicle lien determination procedures and motion requirements | Unresolved vehicle liens; Case administration |
| 12/23/25 | 2.0 | Legal Research | Reviewed Doc. 68 (Notice and Order Shortening Response Deadline, hearing set 1/7/26; Norton warned failure to serve may result in denial); analyzed procedural requirements; began planning corrected motion | Unresolved vehicle liens; Case administration |
| 12/27/25 | 7.0 | Document Drafting / Research | Weekend session: researched Kansas vehicle titling law and Missouri transfer requirements; analyzed DDI Technology eTitleLien reports; documented "THIS IS NOT A TITLE" disclaimers and self-reported lien data | Unresolved vehicle liens |
| 12/28/25 | 6.5 | Document Drafting | Weekend session: continued drafting corrected vehicle lien motion; compiled CIT payoff quote (9/7/23, $6,326.64), Exhibit G analysis, and eTitleLien report analysis; organized complete exhibit package | Unresolved vehicle liens |
| 12/30/25 | 3.0 | Case Administration | Reviewed IRS Form 941 quarterly reports (Q4 2024 - Q3 2025); documented Q1 2025 employee collapse (60% reduction, 5 to 2 employees); connected workforce loss to vehicle constraints | Unresolved vehicle liens; Plan review |
| Dec Subtotal | 98.0 | | | |

Q4 2025 Subtotal: 123.0 hours

**2025 Recurring Operational Overhead**

The following entries document weekly and monthly recurring administrative burden imposed on the Debtor's principal throughout 2025. This year was significantly more demanding than 2024 due to: (a) workforce collapse from 5 to 2 employees in Q1 2025, concentrating all operational burden on the principal; (c) Kansas corporate forfeiture in July 2025; (d) $11,922 warehouse buildout (Mar-May) necessitated by vehicle constraints; (e) Enterprise rental management intensifying with 11 charges May 2025 - January 2026; (f) bank balance going NEGATIVE in January (-$3,081) and remaining at crisis levels through June ($264 in March, $387 in June); (g) creditor threats escalating without attorney intervention; and (h) workers' compensation insurance management (AmTrust, $3,106 over 10 payments Dec 2024 - Dec 2025; Next Insurance, ~$4,300 net) in addition to Progressive commercial auto.

| Period | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| Q1 2025 | 68.0 | Operational Mitigation | Daily vehicle fleet management with 3 unregistered CIT vehicles (expired since 11/30/23); DIP account administration during cash crisis (January ending balance -$3,081 NEGATIVE, March $264); crew scheduling with declining workforce (5 to 2 employees per IRS 941); Progressive insurance management ($797.79 Jan + $714.12 Mar renewal = $1,511.91 Q1); AmTrust workers' compensation insurance (~$310/mo); payroll processing under Ch. 11 constraints with near-zero cash; QuickBooks maintenance; Ally default monitoring (Doc. 62, 1/31/25, 58 pages); CIT outreach to Jennifer Castro (bounced) and Sara Bass (2/25-2/27); warehouse buildout planning and initial contractor coordination; MOR data compilation; revenue tracking against plan projections ($80,204 Q1 deposits); WM Law ACH ($500/mo x 3 = $1,500) | Unresolved vehicle liens; DIP account constraints; Case administration; Ally default; Cash flow crisis |
| Q2 2025 | 65.0 | Operational Mitigation | Daily vehicle fleet management; DIP account administration with continuing cash pressure ($387 June ending balance); crew scheduling with workforce at 60% below prior year (2 employees per IRS 941); warehouse buildout management ($11,922 cumulative contractor payments Mar-May via Venmo: Wooley, Dennis, Peterson, Macias); Progressive insurance management (3 x $694.19 = $2,082.57 Q2); AmTrust workers' compensation (~$930 Q2); Enterprise rental coordination (8 charges May-Jun: $628.13, $157.81, $303.71, $121.49, $425.20, $242.97, $242.97, $242.97 = $2,365.25 gross); payroll processing; QuickBooks maintenance; Sara Bass follow-up (4/16, no response); forwarded complete email chain to counsel (6/9); Moscov creditor threat management (6/18, $9,008.13 arrearage); MOR data compilation; WM Law ACH ($500/mo x 3 = $1,500) | Unresolved vehicle liens; DIP account constraints; Case administration; Creditor threats; Cash flow crisis |
| Q3 2025 | 55.0 | Operational Mitigation | Daily vehicle fleet management; DIP account administration; Kansas corporate forfeiture response (discovered 7/15/25, Entity #8142481, forfeited for non-filing of annual report); staffing rebuild (Brandi Wills hired July 2025); Enterprise rental management for expanded operations; Progressive insurance management (3 x $694.19 = $2,082.57 Q3); AmTrust workers' compensation (~$930 Q3); payroll processing with rebuilding workforce; QuickBooks maintenance; MOR data compilation; attorney lien-related calls (9/10/25, Ally and Sara Bass); compiled $87,745 CIT payment history documentation; revenue tracking ($109,803 Q3 deposits); plan compliance monitoring; WM Law ACH ($500/mo x 3 = $1,500) | Unresolved vehicle liens; Kansas forfeiture; DIP account constraints; Case administration |
| Q4 2025 | 68.0 | Operational Mitigation | Daily vehicle fleet management; DIP account administration; Enterprise rental management intensified (6 charges Nov-Dec: $670.67, $383.53, $396.38, $74.17, $309.40, $383.54, $667.74, $381.35 = $3,266.78 gross); Progressive insurance management (3 x $694.19 = $2,082.57 Q4); AmTrust workers' compensation (~$930 Q4); PACER research and claims analysis (began 10/12); WM Law billing review and payment reconciliation; payroll processing; QuickBooks maintenance; year-end financial compilation; bank statement organization for multiple purposes (MOR, financial review, case documentation); plan payment tracking; IRS 941 quarterly reporting; operational coordination during case activity (Doc 63/64/65, Doc 66, withdrawal motion Doc 78 filed 1/28/26, Ally repo threat 11/25, AmEx default 12/18); WM Law refund coordination ($1,651.70, 12/19); 36 Venmo CSV files organized | Unresolved vehicle liens; DIP account constraints; Financial review; Counsel withdrawal; Ally default; Creditor threats |

