# G

## EXHIBIT G

UMB Bank Statements (Sep 2024 - Dec 2025)

# WM Law Automated ACH Collections from DIP Operating Account

Victory Cleaning Systems, Inc., Case No. 24-40010-can11

Source: UMB Bank DIP Operating Account Statements (September 2024 -- December 2025)

Transaction description on each statement: "WAGONER BANKRUPT ACH COLLEC VICTORY CLEANING SY"

| # | Date | Statement Month | Amount |
|---|---|---|---|
| 1 | Jul 31, 2024 | July 2024 | $500.00 |
| 2 | Sep 03, 2024 | September 2024 | $500.00 |
| 3 | Sep 30, 2024 | September 2024 | $500.00 |
| 4 | Oct 31, 2024 | October 2024 | $500.00 |
| 5 | Dec 02, 2024 | December 2024 | $500.00 |
| 6 | Dec 31, 2024 | December 2024 | $500.00 |
| 7 | Jan 31, 2025 | January 2025 | $500.00 |
| 8 | Feb 28, 2025 | February 2025 | $500.00 |
| 9 | Mar 31, 2025 | March 2025 | $500.00 |
| 10 | Apr 30, 2025 | April 2025 | $500.00 |
| 11 | Jun 02, 2025 | June 2025 | $500.00 |
| 12 | Jun 30, 2025 | June 2025 | $500.00 |
| 13 | Jul 31, 2025 | July 2025 | $500.00 |
| 14 | Sep 02, 2025 | September 2025 | $500.00 |
| 15 | Oct 31, 2025 | October 2025 | $500.00 |
| 16 | Dec 01, 2025 | December 2025 | $500.00 |

**Total: 16 payments** **$8,000.00**

No billable work was logged from October 2024 through August 2025 (11 months, 10 payments, $5,000).

The confirmed plan (Doc. 29, Section 2.5) designates the Debtor as disbursing agent.

No court order authorized direct ACH collection by Counsel from the DIP account.

WM Law refunded $1,651.70 on December 19, 2025 after the Debtor identified 11 of 14
ACH payments had not been logged by the firm's accounts receivable manager (Exhibit H).

The ACH authorization form signed by the Debtor follows on the next page.

## CREDIT/DEBT AUTHORIZATION FORM

I hereby authorize Wagoner Bankruptcy Group, P.C. dba WM Law, to initiate entries to my checking/savings accounts at the financial institution ("Financial Institution") listed below, and, if necessary, initiate adjustments for any transactions credited/debited in error. This authority will remain in effect until Wagoner Bankruptcy Group, P.C. dba WM Law is notified by me in writing to cancel it in such time as to afford Wagoner Bankruptcy Group, P.C. dba WM Law and the Financial Institution a reasonable opportunity to act on it.

Name of Financial Institution: _____

Address of Financial Institution: _____
                                                (Branch, Street Address, City, State & Zip Code)

Name of Account Holder: _____

Address of Account Holder: _____

E-mail address of Account Holder: _____
                                                (E-mail advance notices prior to payment will be sent here)
Please select the date you want your payment debited from your account: ___5th ___17th ___25th ___last day of month, _____Other

of every month beginning with the following month (insert month & year): _____.

Amount per Month: $_____          Number of Months: _____

Total Amount to be Debited: $_____   Special Instructions: _____

Financial Institution Routing Number (always 9 numbers): _____

Checking/Savings Account Number: _____

  (Look between these symbols l:   :l on the bottom left of your check)

### NOTICE TO BANKRUPTCY FILERS

I understand that this authorization is valid only for payments to be made prior to my bankruptcy filing date if this form is signed prior to filing my case. If I wish to make payments after filing, then this form must be signed after filing my case. My bill is split into "pre-filing" and "post-filing" fees. Once I have filed my bankruptcy case, any fees designated as "pre-filing" fees that have not yet been paid are discharged by my bankruptcy along with my other unsecured debts. I can still elect to pay those "pre-filing" fees after filing, but must authorize their payment after filing. Additionally, any "post-filing" fees are for work to be performed by WM Law after my filing date, and therefore are earned after filing and are expected to be paid in full.

_____          _____
Signature of Account Holder                        Date