

# EXHIBIT H

Pilar Perez-Wagoner Email (12/12/25)

**Outlook**

**RE: Clarification on Case Status**

From jeffwagoner@wagonergroup.com <jeffwagoner@wagonergroup.com>

Date 2025-12-12 22:20 UTC

---

Dan:

Thanks for providing the ACH receipts. I forwarded them to our Accounts Receivable Manager and here is her reply:

*Jeff,*

*I have reviewed the ACH payments. I have to apologize because I did not include Victory Cleaning on my monthly list of ACH to check for posting. It is my mistake. There are no billing entries from September 2024 to September 2025 either so, I didn't think to double check when billing.*

*All the payments are there. I came up with $8,000 too. I have posted all the payments on the billing file and double checked. Right now there is a due balance of $57.90. I have cancelled the ACH so that there are no more payments coming our way.*

*Pilar*

So, you were absolutely correct in that you have been making the payments every month since your plan was confirmed. I sincerely apologize for the mistake on our part.

I have adjusted your bill by writing off Ryan's time billed since the case was confirmed back in July 2024. That gave you a credit of $1,715 on the account, resulting in a credit balance of $1,657.10 on your account. Attached is a copy of the adjusted bill showing that credit balance.

After speaking with Ryan and seeing your emails, it appears that the attorney-client relationship is back on track. Consequently, you have 2 options for the credit balance of $1,657.10 on your account: I can refund that amount via a check or we can apply it to future bills. It's your choice – just let me know what works best for you.

Again, my apologies for our mistake.

Best regards,
Jeff

Jeffrey L. Wagoner
President & Attorney at Law
WM LAW,
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
Email: jeffwagoner@wagonergroup.com
www.KansasCityEstateplanner.com
www.KansasCityBankruptcy.com
**1-855-Don't-Worry!**



**From:** Dan Brown ███████████████
**Sent:** Friday, December 12, 2025 4:10 PM
**To:** Ryan Blay <blay@wagonergroup.com>
**Cc:** jeffwagoner@wagonergroup.com
**Subject:** Re: Clarification on Case Status

Ryan,

Thanks for the response.

Yes, I do want to proceed with obtaining a court order determining that no valid liens exist so the Kansas title records can be cleared and Missouri registrations issued. Based on what Missouri requires, the order is necessary for all of the affected vehicles, not just one.

I'm comfortable proceeding on that basis and having the statutory notice issued and the motion filed. As mentioned previously, I just want to make sure that filings and substantive work on the case are proceeding normally and are not being paused pending fee reconciliation.

Please let me know the anticipated timeline for issuing notice and filing the motion.

Thank you,

**Dan Brown**

**President, Victory Cleaning Systems Inc.**

███████ | www.vcleaning.com | ██████████

████████████████

---

**From:** Ryan Blay <blay@wagonergroup.com>
**Sent:** Friday, December 12, 2025 4:00 PM
**To:** Dan Brown ███████████
**Cc:** jeffwagoner@wagonergroup.com <jeffwagoner@wagonergroup.com>
**Subject:** Re: Clarification on Case Status

I think that's ultimately up to you.  If you're comfortable proceeding with us, we can work through this.  You saw that Sara Bass sent along at least one document that could be helpful in getting one of the vehicles registered in Missouri, but I assume you want to pursue the order for the lien releases.

Ryan

On Fri, Dec 12, 2025 at 1:29 PM Dan Brown ████████████ wrote:

> Ryan and Jeff,
>
> One additional clarification I still need in writing is whether any work on my case is currently being paused or held pending fee reconciliation, or whether filings, including the CIT/title motions, are proceeding normally at this time.
>
> Thank you,
>
> **Dan Brown**
>
> **President, Victory Cleaning Systems Inc.**
>
> ███████ | www.vcleaning.com | ████████
>
> ████████████████

--
Ryan A. Blay,
Senior Partner
WM LAW
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
Email: blay@wagonergroup.com
www.KansasCityBankruptcy.com