# I

# EXHIBIT I

Sara Bass Email - "not a lien holder"

 **Outlook**

---

**RE: KDOR title consent form**

---

**From** Bass, Sara <Sara.Bass@firstcitizens.com>
**Date** Thu 2025-02-27 9:57 AM
**To** Dan Brown ███████████████

Hello,

CIT is not a lien holder.

We did not use the vehicles as collateral. You can ask the DMV who is showing as a lien holder. I would not have that information.

**Sara Bass**
**Sr Equipment Finance Rec Res Specialist**
First Citizens Bank
10201 Centurion Pkway N. Ste 100
Jacksonville, FL   32256
o: 904-620-7357
f: 800.215.3306
sara.bass@Firstcitizens.com

 FirstCitizensBank
*forever first*

Internal

Internal

**From:** Dan Brown ███████████████
**Sent:** Thursday, February 27, 2025 10:50 AM
**To:** Bass, Sara <Sara.Bass@firstcitizens.com>
**Subject:** [EXTERNAL] KDOR title consent form

NOTICE: External Sender. Please exercise caution when opening attachments or clicking links.

Sara,

I do believe I need these filled out.  Can you please confirm?

Thanks,

**Dan Brown**

**President, Victory Cleaning Systems Inc.**

[REDACTED]   |   www.vcleaning.com   |   ███████████

███████████████

---

This electronic mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or the person responsible for delivering the electronic mail to the intended recipient, be advised that you have received this electronic mail in error and that any use, dissemination, forwarding, printing, or copying of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender by return mail. Visit us online at www.firstcitizens.com or call 1-888-FC DIRECT (1-888-323-4732). First Citizens Bank. Forever First®. Member FDIC.

------------------------------------------------------------------------------------------------