# J

## EXHIBIT J

Doc 85 - CIT Objection

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **VICTORY CLEANING SYSTEMS, INC.** | ) | **Case No. 24-400100-can11** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

### FIRST CITIZENS BANK RESPONSE AND OBJECTION TO DEBTOR'S MOTION FOR DETERMINATION OF SECURED STATUS AND SUBSEQUENT RELIEF REGARDING VEHICLES (DOC. 70)

COMES NOW First Citizens Bank ("First Citizens")[1], by and through counsel of record, Austin B. Hayden of Pappas Hayden Westberg & Jackson PC, and for its Response and Objection to Debtor's Motion for Determination of Secured Status and Subsequent Relief Regarding Vehicles (Doc. 70) (the "Motion"), states as follows:

### *Preliminary Statement*

The Motion rests on a fundamental legal error: that a creditor's alleged failure to re-perfect a vehicle lien in Missouri, when the Debtor itself never retitled the vehicles, somehow voids a lien properly perfected under Kansas certificate-of-title law. That is not the law in Kansas, Missouri, the Eighth Circuit, or under the Bankruptcy Code. First Citizens hold valid liens on all of the vehicles at issue in Debtor's Motion. As a result, the Motion should be denied in its entirety.

### I. FACTUAL BACKGROUND

1. Debtor entered into a Master EFA Agreement (the "Master Agreement") with CIT, pursuant to which CIT agreed to extend credit to the Debtor. The Master Agreement is attached hereto as **Exhibit B**.

---

[1] First Citizens is the surviving and currently operating entity following the merger of CIT Bank, N.A. ("CIT") and First Citizens. *See* **Exhibit A**.

1

2.      On or about November 18, 2019, Debtor and CIT entered into an Addendum to Agreement – Additional Collateral Agreement, whereby CIT extended additional funds to Debtor, and in return Debtor granted to CIT a security interest in the following property ("Loan 006") (*see* **Exhibit C**):

    a.  2014 Chevrolet HIGH Cube Van (VIN 1GB0G2CA9E1120283)

    b.  2012 GMC Magnavan (VIN 1GD072CGXC1176130)

3.      On or about November 19, 2019, Debtor and CIT entered into an Addendum to Agreement – Additional Collateral Agreement, whereby CIT extended additional funds to Debtor, and in return Debtor granted to CIT a security interest in the following property ("Loan 007") (*see* **Exhibit D**):

    a.  2015 Ford F150 (VIN 1FTEW1EP6FKE85418)

4.      After execution of both Addendums, the liens of CIT were properly perfected with the Kansas Department of Revenue on each of the vehicles (*see* **Exhibit E**).

5.      Since the date of execution of the Addendums, Debtor has made payments towards the indebtedness, but the last payment on each of the accounts was in November, 2023. *See* **Exhibit F.**

6.      Debtor is in default under the Master Agreement and related Addendums (Loan 006 and Loan 007) for failing to make payment when due. *See* **Exhibit G.**

7.      As of February 4, 2026, Debtor owes the following amounts to First Citizens:

    a.  Loan 006 – $23,942.26

    b.  Loan 007 – $11,754.30

8.      No Kansas lien release has ever been issued or filed with the Kansas Department of Revenue regarding any of the subject vehicles.

## II.    ARGUMENT

### A.    FIRST CITIZENS HOLDS VALID, PERFECTED VEHICLE LIENS UNDER KANSAS LAW

Kansas law is unequivocal: "a purchase money security interest in an automobile held by a secured creditor is perfected when the certificate of title issues with the lien noted thereon." *Bank v. Parish*, 264 P.3d 491, 495 (Kan. Ct. App. 2011).

The title records attached hereto as **Exhibit E** confirm that CIT was noted as lienholder on each vehicle at issue. Those liens were therefore perfected as a matter of Kansas law.

Once perfected, a motor-vehicle lien remains valid until affirmatively released in the manner prescribed by statute. K.S.A. § 8-135(c)(1) ("no certificate of title shall be issued for a vehicle having any unreleased lien or encumbrance thereon"). No such release exists here, and as a result, the bank's liens remain valid and enforceable.

### B.    THE DEBTOR'S DESIRE TO RE-TITLE IN MISSOURI DOES NOT EXTINGUISH A KANSAS-PERFECTED LIEN

The Debtor's central legal theory, that First Citizens' liens somehow became void because they were not re-perfected in Missouri, misstates both state law and UCC choice-of-law principles.

Under Missouri law, perfection and priority of a security interest in a motor vehicle are governed by the local law of the jurisdiction whose certificate of title "covers" the vehicle, and that governing law remains in place until the vehicle is properly retitled. RSMo § 400.9-303(c) (issuing-title jurisdiction governs perfection/priority "until the goods cease to be covered" by that certificate), and § 400.9-303(b) (goods cease to be covered when they become covered by a subsequently issued certificate of title from another jurisdiction). Thus, where the vehicle remains covered by an out-of-state title, the secured party's perfection is assessed under that issuing state's law until Missouri issues a Missouri title; only then does Missouri's titling/lien perfection regime

3

control. See, e.g., *In re Cook*, 2007 WL 680170, at *4 (Bankr. W.D. Mo. Mar. 1, 2007) (analyzing

the "covered by title" switch upon issuance of Missouri title under § 9-303).

### C. PROOFS OF CLAIM DO NOT EXTINGUISH THE OTHERWISE VALID LIENS

The Debtor argues that First Citizens' proof of claim did not list the vehicles and therefore

waived the liens. That is incorrect.

A secured creditor does not lose its lien by failing to file a claim, or by filing a claim

incorrectly or conservatively. Liens pass through bankruptcy unless affirmatively avoided. *In re*

*Shelton*, 735 F.3d 747, 750 (8th Cir. 2013). In this case, although no proofs of claim were filed by

First Citizens related to Loan 006 or Loan 007, the liens encumbering the vehicles nevertheless

remain valid and enforceable. As a result, First Citizens holds valid, perfected Kansas vehicle liens

that have never been released or avoided. The Debtor's Motion must be denied.

WHEREFORE, First Citizens Bank / First Citizens Bank, N.A. respectfully requests that

the Court deny the Debtor's Motion in its entirety; and grant such other relief as the Court deems

just and proper.

Respectfully Submitted:

**PAPPAS HAYDEN WESTBERG & JACKSON PC**

/s/ Austin B. Hayden
Austin B. Hayden          #63872
7500 West 110th Street, Suite 110
Overland Park, KS 66210
Telephone: 913/491-4050
Facsimile: 913/491-9318
E-Mail: ahayden@phwjlaw.com
*ATTORNEY FOR FIRST CITIZENS BANK*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 5, 2026, the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System.

/s/ Austin B. Hayden
Austin B. Hayden          #63872

# NORTH CAROLINA
## Department of the Secretary of State

### EXHIBIT A

**To all whom these presents shall come, Greetings:**

I, ELAINE F. MARSHALL, Secretary of State of the State of North Carolina, do hereby certify the following and hereto attached to be a true copy of

**ARTICLES OF MERGER**

**OF**

**FIRST-CITIZENS BANK & TRUST COMPANY**

the original of which was filed in this office on the 3rd day of January, 2022.





Scan to verify online.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 3rd day of January, 2022.

*Elaine F. Marshall*

**Secretary of State**

Certification# C202200300103-1  Reference# C202200300103-1  Page: 1 of 4
Verify this certificate online at https://www.sosnc.gov/verification

| |
|---|
| **SOSID: 0189002** |
| **Date Filed: 1/3/2022 11:51:00 AM** |
| **Effective: 1/4/2022** |
| **Elaine F. Marshall** |
| **North Carolina Secretary of State** |
| **C2022 003 00103** |

## ARTICLES OF MERGER

### OF

### CIT BANK, NATIONAL ASSOCIATION,
a national banking association,

### WITH AND INTO

### FIRST-CITIZENS BANK & TRUST COMPANY,
a North Carolina bank

Pursuant to Section 55-11-05 of the North Carolina General Statutes, the undersigned entity hereby submits these Articles of Merger as the surviving business entity in a merger between two business entities pursuant to Section 53C-7-201, Section 55-11-04 and Section 55-11-07.

1. The name of the surviving entity is First-Citizens Bank & Trust Company, a bank organized under the laws of the State of North Carolina.

2. The address of the surviving entity is 4300 Six Forks Road, Raleigh, North Carolina 27609, Wake County.

3. The name of the merging entity is CIT Bank, National Association, a national banking association organized under the laws of the United States of America. The mailing address of the merging entity is 340 Mt. Kemble Ave., Suite 100, Morristown, NJ 07960, Morris County.

4. An Agreement and Plan of Merger has been duly approved by each of the business entities participating in the merger in the manner required by applicable law.

5. These articles will be effective at 12:02 a.m. Eastern Time on January 4, 2022.

[Signature Page Follows]

This the ___3rd___ day of _____January_____, 2022.

