# L

## EXHIBIT L

Doc 65 - Clerk Notice: Case is NOT Closed

## EXHIBIT L -- Doc. 65, Case No. 24-40010-can11

**Court:** United States Bankruptcy Court, Western District of Missouri **Case:** Victory Cleaning Systems, Inc., No. 24-40010-can11 **Docket Entry:** Doc. 65 **Date Filed:** 10/02/2025

### Docket Text (verbatim)

> *Notice from the Clerk that the referenced Motion to Reopen Case and Application to Waive the Related Fee has been Stricken from the Record. **This case is not closed.** For filing assistance contact the Clerk's Office at 816-512-1800. (Docket Annotation: Disregard this. Case is NOT closed. Update: Stricken from the record per Doc. 65)*

### Note

This is a **text-only docket entry**. No PDF document is attached. The docket entry itself constitutes the official order. As stated on the PACER filing notice: *"This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached."*

**Significance:** The Clerk confirmed the case was never closed, contradicting any suggestion that VCS's Chapter 11 case had been administratively closed. The referenced Motion to Reopen (Doc. 63) was stricken because there was nothing to reopen.

*Source: CM/ECF docket, Case No. 24-40010-can11, W.D. Mo.*