

# EXHIBIT M

Doc 69 - Order Denying Doc 66

## EXHIBIT M -- Doc. 69, Case No. 24-40010-can11

**Court:** United States Bankruptcy Court, Western District of Missouri **Case:** Victory Cleaning Systems, Inc., No. 24-40010-can11 **Docket Entry:** Doc. 69 **Date Filed:** 11/18/2025

### Docket Text (verbatim)

> *The Motion for Order regarding DETERMINATION OF SECURED STATUS AND SUBSEQUENT RELIEF REGARDING VEHICLE TITLES ON ESTATE PROPERTY Filed by Victory Cleaning Systems, Inc is hereby DENIED without prejudice for failure to serve the Notice/Order setting hearing. (RE: related document(s) 66 Motion for Order Regarding Determination of Secured Status And Subsequent Relief Regarding Vehicle Titles On Estate Property filed by Debtor Victory Cleaning Systems, Inc.). Entered on the docket: 11/18/2025.*

### Note

This is a **text-only docket entry**. No PDF document is attached. The docket entry itself constitutes the official order. As stated on the PACER filing notice: *"This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached."*

**Significance:** The motion (Doc. 66) was denied without prejudice solely for failure to serve the notice/order setting hearing -- a procedural deficiency, not a merits determination. The motion can be refiled with proper service. This contradicts Counsel's characterization (January 6, 2026) that the Court was "telegraphing unwillingness" to address vehicle title issues.

*Source: CM/ECF docket, Case No. 24-40010-can11, W.D. Mo.*