

# EXHIBIT N

PACER Data - Blay 24 Ch .11 Cases, 77% Deficiency Rate

## EXHIBIT N -- PACER Case Data: Ryan A. Blay Chapter 11 Record

**Source:** PACER Case Locator API exports (D. Kan. + W.D. Mo.) and CM/ECF docket reviews **Generated:** February 17-18, 2026; updated April 7, 2026 **Purpose:** Document Counsel's Chapter 11 case outcomes for fee reasonableness analysis

### Summary

| Metric | Value |
|---|---|
| Total Ch. 11 appearances | 31 (19 ksbk + 12 mowbk) |
| **As debtor's counsel** | **26** (5 non-debtor appearances excluded -- see note below) |
| Closed (debtor cases) | 14 |
| Successful (discharge or completed) | 8 |
| Dismissed | 6 |
| **Overall success rate (debtor cases)** | **57.1%** (8/14) |
| **Corporate success rate** | **44.4%** (4/9 closed) |
| Still open | 12 |
| **Deficiency-order rate** | **81%** (13 of 16 earliest cases received formal deficiency, correction, or show cause orders) |

**Non-debtor appearances excluded (5):** Landau (creditor counsel), Elite Endeavors (creditor counsel), Blush Bootcamp LLC (creditor counsel), Blush Bootcamp Franchising (creditor counsel), Baba D.D.S. (stockholder counsel). In these cases, Blay represented a party other than the debtor.

### All Chapter 11 Cases -- District of Kansas (ksbk)

| # | Case No. | Debtor | Filed | Outcome | Days | Notes |
|---|---|---|---|---|---|---|
| 1 | 20-20339 | Douglas S. Stone | 02/28/20 | Discharged 11/19/25 | 2,091 | Individual |
| 2 | 20-21114 | Leslie M. Landau, DO | 08/10/20 | Dismissed 11/14/22 | 827 | Individual |
| 3 | 21-20635 | Justin Eric Pattison | 06/08/21 | Dismissed 01/24/22 | 230 | 5 adverse UST actions |
| 4 | 22-21176 | Tuff Turf Inc. | 12/02/22 | Discharged 11/17/23 | 350 | Corporate, success |
| 5 | 23-20604 | My Sister's Closet LLC | 05/31/23 | Discharged 04/02/25 | 672 | Corporate, success |
| 6 | 23-20605 | The One Bridal, LLC | 05/31/23 | Dismissed 10/07/25 | 859 | Corporate |
| 7 | 23-20725 | David Brian Miller | 06/28/23 | Discharged 09/23/25 | 818 | Individual |
| 8 | 23-21037 | Pyramid Moving Inc. | 08/31/23 | Dismissed 01/31/24 | 153 | Corporate |
| 9 | 23-21139 | Moore Roofing LLC | 09/27/23 | Dismissed 02/05/24 | 131 | $300/hr disclosed |
| 10 | 24-20222 | Elite Endeavors, LLC | 03/06/24 | Dismissed 01/23/26 | 658 | Corporate |
| 11 | 24-20236 | Tomlinson Transport, LLC | 03/08/24 | Discharged 04/15/25 | 403 | $300/hr disclosed |

| # | Case No. | Debtor | Filed | Outcome | Days | Notes |
|---|---|---|---|---|---|---|
| 12 | 25-10771 | Joseph G. Baba, D.D.S. | 07/28/25 | Open | -- | |
| 13 | 25-10802 | Mark Jason McLaren | 07/31/25 | Open | -- | |
| 14 | 25-40807 | 6201 Robinson Street, LLC | 11/21/25 | Dismissed 11/25/25 | 4 | "Filed in ERROR" |
| 15 | 26-20176 | Mast Trucking Inc. | 02/10/26 | Open | -- | Filed day before VCS hearing |
| 16 | 26-20161 | 6201 Robinson Street, LLC | 02/06/26 | Open | -- | Filed by Graham (Doc 18 authorized attorney); active Sub V with cash collateral |
| 17 | 26-20494 | Troy B Fuqua | 04/01/26 | Open | -- | Deficiency notice Day 2; filed 6 days before VCS hearing |

Note: Two additional appearances (24-20785, 24-20912 -- Blush Bootcamp cases) excluded; Blay was creditor's counsel, not debtor's counsel.

