

# EXHIBIT O

Fee Reasonableness Comparison

## EXHIBIT O -- PACER Comparative Data: Fee Reasonableness Comparison

**Source:** PACER Case Locator API exports + 30-attorney composite analysis **Generated:** February 18, 2026; updated April 7, 2026 **Purpose:** Provide baseline comparison for competent bankruptcy representation in the same courts

### Primary Comparator: Neil S. Sader -- Sader Law Firm, LLC, Kansas City

Neil S. Sader (MO bar, KS bar) operates the largest bankruptcy-exclusive firm in the Kansas City metropolitan area. He is ABC Certified in Consumer Bankruptcy and has been selected to Super Lawyers for 20+ consecutive years. He practices in the same courts (W.D. Mo. and D. Kan.) as WM Law.

#### Chapter 13 Performance

| Metric | Sader | WM Law Combined |
|---|---|---|
| Total Ch. 13 cases (ksbk + mowbk) | 617 | 6,583 |
| Resolved cases | 575 | 5,593 |
| **All-time discharge rate** | **65.0% (374/575)** | **54.9% (3,071/5,593)** |
| **Recent (2021+) discharge rate** | 17.6% (3/17)* | **11.7% (46/394)** |
| W.D. Mo. discharge rate | **63.3% (307/485)** | -- |
| D. Kan. discharge rate | **74.4% (67/90)** | -- |

*Sader's 2021+ sample is small (17 resolved) because most recent cases remain open. All-time rates are the appropriate comparison for fee reasonableness.

#### Chapter 11 Performance

| Metric | Sader | Blay (WM Law) |
|---|---|---|
| Ch. 11 cases (ksbk + mowbk) | 67 | 26 debtor cases (Exhibit N) |
| Ch. 11 resolved | 53 | 14 (closed debtor cases) |
| **Ch. 11 success rate** | **39.6% (21/53)** | **57.1% (8/14) all; 40.0% corporate** |
| Ch. 11 deficiency rate | -- | **81% (Exhibit N)** |

#### Fee Practices

| Metric | Sader | WM Law (VCS) |
|---|---|---|
| Ch. 13 flat fee (2016(b)) | Standard $4,100 range | $4,100-$4,600 |
| Ch. 11 hourly rate | $300/hr range | $350/hr (Blay for VCS) |
| Fee disclosures | Consistent | 4 contradictory rate structures |

**Significance:** Sader operates at comparable volume and fee levels in the same courts. His 65.0% all-time Ch.13 discharge rate exceeds WM Law's 54.9% combined rate. His Ch.11 success rate (39.6%) is comparable to WM Law's corporate rate (44%), but Sader has resolved 53 Ch.11 cases to Blay's 14 -- nearly 4x the sample size. A high-volume KC bankruptcy practice can achieve healthy client outcomes at the same fee levels. WM Law's declining 2021+ performance (11.7%) is not attributable to volume.

### Secondary Comparator: Colin N. Gotham -- Evans & Mullinix, P.A.

Colin N. Gotham (MO #52343, KS #19538) practices in the same courts as WM Law. He represents a smaller-volume baseline.

#### Chapter 13 Performance (for context)

| Metric | Gotham | Blay (WM Law) |
|---|---|---|
| Total Ch. 13 cases (ksbk + mowbk) | 803 | 6,583 |
| Resolved cases | 557 | 5,593 |

| Metric | Gotham | Blay (WM Law) |
|---|---|---|
| All-time discharge rate | **65.0%** (362/557) | **54.9%** (3,071/5,593) |
| Recent (2021+) discharge rate | N/A (small N) | **11.7%** (46/394) |

### Chapter 11 Fee Practices

| Metric | Gotham | WM Law (VCS) |
|---|---|---|
| Ch. 13 flat fee (2016(b)) | $4,100 | $4,100-$4,600 |
| Ch. 11 hourly rate | $300/hr* | $350/hr (Blay for VCS) |
| Petition completeness | 61-page complete petition | Varies; bare petitions documented |
| Fee disclosures | Transparent, consistent | 4 contradictory rate structures |

*Gotham's Ch. 11 rate inferred from Ch. 13 practice comparability; WM Law's own filings in other Ch. 11 cases (Tomlinson, Moore, Jones, Miller) all disclose $300/hr.

## 30-Attorney Composite Control Group

To avoid reliance on a single comparator, the Debtor analyzed 30 attorneys with meaningful Chapter 13 caseloads practicing in the same geographic area (Kansas City metropolitan area, W.D. Mo. and D. Kan.).

### Composite Results

| Metric | 30-Attorney Composite | KC-Area Composite | WM Law Combined |
|---|---|---|---|
| Ch. 13 discharge rate | **53.8%** | **52.9%** | **11.7%** (2021+) |
| Attorneys beating WM Law's best (Stowell, 19.5%) | 28 of 30 | -- | -- |

WM Law combined 2021+ rate: 11.7% (46 discharged / 394 resolved, ksbk + mowbk). All-time rate: 54.9% (3,071 / 5,593 resolved). The year-by-year trend shows WM Law declining from ~52% discharge (2017-2018) to under 12% (2021+).

### Interpretation

The composite discharge rate of 53.8% is more conservative than either the Sader control (65.0%) or the Gotham control (65.0%) but represents the broadest, most defensible benchmark. WM Law's combined 11.7% recent (2021+) Chapter 13 discharge rate is 4.6 times lower than the composite. Twenty-eight of thirty control attorneys outperform WM Law's best-performing individual attorney.

Neil S. Sader's 65.0% all-time rate is the most directly comparable benchmark: same city, same courts, same fee range, comparable volume. His practice demonstrates that high-volume consumer bankruptcy representation in Kansas City produces successful outcomes at rates 4-6x higher than WM Law's recent performance.

This context is relevant to fee reasonableness under Section 329(b) because it demonstrates that the quality of legal services provided by WM Law -- as measured by client outcomes -- falls dramatically below the standard of practice in the same courts, at the same fee levels.

*Data derived from PACER Case Locator exports covering 16,967 cases across 33 attorneys in mowbk and ksbk. Analysis methodology: Python scripts processing CSV exports with discharge/dismissal outcome classification. Full dataset available upon request.*