

# EXHIBIT Y

ACH Payment Audit

## WM Law ACH Payment Audit

## Complete Bank-Verified Payment History

## Account: UMB #[REDACTED] (VCS DIP Operating Account)

**Prepared:** February 14, 2026 | **Last verified:** April 6, 2026 **Source:** UMB Bank (26 months), FNBO Business Checking (2 months), Venmo (36 months) **Cross-reference:** MOR_TRANSACTION_CATEGORIZATION.md (WAGONER BANKRUPT ACH COLLEC tracking) **Status:** VERIFIED. $19,738 is the correct total. 16 ACH payments x $500 = $8,000 + $11,738 retainer.

## SUMMARY

| Metric | Value | Status |
|---|---|---|
| Retainer (Check #122) | $11,738.00 | Confirmed |
| ACH payments | 16 payments x $500 | Confirmed (16 payments) |
| ACH total | $8,000.00 | Confirmed |
| Total paid to WM Law | $19,738.00 | Confirmed |
| Court-approved fees (Doc 57) | $14,442.90 | Only fee order entered |
| Excess over court-approved | $5,295.10 | $19,738 – $14,442.90 |
| Refund issued (12/19/25) | $1,651.70 | Confirmed |
| Net excess currently retained | $3,643.40 | $5,295.10 – $1,651.70 |

**CONFIRMED:** Bank records show $19,738 total paid ($11,738 retainer + 16 x $500 ACH). WM Law's Bill #4 logged only 3 of 16 ACH payments -- the firm was collecting estate funds it was not tracking internally. $18,080.90 is WM Law's self-calculated figure, NOT court-approved. The only fee order is Doc 57: $14,442.90.

## RETAINER PAYMENT

| Date | Method | Amount | Description | Source |
|---|---|---|---|---|
| Dec 27, 2023 | Check #122 | $11,738.00 | Pay to: W.M. Law, Memo: "Ch.11 Initialization" | Dec 2023 UMB Statement p.4-5 (check image) |

- Account beginning balance Dec 1, 2023: $0.00
- Check image confirms payee "W.M. Law" and amount $11,738.00
- This was the initial retainer per engagement letter

## ACH PAYMENT HISTORY (All "WAGONER BANKRUPT ACH COLLEC" Entries)

| # | Date | Amount | Month Credited | Bank Statement | Notes |
|---|---|---|---|---|---|
| 1 | Jul 31, 2024 | $500.00 | Jul 2024 | Jul 2024 | FIRST ACH payment (6 weeks after plan confirmation) |
| 2 | Sep 03, 2024 | $500.00 | Sep 2024 | Sep 2024 | |
| 3 | Sep 30, 2024 | $500.00 | Sep 2024 | Sep 2024 | |
| 4 | Oct 31, 2024 | $500.00 | Oct 2024 | Oct 2024 | |
| 5 | Dec 02, 2024 | $500.00 | Dec 2024 | Dec 2024 | Catch-up; firm did not draw November |
| 6 | Dec 31, 2024 | $500.00 | Dec 2024 | Dec 2024 | Regular December payment |
| 7 | Jan 31, 2025 | $500.00 | Jan 2025 | Jan 2025 | |
| 8 | Feb 28, 2025 | $500.00 | Feb 2025 | Feb 2025 | |
| 9 | Mar 31, 2025 | $500.00 | Mar 2025 | Mar 2025 | |

| # | Date | Amount | Month Credited | Bank Statement | Notes |
|---|---|---|---|---|---|
| 10 | Apr 30, 2025 | $500.00 | Apr 2025 | Apr 2025 | |
| 11 | Jun 02, 2025 | $500.00 | Jun 2025 | Jun 2025 | Catch-up; firm did not draw May |
| 12 | Jun 30, 2025 | $500.00 | Jun 2025 | Jun 2025 | Regular June payment |
| 13 | Jul 31, 2025 | $500.00 | Jul 2025 | Jul 2025 | |
| 14 | Sep 02, 2025 | $500.00 | Sep 2025 | Sep 2025 | |
| 15 | Oct 31, 2025 | $500.00 | Oct 2025 | Oct 2025 | |
| 16 | Dec 01, 2025 | $500.00 | Dec 2025 | Dec 2025 | |
| | TOTAL | $8,000.00 | | | 16 transactions |

## MONTHS WITH NO ACH PAYMENT

| Month | Expected? | Catch-Up? | Net Effect |
|---|---|---|---|
| Aug 2024 | Yes | Sep 03 + Sep 30 double | Caught up |
| Nov 2024 | Yes | Dec 02 + Dec 31 double | Caught up |
| May 2025 | Yes | Jun 02 + Jun 30 double | Caught up |
| Aug 2025 | Yes | No | Not drawn by firm |
| Nov 2025 | Yes | No | Not drawn by firm |
| Jan 2026 | Yes | TBD | Not drawn by firm |

**6 months where the firm did not draw, 3 catch-ups = 3 net months not collected** - Expected (19 months x $500): $9,500 - Actual: $8,000 - Difference: $1,500 (3 months not drawn) - All 16 debits processed successfully. Zero NSFs. The DIP account funded every draw WM Law initiated.

