

# AA

## EXHIBIT AA

Ch. 13 Claims Register (24-40120)

# EXHIBIT AA

### Claims Register -- Case No. 24-40120-btf13

 **Chapter 13**

### U.S. Bankruptcy Court, Western District of Missouri (Kansas City)

**Supplemental Objection -- Case No. 24-40010-can11**

**Source:** PACER ECF Claims Register, pulled April 4, 2026

**Trustee:** Richard V. Fink

**Judge:** Brian T. Fenimore

---

### Claims Filed in 24-40120

| Claim # | Creditor | Amount Claimed | Type |
|---------|----------|----------------|------|
| 1 | CommunityAmerica Credit Union | $9,802.47 | Unsecured |
| 2 | Discover Bank | $4,286.15 | Unsecured |
| 3 | Discover Bank | $16,611.22 | Unsecured |
| 4 | First National Bank of Omaha | $4,036.64 | Unsecured |
| 5 | JPMorgan Chase Bank, N.A. | $27,160.41 | Secured |
| 6 | JPMorgan Chase Bank, N.A. | $5,120.14 | Unsecured |
| 7 | JPMorgan Chase Bank, N.A. | $10,389.68 | Unsecured |
| 8 | Internal Revenue Service | $26,222.33 | Priority (amended) |
| 9 | Citibank, N.A. | $6,740.87 | Unsecured |
| 10 | Capital One, N.A. | $20,687.05 | Unsecured |
| 11 | (see note below) | $6,129.02 | Unsecured |
| 12 | American Express National Bank | $16,819.14 | Unsecured |
| 13 | American Express National Bank | $7,854.70 | Unsecured |
| 14 | American Express National Bank | $220.14 | Unsecured |
| 15 | American Express National Bank | $2,361.59 | Unsecured |
| 16 | Onslow Bay Financial LLC | $214,136.56 | Secured |
| 22 | Kansas Department of Revenue | $6,284.39 | Priority |

---

### Creditors NOT Appearing in Claims Register

The following entities are listed as creditors in the VCS Chapter 11 plan (Case No. 24-40010, Doc. 29) but **filed no proof of claim** in the Debtor's principal's personal Chapter 13 case:

| Entity | VCS Plan Amount | Ch. 13 Claim Filed | Ch. 13 Amount |
|--------|-----------------|--------------------|--------------|
| **Channel Partners Capital** | $20,250 (Class 3) | NONE | $0 |
| **CIT Bank / First Citizens** | $72,842 (Class 2) | NONE | $0 |

| Direct Capital Corporation | (CIT subsidiary) | NONE | $0 |

**Relevance:** The VCS Chapter 11 plan (Doc. 29) includes $93,092 in obligations to Channel Partners and CIT/Direct Capital. Neither entity filed a proof of claim in the VCS case (24-40010) or in the Debtor's principal's personal Chapter 13 case (24-40120). These creditors have asserted no rights in either proceeding.