# BB

## EXHIBIT BB

Ch. 13 Fee Investigation Compilation

## EXHIBIT BB -- Chapter 13 Fee Investigation

## WM Law Fee Extraction Patterns Across Four Cases

**Source:** PACER docket pulls and trustee final reports **Generated:** February 18, 2026 **Purpose:** Document firm-wide fee extraction pattern for 329(b) context

## Cases Examined

| Case No. | Debtor | Attorney | Filed | Outcome | Days |
|---|---|---|---|---|---|
| 19-40668 | Chism (1st) | Fera (WM Law) | 03/22/19 | Dismissed | 822 |
| 21-41283 | Chism (2nd) | Fera->Blay | 10/06/21 | Discharged | ~1,440 |
| 23-41087 | Post | Blay | 08/09/23 | Dismissed | 759 |
| 25-40624 | Dodson | Blay | 04/25/25 | Dismissed | 206 |
| 20-41952 | Steiner | Wagoner | 11/13/20 | Dismissed | 411 |

**Gotham Control:** Harding (26-20164), Colin N. Gotham, Evans & Mullinix -- $4,100 flat fee, 61-page complete petition, first filing.

## 1. Serial Filer Fee Extraction: Chism ($9,600 across two cases)

### Chism 1st Filing (19-40668, Fera)

- **2016(b):** $4,100 flat fee, $500 retainer
- **Trustee Final Report (Doc 132):** $4,350 through plan + $500 retainer = **$4,850 total**
- **3 post-confirmation fee motions totaling $1,750** (Docs 94, 104, 125)
- **4 trustee default actions** before dismissal
- Result: DISMISSED after 822 days

### Chism 2nd Filing (21-41283, Fera->Blay)

- **2016(b):** $3,600 flat fee, $0 retainer (entire fee through plan)
- **Trustee Final Report:** $3,600 through plan + $1,150 post-confirmation = **$4,750 total**
- Fera filed; Blay took over post-confirmation
- **Copy-paste error (Doc 184):** Blay filed motion in Crawford case (17-43466) containing "Dennis Anthony Chism, Sr." and "Case No. 21-41283" -- stricken by court
- Result: Discharged (the only success across specimens)

**Combined Chism extraction: $9,600** from one debtor across two WM Law filings.

## 2. Never-Discharged Serial Filer: Post ($2,960 -- 5th filing)

- **2016(b):** $4,100 flat fee, $500 retainer
- **Trustee Final Report (Doc 148):** $2,460.31 through plan + $500 retainer = **$2,960.31 total**
- **5 post-confirmation fee motions totaling $1,300** (Docs 84, 111, 115, 120, 134)
- **3 trustee default actions** (10/15/24, 03/04/25, 08/14/25)
- **Post's 5th bankruptcy filing.** 3rd under Blay. **Never discharged in any filing.**
- $0 to unsecured creditors. $0 to priority creditors.
- Result: DISMISSED after 759 days

**Conservative estimate:** Blay collected fees from Post in at least 3 filings. At ~$2,960 per case: **~$8,880+ from a debtor who has never received a discharge.**

### 3. Above-Standard Fee, Never Confirmed: Dodson ($1,000 retainer kept)

- **2016(b): $4,600 flat fee -- $500 above the standard $4,100 no-look fee**
- Retainer: $1,000 (double the standard $500)
- **Trustee Final Report (Doc 65):** $0 through plan. Case dismissed before any attorney fees paid through plan.
- **Plan was NEVER CONFIRMED.** 206 days, no confirmation.
- WM Law retained the $1,000 retainer for a case that accomplished nothing.
- **Dodson's 3rd filing** under Blay.
- Result: DISMISSED after 206 days

### 4. Missing Fee Disclosure, Three Identical Failures: Steiner

- **2016(b): NOT FOUND in petition.** All 42 pages of handwritten/scanned petition reviewed. No Form B2030 exists. Potential Rule 2016(b) violation.
- **Trustee Final Report (Doc 298):** $0 attorney fees through plan. $0 disclosed by debtor.
- Total paid by debtor: $20,240.00. **Refunded: $15,108.71 (74.6%).** Only $4,720.79 disbursed to one secured creditor.
- **Steiner's 3rd filing -- ALL under Wagoner, ALL dismissed, ALL never confirmed.**
- Result: DISMISSED after 411 days

**UPDATE (2/18/26):** Petition review confirmed Steiner was PRO SE. No attorney appeared. This eliminates Steiner as a WM Law fee specimen but confirms the petition filing pattern.

### 5. Gotham Control: Harding (26-20164) -- Baseline Comparison

- **2016(b):** $4,100 flat fee, $118 received, $3,982 balance through plan
- **61-page complete petition** with all schedules
- First filing (no prior bankruptcies in last 8 years)
- Attorney: Colin N. Gotham, KS #19538, MO #52343
- 3-year commitment period
- Case pending (filed 02/09/26)

**Significance:** Same $4,100 fee as WM Law. Same court. Complete petition vs. bare petitions. Transparent disclosure vs. missing/inconsistent disclosures. 67.1% discharge rate vs. WM Law's 3.0%.

### 6. Post-Confirmation Fee Churning Pattern

Both Chism (1st) and Post show repeated small fee motions using standardized checkbox forms:

| Case | Post-Conf Motions | Total Fees | Pattern |
|---|---|---|---|
| Chism 1st (19-40668) | 3 motions | $1,750 | Filed while case heading to 4th trustee default |
| Post (23-41087) | 5 motions | $1,300 | Filed while case heading to 3rd trustee default |
| **Combined** | **8 motions** | **$3,050** | Billing to defend cases that were failing |

### 7. Fee Inflation Timeline

| Date | Case | Attorney | Flat Fee | Retainer |
|---|---|---|---|---|
| 03/2019 | Chism 1st | Fera | $4,100 | $500 |
| 10/2021 | Chism 2nd | Fera | $3,600 | $0 |
| 08/2023 | Post | Blay | $4,100 | $500 |
| 04/2025 | Dodson | Blay | **$4,600** | **$1,000** |
| 02/2026 | Harding (Gotham) | Gotham | $4,100 | $118 |

Fees increased to $4,600 by April 2025 while outcomes worsened. The standard $4,100 no-look fee charged by Gotham (February 2026) has not increased. WM Law's fee increase was entirely in the upfront non-refundable retainer ($1,000 vs $500), collected regardless of outcome.

## Summary

| Finding | Evidence |
| --- | --- |
| Serial filer fee extraction | $9,600 from Chism (2 cases); ~$8,880+ from Post (3+ cases) |
| Above-standard fees for below-standard outcomes | Dodson: $4,600 fee, 206-day dismissal, never confirmed |
| Missing fee disclosures | Steiner: No 2016(b) in petition (confirmed pro se) |
| Post-confirmation fee churning | 8 motions / $3,050 across Chism and Post -- billing to defend failing cases |
| Fee inflation | $4,100 -> $4,600 while discharge rates collapsed |
| Never-confirmed dismissals | Dodson (206 days), Steiner (411 days) -- filing served no purpose |

*All data from public PACER records. Case numbers, docket entries, and financial figures are as stated in court filings.*