# FF

## EXHIBIT FF

AmEx/Kleppinger Default Letters - Withheld

# EXHIBIT: WITHHELD AMERICAN EXPRESS DEFAULT FOLLOW-UP

*Email received by Ryan Blay on January 22, 2026 -- never forwarded to client*

**From:** Kim Ankeny
**To:** "'blay@wagonergroup.com'"
**Date:** Thu, 22 Jan 2026 17:01:19 +0000
**Subject:** Victory Cleaning Systems, Inc. / Chapter 11 Bankruptcy No. 24-40010 / American Express

Please see the attached letter regarding the above matter. Thank you, Kim Ankeny Becket and Lee, LLP 610-644-7800 kankeny@becket-lee.com Confidentiality Notice: This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address or Becket & Lee, LLP at 610-644-7800 and delete this email from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

**Note:** This email was received by blay@wagonergroup.com. It was never forwarded to the client (Dan Brown). Dan learned of it on March 17, 2026 from the client file production. Ryan Blay filed Doc 78 (Motion to Withdraw) six days after receiving this letter.