

# EXHIBIT HH

Blay Email (06/20/24) - Post-Confirmation

From: blay@wagonergroup.com
To:
CC:
Date: 2024-06-20T15:26
Subject: congratulations!

====================================================================

Dan - Congratulations! The Bankruptcy Court entered the official order confirming the Chapter 11 Plan for Victory. You put in a lot of work and I'm pleased at the outcome. The hardest part is done with on our end, but there are still steps before we can resolve the matters entirely. First, we still need to file monthly operating reports while your case is open. So can you please send me your May bank statements so we can prepare that operating report? Second, payments are set to begin in July for the payments that come due under the plan. For July, I want you to be prepared to pay the following: - Rob Messerli, for his very good work as Subchapter V Trustee - $2,550. He has asked the court to approve those fees and those should be approved in about 2 weeks. We have no objection and his help was instrumental in getting your plan approved. You can either send funds directly to Rob and I can get you his address or you can set up an ACH with him. - WM Law for attorney's fees - we have the plan set at $500 per month. Please complete the attached ACH form and we can just auto draw that. The plan has 24 months of payments and we'll see where we are after that 24 month period. - IRS - $75 2850 NE Independence Ave STE 101, M/S 5334-LSM Lee's Summit, MO 64064-2327 First Citizens Bank - $1509.16 Attn: Recovery 10201 Centurion PKWY N Jacksonville, FL 32256 - Ally Bank - $529.89 PAYMENT PROCESSING CENTER PO BOX 660618 Dallas, TX 75266-0618 -- Ryan A. Blay, Partner WM LAW 15095 W. 116th St. Olathe, KS 66062 Phone (913) 422-0909 / Fax (913) 428-8549 Email: blay@wagonergroup.com www.KansasCityBankruptcy.com