

# JJ

## EXHIBIT JJ

Blay Email (06/18/25) - Fwd: Proposed Confirmation Order

From: blay@wagonergroup.com
To:
Date: 2025-06-18T15:53
Subject: Fwd: [EXTERNAL] Victory Cleaning Services 24-40010 - proposed confirmation order
=====================================================================

---------- Forwarded message --------- From: Evan Lincoln Moscov < evan.moscov@moscovlaw.com > Date: Wed, Jun 18, 2025 at 9:39 AM Subject: Re: [EXTERNAL] Victory Cleaning Services 24-40010 - proposed confirmation order To: Ryan Blay < blay@wagonergroup.com > Hi Ryan. The account is paid through 01/02/24. The arrearage is $9,008.13. My understanding is that there is no more automatic stay since Debtor has received a discharge. I am going to instruct my client to proceed with its state court remedies unless I hear from you by end of day Friday. The language in the Plan about creditor's remedies is vague, but I believe the above is correct. I look forward to hearing from you. Thank you. Evan Lincoln Moscov P.O. Box 8305 Waukegan, IL 60079 312.969.1977 evan.moscov@moscovlaw.com On Wednesday, May 14, 2025 at 01:09:17 PM EDT, Ryan Blay < blay@wagonergroup.com > wrote: I know the debtor was struggling with payments. how far behind are they? On Mon, May 12, 2025 at 5:05 PM Evan Lincoln Moscov < evan.moscov@moscovlaw.com > wrote: Hi Ryan! How are you? I tried calling you, but you were not available. When are you available? I want to touch base on this case. My client wants to proceed with repossession. I want to confirm with you that you don't believe the stay applies. Let me know when we can speak. Thanks. Evan Lincoln Moscov P.O. Box 8305 Waukegan, IL 60079 312.969.1977 evan.moscov@moscovlaw.com On Thursday, June 13, 2024 at 10:20:17 AM EDT, Ryan Blay < blay@wagonergroup.com > wrote: My fault, it was actually 6/3, the day before the hearing, not April 3. On Thu, Jun 13, 2024 at 9:09 AM Evan Lincoln Moscov < evan.moscov@moscovlaw.com > wrote: Ryan, I did not understand this portion of the proposed order Ryan A. Blay, attorney for the Debtor, made preliminary statements as well as an oral motion to extend the deadline for creditor Ally Bank to accept the plan through April 3, 2024. April 3rd is one day before the Plan was filed, right? Evan Lincoln Moscov P.O. Box 8305 Waukegan, IL 60079 312.969.1977 evan.moscov@moscovlaw.com On Wednesday, June 12, 2024 at 12:29:16 PM EDT, Miller, Adam E. (USTP) < adam.e.miller@usdoj.gov > wrote: Ryan, et al: Attached, please find a draft with some minor redlined changes and my electronic signature. Adam E. Miller Trial Attorney Office of the U.S. Trustee · U.S. Department of Justice Charles Evans Whittaker United States Courthouse 400 E. 9 th Street, Ste. 3440 Kansas City, MO 64106 (816) 512-1957 (Direct Dial) (816) 512-1967 (Fax) Adam.E.Miller@usdoj.gov · Email From: Ryan Blay < blay@wagonergroup.com > Sent: Tuesday, June 11, 2024 10:45 PM To: Rob Messerli < rob.messerli@gunrockvp.com >; evan.moscov@moscovlaw.com ; Miller, Adam E. (USTP) < Adam.E.Miller@usdoj.gov > Subject: [EXTERNAL] Victory Cleaning Services 24-40010 - proposed confirmation order Good evening - I was hoping to get your feedback on the attached confirmation order. Thank you all! -- Ryan A. Blay, Partner WM LAW 15095 W. 116th St. Olathe, KS 66062 Phone (913) 422-0909 / Fax (913) 428-8549 Email: blay@wagonergroup.com www.KansasCityBankruptcy.com -- Ryan A. Blay, Partner WM LAW 15095 W. 116th St. Olathe, KS 66062 Phone (913) 422-0909 / Fax (913) 428-8549 Email: blay@wagonergroup.com www.KansasCityBankruptcy.com -- Ryan A. Blay, Partner WM LAW 15095 W. 116th St. Olathe, KS 66062 Phone (913) 422-0909 / Fax (913) 428-8549 Email: blay@wagonergroup.com www.KansasCityBankruptcy.com -- Ryan A. Blay, Partner WM LAW 15095 W. 116th St. Olathe, KS 66062 Phone (913) 422-0909 / Fax (913) 428-8549 Email: blay@wagonergroup.com www.KansasCityBankruptcy.com