# KK

## EXHIBIT KK

Blay Email (12/22/25) - "Operational impact of delay"

From: blay@wagonergroup.com
To:
CC:
Date: 2025-12-22T20:03
Subject: Re: Operational impact of delay
====================================================================

Dan - We filed the Motion (and a request to shorten time to respond) today. I don't want to get too much into the back-and-forth you had with me and with Jeff this past month, but once we resolved that and agreed on a strategy and confirmed you still wanted us to represent you, I think we moved quickly. That doesn't eliminate your damages from the registration issues, but I wanted to confirm that we took your issue seriously and are looking to the court to help fix it. You did send us what looked to be an AI-drafted pleading. However, we have a duty as lawyers to verify not only the facts and discuss issues like tone with you (which we did, getting your input on edits) but also to verify the correct citations. A lot of lawyers have been sanctioned for submitting briefs with made up case law or citations that are hallucinated by AI. I went through and reviewed the statutes to make sure we were requesting relief from the right sources. I'll take a look at the American Express issue and get back to you separately. Ryan On Sun, Dec 21, 2025 at 8:52 AM Dan Brown < ██████████ > wrote: Ryan and Jeff, I need to flag the ongoing operational impact of the delay in issuing the statutory notice to First Citizens/CIT. Because the vehicles remain unregistrable, I·ve incurred approximately $1,800 in rental car expenses over the last month alone , and that cost continues to accrue while this issue remains unresolved. Given that the notice language was already drafted and the motion scope agreed, please let me know: what prevented the notice from being sent earlier, and when the notice will now be issued. Thanks, Dan Brown President, Victory Cleaning Systems Inc. [REDACTED] | www.vcleaning.com | ████████████████████████████ -- Ryan A. Blay, Senior Partner WM LAW 15095 W. 116th St. Olathe, KS 66062 Phone (913) 422-0909 / Fax (913) 428-8549 Email: blay@wagonergroup.com www.KansasCityBankruptcy.com