# NN

## EXHIBIT NN

Wagoner Email (12/28/23) - Retainer/Refund Authority

From: blay@wagonergroup.com
To:
CC:
Date: 2023-12-28T14:53
Subject: Re: WM Law - Chapter 11 information
===================================================================

Dan - I'm alarmed about your increasingly hostile e-mails yesterday. I'm out of the office on vacation until Tuesday and am not going to be in. I looked over what you sent and I'm confused because it looks like from the UMB statement that the $11,738 is pending, leaving about $11,000 in your account. Based on the timing with the holidays, it looks like your directions were followed and your funds will be good. We'll probably know more later this week and we'll have to have a discussion *if* the check were to bounce, but with the information you've given me, I don't understand how it would. I did the math on my calculator, and the subtraction of your other pending paynments with Podium, Uber eats and enterprise would leave $22,563. Our funds for Chapter 11 cases go directly to trust. Our lead attorney, Jeff Wagoner, is also out of the office and will return next week and he and ONLY he has authority to issue checks (including refunds). Once again, though, this looks like a valid check with sufficient funds unless I'm missing something in your account. Please check with UMB today. We've continually acted in your best interests I have it in your e-mails in writing multiple times how anxious you were to get this case prepared. We've prepared it and were waiting for funds to clear out of your account to file with the notion of filing your case in the middle of next week with about $10-11k in cash in the account. That still seems to be the case. We've had checks issued to us bounce before, but never because of timing on our end, so I'd like to make sure if we did something wrong that we address it. On Wed, Dec 27, 2023 at 7:22 PM Dan Brown < [REDACTED] > wrote: Be prepared to write me a check in the morning. This ridiculous action has eradicated my trust in you. Not only did I tell you how this needed to happen, it was also in writing. Dan Brown Victory Cleaning Systems www.vcleaning.com [REDACTED] [REDACTED] On Dec 27, 2023, at 6:10 PM, Dan Brown < [REDACTED] > wrote: · Furthermore, you have completely swept the rest of the funds out from under my feet that I had to operate on while waiting for this check to clear. Here is the situation you have put me in. <image0.png> Dan Brown Victory Cleaning Systems www.vcleaning.com [REDACTED] [REDACTED] On Dec 20, 2023, at 11:17 AM, Dan Brown < [REDACTED] > wrote: · Ill write the check and you can deposit once funds are cleared. The project I booked is close to 60k and takes care of many issues. Still plan to meet at 10? Creditors are now starting to call multiple times a day. I would prefer to file immediately at the start of the year (if waiting until then) I have a bit of a worry about CIT and the vehicles that are wrapped up in the loan/lease. Surely, they wouldn't try to come and repo something inside of the next 2 weeks. Thanks, Dan Brown President, Victory Cleaning Systems Inc. [REDACTED] | www.vcleaning.com | [REDACTED] From: Ryan Blay < blay@wagonergroup.com > Sent: Wednesday, December 20, 2023 11:11 AM To: Dan Brown < [REDACTED] > Subject: Re: WM Law - Chapter 11 information We can take the check and file in the new year On Wed, Dec 20, 2023, 11:08 AM Dan Brown < [REDACTED] > wrote: Confirmed on that 10am. Could you give me a quick call? Its about payment. Basically, I booked a large project that clears the 12k, that I should receive today or tomorrow. Victory will be able to write a check on Friday, but our new bank account is taking 2-5 days to process deposited checks. [REDACTED] Dan Brown President, Victory Cleaning Systems Inc. [REDACTED] | www.vcleaning.com | [REDACTED] From: Ryan Blay < blay@wagonergroup.com > Sent: Monday, December 18, 2023 11:27 AM To: Dan Brown < [REDACTED] > Subject: Re: WM Law - Chapter 11 information Let's say 10 am? On Mon, Dec 18, 2023 at 11:25 AM Dan Brown < [REDACTED] > wrote: As early as you want. Im flexible that day too. Thanks, Dan Brown President, Victory Cleaning Systems Inc. [REDACTED] | www.vcleaning.com | [REDACTED] From: Ryan Blay < blay@wagonergroup.com > Sent: Monday, December 18, 2023 11:23 AM To: Dan

Brown < ████████████ > Subject: Re: WM Law - Chapter 11 information yes that's fine. we can update. what time would you prefer on Friday? On Mon, Dec 18, 2023 at 11:09 AM Dan Brown < ████████████ > wrote: Yes, I feel comfortable with that. Should I get amounts owed across all accounts updated from our previous meeting? Dan Brown President, Victory Cleaning Systems Inc. [REDACTED] | www.vcleaning.com | ████████████████████████████████████ From: Ryan Blay < blay@wagonergroup.com > Sent: Monday, December 18, 2023 11:07 AM To: Dan Brown < ████████████ > Subject: Re: WM Law - Chapter 11 information Sure, how does Friday look for you? On Mon, Dec 18, 2023 at 10:21 AM Dan Brown < ████████████ >