

# EXHIBIT II

Confidential Client Document in VCS File (03/17/26)

## EXHIBIT II -- CONFIDENTIAL CLIENT DOCUMENT PRODUCED IN WRONG CLIENT'S FILE

### Case No. 24-40010-can11 -- Victory Cleaning Systems, Inc.

**Document Identification**

The following document was found in the Debtor's client file, produced by WM Law on March 17, 2026, in the folder "Ballots Initial Plan, 2024-4-11":

**Filename:** COS re Plan, Notice and Ballots (Victory), 2024-4-11Notice on 1st Amd Plan & Ballots (David Miller), 2024-4-11.doc

This file is a Certificate of Service / ballot cover document that references **David Miller**, a separate WM Law client in Case No. 23-20725 (D. Kan.). The filename itself combines "Victory" (VCS) and "David Miller" (separate client), indicating the documents were intermingled during production.

**Document Metadata**

| Field | Value |
|---|---|
| Title | IN THE UNITED STATES BANKRUPTCY COURT |
| Author | Pilar Perez-Wagoner |
| Last Saved By | Doug Sisson |
| Revision Number | 4 |
| Created | April 11, 2024, 10:52 PM |
| Last Saved | April 11, 2024, 10:52 PM |
| Last Printed | December 4, 2023 |

**Significance**

1. WM Law produced another client's confidential bankruptcy documents in the Debtor's file, in violation of Mo. R. Prof. Conduct 4-1.6 (duty of confidentiality).

2. The document reveals Mr. Miller's name, case number, and creditor information -- confidential client data that was never authorized for disclosure to the Debtor.

3. The Debtor notified both Counsel and Mr. Miller of the breach. Counsel confirmed removal of the documents on March 10, 2026.

4. The production of this document demonstrates WM Law's use of a template-based, assembly-line workflow in which client-specific documents from different cases are stored, modified, and produced without adequate separation safeguards.

*The original .doc file is preserved in the Debtor's possession and available for inspection.*