# NN-2

## EXHIBIT NN-2

Ballot Cover Letter Word Metadata - Wagoner

## EXHIBIT NN -- BALLOT COVER LETTER WORD DOCUMENT METADATA

**Case No. 24-40010-can11 -- Victory Cleaning Systems, Inc.**

**Source: Client File Production, March 17, 2026**

**Folder: "Ballots Initial Plan, 2024-4-11"**

The following metadata was extracted from Word document (.doc) files produced by WM Law in the Debtor's client file on March 17, 2026. The "Last Saved By" field identifies the user account that last modified each file before it was transmitted to creditors.

**Jeffrey Wagoner personally edited every ballot cover letter sent to creditors in this case.**

### Ballot Cover Letters (All Last Saved By: Jeffrey Wagoner, April 24, 2024)

| File | Author | Last Saved By | Created | Last Saved | Revisions |
|---|---|---|---|---|---|
| Ballot Class 1 re IRS.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 4:24 PM | 4/24/24 5:56 PM | 5 |
| Ballot Class 1 re MODOR.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 5:16 PM | 4/24/24 5:56 PM | 4 |
| Ballot Class 2 re Recovery 1st Bank.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 5:24 PM | 4/24/24 5:57 PM | 6 |
| Ballot Class 3 re 1st of Omaha POC 7.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 6:18 PM | 4/24/24 6:18 PM | 3 |
| Ballot Class 3 re 1st of Omaha.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 6:12 PM | 4/24/24 6:12 PM | 2 |
| Ballot Class 3 re AmEx POC5.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 6:10 PM | 4/24/24 6:10 PM | 3 |
| Ballot Class 3 re AmEx.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 6:08 PM | 4/24/24 6:09 PM | 3 |
| Ballot Class 3 re BOA.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 6:36 PM | 4/24/24 6:36 PM | 3 |
| Ballot Class 3 re Citi.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 6:37 PM | 4/24/24 6:38 PM | 3 |
| Ballot Class 3 re Direct Capital.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 6:39 PM | 4/24/24 6:39 PM | 4 |
| Ballot Class 3 re IRS.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 6:18 PM | 4/24/24 6:19 PM | 3 |
| Ballot Class 3 re JPMC.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 5:51 PM | 4/24/24 6:06 PM | 5 |
| Ballot Class 3 re ███████doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 6:40 PM | 4/24/24 6:40 PM | 2 |
| Ballot Class 3 re Recovery 1st Bank.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 5:26 PM | 4/24/24 6:06 PM | 5 |
| Ballot Class 4 re Dan Brown.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 6:40 PM | 4/24/24 6:41 PM | 3 |

**15 of 15 ballot cover letters** were last saved by Jeffrey Wagoner between 4:24 PM and 6:41 PM on April 24, 2024.

### Ballot Summary Documents

| File | Author | Last Saved By | Created | Last Saved | Revisions |
|---|---|---|---|---|---|
| Ballot Summary (Victory), 2024-4-11.doc | Bankruptcy WagonerGroup | Doug Sisson | 4/11/24 10:44 PM | 4/13/24 2:00 AM | 5 |
| **Ballot Summary (Victory), 2024-5-22.doc (= Doc. 39)** | Bankruptcy WagonerGroup | **Ana B** | **5/22/24 3:42 PM** | **5/22/24 3:42 PM** | 2 |

Doc. 39 was created at 3:42 PM EDT (2:42 PM CDT, court local time) on May 22, 2024 and filed on ECF at 3:02 PM CDT the same day -- a 20-minute turnaround. Two revisions. No evidence of ballot review.

### Other Ballot-Related Documents

| File | Author | Last Saved By | Created | Last Saved | Revisions | Note |
|---|---|---|---|---|---|---|
| _DRAFT Ballot Call Victory Cleaning.doc | cbbagin | **Jeffrey Wagoner** | 4/24/24 5:56 PM | 4/24/24 6:40 PM | 5 | Master template |
| _DRAFT Ballot Call X.doc | cbbagin | Doug Sisson | 4/11/24 9:11 PM | 4/11/24 9:11 PM | 2 | Initial template |
| COS re Plan...David Miller...doc | **Pilar Perez-Wagoner** | Doug Sisson | 4/11/24 10:52 PM | 4/11/24 10:52 PM | 4 | **See Exhibit II** |

## Significance

1. Jeffrey Wagoner personally edited all 15 ballot cover letters. His claim that "Ryan is your lawyer, not me" (March 6, 2026) is contradicted by his direct involvement in the ballot process.

2. The Ballot Summary (Doc. 39) was created and filed in under 20 minutes with only 2 revisions, consistent with a template-driven filing without review of returned ballots.

3. The client file contained a certificate of service / ballot document bearing David Miller's name (Case No. 23-20725), a separate WM Law client, produced in the Debtor's file in violation of Mo. R. Prof. Conduct 4-1.6.

*Metadata extracted using the `file` command (libmagic) on original .doc files from client file production.*