# OO

# EXHIBIT OO

Wayback Machine - LakeLaw Biography (11/22/2010)

262.694.7300

262.694.7301

rblay@lakelaw.com

**Practice Summary**

In addition to complex class actions, employment litigation, and other facets of the law, Ryan has been concentrating on bankruptcy law for most of his career. He is interested in bankruptcy related litigation. As a licensee in both Wisconsin and Illinois, Ryan is particularly capable of assisting people in Southeast Wisconsin and Northeast Illinois who have legal matters involving the laws of both states. As a Lakelaw attorney, Ryan is now involved in mortgage foreclosure defense in both state and federal courts as well as consumer bankruptcy cases. Ryan also is adept at assisting people in consumer bankruptcy litigation including automatic sty violations, lien avoidance and adversary proceedings.

Ryan resides with his wife in Milwaukee, so it is easy for him to appear on behalf of clients in both bankruptcy court, federal court and even Milwaukee Circuit Court as necessary.

Ryan is proud of his Italian heritage and enjoys all of the fine culinary and cultural opportunities available in Kenosha.

**Memberships & Affiliations:**

- American Bar Association
- Chicago Bar Association

**Legal Experience:**

- Associate at Robert J. Semrad & Associates – Chicago, IL – 2008-2009
- Associate at Macey & Aleman – Chicago, IL - 2008
- Associate at Foote, Meyers, Mielke & Flowers – Geneva, IL - 2007-2008

- Twitter
- 
- Delicious
- Stumbleupon
- avvo
- LinkedIn

Illinois Lawyer David P. Leibowitz handles business law, estate planning, probate, asset protection, consumer bankruptcy, business bankruptcy, real estate, elder law, guardianships, identity theft, consumer protection, commercial collections and foreclosure defense matters from Chicago to Milwaukee with offices in Chicago, Skokie, Waukegan, Lake County, Kenosha and La Crosse.

Home | About Us | Our People | Practices | Offices | News & Events | Resources | Contact | Sitemap | Lawyer Resources

Chicago Bankruptcy & Real Estate Attorney LakeLaw: Home
Contact Chicago Business & Probate Lawyer: LakeLaw

© 2008. All rights reserved.

The Supreme Court of Illinois does not recognize certifications of specialties in the practice of law. Certification is not a requirement to practice law in Illinois. Disclaimer