

# EXHIBIT QQ

ILNB Claim Transfer Notices in WM Law Cases (2009-2013)

# EXHIBIT QQ

### Claim Transfer Filings by Evan Moscov in Ryan Blay Cases

### Northern District of Illinois, 2009-2013

**Case No. 24-40010-can11 -- Victory Cleaning Systems, Inc.**

**Source:** PACER ECF docket reports, pulled April 2026. All dockets uploaded to RECAP archive (Free Law Project).

---

At the time of these filings, Evan Moscov was Vice President / Managing Director of Weinstein, Pinson & Riley, P.S., a national creditor-side firm. Candica LLC and Vanda LLC are both managed by Ophrys LLC (d/b/a Oak Harbor Capital), controlled by William S. Weinstein. The SEC confirmed this relationship in enforcement action IA-5041 (2018).

---

| # | Case No. | Debtor | Filed | Moscov Filing | Transfer Amount | Blay Objection |
|---|----------|--------|-------|---------------|-----------------|----------------|
| 1 | 09-00156 | Frances Larrieu | 01/06/09 | Candica LLC to Vanda LLC | $120.00 | None |
| 2 | 09-01331 | Tony Carodine | 01/17/09 | Candica LLC to Vanda LLC | $297.47 | None |
| 3 | 09-14862 | Saria Liggins | 04/24/09 | Candica LLC to Vanda LLC | $1,481.43 | None |
| 4 | 09-14998 | Catrina Gulley | 04/27/09 | Target NB to TD Bank (W&R) | $100.59 | None |
| 5 | 09-20065 | McIntyre | 06/02/09 | Candica LLC to Vanda LLC | $2,300.10 | None |
| 6 | 09-20968 | Darrell Hughes | 06/09/09 | (Claims register only) | -- | None |
| 7 | 09-23432 | Shelax Davis | 06/27/09 | Candica LLC to Vanda LLC (x2) | $2,404.04 | None |
| 8 | 09-23444 | James/Ella Moore | 06/27/09 | (Claims register only) | -- | None |
| 9 | 09-26677 | Deshonnette Richmond | 07/23/09 | Candica LLC to Vanda LLC | $3,064.15 | None |
| 10 | 09-28141 | Janice Black | 07/31/09 | Candica LLC to Vanda LLC | $152.55 | None |
| 11 | 09-28458 | James/Kristie Norwood | 08/03/09 | Candica LLC to Vanda LLC (x2) | $3,936.61 | None |

| | | | | | |
|---|---|---|---|---|---|
| 12 | 09-29584 | Ernestine Clark | 08/12/09 | Candica LLC to Vanda LLC | $1,108.50 | None |
| 13 | 09-31190 | Yasmin Chisum | 08/25/09 | Candica LLC to Vanda LLC (x2) | $3,661.47 | None |

**Totals:** 15 claim transfer filings across 11 of 13 Blay cases. $18,626.91 in transferred consumer debt. Zero objections filed by debtor's counsel (Blay) in any case.

**Current case relevance:** Evan Moscov is counsel of record for Ally Financial in Case No. 24-40010-can11. Ryan Blay is debtor's counsel. Counsel has filed no protective motion regarding Ally's four automatic stay violations over fourteen months despite advance notice from Mr. Moscov on May 12, 2025.