FILED



**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI** 2026 APR 10  PM 3: 35

PAIGE WYATT~HYVEL CLK
U.S. BANKRUPTCY COURT
WEST DIST OF MO

IN RE: Victory Cleaning Systems Inc )     Case No. 24-40010
_____ )
Victory Cleaning Systems )
_____ )
          Debtor(s)          )
                             )
                             )
                             )

Objection/Response ☐
Motion             ☑   Motion to ~~seal fi~~ file Sealed
Other              ☐

Debtors Notice of Rule 9037 violations +
Second Supplement to response to motion to withdraw
Doc.78. - Sensetive information

_____
Signature

4·10·2026
_____            _____
Date                                 Signature