# EXHIBIT B

Email from Ryan A. Blay, WM Law, to Dan Brown

April 10, 2026 at 5:02 p.m. Central Time

Written Refusal to File Rule 9037 Motion

Re: DIRECTIVE: File Rule 9037(h) Motion Against CIT Counsel

## CERTIFIED REPRODUCTION OF EMAIL

Retrieved from Microsoft Outlook / Microsoft Graph API

| | |
|---|---|
| **From:** | **Ryan Blay <blay@wagonergroup.com>** |
| **Sent:** | **Friday, April 10, 2026 5:02 PM (Central Time)** |
| **To:** | **Dan Brown <dan@vcleaning.com>** |
| **Cc:** | **jeffwagoner@wagonergroup.com; graham@wagonergroup.com; stowell@wagonergroup.com; williamson@wagonergroup.com; rosana@wagonergroup.com; rob.messerli@gunrockvp.com** |
| **Subject:** | **Re: DIRECTIVE: File Rule 9037(h) Motion Against CIT Counsel - Case No. 24-40010-can11** |

Good Morning, Mr. Brown -

You are probably aware by your monitoring of PACER, but Mr. Hayden has already filed a motion to redact/restrict. I reviewed Page 10 of the document you referenced. Under Customer, it lists Victory Cleaning Systems, Inc. Under Federal Tax ID, it apparently lists your social security number. I'm not sure why your social security number would be listed under Victory Cleaning Systems, Inc.'s Federal Tax ID..

To the extent there are any claims against CIT, I believe they fall to you, not Victory. I have further concerns about further filings on behalf of Victory due to the 411 page pleading you filed pro se with the Bankruptcy Court. You have effectively waived attorney/client privilege through your pleadings and have created an inescapable conflict of interest which I believe trumps even the Local Rules for the Western District of Missouri Bankruptcy Court

Therefore,

(1) I decline your "directive" to file the pleading.

(2) I will continue on Wednesday to seek full withdraw of the ENTIRE WM Law firm, so you can stop needlessly harassing attorneys who have had no involvement with your case

--

Ryan A. Blay,

Senior Partner

WM LAW

15095 W. 116th St.

Olathe, KS 66062

Phone (913) 422-0909 / Fax (913) 428-8549

Email: blay@wagonergroup.com
www.KansasCityBankruptcy.com