**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In Re: | Victory Cleaning Systems, Inc. | ) | Case No. 24-40010 |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor. | ) | Subchapter V |

## WM LAW'S RULE 60 MOTION TO AMEND THIS COURT'S TEXT ORDER GRANTING THE MOTION FOR RYAN BLAY TO WITHDRAW AS ATTORNEY FOR DEBTOR, DOC. #112

COMES NOW, counsel Ryan M. Graham on behalf of WM Law including all attorneys, staff, full-time employees, part-time employees, interns, and agents of the firm, (collectively hereinafter "WM Law"), pursuant to Fed. R. Civ. P. 60(a), made applicable to this proceeding by Fed. R. Bankr. P. 9024(a), and in support of this Motion for Amended Order to Clarify This Court's Text Order Granting The Motion for Ryan Blay to Withdraw as Attorney for Debtor (Doc. #112), respectfully states as follows:

1.  On January 5, 2024, Debtor filed a Petition and Plan for Chapter 11 relief under Subchapter V.

2.  When Debtor filed its case, now former counsel Ryan A. Blay with WM Law was Debtor's only counsel of record.

3.  On June 14, 2024, Debtor's Subchapter V Chapter 11 Plan was confirmed by Order of this Court (Doc. #49).

4.  No other attorney with WM Law entered their appearance on Debtor's behalf.

5.  On January 28, 2026, now former counsel Ryan A. Blay of WM Law filed a Motion to Withdraw as Counsel for Debtor. (Doc. #78).

6.  On February 2, 2026, Debtor's principal, Dan Brown, (hereinafter "Mr. Brown"), purportedly on behalf of Debtor, filed a *Pro Se* Response (Doc. #82).

7.  On April 8, 2026, Mr. Brown filed a 415-page *Pro Se* "Supplemental Documentation in support of Debtor's Response to Motion of Ryan Blay to Withdraw as Attorney" (Doc. #97).

8.  After numerous other *Pro Se* pleadings filed by Mr. Brown, (Doc. #100, #101, #103, #105, #106 & #108), on April 15, 2026, this Court entered a text-entry Order Granting The Motion for Ryan Blay to Withdraw as Attorney for Debtor (Doc. #112), which states:

**Order of the Court**

The Motion for Ryan Blay to Withdraw as Attorney for Victory Cleaning Systems, Inc. is hereby GRANTED. It is so ORDERED by /s/ *Cynthia A. Norton*

9.      This Court further denied Mr. Brown's other *Pro Se* pleadings without prejudice due to his lack of counsel and standing (Doc. #110 & #111).

10.      This Court's Docket correctly reflects Debtor as now "*Pro Se*".

11.      Despite this Court's Order granting WM Law to Withdraw as Attorney for Debtor, Mr. Brown continues to email WM Law insisting the remaining attorneys and staff of WM Law referenced in the initial Application to Employ WM Law as Counsel for Debtor (Doc. #13) and corresponding Order (Doc. #18), remain court mandated as Debtor's counsel.

12.      Additionally, Mr. Brown has used the internet to gather all available information about the remaining attorneys and staff of WM Law, including but not limited to social media sites, affiliated non-firm organizations, documents recorded with counties and states, and performance review platforms.

13.      No other attorney or staff member of WM Law is authorized or has consented to work further for or represent Debtor considering Mr. Brown's persistent, intrusive conduct.

14.      To clarify for all parties and to avoid any potential confusion, WM Law, as former counsel of Debtor, respectfully requests the Court modify the Order Granting The Motion for Ryan Blay to Withdraw as Counsel (Doc. #112) to clarify that the **ENTIRE LAW FIRM OF WM LAW,** including all attorneys, staff, full-time employees, part-time employees, interns, and agents of the firm, was and is granted withdrawal as Counsel for Debtor.

15.      WM Law further requests to submit a proposed written Order to this Court for review instead of a text-entry Order to clarify the relief sought in the initial Motion to Withdraw (Doc. #78), and the relief sought herein.

**WHEREFORE**, WM Law respectfully requests this Court modify Court's Text Order Granting The Motion for Ryan Blay to Withdraw as Attorney for Debtor (Doc. #112), or alternatively enter an amended or supplemental written order clarifying WM Law including all attorneys, staff, full-time employees, part-time employees, interns, and agents of the firm, were granted withdrawal as Counsel for Debtor effective on April 15, 2026, and for such further relief as the Court deems equitable and proper upon the premises.

2

Respectfully submitted,
WM Law

Dated: May 27, 2026                    /s/ Ryan M. Graham
                                       Ryan M. Graham, MO #73470
                                       15095 W. 116th St.
                                       Olathe, KS 66062
                                       Phone (913) 422-0909 / Fax (913) 428-8549
                                       graham@wagonergroup.com
                                       *COUNSEL FOR WM LAW*

## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  *Pro se* parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court.  Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 27, 2026, a true and correct copy of the foregoing Motion was served electronically on all parties registered to receive electronic notices on ECF/PACER, including the Office of the United States Trustee, as well as the Debtor via e-mail and to all other affected parties of interest listed below whom are not registered to received electronic Court Notices, via 1st Class US prepaid postage.

Victory Cleaning Systems, Inc.
Reg. Agent:  Dan Brown
1000 W 100th St
Kansas City, MO 64114-4208
dan@vcleaning.com

                                       */s/ Ryan M. Graham*

3