# EXHIBIT A

Excerpt - Section 1 ("Ballots") of WM Law's written response to
requests for information from the Office of the United States Trustee
(as produced to the Debtor in the firm's May 15, 2026 production;
Sections 2 and 3 of the response are omitted)

Victory Cleaning 24-40010
Response of WM Law to Requests for Information Posed by The Office of the United States Trustee
on Friday April 10, 2026

Mr. Miller – Please find this response to your inquiries as well as supporting documents identified within here. I will note that Mr. Brown recently e-mailed our attorneys at the firm with a "litigation hold", so please be aware that any of our communications will most likely be either requested or discoverable.

1. Ballots

This is the only core issue with Victory on which I agree with Mr. Brown that we erred.

We balloted the Chapter 11 plan and received signed ballots in May 2024. They were saved in a Ballots folder. Also in May, I prepared (on or around May 22) a ballot summary showing accepting votes from First Citizens Bank and American Express Bank, Direct Capital Corporation, which also had returned a ballot, but which I may have mistakenly believed was actually First Citizens Bank (based on how it was signed), was shown as "no vote". Nonetheless, I was aware of the favorable ballots received.

A second version of the ballot summary was prepared, and this was ultimately the version filed. I have spoken with the paralegal who worked on my Chapter 11 cases at the time and we don't have an explanation for this. I accept full responsibility for the filing of the incorrect document regardless, but we attempted to review our processes to see what happened. I do know that our in-office communication was done largely through Skype at the time, so if there was a document sent for review, it would have been sent through Skype. Skype merged with Microsoft Teams and we no longer have access to any messages from the 2024 time period.

I will note that I attempted but was unable to listen to the audio file from the Confirmation Hearing. Because the ballot summary was relatively fresh, I believe I would have known about the ballots, but I don't recall what was discussed at the Confirmation Hearing. I do know that the Confirmation Order reflected a non-consensual confirmation.

Based on our prior discussions, and while the document was not filed with any intent to mislead, it was relied upon by your office, the creditors, and the Court, and I accept an appropriate penalty to remedy the situation as much as possible.

You asked when this issue was first discovered. In late 2025 and early 2026, Mr. Brown bombarded our offices with multiple e-mails daily on multiple requests, and also requested a full copy of the Victory file, presumably for his own purposes.

On or around March 17th, Mr. Brown brought this issue to our attention.   We had conversations with Mr. Brown regarding his desire to seek a modification of the Order, since he also had expressed interest in modifying the confirmed Plan. As a result, I began drafting the Motion to Modify the Confirmation Order in late March.  Mr. Brown pushed for additional corrections and arguments in the order, ultimately filed with the Court and denied by Judge Norton.

*[Sections 2 (Fees) and 3 (Ally Bank) of this response are omitted from this excerpt.]*