remaining sections of the response are omitted from the excerpt. WM Law did not provide me, during the representation, with its written communications to the United States Trustee concerning the Debtor; the copy attached is the copy the firm produced to the Debtor in that production.

Executed on _June 15_, 2026.

_____
Dan Brown

Respectfully submitted,

_____
Dan Brown, individually, pro se
Equity security holder and principal of the Debtor

1000 W. 100th St., Kansas City, MO 64114 | danbrown20@gmail.com | (913) 269-2103
Dated: _June 15_, 2026

## CERTIFICATE OF SERVICE

I certify that on the date below I filed the foregoing Limited Objection and Notice, together with the Supplemental Declaration of Dan Brown Regarding Efforts to Retain Replacement Counsel, its Exhibit A, and the accompanying proposed form of order, with the Clerk of the Court. I am not a registered user of the Court's CM/ECF system and file in paper form. Upon the Clerk's docketing of the filing, the Court's CM/ECF system transmits a Notice of Electronic Filing, with electronic access to the documents filed, to all parties registered to receive electronic notice in this case, including:

- WM Law, c/o Ryan M. Graham (counsel for the withdrawing firm);
- Office of the United States Trustee (Adam E. Miller); and
- Subchapter V Trustee, Robbin L. Messerli.

A copy is retained by the undersigned.

_____
Dan Brown, Date: _June 15_, 2026