**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **VICTORY CLEANING SYSTEMS, INC.** | ) | **Case No. 24-40010-can11** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

## NOTICE OF DEFAULT IN CONFIRMED CHAPTER 11 PLAN PAYMENTS

COMES NOW First Citizens Bank ("First Citizens"), by and through counsel of record, Austin B. Hayden of Pappas Hayden Westberg & Jackson PC, and pursuant to Section 6.8 of Debtor's April 4, 2024 Subchapter V Small Business Plan of Reorganization ("the Plan") (Doc. 29), which was confirmed on June 14, 2024, states that the Debtor has defaulted on the Plan by failing to remit monthly post-confirmation contractual payments to First Citizens.

Pursuant to Section 2.2(A) of the Plan, Debtor was to remit the monthly amount of $1,509.16 to First Citizens Bank beginning in July, 2024. To date, Debtor has made zero plan payments to First Citizens. Moreover, pursuant Section 2.2(C) of the Plan, First Citizens was to share in payments from disposable monthly income. to As of July 2, 2026, Debtor has missed twenty-five (25) payments required by Section 2.2(A) of the Plan and Debtor has made no payments pursuant to Section 2.2(C) of the Plan. The total amount Debtor is in default to First Citizens pursuant to the confirmed Plan is no less than $37,729.00.

Pursuant to Section 6.8 of the Plan, "[i]f such default is not cured within 30 days of the Notice of Default, the Creditor may elect to assert a restoration or security interest at contract amounts still owed, and the right of Creditor to seek liquidation of non-exempt assets."

1

Respectfully submitted,

**PAPPAS HAYDEN WESTBERG & JACKSON PC**

/s/ Austin B. Hayden
Austin B. Hayden                    #63872
7500 West 110th Street, Suite 110
Overland Park, KS 66210
Telephone: 913/491-4050
Facsimile: 913/491-9318
E-Mail: ahayden@phwjlaw.com
*ATTORNEY FOR FIRST CITIZENS*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 8, 2026, the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System, and a copy was sent via US Mail and email to:

Victory Cleaning Systems, Inc.
c/o Dan Brown
1000 W. 100th St.
Kansas City, MO 64114
dan@vcleaning.com

/s/ Austin B. Hayden
Austin B. Hayden                    #63872