**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

FILED
AUG 19 2026
PAIGE WYMORE-WYNN, CLK
U.S. BANKRUPTCY COURT
WEST DISTRICT
OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-40010-can11 |
| **VICTORY CLEANING SYSTEMS, INC.,** | ) | |
| | ) | Chapter 11 (Voluntary) |
| Debtor. | ) | Subchapter V |
| | ) | |

## REQUEST FOR NOTICE

Dan Brown, the sole equity security holder and principal of the Debtor, appearing individually and pro se as a party in interest under 11 U.S.C. § 1109(b), and not as counsel for the Debtor, respectfully requests that all notices given or required to be given in this case, and all papers served in this case, be given to and served upon him at the address below.

This request is made pursuant to Fed. R. Bankr. P. 2002 and 11 U.S.C. § 1109(b). It requests no other relief.

The undersigned is not a registered CM/ECF filer and requests that notice be provided by United States mail, or by electronic means if the Court permits.

Respectfully submitted,

Dated: August 14, 2026

Dan Brown
Individually, pro se, as principal, equity security holder, and party in interest
1000 W. 100th St., Kansas City, MO 64114
(913) 269-2103
danbrown20@gmail.com

## CERTIFICATE OF SERVICE

I certify that on August 14, 2026, I filed the foregoing Request for Notice with the Clerk of the Court in paper form, and that on the same date I served a true and correct copy of it by United States mail, postage prepaid, on each of the following:

WM Law, c/o Ryan M. Graham
15095 W. 116th St.
Olathe, KS 66062

Ryan A. Blay
15095 W. 116th St.

Olathe, KS 66062

Office of the United States Trustee
Attn: Adam E. Miller
400 East 9th Street, Room 3440
Kansas City, MO 64106

Robbin L. Messerli, Subchapter V Trustee
6917 Tomahawk Rd.
P.O. Box 8686
Prairie Village, KS 66208

Dan Brown 8.14.2026

Dan Brown, Date: August 14, 2026