**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re: VICTORY CLEANING SYSTEMS, INC. | ) | CASE NO. 24-40010 |
| | ) | |
| Debtor | ) | Chapter 11 (Voluntary), Subchapter V |

**RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND NOTICE OF INTENT TO FILE FINAL FEE APPLICATION**

**COMES NOW** Ryan A. Blay ("Mr. Blay"), former counsel of record for the above-captioned Debtor, and for this Response to the Court's Order to Show Cause (Doc. #123; the "OSC"), states that:

1. A forthcoming Final Fee Application will be filed in order to comply with the OSC, the Order Confirming Plan, and 11 U.S.C. Sec. 330 *et. seq.*

2. Mr. Blay apologizes to the Court and parties for any inconvenience created by the underlying administrative issues leading to the OSC.

3. Mr. Blay hereby submits this Response to the OSC and requests that it be satisfied through forthcoming pleadings.

**WHEREFORE**, Mr. Blay submits the foregoing Response to the OSC, prays the Court for order(s) satisfying and finding compliance with the OSC, and for such other relief as the Court deems equitable and proper upon the premises.

Dated: September 16, 2026

Respectfully submitted,
WM Law

/s/ Ryan A. Blay

Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
FORMER ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, the foregoing was delivered via e-mail to the parties listed below, and parties that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

/s/ Ryan A. Blay