**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re: VICTORY CLEANING SYSTEMS, INC. | ) | Case No. 24-40010 |
| Debtor | ) | Chapter 11 (Voluntary), Subchapter V |

**FINAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM JANUARY 1, 2026 THROUGH APRIL 15, 2026**

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for a final order authorizing the reasonable compensation for professional legal services rendered as counsel to Victory Cleaning Systems, Inc, the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $3,780 and reimbursement of expenses in the amount of $0 for a total amount of $3,780 incurred from January 1, 2026 through April 15, 2026, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code. In support of this Application, WM Law respectfully states as follows:

## BACKGROUND

1. Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on January 5, 2024 (the "Petition Date").
2. WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case. On February 5, 2024, this Court entered an order approving the Debtor's Application to Employ WM Law as Counsel. (Doc. #18).
3. WM Law's representation of Debtor is upon the fee basis set forward in the engagement letter - at the rate of $350.00 per hour for services by WM Law's attorneys and $175 per hour for paralegals.
4. WM Law is not holding any funds in trust, all funds in trust were applied to the previously approved Application for Compensation. Any approved fees would be paid by Debtor directly.
5. All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

## SUMMARY OF SERVICES RENDERED

6. Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $3,780 in attorney's fees and $0 in expenses for fees incurred from January 1, 2026 through April 15, 2026.

## VALUATION OF SERVICES

7. Attorneys and paraprofessionals of WM Law have expended a total of 10.8 hours in connection with this matter from January 1, 2026 through April 15, 2026. The services rendered by WM Law as counsel for Debtor from January 1, 2026 through April 15, 2026 in the amount of $3,780 in attorney's fees and $0 in expenses were all relevant to representation of the Debtor and includes time spent due to the Debtor's principal's voluminous pro se objections to the Motion to Withdraw as Counsel.

8. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

## CASE STATUS

9. No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10. The source of compensation sought is from the income and assets of the bankruptcy estate.

11. The Debtor's Chapter 11 Plan was confirmed on June 14, 2024, by Docket #49.

12. Because WM Law is no longer counsel for the Debtor and has no access to Debtor's financials, it has no ability to determine the status of the Debtor's Chapter 11 Plan or Debtor's ability to pay any awarded fees.

## EXCLUDED SERVICES

WM Law has elected to write off any fees for work performed between July 1, 2024 and January 1, 2026. Accordingly, WM Law is not seeking reimbursement for any work performed during that time frame. Additionally, WM Law is not seeking reimbursement for work performed after being granted withdrawal on April 15, 2026, or on its Motion to Modify the Confirmation Order, as that motion was ultimately denied.

**WHEREFORE**, WM Law seeks approval of legal fees in the amount of $3,780 in attorney's fees and $0 in expenses for a total amount of $3,780 incurred from January 1, 2026 through April 15, 2026.

Dated: September 16, 2026

Respectfully submitted,
WM Law

/s/ Ryan A. Blay

Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
FORMER ATTORNEYS FOR DEBTOR, VICTORY CLEANING SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Ryan A. Blay