Label Matrix for local noticing
0866-4
Case 24-40010-can11
Western District of Missouri
Kansas City
Thu Jan 11 12:19:20 CST 2024

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Victory Cleaning Systems, Inc.
1000 W. 100th St.
Kansas City, MO 64114-4208

Ally Financial
PO Box 380901
Bloomington MN 55438-0901

Ally Financial
PO Box 380902
Minneapolis MN 55438-0902

American Express
Customer Service
PO Box 981535
El Paso TX 79998-1535

American Express
PO Box 981537
El Paso TX 79998-1537

Attn Recovery First Citizens Bank
10201 Centurion PKWY N
Jacksonville, FL 32256-0541

BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

Bank of America
4060 Ogletown/Stanton Rd
DE5-019-03-07
Newark DE 19713-0000

Bank of America
PO Box 15796
Wilmington DE 19850-5796

CIT Bank, N.A.
PO Box 7056
Pasadena CA 91109-7056

Channel Partners
10900 Wayzata Blvd, Ste. 300
Hopkins MN 55305-1576

Channel Partners
1210 Office Plaza Dr.
West Des Moines IA 50266-2300

Channel Partners
4080 East Main St
Bldg. #300
Ste. 1
Marshall MN 56258-0000

Channel Partners
600 TownPark Lane, Ste. 555
Kennesaw GA 30144-3769

Citi Bank
5800 S Corporate place
Sioux Falls SD 57108-5027

Dan Brown
1000 W 100th St.
Kansas City MO 64114-4208

Direct Capital Corporation
155 Commerce Way
Portsmouth NH 03801-3243

Direct Capital Corporation
4300 Six Forks Road
Raleigh NC 27609-5718

Extra Space
9435 Holmes Rd.
Kansas City MO 64131-2975

(p)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

Financial Pacific Leasing, Inc
3455 S. 344th Way
Suite 300
Federal Way WA 98001-9546

Internal Revenue Service
Centralized Insolvency Ops
Post Office Box 7346
Philadelphia PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMBCB Card Services
PO Box 15369
Wilmington DE 19850-5369

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Mikala Allen
1000 W 100th st.
Kansas City MO 64114-4208

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Robbin Messerli
6917 Tomahawk Rd
PO Box 8686
Prairie Village, KS 66208-0686

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)Bank of America
PO Box 982235
El Paso TX 79998-2235

FNBO
1620 Dodge Stree
Omaha NE 68197-0000

JPMCB - Card Services
301 N Walnut St, Floor 09
Wilmington DE 19801-3935

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 30 |
| Bypassed recipients | 0 |
| Total | 30 |