**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In Re: | Victory Cleaning Systems, Inc. | ) | Case No. 24-40010 |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor. | ) | Subchapter V |

# EXHIBIT A TO FINAL FEE APPLICATION

## STATEMENT OF SERVICES RENDERED

Ryan A. Blay — $350.00 per hour

| Date | Description of Services | Hours | Amount |
|---|---|---|---|
| 2/2/2026 | Dan Brown objection to motion to withdraw as counsel — reviewed motion to withdraw filed by Mr. Brown, pro se | 0.5 | $175.00 |
| 2/2/2026 | E-mails from Dan Brown — request for immediate injunctive relief to register vehicle | 0.5 | $175.00 |
| 2/4/2026 | Kansas Department of Revenue — e-mails with attorneys Charles Bradley and Robert Challquist re car titling issues (1.0); follow-up call with Mr. Challquist (0.5) | 1.5 | $525.00 |
| 2/4/2026 | First Citizens Bank — e-mails with Austin Hayden regarding his request for consent to allow an answer out of time to Debtor's motion | 0.5 | $175.00 |
| 2/5/2026 | First Citizens Bank — review of bank's motion to file response out of time | 0.3 | $105.00 |
| 2/12/2026 | Court — hearing on motion to withdraw as counsel, continued to April | 0.5 | $175.00 |
| 2/17/2026 | E-mails from Mr. Brown — client demand to file modification under 11 U.S.C. § 1193 | 0.5 | $175.00 |
| 4/8/2026 | Pro se filing by Mr. Brown — Supplemental Objection to Motion to Withdraw, over 400 pages of materials | 3.0 | $1,050.00 |
| 4/9/2026 | Directive by client — demand to file actions against CIT counsel | 0.5 | $175.00 |
| 4/13/2026 | Pro se filings by Mr. Brown — review of second and third supplements to Debtor's objection to WM Law's motion to withdraw | 2.0 | $700.00 |
| 4/14/2026 | US Trustee objection — reviewed US Trustee's objection to Mr. Brown's pro se filings as a non-lawyer on behalf of a corporate entity | 0.5 | $175.00 |
| 4/15/2026 | Court time — hearing on WM Law's motion to withdraw as counsel; motion granted | 0.5 | $175.00 |
| | **Total** | **10.8** | **$3,780.00** |