**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

In re:

**VICTORY CLEANING SYSTEMS, INC.,**

Debtor.

Case No. 24-40010-can11

Chapter 11, Subchapter V

**SECOND AMENDED FINAL FEE APPLICATION OF WM LAW, FORMER COUNSEL FOR THE DEBTOR, FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, INCLUDING FINAL APPROVAL OF THE INTERIM COMPENSATION AWARDED AT DOC. #57**

Pursuant to 11 U.S.C. §§ 330, 331 and 503(b)(2) and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure, WM Law (Wagoner Bankruptcy Group, P.C. d/b/a WM Law), former counsel to Victory Cleaning Systems, Inc., the Debtor herein (the "Debtor"), applies for an order (a) granting final approval of the interim compensation of $14,252.00 in fees and $190.90 in expenses awarded by this Court on July 29, 2024 (Doc. #57); (b) allowing compensation of $1,780.00 in fees and $0.00 in expenses for services rendered from January 1, 2026 through April 15, 2026; and (c) allowing on a final basis total compensation for the case of $16,032.00 in fees and $190.90 in expenses, for a total of $16,222.90. This Application supersedes the Final Application for Compensation filed September 16, 2026 (Doc. #126) and the Amended Final Application filed October 6, 2026 (Doc. #132). In support, WM Law states:

## BACKGROUND

1. The Debtor filed a voluntary petition under Subchapter V of Chapter 11 on January 5, 2024 (the "Petition Date").

2. On February 5, 2024, the Court approved the Debtor's application to employ WM Law as counsel (Doc. #18). WM Law's representation was on an hourly basis at $350.00 per hour for attorneys and $175.00 per hour for paralegals.

3. The Debtor's Chapter 11 Plan (Doc. #29) was confirmed on June 14, 2024 (Doc. #49).

4. The Court granted WM Law's motion to withdraw as counsel for the Debtor on April 15, 2026 (Doc. #112). WM Law has performed no compensable services for the Debtor since that date and seeks no compensation for any services after April 15, 2026.

## PRE-PETITION RETAINER

5. On December 22, 2023, the Debtor paid WM Law $11,738.00 (check no. 122), which was deposited into WM Law's client trust account. As disclosed in the Debtor's petition (Doc. #1), $1,738.00 of that amount was for the Chapter 11 filing fee and $10,000.00 was a retainer.

6. Before the Petition Date, WM Law applied $1,890.00 of the retainer to pre-petition services (5.8 hours, November 28, 2023 through January 5, 2024) and paid the $1,738.00 filing fee, leaving $8,110.00 in trust as of the Petition Date.

## INTERIM FEE APPLICATIONS AND AWARDS

7. WM Law filed one interim fee application in this case: the Initial Fee Application filed July 5, 2024 (Doc. #55), covering January 5, 2024 through June 30, 2024, which sought $14,252.00 in fees and $190.90 in expenses, for a total of $14,442.90.

8. On July 29, 2024, the Court granted that application, awarding fees of $14,252.00 and expenses of $190.90 (Doc. #57). In its Order of July 2, 2026 (Doc. #118), the Court noted that this award was made on an interim basis under 11 U.S.C. § 331 and that no final application had been filed. WM Law now asks that the interim award be approved on a final basis.

9. No other interim application was filed, and no other compensation has been awarded to WM Law in this case.

## PAYMENTS RECEIVED BY WM LAW

10. WM Law has received the following payments from or on behalf of the Debtor, and has made the following refund:

| Date | Description | Amount |
|---|---|---|
| 12/22/2023 | Retainer and filing fee (check no. 122), deposited to trust | $11,738.00 |
| 7/31/2024 – 12/1/2025 | Sixteen monthly ACH payments of $500.00 under the confirmed Plan | $8,000.00 |
| Total received | | $19,738.00 |

| | | |
|---|---|---|
| 12/19/2025 | Refund to Debtor of credit balance | ($1,657.10) |
| **Net retained** | | **$18,080.90** |

11. The net amount retained was applied as follows: $1,738.00 to the Chapter 11 filing fee; $1,890.00 to pre-petition services; and $14,452.90 to post-petition fees and expenses. The $8,110.00 held in trust on the Petition Date was transferred from trust only after entry of the Order at Doc. #57.