**2025 Recurring Overhead Subtotal: 256.0 hours**

**2025 Monthly Summary**

| Month | Task-Specific Hours | Overhead (included above) | Total |
|---|---|---|---|
| January | 18.0 | -- | 18.0 |
| February | 18.0 | -- | 18.0 |
| March | 16.0 | -- | 16.0 |
| **Q1 Subtotal** | **52.0** | **68.0** | **120.0** |
| April | 16.0 | -- | 16.0 |
| May | 24.0 | -- | 24.0 |

| Month | Task-Specific Hours | Overhead (included above) | Total |
|---|---|---|---|
| June | 17.0 | -- | 17.0 |
| **Q2 Subtotal** | **57.0** | **65.0** | **122.0** |
| July | 16.0 | -- | 16.0 |
| August | 14.0 | -- | 14.0 |
| September | 14.0 | -- | 14.0 |
| **Q3 Subtotal** | **44.0** | **55.0** | **99.0** |
| October | 6.5 | -- | 6.5 |
| November | 18.5 | -- | 18.5 |
| December | 98.0 | -- | 98.0 |
| **Q4 Subtotal** | **123.0** | **68.0** | **191.0** |
| **2025 Task-Specific** | **276.0** | | |
| **2025 Recurring Overhead** | | **256.0** | |