FIRST-CITIZENS BANK & TRUST
COMPANY

By: _____

Name: Craig L. Nix

Title:   Chief Financial Officer

## OFFICE OF THE COMMISSIONER OF BANKS

### CERTIFICATE OF AUTHORITY
### FOR ARTICLES OF MERGER

First-Citizens Bank & Trust Company, Raleigh, Wake County, North Carolina, a North

Carolina chartered commercial bank and CIT Bank, National Association, Pasadena, Los

Angeles County, California, a nationally-chartered bank, have submitted to me as Chief Deputy

Commissioner of Banks for the State of North Carolina, Articles of Merger between said

institutions for the purpose of merging CIT Bank, National Association into First-Citizens Bank

& Trust Company with the surviving institution being First-Citizens Bank & Trust Company,

pursuant to the Order of the Commissioner of Banks.

I hereby certify that these Articles of Merger were approved by the Office of the

Commissioner of Banks on the 5th day of February, 2021. Authority to file the Articles of

Merger is, therefore, granted.

This the 21st day of December, 2021.

*Stephanie R. White*

Stephanie R. White
Chief Deputy Commissioner of Banks

Certification# C202200300103-1 Reference# C202200300103- Page: 4 of 4

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

# DIRECTCAPITAL

## A Division of CIT Bank, N.A.

155 Commerce Way, Portsmouth, NH 03801 | Ph: 800-999-9942 | F: 800-875-0312

**MASTER EFA AGREEMENT Page 1 of 3**

Master EFA Agreement #ME 00388723

## EXHIBIT B

### CUSTOMER: Please verify this section and complete any missing information

| | | | |
|---|---|---|---|
| **Client:** Victory Cleaning Systems, Inc. | | | |
| **Address:** 10667 Widmer Rd. | | | |
| **City:** Lenexa | **State:** KS | **Zip:** 66215 | **County:** |
| **Federal Tax ID:** 494949751 | **State of Incorporation:** KS | | **Home Phone:** |
| **Business Phone:** (913) 269-2103 | **Fax:** | **Email:** dan@vcleaning.com | |

**INSTRUCTIONS:** The words "You", "Your" and "Customer" refer to the customer (the party who is borrowing funds against the Equipment or as a direct loan); "We", "Us", "Our" and "Secured Party" refer to Direct Capital, a Division of CIT Bank, N.A. and its successors and assigns, the secured party. Please complete and/or verify information and sign or authenticate where noted. Please call with any questions.

**1. MASTER EFA & SCHEDULES:** You agree to finance the Equipment or borrow funds as described in each Schedule ("Schedule") executed in accordance with this Master EFA Agreement ("Master EFA"). Each Schedule shall constitute a separate agreement distinct from this Master EFA, except that all terms contained herein are deemed part of each Schedule. In the event of a conflict between this Master EFA and a Schedule, the provisions of the Schedule, or its Addendum, shall prevail. The term "EFA" when used herein means collectively, each Schedule and this Master EFA. Capitalized terms used and not otherwise defined herein shall have the same meanings given in a Schedule. The term of this Master EFA begins on the first Schedule's Commencement Date and continues as long as any Schedule remains unpaid. You authorize Us to insert or correct information on the EFA including Your proper legal name, address, dates and Equipment description. All notices shall be in writing addressed to You at Your address stated herein or to Us at 155 Commerce Way, Portsmouth, NH 03801.

**2. EQUIPMENT:** You have chosen the equipment as set forth on each Schedule as applicable ("Equipment"). You acknowledge that the Equipment is financed for You solely for commercial or business purposes and not for personal, family, agricultural or household purposes. If the Equipment is unsatisfactory, Your only remedy is against its supplier or manufacturer and You have no remedy for damages against Us. If the Delivery Guaranty Option is not applicable, Your confirmation to Us by phone or execution or authentication of an Equipment Delivery & Acceptance shall constitute Your acknowledgement that You have inspected the Equipment, found it satisfactory in all respects and have accepted it. You will maintain Equipment location records and provide Equipment location to Us upon demand. You are responsible for keeping the Equipment in good repair, condition and working order, except for normal wear and tear. You are responsible for complying with all laws relating to the Equipment or its use and to protect the Equipment from damage, seizure or loss. You will continue to make payments if any damage, seizure or loss occurs to any part of the Equipment, even if the Equipment is completely destroyed or, at Our option, pay Us the amount described in the Defaults and Remedies section of the EFA on the next payment date. We are not responsible for any losses, damages or injuries caused by the installation or use of the Equipment or from any other loss while You have the Equipment and You agree to hold Us harmless and defend and indemnify Us against any claim for loss, damages or injuries, including attorneys' fees and related costs.

**3. NO WARRANTY:** We are financing Equipment for You "AS IS" "WHERE IS" AND WITH ANY AND ALL FAULTS. As We did not select, manufacture, supply or inspect the Equipment, WE MAKE NO WARRANTY OR REPRESENTATION, either express or implied as to the condition of the Equipment, its merchantability, its fitness or suitability for any particular purpose, its design, its capacity, its quality, or any other characteristics of the Equipment. We are not responsible for packaging, delivery, installation or testing of the Equipment. You agree that You have selected the supplier and each item of Equipment based on Your own judgment and disclaim any reliance upon any statements or representations made by Us. The supplier is not an agent of Ours and nothing the supplier states can affect Our obligation under this agreement. You will continue to make all payments under the EFA regardless of any claim or complaint against any supplier.

**4. REPRESENTATIONS:** You represent and warrant to us that: You, and each of the individuals signing or authenticating the EFA, have the lawful power and authority to enter into the EFA; by entering into the EFA You will not violate any law or other agreement; and the location of Your chief executive office, state of incorporation or organization, exact legal name, place of residence and Federal Tax ID number are accurately listed in the EFA. The EFA will constitute Your legal, valid and binding obligation, enforceable against You in accordance with the terms hereof. If a registered organization, You represent and warrant to Us that You are duly organized, duly authorized, validly existing and in good standing. **THE EFA CANNOT BE TERMINATED OR CANCELED BY YOU FOR ANY REASON.** Your obligation to make payments under the EFA is absolute and unconditional.

**5. ASSIGNMENT: YOU HAVE NO RIGHT TO SELL, TRANSFER, ASSIGN OR LEASE THE EQUIPMENT OR YOUR RIGHTS UNDER THE EFA.** You understand that We, without prior notice, have the right to assign, sell or otherwise transfer the EFA. You understand that Our assignee will have the same rights and benefits as Us but they do not have to perform any of Our obligations. You agree that the rights of Our assignee will not be subject to any claims, defenses or setoff that You may have against Us.

**6. SECURITY DEPOSIT:** The security deposit, listed on a Schedule, is payable upon execution, is non-interest bearing, will be commingled with Our other funds and secures Your performance under the EFA. We may apply the security deposit to satisfy any

amounts owed by You, in which event You will promptly restore the security deposit to its full amount. If all conditions are fully complied with and You have not ever been in default, the security deposit will be refunded to You after the end of the term of each Schedule.

**7. INDEMNITY:** You indemnify Us and Our affiliates and Our and Our affiliates' shareholders, directors, officers, employees, agents and assignees against any claims, actions, damages, fines, penalties, causes of action, suits or other legal proceedings or liabilities including all attorneys' fees, arising out of or connected with the EFA or any Equipment, without limitation. Such indemnification shall survive expiration, cancellation or termination of the EFA.

**8. LAW:** The EFA is governed by Federal law and the laws of New Hampshire. You agree and consent to the exclusive jurisdiction and venue of any State or Federal Court in Rockingham County, New Hampshire. You waive any right to challenge the jurisdiction or venue for any reason. You waive the defense of Forum Non Conveniens. The EFA is intended to constitute a valid and enforceable legal instrument and no provision of the EFA that may be deemed unenforceable shall in any way invalidate any other provision or provisions hereof, all of which shall remain in full force and effect. The EFA constitutes the entire agreement between the parties. **YOU AGREE TO WAIVE ALL RIGHTS TO A JURY TRIAL.** Each party prefers that any dispute between them be resolved subject to the above jury trial waiver. Should the above jury trial waiver be found unenforceable, then, upon the written request of any party, any dispute, including any and all questions of law or fact relating thereto, shall be determined exclusively by a judicial reference proceeding in accordance with Cal. Civ. Proc. Code § 638 et seq. or the applicable state's equivalent state law. The parties shall select a retired state or federal judge as the referee. The referee shall report a statement of decision to the Court. Notwithstanding the foregoing, nothing in this paragraph shall limit any other right of the parties under the EFA.

---

**PERSONAL GUARANTY:** As consideration for Our entering into the EFA, the undersigned Guarantor ("You", "Your"), jointly and severally, unconditionally personally guarantees and agrees to be liable to Us, Direct Capital, a Division of CIT Bank, N.A., the Secured Party, for the full, prompt and indefeasible payment and performance of all now existing and future indebtedness, obligations or liabilities of the Customer arising under the EFA. You agree that We may make other arrangements including compromise or settlement with the Customer and You will waive all defenses and notice of those changes and will remain responsible for the payment and obligations of the EFA. We do not have to notify You if the Customer is in default. If the Customer defaults, You will immediately pay in accordance with the default provision of the EFA all sums due under the terms of the EFA and will perform all of the EFA obligations. If it is necessary for Us to proceed legally to enforce this guaranty, You expressly consent to the jurisdiction of the court set out in the 'Law' paragraph and agree to pay all costs, including attorneys fees incurred in enforcement of this guaranty. You also agree that the "Law" paragraph in its entirety applies to this guaranty. It is not necessary for Us to proceed first against the Customer or the Collateral before enforcing this guaranty. You grant Us continuing authority to access, review and update, from time to time, credit reference information, including credit bureau reports pertaining to You. All financial providers are hereby directed and authorized to release to Us any and all information pertaining to any of Your accounts.