## All Chapter 11 Cases -- Western District of Missouri (mowbk)

| # | Case No. | Debtor | Filed | Outcome | Days | Notes |
|---|---|---|---|---|---|---|
| 1 | 21-40808 | All Weather Mechanical | 06/25/21 | Dismissed 08/09/21 | 45 | Fast dismissal |
| 2 | 21-40834 | Interstate Underground | 07/01/21 | Completed 12/28/22 | 546 | Corporate, success |
| 3 | 21-40986 | SG McIntosh, LLC | 08/06/21 | Open | 4.5 yrs | Material default, no action since 05/2023 |
| 4 | 22-41154 | Damon Kyle Jones | 09/14/22 | Completed 05/29/24 | 622 | Source of Doc. 60 wrong-name error |
| 5 | **24-40010** | **Victory Cleaning Systems** | **01/05/24** | **Open** | -- | **This case** |
| 6 | 25-60147 | ALC Engineered Solutions | 03/14/25 | Transferred | -- | Intra-district |
| 7 | 25-20315 | Paul Stephan Bassett | 07/17/25 | Open | -- | |
| 8 | 25-50359 | Terry Lee Catlett | 10/10/25 | Open | -- | First to disclose $350/hr outside VCS |
| 9 | 26-40233 | Executive Dev. Associates | 02/11/26 | Open | -- | Filed day after VCS hearing; Norton is judge |
| 10 | 26-50059 | Mazcota LLC | 02/18/26 | Open | -- | Filed 7 days after VCS hearing |
| 11 | 26-60143 | AM Pyrotechnics, LLC | 02/27/26 | Open | -- | Filed 16 days after VCS hearing |

## Key Observations

1. **Corporate success rate is 44%.** Of 9 closed corporate debtor cases, only 4 succeeded. VCS is a corporate debtor.

2. **McIntosh parallel.** SG McIntosh (21-40986) has been open 4.5 years, is in material default with two Notices of Default, and Counsel has taken no corrective action since withdrawing a 1193(c) plan modification 9 days after filing it in May 2023. This mirrors the pattern alleged in VCS.

3. **Selective pricing.** Moore Roofing (23-21139) and Tomlinson (24-20236) both disclosed $300/hr -- the standard WM Law rate. VCS was charged $350/hr, the only client at that rate in 2024.

4. **Filings during withdrawal.** Counsel and the firm filed seven new Chapter 11 cases while the motion to withdraw from VCS was pending: Mast Trucking (02/10/26), EDA (02/11/26), Mazcota LLC (02/18/26), AM Pyrotechnics (02/27/26), and Fuqua (04/01/26) by Blay; Robinson Street (02/10/26) by Graham. Mast Trucking and EDA each disclosed $20,000 retainers. Counsel responded to EDA's show cause order within 1 day; VCS communications went unanswered for months. Fuqua received a deficiency notice on Day 2.

5. **Graham is actively filing Ch.11 cases.** Ryan M. Graham, individually authorized by this Court's employment order (Doc. 18), filed 6201 Robinson Street LLC as a Sub V case in D. Kan. with cash collateral motions and monthly operating reports. No separate motion to withdraw has been filed by Graham or any other Doc 18 attorney. The firm has active Ch.11 capacity; it is choosing not to deploy it for VCS.

*Data derived from PACER Case Locator and CM/ECF docket review. All case numbers and dates are from public court records.*

*Data derived from PACER Case Locator and CM/ECF docket review. All case numbers and dates are from public court records.*