## BANK STATEMENTS REVIEWED (Complete List)

| Statement Period | WAGONER ACH? | Amount | Notes |
|---|---|---|---|
| Dec 2023 | NO | $0 | Check #122 retainer only |
| Jan 2024 | NO | $0 | Case filed 1/5/24; no ACH |
| Feb 2024 | NO | $0 | DIP account established; no ACH |
| Mar 2024 | NO | $0 | Pre-confirmation |
| Apr 2024 | NO | $0 | Pre-confirmation |
| May 2024 | NO | $0 | Pre-confirmation |
| Jun 2024 | NO | $0 | Plan confirmed 6/14; no ACH yet |
| Jul 2024 | YES | $500 | First ACH (Jul 31) |
| Aug 2024 | NO | $0 | Not drawn by firm |
| Sep 2024 | YES x2 | $1,000 | Catch-up (Sep 03 + Sep 30) |
| Oct 2024 | YES | $500 | |
| Nov 2024 | NO | $0 | Not drawn by firm |
| Dec 2024 | YES x2 | $1,000 | Catch-up |
| Jan 2025 | YES | $500 | |
| Feb 2025 | YES | $500 | |
| Mar 2025 | YES | $500 | |
| Apr 2025 | YES | $500 | |
| May 2025 | NO | $0 | Not drawn by firm |
| Jun 2025 | YES x2 | $1,000 | Catch-up |

| Statement Period | WAGONER ACH? | Amount | Notes |
|---|---|---|---|
| Jul 2025 | YES | $500 | |
| Aug 2025 | NO | $0 | Not drawn by firm |
| Sep 2025 | YES | $500 | |
| Oct 2025 | YES | $500 | |
| Nov 2025 | NO | $0 | Not drawn by firm |
| Dec 2025 | YES | $500 | |
| Jan 2026 | NO | $0 | Not drawn by firm |

**All 26 months reviewed. Zero ACH entries found outside the 16 listed above.**

## CROSS-REFERENCE: WM LAW BILLING LEDGER

WM Law's Bill #4 (Dec 2, 2025) Account Summary lists only **3 payments received:**

| Bill #4 Date | Amount | Notes |
|---|---|---|
| 9/2/24 | $500.00 | Matches ACH #2 (Sep 03, 2024) |
| 10/31/25 | $500.00 | Matches ACH #15 (Oct 31, 2025) |
| 12/1/25 | $500.00 | Matches ACH #16 (Dec 01, 2025) |

**WM Law logged only 3 of 16 ACH payments on their ledger.** 13 of 16 payments totaling $6,500 are missing from their records. This is consistent with the forensic audit finding of systemic ledger failures.

## KEY OBSERVATIONS FOR 329(b) MOTION

### 1. Auto-Debit Pattern

The ACH description "WAGONER BANKRUPT ACH COLLEC" confirms this was an **automated collection** initiated by WM Law, not a voluntary payment by the Debtor. WM Law set up auto-debit on the DIP account and collected fees without corresponding work.

### 2. Payment Gap During Zero-Work Period

ACH payments continued through the **11-month work gap** (Oct 2024 - Aug 2025): - Oct 31, 2024: $500 (ACH #4; last billing entry: Sep 10, 2024) - Dec 02, 2024: $500 (ACH #5) - Dec 31, 2024: $500 (ACH #6) - Jan 31, 2025: $500 (ACH #7) - Feb 28, 2025: $500 (ACH #8) - Mar 31, 2025: $500 (ACH #9) - Apr 30, 2025: $500 (ACH #10) - Jun 02, 2025: $500 (ACH #11) - Jun 30, 2025: $500 (ACH #12) - Jul 31, 2025: $500 (ACH #13)

**$5,000 collected during the period WM Law performed zero substantive work.**

### 3. First Payment Delay

Plan confirmed June 14, 2024. First ACH: July 31, 2024. **6-week delay** before collections started. WM Law set up the ACH within the first month post-confirmation.

### 4. WM Law = ONLY Automated Creditor

Per MOR data, "WAGONER BANKRUPT ACH COLLEC" was the **only recurring automated debit** to any creditor. No CIT, no Ally, no secured creditors had ACH access. WM Law gave itself priority collection status.

### Impact on 329(b) Motion

- **Total paid to WM Law: $19,738.00** ($11,738 retainer + 16 x $500 ACH)
- **Court-approved fees: $14,442.90** (Doc 57, 07/29/24) -- ONLY fee order entered
- **Excess over court-approved: $5,295.10**
- **WM Law refunded: $1,651.70** (12/19/25)
- **Net excess currently retained: $3,643.40**
- WM Law's Bill #4 logged only 3 of 16 ACH payments -- the firm was collecting estate funds it was not tracking internally
- The inability to accurately track their own collections is itself evidence of unreasonable fees / poor administration, supporting full disgorgement under *Stewart*

**For Court Filing Purposes**

Use **$19,738.00** as the payment total. $5,295.10 excess over Doc 57 court-approved $14,442.90. Net $3,643.40 retained after $1,651.70 refund. WM Law logged only 3 of 16 ACH payments on their own ledger.

---

*This audit covers all UMB Bank statements from account opening (December 2023) through January 2026, plus FNBO Business Checking (Nov-Dec 2023) and all 36 Venmo statement CSVs (Jan 2023-Dec 2025). 16 ACH payments of $500 each ($8,000 total) plus the $11,738 retainer = $19,738 total paid to WM Law.*