12. The $14,452.90 retained for post-petition fees and expenses exceeds the interim award at Doc. #57 ($14,442.90) by $10.00, because the Debtor's account statements included a $350.00 charge for services on July 8, 2024, after the period covered by Doc. #55. WM Law does not seek allowance of the July 8, 2024 charge in this Application and asks that the entire $14,452.90 be credited against the total final allowance requested below.

13. WM Law has received no payment from the Debtor since December 1, 2025, holds no funds of the Debtor in trust, and has not shared, and has no agreement to share, any compensation with any other person.

## FEES CHARGED IN THE CASE

14. WM Law's records reflect the following time recorded on this matter from the initial client meeting on November 28, 2023 through April 15, 2026, and the treatment of each period:

| Period | Time recorded | Amount requested | Treatment |
|---|---|---|---|
| 11/28/2023 – 1/4/2024 (pre-petition) | $1,890.00 | — | Paid from retainer before filing |
| 1/5/2024 – 6/30/2024 | $14,252.00 | $14,252.00 | Interim award, Doc. #57; final approval requested |
| 7/1/2024 – 12/31/2025 | $2,590.00 | $0.00 | $1,715.00 written off 12/12/2025; remainder not sought |
| 1/1/2026 – 4/15/2026 | $3,955.00 | $1,780.00 | Reduced by $2,175.00 (see ¶¶ 16–17) |
| **Total post-petition** | **$20,797.00** | **$16,032.00** | |

15. A detailed summary of all charges and payments is attached as Exhibit A. An itemization of all time and expenses from November 28, 2023 through April 15, 2026 is attached as Exhibit B.

**COMPENSATION REQUESTED FOR JANUARY 1, 2026 THROUGH APRIL 15, 2026**

16. During this period WM Law recorded $3,955.00 in fees: $175.00 in paralegal time on January 28, 2026 and 10.8 attorney hours ($3,780.00) from February 2, 2026 through April 15, 2026. A substantial part of that time related to WM Law's motion to withdraw and the objections to it filed by the Debtor's principal.

17. Under *Baker Botts L.L.P. v. ASARCO LLC*, 576 U.S. 121 (2015), and 11 U.S.C. § 330(a)(4)(A), services that benefit counsel rather than the estate, such as litigating withdrawal or a fee dispute, are not compensable from the estate. Following discussions with the Office of the United States Trustee, WM Law has voluntarily reduced its request for this period to $1,780.00 in fees and $0.00 in expenses, a reduction of $2,175.00 from the time recorded. Together with the $1,715.00 written off in December 2025, WM Law has written off or declined to seek $4,765.00 of post-petition time recorded in this case (Exhibit A).

**SUMMARY OF FINAL ALLOWANCE AND BALANCE**

18. The total final allowance requested, and the balance remaining after credit for amounts already received, is:

| Item | Amount |
|---|---|
| Fees awarded on an interim basis (Doc. #57) | $14,252.00 |
| Expenses awarded on an interim basis (Doc. #57) | $190.90 |
| Fees requested, 1/1/2026 – 4/15/2026 | $1,780.00 |
| Total final allowance requested | $16,222.90 |
| Less: post-petition amounts received and retained | ($14,452.90) |
| **Balance due if allowed** | **$1,770.00** |

19. WM Law requests that the balance of $1,770.00 be allowed as an administrative expense under 11 U.S.C. § 503(b)(2). Because WM Law no longer represents the Debtor and has no access to its current financial information, it cannot state whether the Debtor is current under its confirmed Plan or able to pay this balance.

## REASONABLENESS

20. The services for which compensation is requested were actual and necessary services that benefitted the estate, including the Debtor's initial debtor interview and meeting of creditors, monthly operating reports, employment of professionals, preparation and confirmation of the Debtor's Subchapter V plan, resolution of Ally Bank's motion for relief from stay, and, in 2026, efforts to resolve vehicle title and lien issues with First Citizens Bank and the Kansas Department of Revenue.

21. Considering the factors in 11 U.S.C. § 330(a)(3), including the time spent, the rates charged, the nature and complexity of the services, and the customary compensation of comparably skilled practitioners in cases other than under Title 11, the compensation requested is reasonable.