**2025 Grand Subtotal: 532.0 hours**

## 2026

### January 2026

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 1/2/26 | 3.0 | Legal Research | Researched 11 U.S.C. § 506(a), § 506(d), Fed. R. Bankr. P. 3012 regarding vehicle lien determination procedures; reviewed docket for procedural requirements | Unresolved vehicle liens |
| 1/3/26 | 4.0 | Document Drafting | Drafted Motion for Determination of Secured Status (Doc. 70); compiled supporting exhibits including Sara Bass correspondence and CIT payment history | Unresolved vehicle liens |
| 1/4/26 | 6.0 | Document Drafting | Weekend session: revised and finalized Doc. 70 motion; prepared amended Schedules A/B (Doc. 74) correcting vehicle descriptions to match motion; proofread all exhibits | Unresolved vehicle liens |
| 1/5/26 | 5.0 | Case Administration | Coordinated filing of Doc. 70 on ECF; prepared amended Schedules A/B (Doc. 74), Sara Bass documentation (Doc. 76), and Certificate of Service (Doc. 77) for subsequent filing on 1/9; verified all docket entries | Unresolved vehicle liens |
| 1/6/26 | 3.5 | Case Administration | Analyzed Doc. 72 (Order denying expedited hearing, identifying 4 deficiencies); emailed Ryan at 8:34 AM with analysis; sent follow-up at 9:15 AM with additional analysis of Doc. 72; reviewed Doc. 73 (Notice and Order Setting Hearing for Feb 11) | Unresolved vehicle liens |
| 1/7/26 | 2.0 | Case Administration | Reviewed counsel correspondence regarding vehicle lien determination status; assessed case posture and next steps | Case administration |
| 1/8/26 | 2.0 | Case Administration | Reviewed filed documents on docket for accuracy; confirmed service receipt; monitored for CIT response; reviewed procedural deadlines | Unresolved vehicle liens |
| 1/9/26 | 2.0 | Case Administration | Coordinated ECF filing of Doc. 74 (Amended Schedules A/B), Doc. 75 (Verification), Doc. 76 (Sara Bass documentation), and Doc. 77 (Certificate of Service with 21-day response deadline); verified all filings on docket | Unresolved vehicle liens |
| 1/11/26 | 6.5 | Legal Research / Drafting | Weekend session: researched CIT's claims history in detail; compared Master EFA Agreement loan schedules against filed proofs of claim; documented the four-loan / two-claim discrepancy with supporting evidence | Unresolved vehicle liens |
| 1/12/26 | 5.5 | Document Drafting | Drafted comprehensive analysis of confirmed plan payment errors; mapped Exhibit E line items against filed claims; calculated correct Class 2 amortization | Plan review; Unresolved vehicle liens |
| 1/15/26 | 2.0 | Legal Research | Researched CIT response deadline; reviewed Fed. R. Bankr. P. 9006 time computation; researched case law on late-filed responses | Unresolved vehicle liens |
| 1/16/26 | 3.0 | Case Administration | Drafted and sent correspondence to Jeff Wagoner regarding case status and unresolved vehicle lien issues; researched case administration requirements | Financial review; Case administration |

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 1/18/26 | 7.0 | Document Drafting / Research | Weekend session: built master evidence document; compiled 40+ sources into unified chronological reference; cross-referenced all factual claims against source documents | Case administration |
| 1/19/26 | 6.0 | Document Drafting | Continued master evidence compilation; organized case chronology and documentation | Case administration; Financial review |
| 1/20/26 | 1.5 | Case Administration | Monitored docket for CIT response (no early CIT response filed; 8 days remaining before 1/28 deadline); reviewed prior CIT correspondence and proofs of claim | Unresolved vehicle liens |
| 1/22/26 | 3.0 | Case Administration | Researched replacement counsel options; reviewed qualifications of KC-area bankruptcy attorneys; began outreach to potential new counsel | Counsel withdrawal |
| 1/25/26 | 7.0 | Legal Research / Drafting | Weekend session: researched Ch. 11 Sub V plan administration requirements; compiled billing and payment records; organized case documentation | Financial review; Case administration |
| 1/26/26 | 5.5 | Document Drafting | Drafted new counsel inquiry emails; continued master evidence compilation; organized exhibits for potential hearing | Counsel withdrawal; Case administration |
| 1/28/26 | 4.0 | Legal Research | Reviewed Doc. 78 (Motion to Withdraw as Counsel); researched obligations of withdrawing counsel under W.D. Mo. local rules and Missouri Rules of Professional Conduct; analyzed prejudice to estate | Counsel withdrawal |
| 1/29/26 | 5.0 | Document Drafting | Drafted opposition to withdrawal motion (later filed as Doc. 82 on 2/2/26); researched prejudice factors for mid-case withdrawal in Ch. 11 Sub V cases; compiled chronology of outstanding case tasks | Counsel withdrawal |
| 1/30/26 | 4.5 | Legal Research | Researched 11 U.S.C. § 1191(b) debtor obligations during plan administration; reviewed confirmed plan for compliance requirements; compiled case timeline; researched plan administration requirements | Counsel withdrawal; Financial review |
| 1/31/26 | 3.5 | Document Drafting | Continued drafting opposition to withdrawal motion; organized billing records and correspondence chronology for withdrawal opposition; drafted oral argument notes | Counsel withdrawal |