Signature or authentication of the Guarantor (an individual)

X ___*Daniel Brown*_____    1/23/2017
Daniel Brown    NO TITLE    Date
FB856207A31E420...

Signature or authentication of the Guarantor (an individual)

X _____
NO TITLE    Date

---

CONFIDENTIAL                    ©2016 CIT Group Inc. All rights reserved.

# DIRECTCAPITAL

### A Division of CIT Bank, N.A.

**MASTER EFA AGREEMENT Page 2 of 3**

This is not a true and correct copy as it does not include Dan at www.docusign.net

Master EFA Agreement #ME 00388723

**9. TAXES:** You agree to pay when due or at a frequency set by Us all taxes (including sales, use, and personal property tax, fines and penalties) and fees relating to the EFA or the Equipment. If We make payment on any of the above, You agree to reimburse Us.

**10. INSURANCE.** You agree to keep the Equipment fully insured against loss, theft, damage, destruction with Us as loss payee and additional insured in an amount not less than the original cost of the Equipment for the term of each Schedule. You also agree to obtain a general public liability insurance policy from a provider and in amounts acceptable to Us and name Us as an additional insured on the policy. You agree to provide Us certificates or other evidence of insurance acceptable to Us before each Schedule commences, prior to each insurance renewal and within 10 days of Our request. You agree that if said insurance is not received by Us, is cancelled or expires and is not replaced, We have the right, but not the obligation, to secure insurance on the Equipment from a carrier of Our choosing in such forms and amounts as We deem reasonable to protect Our interest. Insurance We secure will not name You as an insured and may not fully protect Your interests and You will pay Us an insurance charge that will include a premium, which may be substantially higher than the premium that You would pay if placed independently. In addition to the premium, You will pay Us a fee that will include an interest charge and administrative and processing fees, which will result in profit to Us and Our agents. At any time, You can avoid these costs by delivering the required proof of insurance to Us. **Nothing in this paragraph will relieve You of Your responsibility for liability insurance coverage on the Equipment.** We may negotiate and settle for Our benefit all property damage claims and all liability claims involving Us or the Equipment and may sign or endorse Your name on any draft, check or instrument representing insurance proceeds covering the Equipment. We shall retain any physical damage insurance proceeds arising out of a theft, loss or damage up to the full amount owed under the EFA. You will remain responsible for any deficiency.

**11. PAYMENTS, INTERIM PAYMENT, FEES & OTHER CHARGES, RATE FACTOR:** You agree to pay Us the periodic payments for the term (including any extensions) of the EFA in accordance with each Schedule plus any applicable sales tax, use tax or property tax. We have the right to apply all sums received from You to any amounts due Us pursuant to the EFA. You agree to pay Us a nonrefundable documentation fee plus all other reasonable fees associated with the EFA, including, but not limited to, credit inquiry, site inspection, appraisal, UCC search and filing, titling fees and costs, including a termination fee of up to $379, unless otherwise noted, payable upon termination of each Schedule. Your signature or other authentication is an irrevocable offer to enter into the EFA. In the event that You sign or otherwise authenticate the EFA, but the EFA is not commenced, the advance payments, documentation fee and security deposit may be retained by Us to compensate for Our documentation, processing and other expenses. A late payment charge of 15% of the amount due will be assessed on any payment not paid within 3 days of the due date; interest on any delinquent amount due shall be charged from the due date until paid at the highest legal rate. You also agree to pay Our standard NSF fee for each payment returned for insufficient funds. You agree to pay Us, upon receipt of Your first invoice, "Interim Payment", which is a partial payment for the use of the Equipment or loan proceeds prior to the first regular payment due date. Interim Payment shall be in an amount equal to 1/30th of the monthly payment, multiplied by the number of days from the Commencement Date to the first payment due date payable up on receipt of invoice. **Rate Factor:** Each monthly payment includes, in addition to reimbursement of Equipment cost or loan amount, a return on Our investment expressed as the rate factor which can be characterized as a finance charge. Equipment cost or loan amount is the payment divided by the Rate Factor. The total dollar amount of the finance charge is equal to the payment times the term plus the processing fees less Equipment cost or loan amount.

**12. COMPUTER SOFTWARE:** Notwithstanding any other terms of the EFA, You agree that as to software only: We have not had, do not have, nor will have any title to such software; You have executed or will execute or otherwise authenticate a separate software license agreement; and We are not a party to and have no responsibilities whatsoever in regard to such license agreement; You have selected the software as per the Equipment paragraph of the EFA; and **We make no warranties of merchantability, data accuracy, system integration or fitness for use and take absolutely no responsibility for the function or defective nature of such software.**

**13. EQUIPMENT OWNERSHIP:** You are the owner of the Equipment under each Schedule as applicable and have title to the Equipment subject to Our lien. You agree to keep the Equipment free and clear of all liens, claims and encumbrances. We have the right to inspect the Equipment at any time.

**14. UCC FILINGS:** To secure Your obligations under the EFA, You hereby grant Us a first priority security interest in the Equipment and authorize Us to file UCC Financing Statements or similar instruments in Our Name or that of Our secured party representative to perfect such interest. "Equipment" includes all replacements, parts, repairs, additions, accessions and accessories incorporated in the Equipment or affixed to the Equipment and any and all proceeds of the foregoing, including, without limitation, insurance proceeds. To secure Your obligations under the EFA, You also hereby grant Us a security interest in all of Your right, title and interest in and to all of Your chattel paper, goods, inventory, equipment (other than the Equipment), accounts, accounts receivable, documents, instruments, general intangibles, payment intangibles, investment property, rents, income, securities, fixtures and other property, whether now existing or owned by You or hereafter arising or acquired by You, and in all proceeds, including insurance proceeds, thereof (collectively "Collateral"), and authorize Us to file UCC Financing Statements or similar instruments in Our name or that of Our secured party representative to perfect such interest.

**15. DEFAULT & REMEDIES:** You will be in default if: You fail to make any required payment under the EFA when due; You fail to perform any other obligation of the EFA or other agreement with Us; any representation or warranty made by You is false; a material adverse change (as determined by Us) occurs in Your financial condition or We believe the prospect of payment is impaired; You enter or have entered against You insolvency, bankruptcy or similar proceedings; the death of a personal guarantor occurs or You attempt to repudiate or revoke any agreement with Us ("Default"). If You are ever in Default, We, with or without notice to You, may retain Your security deposit; terminate or cancel the EFA or any of Our obligations to You, require that You pay the unpaid remaining payments (discounted at 4%), the amount of any purchase option and late changes, taxes, fees and interest on the same; sue for and recover from You any and all amounts due Us; enter the Equipment and Collateral location and repossess and remove, or render unusable, the Equipment and Collateral; require You to make the Equipment and Collateral available to Us at a location determined by Us; sell or lease the Equipment and Collateral to any party without notice under such terms and conditions as We alone shall determine; refer the EFA to an attorney for collection and pursue all other remedies available to Us under the EFA, any agreement, any applicable law or the UCC. You agree to pay all costs and expenses related to collection or repossession, including attorneys' fees. You agree that any delay or failure to enforce Our rights under the EFA does not prevent Us from enforcing any rights at a later time. **You agree that We will not be responsible to pay You any consequential or incidental damages you claim under the EFA.**

**16. FAX & ELECTRONIC DOCUMENTS:** No modification to the EFA as supplied by Us to You shall be effective unless agreed to in writing or other authentication by Us. A fax or copy version of Your signature on the EFA when received by Us shall be binding on You for all purposes as if originally signed. Each of this Master EFA and each Schedule shall only become binding against Us when actually signed or otherwise authenticated by Us. Both You and We agree that the written version of the EFA containing Our original signature and Your original, fax or copy signature may constitute the original authoritative version; and that the electronic version of the EFA which has been authenticated by You and Us in accordance with applicable law and controlled by the Owner (pursuant to the rules and regulations of eOriginal, Inc.) shall constitute the original authoritative version of the EFA; provided that if the "Paper Out" process shall have occurred pursuant to the eOriginal product Reference Guide, and there shall simultaneously exist both the "Paper Out" printed version and an electronic version of the EFA, then the "Paper Out" printed version of the EFA as identified in the eOriginal audit record and corresponding affidavit shall constitute the sole authoritative version. Both You and We hereby agree that the EFA may be authenticated by electronic means, and expressly consent to the use of the electronic version of the EFA to embody the entire agreement and the understanding between You and Us. You wish to continue to receive information at Your fax and/or email addresses. The EFA may be executed in any number of counterparts, and all such counterparts, taken together, shall constitute one and the same instrument. Reference herein to eOriginal shall mean eOriginal, Inc., Baltimore, MD, or any successor electronic custodian appointed by Us.