**WHEREFORE**, WM Law respectfully requests that the Court enter an order (a) approving on a final basis the interim award of $14,252.00 in fees and $190.90 in expenses granted at Doc. #57; (b) allowing fees of $1,780.00 and expenses of $0.00 for January 1, 2026 through April 15, 2026; (c) allowing total final compensation in this case of $16,032.00 in fees and $190.90 in expenses, for a total of $16,222.90, with credit for the $14,452.90 already received; (d) allowing the remaining $1,770.00 as an administrative expense under 11 U.S.C. § 503(b)(2); and (e) granting such other relief as the Court deems just.

Dated: November 23, 2026

Respectfully submitted,

WM LAW

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
FORMER ATTORNEYS FOR DEBTOR,
VICTORY CLEANING SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2026, the foregoing was delivered via e-mail to the parties registered to receive electronic filings on ECF, and by regular first class mail, postage

prepaid, to the parties listed on the attached mailing matrix who are not registered to receive electronic filings, including the Debtor, Victory Cleaning Systems, Inc., and Dan Brown, 1000 W. 100th St., Kansas City, MO 64114.

/s/ Ryan A. Blay

# EXHIBIT A

## Summary of Payments and Charges — Victory Cleaning Systems, Inc., Case No. 24-40010-can11

### 1. Payments received and refunded

| Date | Description | Amount |
|---|---|---|
| 12/22/2023 | Check no. 122 to trust (retainer $10,000 + filing fee $1,738) | $11,738.00 |
| 7/31/2024 | ACH – July 2024 | $500.00 |
| 9/3/2024 | ACH – August 2024 | $500.00 |
| 9/30/2024 | ACH – September 2024 | $500.00 |
| 10/31/2024 | ACH – October 2024 | $500.00 |
| 12/2/2024 | ACH – November 2024 | $500.00 |
| 12/31/2024 | ACH – December 2024 | $500.00 |
| 1/31/2025 | ACH – January 2025 | $500.00 |
| 2/28/2025 | ACH – February 2025 | $500.00 |
| 3/31/2025 | ACH – March 2025 | $500.00 |
| 4/30/2025 | ACH – April 2025 | $500.00 |
| 6/2/2025 | ACH – May 2025 | $500.00 |
| 6/30/2025 | ACH – June 2025 | $500.00 |
| 7/31/2025 | ACH – July 2025 | $500.00 |
| 9/2/2025 | ACH – August 2025 | $500.00 |
| 9/30/2025 | No ACH – September 2025 | $0.00 |
| 10/31/2025 | ACH – October 2025 | $500.00 |
| 12/1/2025 | ACH – November 2025 | $500.00 |
| 12/19/2025 | Refund check to Debtor (credit balance) | ($1,657.10) |
| | **Net retained** | **$18,080.90** |

### 2. Application of funds

| Applied to | Amount |
|---|---|
| Chapter 11 filing fee (1/5/2024) | $1,738.00 |
| Pre-petition services (11/28/2023 – 1/5/2024) | $1,890.00 |
| Post-petition fees and expenses (trust transfer $8,110 + ACH $8,000 – refund $1,657.10) | $14,452.90 |
| **Total** | **$18,080.90** |

### 3. Charges by month (time recorded)

| Month | Fees | Expenses | Status |
|---|---|---|---|
| Nov 2023 – Jan 4, 2024 | $1,890.00 | $1,738.00* | Pre-petition; paid from retainer |
| January 2024 | $2,275.00 | $12.12 | Doc. #55/#57 |
| February 2024 | $2,660.00 | $43.18 | Doc. #55/#57 |
| March 2024 | $1,470.00 | $0.00 | Doc. #55/#57 |
| April 2024 | $4,952.50 | $135.60 | Doc. #55/#57 |
| May 2024 | $1,557.50 | $0.00 | Doc. #55/#57 |
| June 2024 | $1,337.00 | $0.00 | Doc. #55/#57 |
| July 8, 2024 | $350.00 | — | Billed and collected; not sought |
| September 11, 2024 | $700.00 | — | Written off 12/12/2025 |
| September 10, 2025 | $315.00 | — | Written off 12/12/2025 |
| November 2025 | $700.00 | — | Written off 12/12/2025 |
| December 17, 2025 | $525.00 | — | Not billed; not sought |
| January 28, 2026 | $175.00 | — | Included in reduced request |
| Feb 2 – Apr 15, 2026 | $3,780.00 | — | Reduced request |
| **Total post-petition** | **$20,797.00** | **$190.90** | |

* Filing fee, not an expense of WM Law.