**January 2026 Subtotal: 91.5 hours**

**February 2026**

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 2/1/26 | 6.0 | Document Drafting | Weekend session: continued Doc. 82 supplement; drafted Supplement to Doc. 70 (stabilization posture for continuance period); revised master evidence document with new findings | Counsel withdrawal; Unresolved vehicle liens |
| 2/2/26 | 7.0 | Legal Research | Weekend session: researched In re Shelton, 735 F.3d 747 (8th Cir. 2013) and distinguishing factors; researched judicial estoppel doctrine (New Hampshire v. Maine, 532 U.S. 742); reviewed CIT claim filing history; analyzed 11 U.S.C. § 1141(a) plan binding effect | CIT objection (Doc. 85) |
| 2/3/26 | 4.0 | Document Drafting | Drafted oral argument outline for Feb. 11 hearing; organized exhibits for hearing presentation; prepared notes on each pending motion | Hearing preparation |
| 2/4/26 | 3.5 | Case Administration | New counsel research and outreach; reviewed potential replacement counsel qualifications; drafted inquiry emails to Krigel, Pospisil Swift, and others | Counsel withdrawal |
| 2/5/26 | 6.0 | Legal Research | Reviewed CIT Doc. 85 (filed 8 days late); analyzed CIT Exhibits A-G line by line; identified internal inconsistencies in Exhibit G deficiency calculations ($5,529.47 unexplained excess); researched DDI Technology eTitleLien reports (Exhibit E); documented lien date discrepancy (11/15/19 vs. 11/18/19 agreement) | CIT objection (Doc. 85) |
| 2/6/26 | 7.0 | Document Drafting | Drafted Reply to Doc. 85 (12 exhibits, 10 sections); cross-referenced all factual claims against proofs of claim, Sara Bass email, payoff quote, and payment history; sent email to Ryan with case status and directives | CIT objection (Doc. 85) |
| 2/7/26 | 6.5 | Document Drafting | Revised and finalized Reply to Doc. 85; revised Supplement to Doc. 70; revised Supplement to Doc. 82; cross-referenced all documents against master evidence file; prepared clean versions for ECF filing; emailed Jeff Wagoner regarding case status and mitigation costs | CIT objection (Doc. 85); Hearing preparation; Financial review |
| 2/8/26 | 8.0 | PACER Analysis / Research | Weekend session: legal research on bankruptcy practitioner standards and case outcome benchmarks; PACER Case Locator research; compiled analytical framework | Legal research |

| Date | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| 2/9/26 | 9.0 | PACER Analysis / Research | Weekend session: continued PACER legal research; developed comparative benchmarking methodology for bankruptcy case outcomes; compiled data across multiple attorney datasets | Legal research |
| 2/10/26 | 8.0 | Hearing Preparation | Finalized all hearing documents; prepared oral argument notes; organized exhibit binders; reviewed docket entries 1-86 for accuracy; final cross-reference of all filings; prepared for all contingencies including withdrawal grant/denial scenarios | Hearing preparation |
| 2/11/26 | 10.0 | Hearing / Analysis | Attended Feb. 11 hearing (travel + proceeding); post-hearing email to counsel; tone-scrubbed Doc. 85 rebuttal for counsel filing; conducted PACER case outcome research; compiled findings | Hearing; Counsel withdrawal denied |
| 2/12/26 | 15.0 | Case Administration / Legal Research / Document Drafting / PACER Analysis | Full-day session: (1) Finalized case administration package documents (plan modification motion, Ally cure proposal, Channel Partners analysis, MOR memo, Kansas corp memo, Hayden stipulated order, UMB mobile deposit letter, cover email, corrected Exhibit E, CIT Hayden stipulation, 60-day action calendar) -- verified every document against source records; (2) Finalized correspondence and time ledger with cross-check of all hours against source documents; (3) Created 60-day action calendar with week-by-week milestones; (4) Conducted PACER legal research on Sub V case outcomes and practitioner benchmarks; (5) Legal research on case law and case administration standards, including Eighth Circuit authorities; (6) Updated case reference files; (7) Reviewed and updated time ledger | Case administration; Legal research; Hearing preparation |