**17. CELL PHONE CONSENT:** You agree that by providing Us with a telephone number for a cellular phone or other wireless device, You are expressly consenting to receiving communications – including but not limited to prerecorded or artificial voice message calls, text messages, and calls made by an automatic telephone dialing system – from Us and Our assigns, affiliates and agents to You at that number. This express consent applies to each such telephone number that you provide to Us now or in the future and permits such calls regardless of their purpose. These calls and messages may incur access fees from your cellular provider.

**ACCEPTED:**

**Customer:** Victory Cleaning Systems, Inc.

DocuSigned by:

X _Daniel Brown_        1/23/2017
Daniel Brown        Individual / Owner        Date
FB856207A31E420...

**Secured Party:** CIT Bank, N.A.

DocuSigned by:

X _Jonathan Moynahan_    1/25/2017
Jonathan Moynahan    Authorized Representative        Date
0265FEA636184C3...

CONFIDENTIAL                    ©2016 CIT Group Inc. All rights reserved.

**CIT.**

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

## EQUIPMENT SCHEDULE #DCC-1656369
### Master EFA Agreement #ME00388723

**This Equipment Schedule** is subject to all of the terms and conditions of the referenced Master EFA Agreement ("Master EFA"), including, without limitation, Section 14 (UCC Filings). Each capitalized term used herein has the same meaning given to it in the referenced Master EFA unless otherwise defined herein. You have reviewed and acknowledge all terms of this EFA. **Please sign or authenticate where noted.**

### CUSTOMER INFORMATION: Please verify this section and complete any missing information

**Customer:** Victory Cleaning Systems, Inc. DBA Victory Cleaning Systems

**Billing Address:** 10667 Widmer Rd.

| City: Lenexa | State: KS | Zip: 66215 | County: |
|---|---|---|---|

| Federal Tax ID: 494949751 | State of Incorporation: KS |
|---|---|

| Business Phone: (913) 269-2103 | Fax: | Email: dan@vcleaning.com |
|---|---|---|

### EQUIPMENT DESCRIPTION:

All personal property as set forth on the below Invoice number(s) dated as listed, including all attachments, accessories and inclusions per Invoice and all replacement parts, additions, repairs, accessions, attachments and accessories now or hereafter incorporated in or affixed to it, the "Equipment".

**Supplier(s) and Invoice Number(s):**

Refer to Buy Manufacturers Direct Invoice #2218
Pay Proceeds Direction (ELF) for $10,977.37 payable to Victory Cleaning Systems, Inc

See the attached Invoice(s) for Equipment listing purposes only. You acknowledge that You are choosing to finance the purchase of this Equipment over time per the terms and conditions of this EFA rather than the cash price listed on the invoice(s).

**Equipment Location** (if different from billing): 10667 Widmer Rd.  Lenexa  KS 66215

### EFA TERMS and CONDITIONS:

Your Monthly Payment is set forth below, which is due in advance on the due date to be established by Us on our acceptance of this Schedule. This Schedule shall commence upon Our written acceptance or other authentication on the "Commencement Date" (provided below), the occurrence of which is described in the Master EFA. Upon the occurrence of the Commencement Date, this shall become a noncancelable, irrevocable agreement; it cannot be cancelled or terminated.

| EFA TERM: | MONTHLY PAYMENT: | UPFRONT PAYMENT AMOUNTS: | |
|---|---|---|---|
| 72 Months | $635.33 | Security Deposit | $0.00 |
| (term is monthly unless otherwise indicated) | | Advance Payment | $635.33 |
| Rate Factor: 0.0181882 | | Processing Fees | $499.00 |

**Delivery Guaranty Option:** If this option is elected, in reliance on Your promise to pay Us and subject to EFA terms, We may, subject to credit approval, pay Supplier(s) prior to Equipment delivery. In such case, You understand that despite the fact that some or all of the Equipment has not been delivered or installed, You authorize Us to pay Supplier(s) and Your obligations under this EFA will commence immediately and are absolute and unconditional. You understand and agree that if You are not satisfied with any part of the Equipment, You will only look to persons other than Us, such as Supplier(s), manufacturer, vendor, installer or carrier, and shall not: (i) assert against Us any claim or defense that You may have with the Equipment, installation or delivery and (ii) withhold, set off or reduce any payment due under this EFA by reason thereof.

Election of the Delivery Guaranty Option is made separately.

**Pay Proceeds Direction:** You hereby irrevocably instruct Us to disburse proceeds of this EFA to the Supplier(s) listed above in the amounts listed on the attached Invoice(s). Disbursement by Us in accordance with these instructions shall be and constitute payment and delivery to and receipt by You of any and all such proceeds.

**Equipment Purchase:** If the Delivery Guaranty Option is not applicable, You authorize Us to pay Supplier(s) pursuant to the attached Invoice(s) and Your Pay Proceeds Direction. Upon signing or authenticating below, Your promises herein will be irrevocable and unconditional in all respects.

### EFA ACCEPTANCE:

| Customer: Victory Cleaning Systems, Inc. DBA Victory Cleaning Systems | Secured Party: CIT Bank, N.A. |
|---|---|
| X *Daniel Brown*          4/12/2021 | *Hillary Perron* |
| Daniel Brown      President      Date | Authorized Representative |
| | Commencement Date: 4/14/2021 |

CONFIDENTIAL          Copyright ©2021 CIT Group Inc. All rights reserved. CIT and the CIT logo are registered trademarks of CIT Group Inc.
**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT**
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for You: When You open an account, We will ask for Your name, address, date of birth, and other information that will allow Us to identify You. We may also ask to see Your driver's license or other identifying documents.

**Buy Manufacturers Direct LLC**
1384 Bungalow Road, Suite A
Morris, IL  60450 US
(815) 278-1308
info@buymanufacturersdirect.com



**BUY MANUFACTURERS DIRECT**
Straight From The Source

# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Dan Brown | Dan Brown | **INVOICE #** 2218 |
| Victory Cleaning Systems, Inc. | Victory Cleaning Systems, Inc. | **DATE** 04/08/2021 |
| 10667 Widmer Rd. | 10667 Widmer Rd. | **DUE DATE** 04/15/2021 |
| Lenexa, KS 66215 | Lenexa, KS 66215 | **TERMS** Credit Card or Bank Wire |
| 913-269-2103 | 913-269-2103 | |

**SHIP VIA**
FedEx Freight

| DATE | SKU | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 432418001 | Prep/Master 2418LP Floor Grinding Machine (Propane) *Demo machine - 30 hours* Serial #1420 | 1 | 22,705.00 | 22,705.00 |
| | 570000031 | EG Metal Adapter – Velcro Attachment - (#570000031) | 12 | 29.50 | 354.00 |
| | S11-ST2M0-1 | Inland Double seg trap for STI quick change - 30 Grit Medium Bond - (#S11-ST2M0-1) | 12 | 39.95 | 479.40 |

| | | |
|---|---|---|
| BMD - Bank of America | SUBTOTAL | 23,538.40 |
| Acct# 2370 3887 0460 | SHIPPING | 415.00 |
| Routing# 026 009 593 | TOTAL | 23,953.40 |
| | BALANCE DUE | **$23,953.40** |

Customer is responsible for all local and federal sales taxes.

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net



# PREPAYMENT ADDENDUM

**Eq. Schedule No. DCC-1656369**

This Prepayment Addendum ("Addendum") supplements and amends that certain equipment finance agreement identified by the schedule number set forth above ("Schedule") between Direct Capital, a Division CIT Bank, N.A., as secured party ("Direct Capital"), and Victory Cleaning Systems, Inc. DBA Victory Cleaning Systems,.as customer ("Customer"), and pertaining to the property being financed by and described in the Schedule.  The following is hereby added as a new section to the Schedule:

"**Prepayment**: Notwithstanding any other provision of this Schedule to the contrary, and provided no Default has occurred under this Schedule or any other agreement with Direct Capital, Customer may prepay this Schedule at any time, in whole but not in part, by paying Direct Capital an amount equal to the Unpaid Balance. "Unpaid Balance" shall mean, with respect to this Schedule, as of the date of any such permitted prepayment thereunder, the sum of; (i) all amounts then due and owing by you under this Schedule, plus (ii) the discounted present value of all future monthly scheduled payments to be owed by you during the balance of the term of this Schedule, calculated using a discount rate equal to (A) 4% if the prepayment is made during the first half of the contract term of this Schedule, or (B) the rate that was used by Direct Capital to calculate the monthly payment amount payable under this Schedule if the prepayment is made during the second half of the contract term of this Schedule, plus (iii) plus all applicable taxes, if any, arising out of such prepayment. Direct Capital shall specify the Unpaid Balance which, absent manifest error, shall be binding and conclusive.  No prepayment penalty shall be added to the Unpaid Balance."

You agree that a facsimile or other copy of this Addendum, as executed, shall be deemed the equivalent of an originally executed copy for all purposes, and except as amended by this Addendum, the Schedule remains in full force and effect.

**Customer:** Victory Cleaning Systems, Inc. DBA Victory Cleaning Systems

DocuSigned by:

X __Daniel Brown_____     4/12/2021
Daniel Brown                                              (Date)
B066207A31E420...