Note: Monthly statements sent to the Debtor billed certain April 2024 paralegal time at $125.00 per hour rather than the $175.00 rate used in Doc. #55, so the Debtor was invoiced $13,912.00 in fees for January 5 – June 30, 2024, $340.00 less than the $14,252.00 awarded. The Debtor's account was reconciled on December 12, 2025, when WM Law wrote off $1,715.00 and refunded the resulting $1,657.10 credit balance.

# EXHIBIT B

## Itemized Time and Expenses, November 28, 2023 – April 15, 2026

RAB = Ryan A. Blay, attorney ($350/hr). DS, AB, RT = paralegals ($175/hr). Amounts are as recorded in WM Law's client and billing record; bracketed notes show where the Debtor's monthly statements differ.

| Date | By | Description | Hours | Amount |
|---|---|---|---|---|
| A. PRE-PETITION (paid from retainer) | | | | |
| 11/28/2023 | RAB | Client meeting to prepare Chapter 11 petition and schedules; file set-up and engagement letter | 3.0 | $1,050.00 |
| 11/28/2023 | RAB | E-mail to U.S. Trustee advising of imminent filing | 0.5 | $175.00 |
| 12/22/2023 | RAB | Meeting with Mr. Brown; updated documents; received retainer for January filing | 0.5 | $175.00 |
| 1/4/2024 | RAB | Revised petition per client updates | 1.0 | $350.00 |
| 1/5/2024 | DS | Filed petition, schedules, corporate ownership statement and § 1116 statements; paid filing fee | 0.8 | $140.00 |
| | | Subtotal, pre-petition | 5.8 | $1,890.00 |
| B. JANUARY 5 – JUNE 30, 2024 (Doc. #55; awarded Doc. #57) | | | | |
| 1/11/2024 | RAB | Drafted application to employ and affidavit | 0.8 | $280.00 |
| 1/11/2024 | RAB | Drafted LR 2015 statement; e-mailed to client for review | 0.6 | $210.00 |
| 1/11/2024 | RAB | Notice of filing to Channel Partners and Equipment Finance Collections; calls to FNBO and CommunityAmerica | 0.5 | $175.00 |
| 1/11/2024 | DS | Revised application to employ; corrected affidavit; filed and served | 0.4 | $70.00 |
| 1/17/2024 | RAB | Preparation for initial debtor interview | 0.5 | $175.00 |
| 1/17/2024 | RAB | Initial debtor interview with U.S. Trustee | 1.1 | $385.00 |
| 1/17/2024 | RAB | Call with client re tasks following IDI | 0.4 | $140.00 |
| 1/26/2024 | RAB | E-mail to client re post-IDI document requests | 0.3 | $105.00 |
| 1/26/2024 | RAB | E-mail to Subchapter V Trustee re proposed deadlines | 0.7 | $245.00 |
| 1/26/2024 | RAB | Drafted agreed scheduling order | 0.6 | $210.00 |
| 1/31/2024 | RAB | Calls with Mr. Brown re IDI document requests | 0.8 | $280.00 |
| 2/2/2024 | RAB | Correspondence with Court re scheduling conference order | 0.5 | $175.00 |