**February 2026 Subtotal (through 2/14): 101.0 hours**

---

### 2026 Recurring Operational Overhead (January 1 - February 12)

The following entry documents the recurring administrative burden for the first six weeks of 2026. This period was the most operationally intensive of the entire case, coinciding with: (a) preparation and filing of three pro se documents while still having counsel of record; (b) new counsel outreach to 7+ firms; (c) PACER legal research ($79.20 in search fees); (d) courthouse filing preparation (printing approximately 300 pages in triplicate, organizing exhibit binders, travel to W.D. Mo. courthouse); (e) hearing logistics and Zoom coordination; (f) continued Progressive insurance on 3 unregistered CIT vehicles ($694.19/mo); (g) Enterprise rental management (including $497.14 charge 1/6/26); (h) AmTrust workers' compensation insurance (~$310/mo); and (i) all standard DIP account, payroll, QuickBooks, and fleet management administration.

| Period | Hours | Category | Description of Activity | Triggering Issue |
|---|---|---|---|---|
| Jan-Feb 2026 | 35.0 | Operational Mitigation | Daily vehicle fleet management (3 CIT vehicles unregistered since 11/30/23, now 25+ months); DIP account administration; Progressive insurance management ($694.19/mo x 2 = $1,388.38); Enterprise rental coordination (continuing from 2025, including $497.14 charge 1/6/26); AmTrust workers' compensation insurance (~$310/mo, continuing); payroll processing; QuickBooks maintenance; PACER legal research costs ($79.20); new counsel research and outreach coordination (Gotham, McCormack, Krigel, Margolies, Ellis, Pospisil Swift, Eron, DeWoskin, Burger Law -- all requiring separate consultations, intake correspondence, and follow-up); courthouse filing preparation (printing ~300 pages in triplicate, organizing exhibit binders for 3 filings, travel to W.D. Mo. courthouse); hearing logistics (Zoom setup, audio testing, docket review); bank statement compilation for multiple purposes (MOR, financial review, case documentation); IRS payroll tax administration; email management across WM Law, CIT counsel (Hayden), and 7+ prospective new counsel | Unresolved vehicle liens; DIP account constraints; Counsel withdrawal; New counsel search; Hearing preparation |

**2026 Recurring Overhead Subtotal: 35.0 hours**

---

### 2026 Summary (through 2/12)

| Month | Task-Specific Hours | Overhead (included above) | Total |
|---|---|---|---|
| January | 91.5 | -- | 91.5 |
| February (through 2/14) | 101.0 | -- | 101.0 |
| **2026 Task-Specific** | **192.5** | | |
| **2026 Recurring Overhead** | | **35.0** | |

**2026 Grand Subtotal (through 2/14): 227.5 hours**

---

## Running Totals

| Period | Task-Specific | Recurring Overhead | Total |
|---|---|---|---|
| Pre-Petition (Sep 2023 - Jan 2024) | 14.0 | -- | 14.0 |
| Q1 2024 (Jan-Mar) | 92.0 | 65.0 | 157.0 |
| Q2 2024 (Apr-Jun) | 62.5 | 62.0 | 124.5 |
| Q3 2024 (Jul-Sep) | 52.0 | 52.0 | 104.0 |
| Q4 2024 (Oct-Dec) | 47.0 | 42.0 | 89.0 |
| **2024 Total** | **253.5** | **221.0** | **474.5** |
| Q1 2025 (Jan-Mar) | 52.0 | 68.0 | 120.0 |
| Q2 2025 (Apr-Jun) | 57.0 | 65.0 | 122.0 |
| Q3 2025 (Jul-Sep) | 44.0 | 55.0 | 99.0 |
| Q4 2025 (Oct-Dec) | 123.0 | 68.0 | 191.0 |
| **2025 Total** | **276.0** | **256.0** | **532.0** |
| January 2026 | 91.5 | -- | 91.5 |
| February 2026 (through 2/12) | 90.0 | -- | 90.0 |
| **2026 YTD** | **192.5** | **35.0** | **227.5** |
| **Grand Total** | **736.0** | **512.0** | **1,248.0** |

**Rate Basis:** The Debtor's principal operates VCS at an effective billing rate derived from company revenue and operational hours. The time documented above was diverted entirely from revenue-generating activity.

Prepared by: Daniel Brown Principal, Victory Cleaning Systems, Inc.