**ACCEPTED BY CIT Bank, N.A.**

DocuSigned by:

X __Hillary Perron_____     4/14/2021
Hillary Perron                                             (Date)
25CD6BA77AF1467...

CONFIDENTIAL

Copyright ©2021
CIT Group Inc. All rights reserved. CIT and the CIT logo are registered trademarks of CIT Group Inc.

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net



**EXHIBIT C**

## ADDENDUM TO AGREEMENT
## ADDITIONAL COLLATERAL AGREEMENT

**Eq. Schedule No. DCC-1557486**

In consideration of financial accommodations provided by Secured Party to Customer, the undersigned Customer hereby grants to Secured Party a security interest in the property described below ("Additional Collateral") to secure performance of all of the Customer's obligation under the Agreement #ME00388723 and/or the Customer's guaranty of such obligations. Customer warrants that it has title to the Additional Collateral and the same is owned free and clear of all encumbrances. Customer agrees to execute any and all documents that Secured Party deems necessary to perfect the security interest granted hereby. Customer agrees to pay before delinquency all taxes levied against the Additional Collateral. Customer will also keep the Additional Collateral insured to its full value and in good repair. Without the prior written consent of Secured Party, Customer will not sell or lease the Additional Collateral or any interest therein. Secured Party may at its option, pay any tax, or other charges payable by Customer, and any amount so paid, with interest thereon at the maximum rate permitted by law shall be secured hereby and shall be payable by Customer on demand.

Customer agrees that in the event Customer defaults on its obligations under the Agreement, Secured Party shall be entitled to take possession of the Additional Collateral and exercise all the remedies provided by law with respect thereto without first proceeding against the Customer, the property of the Agreement, or any guarantor of the Customer's obligations. These rights include, without limitation, the right to sell, lease or otherwise dispose of the Additional Collateral and apply the proceeds there from against the Customer's obligations under the Agreement after deduction of the costs and expenses of such disposition. Customer agrees to pay all attorneys fees and costs incurred by the Secured Party in the exercise of its remedies hereunder and payment of such expenses are secured hereby.

**ADDITIONAL COLLATERAL DESCRIPTION:**

**2014 Chervolet HIGH Cube Van 1GB0G2CA9E1120283**
**2012 GMC Magnavan 1GD072CGXC1176130**

**AN ELECTRONIC VERSION OF THIS DOCUMENT SHALL BE CONSIDERED AN ORIGINAL.**

Secured Party: **CIT Bank, NA Systems**

BY: *Stephanie Gamm*
B580808DA5ED444...

ITS: Stephanie Gamm

DATE: 11/18/2019

Customer: **Victory Cleaning Systems, Inc. DBA Victory Cleaning Systems**

BY: *Daniel Brown*
Daniel Brown

ITS: President AND INDIVIDUALLY   (Title)

DATE: 11/18/2019

*363495, 092007C*

Copyright ©2019
CIT Group Inc. All rights reserved. CIT and Direct Capital and their logos are registered trademarks of CIT Group Inc. CIT Bank, N.A. is a subsidiary of CIT Group Inc. Direct Capital is a division of CIT Bank, N.A.

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

**CIT.**

# ADDENDUM TO SCHEDULE DCC-1557486
Master EFA Agreement ME00388723

This **TITLED VEHICLE** Addendum amends the referenced EFA Schedule to add the terms and conditions outlined below. Each capitalized term has the same meaning given to it in the referenced EFA Schedule unless otherwise defined here. **Please complete & sign where noted. If you have any questions please call us at 800-999-9942.**

**CUSTOMER:**

| Name: Victory Cleaning Systems, Inc. | Billing Address: 10667 Widmer Rd. | |
|---|---|---|
| City: Lenexa | State: KS | Zip: 66215 |

**TITLED VEHICLE DETAILED EQUIPMENT INFORMATION: VIN, Year, Make, Model**

```
,2014 Chevrolet Van 1GB0G2CA9E1120283
2012 GMC Magnavan 1GD072CGXC1176130
```

Vehicle Titling Direction: The vehicle(s) must be titled with the following owner & lienholder:

**Owner:** Victory Cleaning Systems, Inc.

10667 Widmer Rd.

Lenexa, KS 66215

**Lienholder:** CIT Bank, N.A.
155 Commerce Way
Portsmouth
NH
03801

**Titled Vehicle Terms:** As the Equipment financed includes one or more items which are titled as identified above, You agree if We are doing the title work to provide to Us the seller's original title documentation for each item of Equipment within one business day of our payment to such seller. You agree that if You or the seller are doing the title work to immediately title, or cause to be titled, the Equipment in accordance with the Vehicle Titling Direction as set forth above and to provide Us with a processed title application receipt as endorsed by the applicable State listing Us as Lienholder on the title(s) within thirty days of funds being disbursed to the seller by Us. You agree to execute all required title application and transfer documents as required by Us and the applicable state and to cooperate fully and in a timely manner with Us in the titling process. You agree to pay an administration fee of $99 per month for each month that We have not received the properly issued title with Us listed as Lienholder on each item of Equipment, beginning 90 days after the Commencement Date of the referenced EFA Schedule.

**Location:** You agree that you are responsible for maintaining records showing the location of each item of Equipment. You will provide such records and location to Us upon Our request.

**Additional Warranty Disclaimer:** In addition to the warranty disclaimers included in the Master EFA, YOU REPRESENT AND WARRANT THAT THE EQUIPMENT IS NOW AND AT ALL TIMES HEREAFTER WILL CONTINUE TO BE IN FULL COMPLIANCE WITH ALL FEDERAL, STATE AND LOCAL LAWS. WE SPECIFICALLY MAKE NO WARRANTIES OR REPRESENTATIONS AS TO THE SAFETY OF SUCH EQUIPMENT. YOU ACKNOWLEDGE THAT SUCH EQUIPMENT IS EXTREMELY HAZARDOUS WHEN NOT ASSEMBLED, USED OR DISMANTLED PROPERLY. YOU FURTHER ACKNOWLEDGE THAT YOU HAVE RECEIVED AND REVIEWED ALL SAFETY INFORMATION PROVIDED BY THE MANUFACTURER AND/OR SELLER. YOU ASSUME ALL RISKS AND RESPONSIBILITIES ASSOCIATED WITH THE USE OF SUCH EQUIPMENT. YOU SPECIFICALLY ACKNOWLEDGE YOUR DUTY TO USE THE EQUIPMENT WITH DUE CARE AND FOR THE PURPOSE FOR WHICH IT WAS INTENDED. YOU AGREE TO ABIDE BY AND COMPLY WITH ALL SAFETY REQUIREMENTS OF THE MANUFACTURER AND/OR SELLER AS WELL AS ALL FEDERAL, STATE AND LOCAL LAWS RELATED TO THE USE OF THE EQUIPMENT.

**Power of Attorney:** Owner hereby names and appoints Lienholder as its true and lawful attorney-in-fact, to act in its name, place and stead, with the full power to do and perform the following: To apply for an original or duplicate Certificate of Title to register, transfer title, or record a lien on the Equipment identified in this Titled Vehicle Addendum, and to execute, acknowledge, deliver and record all applications, documents and instruments that may be necessary to complete the foregoing on its behalf. Owner agrees that if additional documentation or action is required to complete the foregoing, Owner will promptly upon Lienholder's request execute such additional documentation (and have Owner's signature duly notarized if required) and/or take such additional action.

**Insurance:** Please refer to the Master EFA as to Your requirements to maintain property and liability policies in place naming Us as Additional Insured and Loss Payee and related requirements and terms. Without limiting the terms of the Master EFA, You are required, prior to the commencement of the referenced EFA Schedule, and upon renewal of Your insurance policy related to the Equipment and within 10 days of Our request, to maintain and deliver proof of property and liability insurance on the Equipment naming Us as Loss Payee and Additional Insured (and related requirements and terms). The referenced EFA Schedule will not be commenced until this requirement has been satisfied.

Failure to comply with any of the terms and conditions outlined in this Titled Vehicle Addendum shall be deemed a Default.