| | | | | |
|---|---|---|---|---|
| 2/5/2024 | RAB | Call with Mr. Brown re IDI documents and § 341 preparation | 0.7 | $245.00 |
| 2/7/2024 | RAB | Prepared Subchapter V status conference report | 0.8 | $280.00 |
| 2/7/2024 | RAB | Attended § 341 meeting of creditors (telephonic) | 0.9 | $315.00 |
| 2/7/2024 | RAB | Call with Mr. Brown following § 341 meeting | 0.4 | $140.00 |
| 2/7/2024 | DS | Formatted, filed and served status conference report (Doc. #19) | 0.4 | $70.00 |
| 2/14/2024 | RAB | Drafted application to employ CPAs and affidavit | 1.2 | $420.00 |
| 2/16/2024 | RAB | Call with Mr. Brown re taxes and obligations | 0.4 | $140.00 |
| 2/16/2024 | RAB | Conference call with client and Subchapter V Trustee re plan and cash flow | 0.5 | $175.00 |
| 2/20/2024 | RAB | Received 2020–2023 corporate returns; e-signatures; sent to U.S. Trustee | 0.7 | $245.00 |
| 2/21/2024 | RAB | Subchapter V status conference | 0.5 | $175.00 |
| 2/21/2024 | DS | Revised application to employ CPAs; added affidavit; filed and served | 0.4 | $70.00 |
| 2/21/2024 | RAB | Call with client re authority to do business in Missouri | 0.5 | $175.00 |
| 2/21/2024 | DS | Filed certificate of service on order shortening time | 0.2 | $35.00 |
| 3/4/2024 | RAB | Forwarded proof of closed pre-petition accounts and DIP account to U.S. Trustee | 0.4 | $140.00 |
| 3/4/2024 | RAB | Forwarded employment order to accountant | 0.4 | $140.00 |
| 3/5/2024 | RAB | Call to Mr. Brown re continued § 341 meeting and bank statements | 0.3 | $105.00 |
| 3/12/2024 | RAB | Drafted January and February 2024 MORs | 1.0 | $350.00 |
| 3/12/2024 | RAB | Call with client re payroll liabilities and MORs | 0.7 | $245.00 |
| 3/20/2024 | RAB | E-mail to Subchapter V Trustee and client re cash flow projections | 0.5 | $175.00 |
| 3/25/2024 | RAB | Call to IRS re 2020–2023 returns | 0.4 | $140.00 |
| 3/25/2024 | RAB | E-mail to client re MORs and tax concerns | 0.5 | $175.00 |
| 4/1/2024 | RAB | Drafted Chapter 11 plan | 1.5 | $525.00 |
| 4/2/2024 | RAB | Continued plan drafting; liquidation analysis | 3.0 | $1,050.00 |
| 4/2/2024 | RAB | Cash flow discussions with client and Subchapter V Trustee | 0.5 | $175.00 |
| 4/3/2024 | RAB | Continued plan; circulated draft to Debtor and Subchapter V Trustee | 4.0 | $1,400.00 |
| 4/4/2024 | DS | Redacted, filed and e-mailed January and February MORs [billed $37.50] | 0.3 | $52.50 |
| 4/4/2024 | DS | Formatted plan, compiled exhibits, filed and served [billed $150.00] | 1.2 | $210.00 |
| 4/11/2024 | RAB | Filed cash flow statements and balance sheet (§ 1116) | 0.5 | $175.00 |

| | | | | |
|---|---|---|---|---|
| 4/11/2024 | DS | Drafted ballots, ballot summary and certificate of service; served plan, notice and ballots [billed $100.00] | 1.8 | $315.00 |
| 4/17/2024 | RAB | Call with Mr. Brown re U.S. Trustee questions and storage unit | 1.0 | $350.00 |
| 4/17/2024 | RAB | E-mail to U.S. Trustee re payroll/Venmo and January bank statement | 0.5 | $175.00 |
| 4/17/2024 | RAB | Drafted March MOR | 1.0 | $350.00 |
| 4/24/2024 | AB | Drafted and mailed ballots with updated deadline [billed $125.00] | 1.0 | $175.00 |
| 5/3/2024 | RAB | Call with Mr. Brown re MORs and taxes | 0.5 | $175.00 |
| 5/21/2024 | RAB | Correspondence with U.S. Trustee re confirmation language and ballot summary | 0.5 | $175.00 |
| 5/22/2024 | RAB | Status conference on plan | 0.5 | $175.00 |
| 5/22/2024 | RAB | Prepared ballot summary | 0.4 | $140.00 |
| 5/23/2024 | RAB | Call with Mr. Brown re status conference, budget and taxes | 0.5 | $175.00 |
| 5/23/2024 | RAB | Prepared April MOR | 1.0 | $350.00 |
| 5/30/2024 | RAB | Follow-up e-mail re April MOR | 0.4 | $140.00 |
| 5/31/2024 | RAB | Reviewed Ally Bank motion for relief (Isuzu); e-mailed client | 0.5 | $175.00 |
| 5/31/2024 | AB | Filed April MOR with redacted statements | 0.3 | $52.50 |
| 6/3/2024 | RAB | Reviewed Ally motion; e-mail to Ally counsel | 0.6 | $210.00 |
| 6/4/2024 | RAB | Drafted proposed resolution of Ally motion and plan support | 0.8 | $280.00 |
| 6/4/2024 | RAB | Call with Subchapter V Trustee re confirmation | 0.5 | $175.00 |
| 6/4/2024 | RAB | E-mails with Ally counsel re agreement | 0.6 | $210.00 |
| 6/5/2024 | RAB | Confirmation hearing | 0.8 | $280.00 |
| 6/11/2024 | RAB | E-mails with U.S. Trustee re May MOR due date | 0.4 | $140.00 |
| 6/11/2024 | RAB | Drafted confirmation order; circulated to Ally counsel, U.S. Trustee and Subchapter V Trustee [recorded as $42; 1.2 hrs at $350 = $420] | 1.2 | $42.00 |
| | | Subtotal, Doc. #55 period | 44.8 | $14,252.00 |
| C. JULY 1, 2024 – DECEMBER 31, 2025 (not sought) | | | | |
| 7/8/2024 | RAB | Updates from Mr. Brown re initial plan payments and taxes [billed and collected] | 1.0 | $350.00 |
| 9/11/2024 | RAB | Reviewed May–July statements; prepared May and June 1–14 MORs [written off 12/12/2025] | 1.5 | $525.00 |