Agreed:

| Customer: Victory Cleaning Systems, Inc. | | Secured Party: CIT Bank, N.A. | |
|---|---|---|---|
| X *Daniel Brown* | 10/24/2019 | X *Stephanie Gamm* | 11/19/2019 |
| Daniel Brown FB656207A31E420... | (Date) | Authorized Representative 9F3705CF8EB7407... | (Date) |

CONFIDENTIAL

**CIT.**

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

# EXHIBIT D

**ADDENDUM TO SCHEDULE** DCC-1565835
Master EFA Agreement ME00388723

This **TITLED VEHICLE** Addendum amends the referenced EFA Schedule to add the terms and conditions outlined below. Each capitalized term has the same meaning given to it in the referenced EFA Schedule unless otherwise defined here. **Please complete & sign where noted. If you have any questions please call us at 800-999-9942.**

| CUSTOMER: | | |
|---|---|---|
| Name: Victory Cleaning Systems, Inc. DBA Victory Cleaning Systems | Billing Address: 10667 Widmer Rd. | |
| City: Lenexa | State: KS | Zip: 66215 |

| TITLED VEHICLE DETAILED EQUIPMENT INFORMATION: VIN, Year, Make, Model |
|---|
| ,,,  2015 FORD F150 1FTEW1EP6FKE85418 |

Vehicle Titling Direction: The vehicle(s) must be titled with the following owner & lienholder:

**Owner:** Victory Cleaning Systems, Inc. DBA Victory
Cleaning Systems
10667 Widmer Rd.
Lenexa, KS 66215

**Lienholder:** CIT Bank, N.A.
155 Commerce Way
Portsmouth
NH
03801

**Titled Vehicle Terms:** As the Equipment financed includes one or more items which are titled as identified above, You agree if We are doing the title work to provide to Us the seller's original title documentation for each item of Equipment within one business day of our payment to such seller. You agree that if You or the seller are doing the title work to immediately title, or cause to be titled, the Equipment in accordance with the Vehicle Titling Direction as set forth above and to provide Us with a processed title application receipt as endorsed by the applicable State listing Us as Lienholder on the title(s) within thirty days of funds being disbursed to the seller by Us. You agree to execute all required title application and transfer documents as required by Us and the applicable state and to cooperate fully and in a timely manner with Us in the titling process. You agree to pay an administration fee of $99 per month for each month that We have not received the properly issued title with Us listed as Lienholder on each item of Equipment, beginning 90 days after the Commencement Date of the referenced EFA Schedule.

**Location:** You agree that you are responsible for maintaining records showing the location of each item of Equipment. You will provide such records and location to Us upon Our request.

**Additional Warranty Disclaimer:** In addition to the warranty disclaimers included in the Master EFA, YOU REPRESENT AND WARRANT THAT THE EQUIPMENT IS NOW AND AT ALL TIMES HEREAFTER WILL CONTINUE TO BE IN FULL COMPLIANCE WITH ALL FEDERAL, STATE AND LOCAL LAWS. WE SPECIFICALLY MAKE NO WARRANTIES OR REPRESENTATIONS AS TO THE SAFETY OF SUCH EQUIPMENT. YOU ACKNOWLEDGE THAT SUCH EQUIPMENT IS EXTREMELY HAZARDOUS WHEN NOT ASSEMBLED, USED OR DISMANTLED PROPERLY. YOU FURTHER ACKNOWLEDGE THAT YOU HAVE RECEIVED AND REVIEWED ALL SAFETY INFORMATION PROVIDED BY THE MANUFACTURER AND/OR SELLER. YOU ASSUME ALL RISKS AND RESPONSIBILITIES ASSOCIATED WITH THE USE OF SUCH EQUIPMENT. YOU SPECIFICALLY ACKNOWLEDGE YOUR DUTY TO USE THE EQUIPMENT WITH DUE CARE AND FOR THE PURPOSE FOR WHICH IT WAS INTENDED. YOU AGREE TO ABIDE BY AND COMPLY WITH ALL SAFETY REQUIREMENTS OF THE MANUFACTURER AND/OR SELLER AS WELL AS ALL FEDERAL, STATE AND LOCAL LAWS RELATED TO THE USE OF THE EQUIPMENT.

**Power of Attorney:** Owner hereby names and appoints Lienholder as its true and lawful attorney-in-fact, to act in its name, place and stead, with the full power to do and perform the following:  To apply for an original or duplicate Certificate of Title to register, transfer title, or record a lien on the Equipment identified in this Titled Vehicle Addendum, and to execute, acknowledge, deliver and record all applications, documents and instruments that may be necessary to complete the foregoing on its behalf.  Owner agrees that if additional documentation or action is required to complete the foregoing, Owner will promptly upon Lienholder's request execute such additional documentation (and have Owner's  signature duly notarized if required) and/or take such additional action.

**Insurance:** Please refer to the Master EFA as to Your requirements to maintain property and liability policies in place naming Us as Additional Insured and Loss Payee and related requirements and terms.  Without limiting the terms of the Master EFA, You are required, prior to the commencement of the referenced EFA Schedule, and upon renewal of Your insurance policy related to the Equipment and within 10 days of Our request, to maintain and deliver proof of property and liability insurance on the Equipment naming Us as Loss Payee and Additional Insured (and related requirements and terms). The referenced EFA Schedule will not be commenced until this requirement has been satisfied.

Failure to comply with any of the terms and conditions outlined in this Titled Vehicle Addendum shall be deemed a Default.

| Agreed: | |
|---|---|
| Customer: Victory Cleaning Systems, Inc. DBA Victory Cleaning Systems | Secured Party:  CIT Bank, N.A. |
| DocuSigned by: | DocuSigned by: |
| X _Daniel Brown_    11/19/2019 | X _Noelle Michaud_ |
| Daniel Brown  FB656207A31E420...    (Date) | Authorized Representative  AC6A669B97404C...    (Date) |

CONFIDENTIAL



THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

## EQUIPMENT SCHEDULE #DCC-1565835
### Master EFA Agreement #ME00388723

This Equipment Schedule is subject to all of the terms and conditions of the referenced Master EFA Agreement ("Master EFA"), including, without limitation, Section 14 (UCC Filings). Each capitalized term used herein has the same meaning given to it in the referenced Master EFA unless otherwise defined herein. You have reviewed and acknowledge all terms of this EFA. **Please sign or authenticate where noted.**

### CUSTOMER INFORMATION: Please verify this section and complete any missing information

**Customer:** Victory Cleaning Systems, Inc. DBA Victory Cleaning Systems

**Billing Address:** 10667 Widmer Rd.

| City: Len | tate: KS | Zip: 66215 | County: |
|---|---|---|---|

Federal

Busines:                    Fax:

### EQUIPMENT DESCRIPTION:

All personal property as set forth on the below Invoice number(s) dated as listed, including all attachments, accessories and inclusions per Invoice and all replacement parts, additions, repairs, accessions, attachments and accessories now or hereafter incorporated in or affixed to it, the "Equipment".

**Supplier(s) and Invoice Number(s):**

REFER TO FORD CREDIT PAYOFF DATED 11/26/2019
PAY PROCEEDS OF $9,907.35 TO VICTORY CLEANING SYSTEMS INC

See the attached Invoice(s) for Equipment listing purposes only. You acknowledge that You are choosing to finance the purchase of this Equipment over time per the terms and conditions of this EFA rather than the cash price listed on the invoice(s).

**Equipment Location** (if different from billing): 10667 Widmer Rd. Lenexa KS 66215

### EFA TERMS and CONDITIONS:

Your Monthly Payment is set forth below, which is due in advance on the due date to be established by Us on our acceptance of this Schedule. This Schedule shall commence upon Our written acceptance or other authentication on the "Commencement Date" (provided below), the occurrence of which is described in the Master EFA. Upon the occurrence of the Commencement Date, this shall become a noncancelable, irrevocable agreement; it cannot be cancelled or terminated.

| EFA TERM: | MONTHLY PAYMENT: | UPFRONT PAYMENT AMOUNTS: |
|---|---|---|
| 60 Months | $621.40 | Security Deposit    $0.00 |
| (term is monthly unless otherwise indicated) | | Advance Payment    $621.40 |
| | | Processing Fees    $550.00** |
| Rate Factor: 0.0215329 | | **(Processing fees are included in the financed amount) |

**Delivery Guaranty Option:** If this option is elected, in reliance on Your promise to pay Us and subject to EFA terms, We may, subject to credit approval, pay Supplier(s) prior to Equipment delivery. In such case, You understand that despite the fact that some or all of the Equipment has not been delivered or installed, You authorize Us to pay Supplier(s) and Your obligations under this EFA will commence immediately and are absolute and unconditional. You understand and agree that if You are not satisfied with any part of the Equipment, You will only look to persons other than Us, such as Supplier(s), manufacturer, vendor, installer or carrier, and shall not: (i) assert against Us any claim or defense that You may have with the Equipment, installation or delivery and (ii) withhold, set off or reduce any payment due under this EFA by reason thereof.

Election of the Delivery Guaranty Option is made separately.

**Pay Proceeds Direction:** You hereby irrevocably instruct Us to disburse proceeds of this EFA to the Supplier(s) listed above in the amounts listed on the attached Invoice(s). Disbursement by Us in accordance with these instructions shall be and constitute payment and delivery to and receipt by You of any and all such proceeds.

**Equipment Purchase:** If the Delivery Guaranty Option is not applicable, You authorize Us to pay Supplier(s) pursuant to the attached Invoice(s) and Your Pay Proceeds Direction. Upon signing or authenticating below, Your promises herein will be irrevocable and unconditional in all respects.

### EFA ACCEPTANCE:

| Customer: Victory Cleaning Systems, Inc. DBA Victory Cleaning Systems | Secured Party: CIT Bank, N.A. |
|---|---|
| X *Daniel Brown*        11/19/2019 | DocuSigned by: X *Noelle Michaud* |
| Daniel Brown    President    Date | Authorized Representative |
| EB856207A31F420 | AC6A869B3740ACC... |
| | Commencement Date: 12/2/2019 |

CONFIDENTIAL Copyright ©2019 CIT Group Inc. All rights reserved. CIT and Direct Capital and their logos are registered trademarks of CIT Group Inc. CIT Bank, N.A. is a subsidiary of CIT Group Inc. Direct Capital is a division of CIT Bank, N.A.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for You: When You open an account, We will ask for Your name, address, date of birth, and other information that will allow Us to identify You. We may also ask to see Your driver's license or other identifying documents.