| | | | | |
|---|---|---|---|---|
| 9/11/2024 | RAB | Drafted motion for final decree [written off 12/12/2025] | 0.5 | $175.00 |
| 9/10/2025 | RAB | Call to Ally Financial re retitling [written off 12/12/2025] | 0.4 | $140.00 |
| 9/10/2025 | RAB | Call to First Citizens Bank re liens and titles [written off 12/12/2025] | 0.5 | $175.00 |
| 11/3/2025 | RAB | Drafted motion to reopen [written off 12/12/2025] | 0.5 | $175.00 |
| 11/11/2025 | RAB | Meeting with client re vehicle titles; requested Isuzu payoff [written off 12/12/2025] | 1.5 | $525.00 |
| 12/17/2025 | RAB | Drafted motion re vehicle liens; sent to client [not billed] | 1.5 | $525.00 |
| | | Subtotal | 7.4 | $2,590.00 |
| D. JANUARY 1 – APRIL 15, 2026 | | | | |
| 1/28/2026 | RT | Filed motion to withdraw; served Debtor by e-mail, first-class and certified mail | 1.0 | $175.00 |
| 2/2/2026 | RAB | Reviewed pro se objection to motion to withdraw | 0.5 | $175.00 |
| 2/2/2026 | RAB | E-mails from principal re injunctive relief to register vehicle | 0.5 | $175.00 |
| 2/4/2026 | RAB | Kansas Dept. of Revenue: e-mails with attorneys re titling (1.0); follow-up call (0.5) | 1.5 | $525.00 |
| 2/4/2026 | RAB | First Citizens Bank: e-mails re consent to answer out of time | 0.5 | $175.00 |
| 2/5/2026 | RAB | Reviewed First Citizens motion to respond out of time | 0.3 | $105.00 |
| 2/12/2026 | RAB | Hearing on motion to withdraw; continued to April | 0.5 | $175.00 |
| 2/17/2026 | RAB | E-mails re principal's demand to modify plan under § 1193 | 0.5 | $175.00 |
| 4/8/2026 | RAB | Reviewed supplemental objection to motion to withdraw (400+ pages) | 3.0 | $1,050.00 |
| 4/9/2026 | RAB | Principal's demand to file actions against CIT counsel | 0.5 | $175.00 |
| 4/13/2026 | RAB | Reviewed second and third supplements to objection | 2.0 | $700.00 |
| 4/14/2026 | RAB | Reviewed U.S. Trustee objection to principal's pro se filings | 0.5 | $175.00 |
| 4/15/2026 | RAB | Hearing on motion to withdraw; granted | 0.5 | $175.00 |
| | | Subtotal | 11.8 | $3,955.00 |
| | | Voluntary reduction (¶ 17) | | ($2,175.00) |
| | | Requested for this period | | $1,780.00 |
| E. SUMMARY | | | | |
| | | Total post-petition time recorded (B + C + D) | 64.0 | $20,797.00 |
| | | Total fees requested for final allowance | | $16,032.00 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 1/11/2024 | Service of application to employ | $12.12 |
| 2/7/2024 | Service of status conference report | $15.26 |
| 2/21/2024 | Service of application to employ CPAs | $13.32 |
| 2/21/2024 | Service of certificate of service on order shortening time | $14.60 |
| 4/4/2024 | Service of plan and exhibits | $64.82 |
| 4/11/2024 | Postage, plan and notice ($62.14) and 14 ballots ($8.64) | $70.78 |
| | **Total expenses (awarded, Doc. #57)** | **$190.90** |