**EXHIBIT E**

## **DDI** Technology
# Premier eTitleLien®

# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 1GB0G2CA9E1120283 | 2014 | CHEV | High C | | | |

| Weight | New/Used | Title Number | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| | | AA9385652 | 622 | KS | |

**Full Name of Owner(s)**
Victory Cleaning Systems
10667 Widmer Rd
Lenexa, KS 662152000

**Liens(s)**
CIT BANK N.A.
155 Commerce Way
Portsmouth, NH 038013243

Lien Date: 11-15-2019
ELT Number: 264382801
LTN: LTN191116-1

\* Information has been supplied by the lienholder, not the state titling agency.

Document ID: QA2OQPAIEC

**THIS IS NOT A TITLE**
This is an official Premier eTitleLien® Report
generated by a customer of DDI Technology.



**DDI** Technology

## ■■ DDI Technology
# ■■ Premier eTitleLien®

# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 1GD072CGXC1176130 | 2012 | GMC | Magnav | | | |

| Weight | New/Used | Title Number | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| | | AA9385679 | 633 | KS | |

**Full Name of Owner(s)**
Victory Cleaning Systems
10667 Widmer Rd
Lenexa, KS 662152000

**Liens(s)**
CIT BANK N.A.
155 Commerce Way
Portsmouth, NH 038013243

Lien Date: 11-15-2019
ELT Number: 264382801
LTN: LTN191116-2

\* Information has been supplied by the lienholder, not the state titling agency.

Document ID: YBT1WDUYXB

## THIS IS NOT A TITLE
This is an official Premier eTitleLien® Report
generated by a customer of DDI Technology.


**DDI** Technology



Kansas Department of Revenue

Division of Vehicles

Topeka, KS 66626-0001



KS 2020
NOV
909MTK

## REGISTRATION RECEIPT

### Title Held Electronically

Victory Cleaning Systems Inc

10667 Widmer Rd

Lenexa, KS 662152000

Renew by last day of November

Enforcement Date 1st Day of December

| | | |
|---|---|---|
| **Johnson County** | **PLATE TYPE:** Standard | **PLATE#:** 909MTK |
| **DATE:** 12/27/2019 | **VEHICLE TYPE:** Truck | **REGISTRATION EXPIRES:** 11/30/2020 |

Victory Cleaning Systems Inc

10667 Widmer Rd
Lenexa, KS 662152000

**VIN:** 1FTEW1EP6FKE85418

**MAKE:** FORD

**MODEL:** F150

**STYLE:** PK

**Purchase/Rec'd Date:** 12/07/2019

**Usage:** Regular

**Mileage Status:** Actual

**Year:** 2015

**EMPTY WT:** 4735

**DECLARED WT:** 12000

**MILEAGE:** 87604

### FEE SUMMARY

| | |
|---|---|
| Current Reg./Srvc. | $44.92 |
| Property Tax | $374.38 |
| Mod. Fee | $4.00 |
| Special Plate Fee(s) | $0.50 |

CIT Bank NA
155 Commerce Way
Portsmouth, NH 038013243

I hereby affirm and certify that I am a resident/ have a bona fide place of business in this county, am an owner of and have in effect financial security for the above vehicle as required by law, have disclosed/verified any/all liens for, am entitled to the license plate issued, and that the information listed on this application is true and correct. **FALSE CERTIFICATION CAN RESULT IN CRIMINAL PROSECUTION UNDER PENALTY OF LAW.**

**OWNER'S SIGNATURE(S)** _____

**INSURANCE:   AMERICAN FAMILY INSURANCE COMPANY**          **Policy #:** 15x9054701
                                                                                                          **Expiration:** 06/09/2020

| Situs: Johnson | Property Tax Statement | | Prior Year(s) Tax | | Current Year | |
|---|---|---|---|---|---|---|
| Tax Unit    607 | Prev Tax Value | $0.00 | Tax | $0.00 | Tax | $374.38 |
| Class Code:   032 | New Tax Value | $3,993.35 | Penalty | $0.00 | Penalty | $0.00 |
| | | | Credit | $0.00 | Credit | $0.00 |
| | | | Total | $0.00 | Total | $374.38 |

Tax Refund:  Prior Yr.(s):      $0.00          Current Yr.:      $0.00          Total Refund:      $0.00



# Kansas
### Department of Revenue

Kansas Department of Revenue, Division of Vehicle, Topeka, Kansas

## Title and Registration Receipt – Lienholder Copy
## Kansas Electronic Title Record Created

**Transaction Date:** 11/15/2019        **Transaction County:** Johnson

**Primary Owner Names:** Victory Cleaning Systems

10667 Widmer Rd
Lenexa, KS 662152000

**VIN:** 1GB0G2CA9E1120283
**Year:** 2014
**Model:** High Cube Van
**Make:** CHEVROLET
**Usage:** Regular
**Plate#:** 567GKD
**Mileage:** 622 Miles       **Mileage Status:** Actual

**Lienholders:**

Cit Bank NA

Johnson County Treasurer's Office
Mailing Address: 6000 Lamar, Suite 120, Mission, KS 66202
Phone Number(913) 826-1800 Fax Number(913) 715-2510



# Kansas
### Department of Revenue

Kansas Department of Revenue, Division of Vehicle, Topeka, Kansas

## Title and Registration Receipt – Lienholder Copy
## Kansas Electronic Title Record Created

**Transaction Date:** 11/15/2019        **Transaction County:** Johnson

**Primary Owner Names:** Victory Cleaning Systems

10667 Widmer Rd
Lenexa, KS 662152000

**VIN:** 1GD072CGXC1176130
**Year:** 2012
**Model:** Magnavan
**Make:** GMC
**Usage:** Regular
**Plate#:** 031ESP
**Mileage:** 633 Miles      **Mileage Status:** Actual

**Lienholders:**


Cit Bank NA

Johnson County Treasurer's Office
Mailing Address: 6000 Lamar, Suite 120, Mission, KS 66202
Phone Number(913) 826-1800 Fax Number(913) 715-2510

**EXHIBIT F**

**First Citizens Bank.**

Date: 2/4/2026
**Customer Name: Victory Cleaning Systems, Inc.**
**Payment History for 097-0176167-000**

| Invoice # | Payment Method | Date Received | Total Check Received | Late Charge(s) | Late Charge Tax | Contract Payment | Tax Payment | Misc Received | Total Payment |
|---|---|---|---|---|---|---|---|---|---|
| 43425340 | Phone Payment | 11/20/2023 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 43221664 | ACH | 10/16/2023 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 43020600 | ACH | 09/15/2023 | $1,400.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $35.00 | $1,400.08 |
| | **Misc Due Date (YYYY/MM)** | | **Invoice #** | | **Misc Description** | **Misc Amount** | **Misc Tax** | | **Misc Total** |
| | 2023/08 | | 43020600 | | NSF | $35.00 | $0.00 | | $35.00 |
| 42824454 | Phone Payment | 08/18/2023 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 42617441 | ACH | 07/17/2023 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 42414727 | ACH | 06/15/2023 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 42214376 | ACH | 05/15/2023 | $1,601.62 | $201.54 | $0.00 | $1,365.08 | $0.00 | $35.00 | $1,601.62 |
| | **Misc Due Date (YYYY/MM)** | | **Invoice #** | | **Misc Description** | **Misc Amount** | **Misc Tax** | | **Misc Total** |
| | 2023/04 | | 42214376 | | NSF | $35.00 | $0.00 | | $35.00 |
| 42012894 | Phone Payment | 04/20/2023 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 41812659 | ACH | 03/15/2023 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 41612581 | ACH | 02/15/2023 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 41408546 | ACH | 01/17/2023 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 41208099 | ACH | 12/15/2022 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 41017207 | ACH | 11/15/2022 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 40814460 | ACH | 10/17/2022 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 40618568 | ACH | 09/15/2022 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 40425481 | ACH | 08/15/2022 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 40232967 | ACH | 07/15/2022 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 40045075 | ACH | 06/15/2022 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 39850181 | ACH | 05/16/2022 | $1,601.62 | $201.54 | $0.00 | $1,365.08 | $0.00 | $35.00 | $1,601.62 |
| | **Misc Due Date (YYYY/MM)** | | **Invoice #** | | **Misc Description** | **Misc Amount** | **Misc Tax** | | **Misc Total** |
| | 2022/04 | | 39850181 | | NSF | $35.00 | $0.00 | | $35.00 |
| 39659831 | Phone Payment | 04/20/2022 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 39476667 | ACH | 03/15/2022 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 39288830 | ACH | 02/15/2022 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 39094847 | ACH | 01/18/2022 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 38909726 | ACH | 12/15/2021 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 38721600 | ACH | 11/15/2021 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 38535451 | ACH | 10/15/2021 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 38352945 | ACH | 09/15/2021 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 38164239 | ACH | 08/16/2021 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 37978472 | ACH | 07/15/2021 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 37800130 | ACH | 06/15/2021 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 37607929 | ACH | 05/17/2021 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 37421398 | ACH | 04/15/2021 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 37235314 | ACH | 03/15/2021 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 37050729 | ACH | 02/17/2021 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 36863143 | ACH | 01/15/2021 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 36682288 | ACH | 12/15/2020 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 36488158 | ACH | 11/16/2020 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 36298587 | ACH | 10/15/2020 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |

| 36116701 | ACH | 09/15/2020 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 35920206 | ACH | 08/17/2020 | $1,365.08 | $0.00 | $0.00 | $1,365.08 | $0.00 | $0.00 | $1,365.08 |
| 35155445 | ACH | 04/15/2020 | $1,326.84 | $0.00 | $0.00 | $1,326.84 | $0.00 | $0.00 | $1,326.84 |
| 34957338 | ACH | 03/16/2020 | $1,326.84 | $0.00 | $0.00 | $1,326.84 | $0.00 | $0.00 | $1,326.84 |
| 34763414 | ACH | 02/17/2020 | $1,326.84 | $0.00 | $0.00 | $1,326.84 | $0.00 | $0.00 | $1,326.84 |
| 34571811 | ACH | 01/15/2020 | $1,326.84 | $0.00 | $0.00 | $1,326.84 | $0.00 | $0.00 | $1,326.84 |
| 34376636 | CBP11.20 | 11/21/2019 | $1,326.84 | $0.00 | $0.00 | $1,326.84 | $0.00 | $0.00 | $1,326.84 |

For more details on the charge description, please refer to the back of your invoice or visit our customer portal FAQ at
https://account.firstcitizens.com.
For help on how to register or log in, please visit https://www.firstcitizens.com/portal-login.


**First Citizens Bank.**

Date: 2/4/2026
**Customer Name: Victory Cleaning Systems, Inc.**
**Payment History for 097-0176167-000**

| Invoice # | Payment Method | Date Received | Total Check Received | Late Charge(s) | Late Charge Tax | Contract Payment | Tax Payment | Misc Received | Total Payment |
|---|---|---|---|---|---|---|---|---|---|
| 43367654 | ACH | 11/07/2023 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 43161557 | ACH | 10/10/2023 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 42958847 | ACH | 09/07/2023 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 42759209 | ACH | 08/07/2023 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 42557451 | ACH | 07/07/2023 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 42357747 | ACH | 06/07/2023 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 42154941 | ACH | 05/08/2023 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 41953579 | ACH | 04/07/2023 | $672.75 | $0.00 | $0.00 | $637.75 | $0.00 | $35.00 | $672.75 |

| | Misc Due Date (YYYY/MM) | | Invoice # | | Misc Description | | Misc Amount | Misc Tax | | Misc Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2023/03 | | 41953579 | | NSF | | $35.00 | $0.00 | | $35.00 |

| Invoice # | Payment Method | Date Received | Total Check Received | Late Charge(s) | Late Charge Tax | Contract Payment | Tax Payment | Misc Received | Total Payment |
|---|---|---|---|---|---|---|---|---|---|
| 41756567 | Phone Payment | 03/10/2023 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 41556514 | ACH | 02/07/2023 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 41350131 | ACH | 01/09/2023 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 41153404 | ACH | 12/07/2022 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 40954197 | ACH | 11/07/2022 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 40758141 | ACH | 10/07/2022 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 40565779 | ACH | 09/07/2022 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 40370413 | ACH | 08/08/2022 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 40177587 | ACH | 07/07/2022 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 39993034 | ACH | 06/07/2022 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 39795829 | ACH | 05/09/2022 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 39605419 | ACH | 04/07/2022 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 39417460 | ACH | 03/07/2022 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 39229918 | ACH | 02/07/2022 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 39042070 | ACH | 01/07/2022 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 38860556 | ACH | 12/07/2021 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 38669763 | ACH | 11/08/2021 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 38482973 | ACH | 10/07/2021 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 38303750 | ACH | 09/07/2021 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 38113107 | ACH | 08/09/2021 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 37929800 | ACH | 07/07/2021 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 37742634 | ACH | 06/07/2021 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 37556769 | ACH | 05/07/2021 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 37373373 | ACH | 04/07/2021 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 37184727 | ACH | 03/08/2021 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 36999043 | ACH | 02/08/2021 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 36811320 | ACH | 01/07/2021 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 36624725 | ACH | 12/07/2020 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 36436800 | ACH | 11/09/2020 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 36249872 | ACH | 10/07/2020 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 36058335 | ACH | 09/07/2020 | $637.75 | $0.00 | $0.00 | $637.75 | $0.00 | $0.00 | $637.75 |
| 35668383 | ACH | 08/07/2020 | $23.91 | $0.00 | $0.00 | $23.91 | $0.00 | $0.00 | $23.91 |
| 35684615 | 96984459 | 05/14/2020 | $0.00 | $0.00 | $0.00 | $7.54 | $0.00 | $0.00 | $7.54 |
| NA | 96984459 | 05/14/2020 | $0.00 | $0.00 | $0.00 | $613.84 | $0.00 | $0.00 | $613.84 |
| 35105597 | ACH | 04/07/2020 | $621.38 | $0.00 | $0.00 | $621.38 | $0.00 | $0.00 | $621.38 |
| 34904545 | ACH | 03/09/2020 | $621.38 | $0.00 | $0.00 | $621.38 | $0.00 | $0.00 | $621.38 |
| 34710393 | ACH | 02/07/2020 | $621.38 | $0.00 | $0.00 | $621.38 | $0.00 | $0.00 | $621.38 |

| 34522893 | ACH | 01/07/2020 | $579.93 | $0.00 | $0.00 | $0.00 | $0.00 | $579.93 | $579.93 |
| | Misc Due Date (YYYY/MM) | | Invoice # | | Misc Description | Misc Amount | Misc Tax | | Misc Total |
| | 2020/01 | | 34522893 | | Interim Rent | $579.93 | $0.00 | | $579.93 |
| 34522893 | CBP11.20 | 12/03/2019 | $621.40 | $0.00 | $0.00 | $621.38 | $0.00 | $0.02 | $621.40 |
| | Misc Due Date (YYYY/MM) | | Invoice # | | Misc Description | Misc Amount | Misc Tax | | Misc Total |
| | 2020/01 | | 34522893 | | Interim Rent | $0.02 | $0.00 | | $0.02 |

For more details on the charge description, please refer to the back of your invoice or visit our customer portal FAQ at https://account.firstcitizens.com.

For help on how to register or log in, please visit https://www.firstcitizens.com/portal-login.

**Exhibit G**

| CLAIM BALANCE SUMMARY AS OF 04-Feb-2026 | |
| --- | --- |
| LEASE NAME: | Victory Cleaning Systems, Inc. |
| Lease Number | 097-0064181-006 |
| Case Number | 24-40010 |
| Gross Contract Amount | $80,429.60 |
| Payments Made | $60,275.15 |
| Contract Balance | $20,154.45 |
| Residual | $0.00 |
| Number of Payments to PV | 10 |
| PV of Payments | $13,193.22 |
| PV of Residual | $0.00 |
| Past Due (excluding Tax) | $10,749.04 |
| SUBTOTAL | $23,942.26 |
| Taxes on Past due + PV Amt | $0.00 |
| Plus Late Fees | $0.00 |
| Miscellaneous Fees | $0.00 |
| Renewal Payments | |
| Plus Property Taxes | |
| Plus Other Fees | |
| Payment after C/O or Net Sale Recved | |
| Last Payment Date | 2024-01-16T00:00:00 |
| DEFICIENCY LEASE BALANCE(Sub total Plus all amts listed below sub total) | $23,942.26 |
| Accrued Interest | |
| DEFICIENCY CLAIM BALANCE PLUS Accrued Interest | $23,942.26 |

Internal

| CLAIM BALANCE SUMMARY AS OF 05-Feb-2026 | |
|---|---|
| LEASE NAME | Victory Cleaning Systems, Inc. |
| Lease Number | 097-0064181-007 |
| Case Number | 24-40010 |
| | |
| Gross Contract Amount | $37,482.36 |
| Payments Made | $27,469.72 |
| Contract Balance | $10,012.64 |
| Residual | $0.00 |
| Number of Payments to PV | 11 |
| PV of Payments | $6,747.98 |
| PV of Residual | $0.00 |
| Past Due (excluding Tax) | $5,006.32 |
| SUBTOTAL | $11,754.30 |
| Taxes on Past due + PV Amt | $0.00 |
| Plus Late Fees | $0.00 |
| Miscellaneous Fees | $0.00 |
| Renewal Payments | |
| Plus Property Taxes | |
| Plus Other Fees | |
| Payment after C/O or Net Sale Recved | |
| Last Payment Date | 2024-01-08T00:00:00 |
| DEFICIENCY LEASE BALANCE(Sub total Plus all amts listed below sub total) | $11,754.30 |
| Accrued Interest | |
| DEFICIENCY CLAIM BALANCE PLUS Accrued Interest | $11,754.30 |

.Internal